1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COMMUNITY COLLEGE DISTRICT. <br><br> Defendant. | Case No.: 2:17-cv-01697-SVW(SKx) <br> **Civil Rights** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 5 – MOTION TO PRECLUDE ANY EVIDENCE RELATING TO UNDUE BURDEN DEFENSE** <br><br> Hearing Date: February 12, 2018 <br> Time: 3:00 p.m. <br> Location: 350 W. 1st Street <br> Los Angeles, CA 90012 <br> Courtroom 10A <br><br> **Trial Date: Feb. 20, 2018** |

_____
*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697- SVW-SKx; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 5

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2  Plaintiffs' Motion in Limine to Preclude any Evidence Relating to Undue
3  Burden Defense came on regularly for hearing on February 12, 2018, before this
4  Court in Courtroom 10A of the above-captioned Court, the Honorable Stephen V.
5  Wilson presiding.

6  The Court, having heard the arguments of the parties and given full
7  consideration to all of the papers and evidence submitted in support thereof, hereby
8  renders its decision on the Motion as follows:

9  Plaintiffs' Motion in Limine No. 5, the Motion to Preclude any Evidence
10 Relating to Undue Burden Defense, is GRANTED.

11 **IT IS SO ORDERED.**

13 Dated: _____, 2018       _____
14                                      HONORABLE STEPHEN V. WILSON
                                         U.S. DISTIRCT COURT JUDGE

28 *PAYAN, et al. v. LACCD*, Case No.:  2:17-cv-01697- SVW-SKx; [PROPOSED] ORDER
   **GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 5**