# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COMMUNITY COLLEGE DISTRICT. <br><br> Defendant. | Case No.: 2:17-cv-01697-SVW(SKx) <br> **Civil Rights** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 6 – MOTION TO EXCLUDE ANY EVIDENCE RELATING TO NON-DISCRIMINATORY INTENT AS AFFIRMATIVE DEFENSE** <br><br> Hearing Date: February 12, 2018 <br> Time: 3:00 p.m. <br> Location: 350 W. 1st Street <br> Los Angeles, CA 90012 <br> Courtroom 10A <br><br> **Trial Date: Feb. 20, 2018** |

---

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697- SVW-SKx; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 6

1

1 **[PROPOSED] ORDER**

2   Plaintiffs' Motion in Limine to Exclude any Evidence Relating to Non-
3 Discriminatory Intent as Affirmative Defense came on regularly for hearing on
4 February 12, 2018, before this Court in Courtroom 10A of the above-captioned
5 Court, the Honorable Stephen V. Wilson presiding.
6   The Court, having heard the arguments of the parties and given full
7 consideration to all of the papers and evidence submitted in support thereof, hereby
8 renders its decision on the Motion as follows:
9   Plaintiffs' Motion in Limine No. 6, the Motion to Exclude any Evidence
10 Relating to Non-Discriminatory Intent as Affirmative Defense, is GRANTED.
11   **IT IS SO ORDERED.**

13 Dated: _____, 2018   _____
14                                  HONORABLE STEPHEN V. WILSON
                                     U.S. DISTIRCT COURT JUDGE

28 *PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697- SVW-SKx; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 6