1  Patricia Barbosa (SBN 125685)
pbarbosa@barbosagrp.com
2  **BARBOSA GROUP**
8092 Warner Avenue
3  Huntington Beach, California  92647
Phone:  (714) 465-9486
4
Sharon Krevor-Weisbaum
5  skw@browngold.com
Joseph B. Espo
6  jbe@browngold.com
Jean M. Zachariasiewicz
7  jmz@browngold.com
**BROWN, GOLDSTEIN & LEVY LLP**
8  120 East Baltimore Street, Suite 1700
Baltimore, Maryland  21202
9  Phone: (410) 962-1030

10  *Attorneys for Plaintiffs*

11          **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12

13  ROY PAYAN, PORTIA MASON,   ) Case No.: 2:17-cv-01697-SVW(SKx)
THE NATIONAL FEDERATION OF ) **Civil Rights**
THE BLIND, INC., and THE       )
14  NATIONAL FEDERATION OF THE  )
BLIND OF CALIFORNIA, INC.,    )
15                                            )
            Plaintiffs,         ) **AMENDED JOINT WITNESS LIST**
16                                            )
vs.                              ) Pretrial Conference Date: February 12, 2018
17                                            ) Time: 3:00 p.m.
LOS ANGELES COMMUNITY    ) Location: 350 W. 1st Street
18  COLLEGE DISTRICT.             ) Los Angeles, CA 90012
                                         ) Courtroom 10A
19          Defendant.            )
                                         )
20                                            ) **Trial Date: Feb. 20, 2018**
                                         )
21  _____ )
                                         )
22

23          Pursuant to the Court's September 7, 2017, Amended Order for Case Schedule,

24  Plaintiffs Roy Payan, Portia Mason, the National Federation of the Blind, Inc., and

25  the National Federation of the Blind of California, Inc., and Defendant Los Angeles

26  Community College District, submitted a Joint Witness List on January 12, 2018.

27  They now file this Amended Joint Witness List to correct three errors made by

28  Plaintiffs, when they put the names of two possible witnesses at the end of other

paragraphs and misspelled one witness's name.  They now file this Amended Joint Witness List to correct those errors.

**Plaintiffs' Witnesses who will testify in person**:

1. Roy Payan
2. Portia Mason
3. Jon Gunderson
4. Peter Bossley
5. Bruce Growick
6. Ever Lee Hairston, 8484 Crescent Drive, Los Angeles, California  90046
7. Mark Riccobono, National Federation of the Blind, 200 E. Wells Street, Baltimore, Maryland  21230
8. Sylvia Mitchell, 1461 Amberwood Dr., Hemet, CA 92543
9. Virginia Romero
10. Stephen Cargill
11. David Serrano, Los Angeles Community College District, 770 Wilshire Blvd., Los Angeles, California 90017, (213) 891-2461

**Rule 30(b)(6) Witnesses who will be presented by Plaintiffs by deposition:**

12. Robert Dominick, Los Angeles City College, Office of Special Services, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2271

7:1-5

7:22-8:8

13:2-14:17

15:3-15:12

15:23-16:3

16:5-16:16

16:17-17:2

17:3-8

| | |
|---|---|
| 1 | 20:21-25 |
| 2 | 22:14-24:15 |
| 3 | 24:25-25:2 |
| 4 | 25:7-26:17 |
| 5 | 26:18-27:7 |
| 6 | 33:12-17 |
| 7 | 41:3-42:3 |
| 8 | 51:6-15 |
| 9 | 53:10-19 |
| 10 | 55:9-59:24 |
| 11 | 60:20-62:17 |
| 12 | 72:20-73:7 |
| 13 | From Alihidir |
| 14 | 4:4-14. |
| 15 | 40:9-45:20 |
| 16 | 13.  John Al-Amin – Los Angeles City College, Administrative Services |
| 17 | Dept., 855 N. Vermont Avenue, Los Angeles, California 90029, |
| 18 | (323) 953-4000 ext. 2082 |
| 19 | 6:7-11 |
| 20 | 7:21-25 |
| 21 | 13:14-19 |
| 22 | 15:10-22 |
| 23 | 19:24-20:14 |
| 24 | 22:22-23:16 |
| 25 | 29:25-31:16 |
| 26 | 37:1-6 |
| 27 | 38:11-39:16 |
| 28 | 41:2—22 |

1                        43:17-20

2                        43:21-44:8

3                        48:17-22

4                        51:5-8

5                        53:4-54:5

6                        54:14-16

7                        57:22-

8                        58:3-60:5

9                        64:6-7

10                       64:10

11                       64:12-19

12     14.     Randy Anderson Los Angeles City College, Office of the Student

13                    Conduct Officer, 855 N. Vermont Avenue, Los Angeles, California

14                    90029, (323) 953-4000 ext. 2285

15                        4:22-5:1

16                       6:16-22

17                       8:10-21

18                       15:13-16:4

19                       20:12- 21:6

20                       23:21-24:25

21                       26:1-27:2

22                       27:24-28:5

23                       28:20-24

24                       53:7-55:21

25                       56:6-57:7

26                       61:21-62:16

27

28

15.  Juan Mendoza, Los Angeles City College, Information Technology) IT
     Department, 855 N. Vermont Avenue, Los Angeles, California 90029,
     (323) 953-4000 ext. 2036
     6:15-17
     8:25-9:11
     9:21-10:18
     16:14-17:6
     17:16-18:19
     36:15-37:2
     39:6-39:18
     40:18-41:22
     44:11-25
     47:2-6
     48:7-17

16.  Donna Morley, Los Angeles City College, Office of Special Services,
     855 N. Vermont Avenue, Los Angeles, California 90029,
     (323) 953-4000
     6:19-21
     8:17-25
     9:9-10:5
     30:1-8
     30:22-31:6
     42:17-43:12
     51-20-52:11
     52:20-25

17.  Barbara Vasquez, Los Angeles City College, Library, 855 N. Vermont
     Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2400
     6:10-18

| | | |
|---|---|---|
| 1 | | 8:11-23 |
| 2 | | 10:2-22 |
| 3 | | 10:25-10:7 |
| 4 | | 12:13-25 |
| 5 | | 15:4-12 |
| 6 | | 16:17-24 |
| 7 | | 17:2-15 |
| 8 | | 18:5-22:25 |
| 9 | | 23:1-24:6 |
| 10 | | 25:12-23 |
| 11 | | 28:12-20 |
| 12 | | 28:25-29:19 |
| 13 | | 29:25-30:6 |
| 14 | | 34:6-35:25 |
| 15 | | 36:7-22 |
| 16 | | 39:15-40:22 |
| 17 | | 46:10-23 |
| 18 | | 50:24-52:1 |
| 19 | | 59:23-25 |
| 20 | | 60:4-9 |
| 21 | | 61:1-25 |
| 22 | | 64:22-66:13 |
| 23 | 18. | Daniel Wayne Walden, Los Angeles Community College District, 770 |
| 24 | | Wilshire Blvd., Los Angeles, California 90017, (213) 891-2000 |
| 25 | | 6:7-9 |
| 26 | | 6:13-15 |
| 27 | | 8:4-9 |
| 28 | | 16:24-19:25 |

| | | |
|---|---|---|
| 1 | | 24:18-25 |
| 2 | | 25:1-13 |
| 3 | | 26:21-27:20 |
| 4 | | 30:19-31:7 |
| 5 | | 41:20-42:3 |
| 6 | | 46:24-47:1 |
| 7 | 19. | Ryan Kushner, Los Angeles City College, Office of Special Services, |
| 8 | | 855 N. Vermont Avenue, Los Angeles, California 90029, |
| 9 | | (323) 953-4000 |
| 10 | | 5:24-6:11 |
| 11 | | 6:5-6:20 |
| 12 | | 7:15-16 |
| 13 | | 8:8-9 |
| 14 | | 9:1-11:4 |
| 15 | | 12:22-8:4 |
| 16 | | 18:2-18:23 |
| 17 | | 19:1-25 |
| 18 | | 20:18-23 |
| 19 | | 21:1-36 |
| 20 | | 36:16-25 |
| 21 | | 37:7-38:13 |
| 22 | | 39:12-40:1 |
| 23 | | 40:4-17 |
| 24 | | 43:9-17 |
| 25 | | 43:23-44:19 |
| 26 | | 50:3-53:4 |
| 27 | | 57:11-58:1 |
| 28 | | 58:6-61:2 |

| | | |
|---|---|---|
| 1 | | 61:3-16 |
| 2 | | 63:2-68:3 |
| 3 | | 68:16-71:5 |
| 4 | | 71:19-72:8 |
| 5 | | 72:14-74:16 |
| 6 | | 78:1-79:1 |
| 7 | | 91:1-14 |
| 8 | | 95:22-97:2 |
| 9 | 20. | Jorge Mata, Los Angeles Community College District, 770 Wilshire |
| 10 | | Blvd., Los Angeles, California 90017, (213) 891-2000 |
| 11 | | 6:1-3 |
| 12 | | 6:7-8 |
| 13 | | 7:24-8:24 |
| 14 | | 8:25-9:17 |
| 15 | | 12:6-24 |
| 16 | | 14:2-21 |
| 17 | | 15:11-16:3 |
| 18 | | 26:9-30:25 |
| 19 | | 37:15-38:21 |
| 20 | | 41:1-16 |
| 21 | | 46:10-12 |
| 22 | | 47:2-6 |
| 23 | | 49:6-9 |
| 24 | | 50:24-51:5 |
| 25 | | 51:25-53:3 |
| 26 | | 53:20-54:17 |
| 27 | | 55:17-22 |
| 28 | | 69:14-70:4 |

1        73:8-74:12

2        80:20-25

3        85:24-86:9

4    **Plaintiffs' Witnesses to be called if necessary**:

5        21.    David Sedghi, Los Angeles City College, Psychology Department, 855

6               N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000

7               ext. 2935

8        22.    April Pavlick, Los Angeles City College, Psychology Department, 855

9               N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000

10              ext. 2939

11       23.    Blythe Daniel, Los Angeles City College, Psychology Department, 855

12              N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000

13              ext. 2933

14       24.    Thelma Day, Los Angeles City College, Academic Affairs Dept., 855 N.

15              Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext.

16              2541

17       25.    Kian Kaviani, Los Angeles City College, Math Department, 855 N.

18              Vermont Avenue, Los Angeles, California 90029, (323) 953-4000

19              ext. 2810

20       26.    Ronald Kendis, Los Angeles City College, Math Department, 855 N.

21              Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext.

22              2818

23       27.    Anil Lewis, National Federation of the Blind, 200 E. Wells Street,

24              Baltimore, Maryland  21230

25       28.    Wail Alhidir, 2060 W. Adams Blvd., #2, Los Angeles, California 90018,

26              (213) 709-3846

27

28

29.   Kelvin Luong, Los Angeles City College, Office of Special Services, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000

30.   Cheryl Morrison, Los Angeles City College, Office of Special Services, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2289

## DEFENDANTS DISCLOSURES

### I.   COMPLIANCE WITH RULE 26(A)(3) – WITNESSES ANTICIPATED TO TESTIFY

1)   Neal Albritton, 2520 Gabriel Court, Carmichael, California 95608, (916) 947-9008 - (anticipated to present testimony)

2)   John Al-Amin – Los Angeles City College, Administrative Services Dept., 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2082 - (anticipated to present testimony)

3)   Rick Clinton, 620 Compass Avenue, Beachwood, NJ 08722 (973) 951-8136 – (Anticipated to present testimony)

4)   Gaier Dietrich, High Tech Center Training Unit, 21050 McClellan Rd., Suite A, Cupertino, California 95014, (408) 996-4636 - (anticipated to present testimony)

5)   Randy Anderson Los Angeles City College, Office of the Student Conduct Officer, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2285 - (anticipated to present testimony)

6)   Blythe Daniel, Los Angeles City College, Psychology Department, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2933,  (anticipated to present testimony)

7)   Thelma Day, Los Angeles City College, Academic Affairs Dept., 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2541 -  (anticipated to present testimony)

8)   Robert Dominick, Los Angeles City College, Office of Special Services, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2271 -  (anticipated to present testimony)

9)   Kian Kaviani, Los Angeles City College, Math Department, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2810 -  (anticipated to present testimony)

10)   Ronald Kendis, Los Angeles City College, Math Department, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2818 -  (anticipated to present testimony)

11)   Ryan Kushner, Los Angeles City College, Office of Special Services, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 - (anticipated to present testimony)

12)   Kelvin Luong, Los Angeles City College, Office of Special Services, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 - (anticipated to present testimony)

13)   Plaintiff, Portia Mason

14)   Susan Matranga, Los Angeles City College, Office of Special Services, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 -  (anticipated to present testimony)

15)   Jorge Mata, Los Angeles Community College District, 770 Wilshire Blvd., Los Angeles, California 90017, (213) 891-2000 - (anticipated to present testimony)

16)   Juan Mendoza, Los Angeles City College, Information Technology )IT_ Department, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2036 -  (anticipated to present testimony)

17)   Donna Morley, Los Angeles City College, Office of Special Services, 855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000 - (anticipated to present testimony)

1      18)    Cheryl Morrison, Los Angeles City College, Office of Special Services,

2             855 N. Vermont Avenue, Los Angeles, California 90029, (323) 953-

3             4000 ext. 2289-   (anticipated to present testimony)

4      19)    April Pavlick, Los Angeles City College, Psychology Department, 855

5             N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000

6             ext. 2939 - (anticipated to present testimony)

7      20)    Plaintiff, Roy Payan

8      21)    David Sedghi, Los Angeles City College, Psychology Department, 855

9             N. Vermont Avenue, Los Angeles, California 90029, (323) 953-4000

10            ext. 2935 - (anticipated to present testimony)

11     22)    David Serrano, Los Angeles Community College District, 770 Wilshire

12            Blvd., Los Angeles, California 90017, (213) 891-2461  (anticipated to

13            present testimony)

14     23)    Barbara Vasquez, Los Angeles City College, Library, 855 N. Vermont

15            Avenue, Los Angeles, California 90029, (323) 953-4000 ext. 2400 -

16            (anticipated to present testimony)

17     24)    Daniel Wayne Walden, Los Angeles Community College District, 770

18            Wilshire Blvd., Los Angeles, California 90017, (213) 891-2000 -

19            (anticipated to present testimony)

20

21

22

23

24

25

26

27

28

1

## II.   COMPLIANCE WITH RULE 26(A)(3)(II) – WITNESSES BY

2

## DEPOSITION TESTIMONY

3

None anticipated.

4

Dated:  January 26, 2018

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BARBOSA GROUP**

Patricia Barbosa

**BROWN GOLDSTEIN & LEVY, LLP**

Sharon Krevor-Weisbaum
Joseph B. Espo, Esq.
Jean M. Zachariasiewicz

*Attorneys for Plaintiffs*

HAIGHT BROWN & BONESTEEL LLP

/s/ Yvette Davis
Richard E. Morton
Yvette Davis
2050 Main Street, Suite 600
Irvine, California  92614
Telephone:  (714) 426-4600
Facsimile:  (714) 754-0826
rmorton@hbblaw.com
ydavis@hbblaw.com

*Attorneys for Defendant Los Angeles
Community College District*