1
2
3
4

Patricia Barbosa (SBN 125685)
pbarbosa@barbosagrp.com
**BARBOSA GROUP**
8092 Warner Avenue
Huntington Beach, California 92647
Phone: (714) 465-9486

5
6
7
8
9

Sharon Krevor-Weisbaum
skw@browngold.com
Joseph B. Espo
jbe@browngold.com
Jean M. Zachariasiewicz
jmz@browngold.com
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Phone: (410) 962-1030

10

*Attorneys for Plaintiffs*

11
12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13
14
15
16

ROY PAYAN, PORTIA MASON,
THE NATIONAL FEDERATION OF
THE BLIND, INC., and THE
NATIONAL FEDERATION OF THE
BLIND OF CALIFORNIA, INC.,

                          Plaintiffs,

17       vs.

18
19

LOS ANGELES COMMUNITY
COLLEGE DISTRICT,

                          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:17-cv-01697-SVW(SKx)
**Civil Rights**

**PLAINTIFFS' NOTICE OF MOTION**
**AND MOTION FOR PERMANENT**
**INJUNCTION**

**Filed concurrently with: Memorandum**
**of Points and Authorities; and [Proposed]**
**Order**

Trial Date: May 14, 2019

20
21
22
23
24
25
26
27
28

1   Please take notice that Plaintiffs Portia Mason, National Federation of the
2   Blind, Inc., and National Federation of the Blind of California, Inc., will and hereby
3   do move this Court, Pursuant to Federal Rule of Civil Procedure 65(a) and the Local
4   Rules for an Order:
5   Establishing Plaintiffs' entitlement to a permanent injunction and requiring
6   Defendant Los Angeles Community College District to comply with the proposed
7   permanent injunction.
8   This Motion is made in compliance with the Court's April 23, 2019, Order
9   Granting in Part Plaintiffs' Second Renewed Motion for Partial Summary Judgment
10  as to Liability.
11  This Motion is based upon the Notice of Motion; the accompanying
12  Memorandum of Points and Authorities; and all pleadings and papers on file in this
13  action.

14
15  Respectfully submitted,
16
17  Dated:  May 14, 2019                    **BARBOSA GROUP**
18
19                                          *P Barbosa*
20                                          _____
                                            Patricia Barbosa
21                                          **BROWN GOLDSTEIN & LEVY, LLP**
22                                          *Norenh B. Emmus*
23                                          _____
                                            Sharon Krevor-Weisbaum
24                                          Joseph B. Espo
                                            Jean M. Zachariasiewicz
25
                                            *Attorneys for Plaintiffs*
26
27
28

*PAYAN, et al. v. LACCD*, Case No.:  2:17-cv-01697 SVW(SKx)
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PERMANENT INJUNCTION

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2019, a copy of the foregoing Plaintiffs'

Notice of Motion and Motion for Permanent Injunction was delivered by the Court's

e-filing system to:


Richard E. Morton, Esquire
Yvette Davis, Esquire
Bruce Cleeland, Esquire
Bethsaida C. Obra-White, Esquire
Haight Brown & Bonesteel LLP
2050 Main Street, Suite 600
Irvine, California 92614
rmorton@hbblaw.com
ydavis@hbblaw.com
bcleeland@hbblaw.com
bobrawhite@ hbblaw.com

*Attorneys for Defendant Los Angeles*
*Community College District*


_____
Joseph B. Espo

*PAYAN, et al. v. LACCD*, Case No.:  2:17-cv-01697 SVW(SKx)
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PERMANENT INJUNCTION

3