FILED
CLERK, U.S. DISTRICT COURT

JUN 2 0 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Payan, Portia Mason, The National Federation of the Blind, Inc., and The National Federation of the Blind of California, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Los Angeles Community College District,<br><br>Defendant. | Case No. 17-CV-1697-SVW (SK)<br><br>SPECIAL VERDICT FORM |

We, the Jury, in the above-entitled case, answer the questions submitted to us as follows:

1. Was Defendant's failure to provide Mr. Payan with a reasonable accommodation to give Mr. Payan meaningful access to course materials in the math classes in which Mr. Payan enrolled, as stated on page 11 of the Court's instructions to you, done intentionally or with deliberate indifference?

   Check one:          Yes  ✗       No ___

2. Was Defendant's failure to provide Ms. Mason with a reasonable accommodation to give Ms. Mason meaningful access to the course handbook used in Professor Blythe Daniel's abnormal psychology class, as stated on page 11 of the Court's instructions to you, done intentionally or with deliberate indifference?

   Check one:          Yes ___     No ✗

3. Was Defendant's failure to provide blind students with a reasonable accommodation to give blind students meaningful access to Defendant's website for Los Angeles City College, as stated on pages 12 of the Court's instructions to you, done intentionally or with deliberate indifference?

   Check one:          Yes ___     No ✗

2

4. Was Defendant's failure to provide blind students with a reasonable accommodation to give blind students meaningful access to library databases, as stated on page 12 of the Court's instructions to you, done intentionally or with deliberate indifference?

Check one:     Yes ___     No ✗

If your verdict was "Yes" as to any of the above questions, please proceed to Question 5. Otherwise, you have completed this verdict form.

5. We find that Plaintiffs were damaged in the following amount:

Mr. Payan: ~~$~~ 40,000

Ms. Mason: 0

When you have finished answering all applicable questions, please sign and date the verdict form, and notify the Court that the jury has finished deliberating.

DATED: June 29, 2019

_REDACTED AS TO FOREPERSON'S NAME_
Jury Foreperson

3