UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

Roy Payan, et al,

PLAINTIFF(S)

v.

Los Angeles Community College District, et al

DEFENDANT(S).

CASE NUMBER

2:17-cv-01697-SVW-SK

**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**

This action came on for jury trial, the Honorable STEPHEN V. WILSON District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Roy Payan and Portia Mason

recover of the defendant(s):

Los Angeles Community College District

the sum of See verdict (Dkt 320 & 321), with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of To be determined.

Clerk, U. S. District Court

Dated: June 24, 2019

By *PMCruz*
Paul M. Cruz, Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*

CV-49 (05/98)           **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**