1  Richard E. Morton (Bar No. 54188)
     *rmorton@hbblaw.com*
2  Bruce L. Cleeland (Bar No. 100524)
     *bcleeland@hbblaw.com*
3  Yvette Davis (Bar No. 165777)
     *ydavis@hbblaw.com*
4  HAIGHT BROWN & BONESTEEL LLP
     *edocs@hbblaw.com*
5  555 South Flower Street, Forty-Fifth Floor
   Los Angeles, California 90071
6  Telephone: 213.542.8000
   Facsimile: 714.754.0826
7
   Attorneys for Defendant
8  LOS ANGELES COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION; OF THE BLIND, INC.; and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COMMUNITY COLLEGE DISTRICT, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:17-cv-01697-SVW(SKx) <br> **[Civil Rights]** <br><br> **NOTICE OF CHANGE OF MAILING ADDRESS (and new email address for service of documents)** <br><br> Trial Date: May 14, 2019 <br> Time: 9:00 a.m. |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that effective immediately Haight Brown & Bonesteel, LLP, attorneys for Defendant, LOS ANGELES COMMUNITY COLLEGE DISTRICT, has changed its address for service of notices and documents and other contact information in the above-captioned action.

All notices, documents or other communications to Haight Brown & Bonesteel LLP in this action should now be directed as follows:

HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Email for Service: edocs@hbblaw.com

Dated: December 22, 2020          HAIGHT BROWN & BONESTEEL LLP

By: _____
Richard E. Morton
Bruce Cleeland
Yvette Davis
Attorneys for Defendant
LOS ANGELES COMMUNITY COLLEGE DISTRICT

1 **PROOF OF SERVICE**

2 **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3 *Payan; Mason; The National Federation of the Blind, et al. v. LACCD, et al.,*
*USDC Case No. 2:17-cv-01697-SVW-(SKx)*

4

5     At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2050 Main Street, Suite 600, Irvine, CA 92614.

6

7     On December 22, 2020, I served true copies of the following document(s) described as **NOTICE OF CHANGE OF MAILING ADDRESS (AND NEW EMAIL ADDRESS FOR SERVICE OF DOCUMENTS)** on the interested parties in this action as follows:

8

9 **SEE ATTACHED SERVICE LIST**

10     **BY EMAIL:** I caused a copy of the document to be sent from e-mail address totril@hbblaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

11

12

13     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

14

15     Executed on December 22, 2020, at Irvine, California.

16

17 

18     Lori Totri

LA42-0000025
13605047.1

Case No. 2:17-cv-01697-SVW(SKx)
NOTICE OF CHANGE OF MAILING ADDRESS
(and new email address for service of documents)

# SERVICE LIST

*Payan; Mason; The National Federation of the Blind, et al. v. LACCD, et al.*

USDC Case No. 2:17-cv-01697-SVW-(SKx)

| | |
|---|---|
| Patricia Barbosa<br>Ayman Mourad<br>BARBOSA GROUP<br>8092 Warner Avenue<br>Huntington Beach, California 92647 | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.*<br><br>Telephone: (714) 465-9486<br>Facsimile:  (866) 907-3235<br>Email: pbarbosa@barbosagrp.com<br>Email: amourad@barbosagrp.com<br>Email: arm@lanzonemorgan.com |
| Sharon Krevor-Weisbaum<br>Joseph B. Espo<br>Jean M. Zachariasiewicz<br>BROWN, GOLDSTEIN & LEVY LLP<br>120 E. Baltimore Street<br>Suite 1700<br>Baltimore, Maryland 21202 | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.*<br><br>Telephone: (410) 962-1030<br>Email: skw@browngold.com<br>Email: jbe@browngold.com<br>Email: jmz@browngold.com |