UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROY PAYAN; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>        Defendant - Appellant. | No. 19-56111<br><br>D.C. No. 2:17-cv-01697-SVW-SK<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| ROY PAYAN; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>        Defendant - Appellee. | No. 19-56146<br><br>D.C. No. 2:17-cv-01697-SVW-SK<br>U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered August 24, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7