UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROY PAYAN; et al.,

    Plaintiffs-Appellees,

v.

LOS ANGELES COMMUNITY COLLEGE DISTRICT,

    Defendant-Appellant.

Nos. 19-56111, 19-56146

D.C. No.
2:17-cv-01697-SVW-SK
Central District of California,
Los Angeles

ORDER

Before: TALLMAN, CALLAHAN, and LEE, Circuit Judges.

    Plaintiffs-Appellees' motion to transfer consideration of attorneys' fees on appeal to the district court (Dkt. 100) is GRANTED. *See* Circuit Rule 39-1.8.

    Because the disposition on appeal involved a split win/loss for each side, we ordered that each party should bear its own costs on appeal. We would not award attorneys' fees to either side attending this appeal for that reason. The district court is free to determine an award of fees and costs in the trial court when, and if, it determines which party prevails after remand.