# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-01697-SVW-SK | Date | November 22, 2021 |
|---|---|---|---|
| Title | *Roy Payan, et al. v. Los Angeles Community College District* | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER TO STAY CASE PENDING DISPOSITION OF PETITION FOR WRIT OF CERTIORARI

Having reviewed the parties' memoranda submitted on November 17, 2021, the Court hereby STAYS the case pending Defendant's filing of a petition for writ of certiorari in the United States Supreme Court. The Court concludes that a stay is appropriate for several reasons.

First, the Ninth Circuit's decision evidences a circuit split as to the availability of a private cause of action for a disparate impact theory pursuant to Section 504 of the Rehabilitation Act and Title II of the Americans with Disabilities Act. *See Payan v. Los Angeles Cmty. Coll. Dist.*, 11 F.4th 729 (9th Cir. 2021); *Robinson v. Kansas*, 295 F.3d 1183, 1186–87 (10th Cir. 2002); *Doe v. BlueCross BlueShield of Tennessee, Inc.*, 926 F.3d 235, 240–242 (6th Cir. 2019); *Kamps v. Baylor Univ.*, 592 Fed. App'x 282, 285 (5th Cir. 2014) (unpublished). Further, Defendant's submission indicated that the Supreme Court this term granted a petition for writ of certiorari in *CVS Pharmacy Inc. v. Doe*, No. 20-1374, which presented a similar question that was ultimately dismissed before oral argument. Finally, a Supreme Court decision would be sure to affect the litigation in this matter, which turns on whether Plaintiffs can pursue a private cause of action for disparate impact.

Therefore, this case is hereby STAYED. Defendant is ORDERED to keep the Court apprised of the status of its petition and any subsequent developments.

**IT IS SO ORDERED.**

Initials of Preparer     PMC