# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001



December 29, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526



2:17CV1697

Re: Los Angeles Community College District
v. Roy Payan, et al.
Application No. 21A283
(Your No. 19-56111, 19-56146)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on December 29, 2021, extended the time to and including March 4, 2022.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Lisa Nesbitt
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. David Arthur Urban
Liebert Cassidy Whitmore
6033 W. Century Boulevard, 5th Floor
Los Angeles, CA 90045


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526