Richard E. Morton (SBN 54188)
rmorton@hbblaw.com
Yvette Davis (SBN 165777)
ydavis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
Telephone: 714.426.4600
Facsimile:  714.754.0826

Pilar Morin, Bar No. 192882
pmorin@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendant
LOS ANGELES COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, NATIONAL FEDERATION OF THE BLIND, AND NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, <br><br>       Plaintiff, <br><br>   v. <br><br> LOS ANGELES COMMUNITY COLLEGE, and DOES 1 through 10, inclusive, <br><br>       Defendant. | Case No.: 2:17-CV-01697-SVW-(SKx) <br><br> Complaint Filed: March 2, 2017 <br> FAC Filed: March 31, 2017 <br><br> **JOINT STATUS REPORT AND REQUEST FOR CONTINUED STAY** |

1

The parties to his matter, Plaintiffs ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC. ("Plaintiffs") and Defendant LOS ANGELES COMMUNITY COLLEGE DISTRICT ("LACCD"), hereby submit the following Joint Status Report and Request for Continued Stay of this matter.

On November 22, 2021, this Court stayed the instant litigation pending the disposition of a petition for writ of certiorari to be filed by LACCD. As of March 2, 2022, LACCD determined it would not file a petition for writ of certiorari.

The parties have been working diligently to resolve the case, and have participated in mediation sessions before Jerry Spolter at Judicial Arbitration and Mediation Services ("JAMS") on February 17, 2022, March 1, 2022 and March 14, 2022. The parties have continued with direct settlement discussions thereafter and have planned a sequence of further discussions.

In light of the continued settlement discussions, the parties respectfully request that this Court continue the stay of this matter for approximately two months, until May 23, 2022, to allow the parties time for further efforts to resolve the case. The parties can provide a status report at the conclusion of this period regarding readiness to proceed with the matter.

Dated: March 21, 2022         HAIGHT BROWN & BONESTEEL LLP

                              By: _____
                                  Richard E. Morton
                                  Yvette Davis
                                  Attorneys for Defendant
                                  LOS ANGELES COMMUNITY
                                  COLLEGE DISTRICT

Dated: March 21, 2022

LIEBERT CASSIDY WHITMORE

By: /S/
_____
Pilar Morin
David A. Urban
Attorneys for Defendant
LOS ANGELES COMMUNITY COLLEGE

Dated: March 21, 2022

BARBOSA GROUP

By: /S/
_____
Patricia Barbosa
Attorneys for Plaintiffs
ROY PAYAN, PORTIA MASON, NATIONAL FEDERATION OF THE BLIND, AND NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA

Dated: March 21, 2022

BROWN, GOLDSTIEN & LEVY, LLP

By: /S/
_____
Joseph B. Espo
Kevin D. Docherty
Attorneys for Plaintiffs
ROY PAYAN, PORTIA MASON, NATIONAL FEDERATION OF THE BLIND, AND NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA

JOINT STATUS REPORT

LA42-0000025
14103860.1 10002544.1 LO130-061