1  Richard E. Morton (Bar No. 54188)
      *rmorton@hbblaw.com*
2  Yvette Davis
      *ydavis@hbblaw.com*
3  HAIGHT BROWN & BONESTEEL LLP
      *edocs@hbblaw.com*
4  2030 Main Street, Suite 1525
   Irvine, California 92614
5  Telephone:  714.426.4600
   Facsimile:  714.754.0826
6
   Attorneys for Defendant
7  LOS ANGELES COMMUNITY COLLEGE DISTRICT

8

9                **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11 ROY PAYAN; PORTIA MASON;        Case No. 2:17-cv-01697 SVW(SKx)
   THE NATIONAL FEDERATION; OF     **[Civil Rights]**
12 THE BLIND, INC.; and THE
   NATIONAL FEDERATION OF THE      **JOINT STATUS REPORT**
13 BLIND OF CALIFORNIA, INC.,      **REGARDING SETTLEMENT**
                                   **EFFORTS AND PROPOSED TRIAL**
14         Plaintiffs,             **DATE**

15         v.

16 LOS ANGELES COMMUNITY
   COLLEGE DISTRICT; DR.
17 FRANCISCO C. RODRIGUEZ in his
   official capacity as chancellor of the
18 Los Angeles Community College
   District; and DOES 1 through 10,
19 inclusive,

20         Defendants.

21

22       The parties to his matter, Plaintiffs ROY PAYAN, PORTIA MASON, THE

23 NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL

24 FEDERATION OF THE BLIND OF CALIFORNIA, INC. ("Plaintiffs") and Defendant

25 LOS ANGELES COMMUNITY COLLEGE DISTRICT ("LACCD"), hereby submit the

26 following Joint Status Report Regarding Status of Settlement Efforts and Proposed Trial

27 Date.

28 / / /

1    On November 22, 2021, this Court stayed the instant litigation pending the

2    disposition of a petition for writ of certiorari to be filed by LACCD. As of March 2, 2022,

3    LACCD determined it would not file a petition for writ of certiorari.

4    The parties have worked diligently to resolve the case, and have participated in

5    mediation sessions before Jerry Spolter at Judicial Arbitration and Mediation Services

6    ("JAMS") on February 17, 2022, March 1, 2022 and March 14, 2022.

7    In light of the continued settlement discussions, the Court approved the parties'

8    request for a stay of this matter which expired on May 23, 2022, to allow the parties time

9    for further efforts to resolve the case.

10    From March 14, 2022 to approximately May 16, 2022, the parties participated in

11    several direct settlement discussions thereafter and exchanged proposed settlement

12    agreements. Despite best efforts, the matter has not settled.

13    After meeting and conferring, the parties concur that the case will be ready to

14    proceed to a second trial in January 2023. Due to the COVID pandemic, many cases were

15    put on hold and the trial calendars for counsel are impacted for the balance of 2022. The

16    parties request the Court schedule a Case Management Conference to set new trial dates,

17    determine what discovery should be updated before trial, and set deadlines for filing pre-

18    trial motions. The parties' respective positions regarding a framework for retrial are set out

19    in more detail in the status reports filed on November 17, 2021. ECF Nos. 406 & 407.

20    Dated:  May 27, 2022              HAIGHT BROWN & BONESTEEL LLP

21

22

23    By:   _____

24          Richard E. Morton
            Yvette Davis
25          Attorneys for Defendant
            LOS ANGELES COMMUNITY COLLEGE
26          DISTRICT

27

28

1  Dated:  May 27, 2022                          LIEBERT CASSIDY WHITMORE

2

3

4                                        By:  *David Urban*

5                                             Pilar Morin
                                              David A. Urban
6                                             Attorneys for Defendant
                                              LOS ANGELES COMMUNITY
7                                             COLLEGE

8

9  Dated:  May 27, 2022                          BARBOSA GROUP

10

11

12                                       By:  *P Barbosa*

13                                            Patricia Barbosa
                                              Attorneys for Plaintiffs
14                                            ROY PAYAN, PORTIA MASON,
                                              NATIONAL FEDERATION OF THE
15                                            BLIND, AND NATIONAL
                                              FEDERATION OF THE BLIND OF
16                                            CALIFORNIA

17

18

19  Dated:  May 27, 2022                         BROWN, GOLDSTIEN & LEVY, LLP

20

21                                       By:  *Joseph B. Espo*

22                                            Joseph B. Espo
                                              Kevin D. Docherty
23                                            Attorneys for Plaintiffs
                                              ROY PAYAN, PORTIA MASON,
24                                            NATIONAL FEDERATION OF THE
                                              BLIND, AND NATIONAL
25                                            FEDERATION OF THE BLIND OF
                                              CALIFORNIA
26

27

28