Patricia Barbosa (SBN 125685)
pbarbosa@barbosagrp.com
**BARBOSA GROUP**
606 Lake Street, #9
Huntington Beach, California 92648
Phone: (714) 465-9486

Sharon Krevor-Weisbaum
skw@browngold.com
Kevin D. Docherty
kdocherty@browngold.com
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Phone: (410) 962-1030

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COMMUNITY COLLEGE DISTRICT, <br><br> Defendant. | Case No.: 2:17-cv-01697-SVW(SKx) <br> **Civil Rights** <br><br> **JOINT REQUEST FOR REMOTE APPEARANCE OF COUNSEL- STATUS CONFERENCE** <br><br> Hearing Date: June 28, 2022 <br> Time: 1:30 p.m. |

# JOINT REQUEST FOR REMOTE
# APPEARANCE OF COUNSEL – STATUS CONFERENCE

Plaintiffs respectfully request that their counsel, Sharon Krevor-Weisbaum, Kevin Docherty, and Jessica Weber be permitted to participate by Zoom in the upcoming Status Conference, scheduled for June 28, 2022, at 1:30 p.m. Ms. Krevor-Weisbaum, Mr. Docherty, and Ms. Weber, from Brown, Goldstein & Levy, LLP, are based in Baltimore, Maryland.  Mr. Docherty will also be on a pre-planned vacation with his family in North Carolina on the day of the Status Conference.

In addition, Defendant respectfully requests that its counsel, David Urban, be permitted to participate by Zoom in the Status Conference. Mr. Urban will be traveling on the east coast for other work-related matters.

Given the long travel that would be required to appear in person and counsel's scheduling conflicts, good cause exists to allow Ms. Krevor-Weisbaum, Mr. Docherty, Ms. Weber, and Mr. Urban to appear remotely by Zoom.

Plaintiffs' counsel, Patricia Barbosa, who is based in Huntington Beach, California, will attend the Status Conference in person.

Defendant's counsel, Richard Morton and Yvette Davis, will also attend the Status Conference in person.

Respectfully submitted,

Dated:  June 15, 2022

**BARBOSA GROUP**

*/s/ P. Barbosa*
Patricia Barbosa

|   |   |
|---|---|
| 1 | **BROWN GOLDSTEIN & LEVY, LLP** |
| 2 | |
| 3 | _[signature]_ |
|   | Sharon Krevor-Weisbaum |
| 4 | Jessica P. Weber |
| 5 | Kevin D. Docherty |
| 6 | *Attorneys for Plaintiffs* |

1
2
3 _____
Sharon Krevor-Weisbaum
4 Jessica P. Weber
5 Kevin D. Docherty

6 *Attorneys for Plaintiffs*

7
8
9 **HAIGHT BROWN & BONESTEEL LLP**
10
11 _____
12 Richard E. Morton
Yvette Davis
13
14 **LIEBERT CASSIDY WHITMORE**
15
16 *David Urban*
 _____
17 Pilar Morin
David A. Urban
18
19 *Attorneys for Defendant*
*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
JOINT REQUEST FOR REMOTE APPEARANCE OF COUNSEL-STATUS CONFERENCE

3

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, copies of the foregoing, Joint Request for Remote Appearance Out-of-State Counsel-Status Conference were delivered by the Court's e-filing system to:

Richard E. Morton, Esquire
Yvette Davis, Esquire
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
rmorton@hbblaw.com
ydavis@hbblaw.com

and

Pilar Morin, Esquire
David A. Urban, Esquire
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
pmorin@lcwlegal.com
durban@lcwlegal.com

*Attorneys for Defendant Los Angeles Community College District*

_____
Kevin D. Docherty

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
JOINT REQUEST FOR REMOTE APPEARANCE OF COUNSEL-STATUS CONFERENCE

4