1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROY PAYAN, PORTIA MASON,                )  Case No.: 2:17-cv-01697-SVW(SKx)
    THE NATIONAL FEDERATION OF              )  **Civil Rights**
12  THE BLIND, INC., and THE                )
    NATIONAL FEDERATION OF THE              )
13  BLIND OF CALIFORNIA, INC.,              )  **[PROPOSED] ORDER FOR**
                                            )  **JOINT REQUEST FOR**
14                 Plaintiffs,              )  **REMOTE APPEARANCE OF**
                                            )  **COUNSEL-STATUS CONFERENCE**
15  vs.                                     )
                                            )
16  LOS ANGELES COMMUNITY                   )
    COLLEGE DISTRICT,                       )  Hearing Date: June 28, 2022
17                                          )  Time: 1:30 p.m.
                   Defendant.               )
18                                          )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21                                          )
                                            )
22                                          )
                                            )
23  _____    )

24
25
26
27
28

1

## **[PROPOSED] ORDER**

2

3      Upon consideration of the Parties' Joint Request for Remote Appearance of

4   Counsel, it is hereby:

5      ORDERED that the Parties' request is GRANTED; and it is further

6

7      ORDERED that Counsel for Plaintiffs, Sharon Krevor-Weisbaum, Kevin

8   Docherty, and Jessica Weber, as well as Counsel for Defendant, David Urban, may

9   appear remotely for the Status Conference scheduled for June 28, 2022, at 1:30 p.m.

10

11

12   Dated: June _____, 2022           _____

13                                       Hon. Stephen V. Wilson,
                                         United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
[PROPOSED] ORDER FOR JOINT REQUEST FOR REMOTE
APPEARANCE OF COUNSEL-STATUS CONFERENCE

2