UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:17-cv-01697-SVW-SK                           Date: June 28, 2022

Title  Roy Payan, et al v. Los Angeles Community College District, et al

## JS-5

Present: The Honorable:  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patricia Barbosa (In-Person) | Richard Morton (In-Person) |
| | |
| Appearing via Zoom: | Appearing via Zoom: |
| Sharon Krevor-Weisbaum | David Urban |
| Kevin Docherty | |
| Jessica Weber | |

**Proceedings:** STATUS CONFERENCE

Conference held. The plaintiff proposes to file with the Court a plan how the case should proceed.  The Court adopts the proposal and sets the following schedule:

1) Filing of the proposed "Road Map" will be July 21, 2022;
2) Defendant's response is July 28, 2022;
3) Plaintiff's reply shall be filed not later than August 2, 2022.

A hearing on the matter is set for August 8, 2022 at 1:30 p.m.

|  | : 30 |
|---|---|
| **Initials of Preparer** | PMC |