# Exhibit A

1  Richard E. Morton (Bar No. 54188)
   *rmorton@hbblaw.com*
2  Yvette Davis (Bar No. 165777)
   *ydavis@hbblaw.com*
3  HAIGHT BROWN & BONESTEEL LLP
   2050 Main Street, Suite 600
4  Irvine, California 92614
   Telephone: 714.426.4600
5  Facsimile: 714.754.0826

6  Attorneys for Defendant
   LOS ANGELES COMMUNITY COLLEGE
7  DISTRICT

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12 ROY PAYAN, PORTIA MASON, THE          Case No. 2:17-cv-01697 SVW(SKx)
   NATIONAL FEDERATION; OF THE          **Civil Rights**
13 BLIND, INC., and THE NATIONAL
   FEDERATION OF THE BLIND OF           Assigned to: Hon. Stephen V. Wilson;
14 CALIFORNIA, INC.,                     Magistrate Judge Steve Kim

15            Plaintiffs,                **DEFENDANT LOS ANGELES**
                                         **COMMUNITY COLLEGE**
16       v.                              **DISTRICT'S EXPERT WITNESS**
                                         **DISCLOSURE AND REPORTS**
17 LOS ANGELES COMMUNITY
   COLLEGE DISTRICT, DR. FRANCISCO       **[F.R.Civ. P. 26(a)(2)]**
18 C. RODRIGUEZ in his official capacity as
   chancellor of the Los Angeles Community
19 College District, and DOES 1 through 10,   Action Filed:      March 2, 2017
   Inclusive,
20
            Defendants.
21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

Haight

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2  Defendant Los Angeles County College District ("Defendant") by and

3  through counsel of record, Haight, Brown & Bonesteel LLP, hereby provides the

4  following expert witness disclosures, pursuant to Federal Rule of Civil Procedure,

5  Rule 26(a)(2) and this Court's Scheduling Order.

6  **RETAINED EXPERTS**

7  At the time of trial, Defendant may offer the expert opinion testimony, either

8  orally or by deposition testimony, of the following retained experts:

9  A.  Neal E. Albritton, 2520 Gabriel Court , Carmichael, CA 95608 , 916-

10  947-9008.  Neal E. Albritton is a digital document and web accessibility expert.  He

11  is expected to give testimony concerning causation, and his evaluation of plaintiffs'

12  claimed technological limitations at Los Angeles Community College. He will also

13  testify regarding his credentials, the records, documents and other evidence he

14  reviewed, the Parties' participation in the interactive process, the Defendant, and/or

15  its respective colleges, efforts to provide reasonable accommodations to

16  students/individuals who use assistive technology with access to web-based

17  information and services, the feasibility of providing alternative methods of

18  accessibility to school materials, industry standards, and compliance with applicable

19  regulations/policies.

20  Mr. Albritton will provide such ancillary opinions necessary to support his

21  primary opinions. He will also testify concerning rebuttal of any opinions provided

22  by other experts in this case.  Mr. Albritton's fee for deposition testimony (in office)

23  is $250.00 for the first hour and $250.00  for each additional hour or fraction

24  thereof.  Mr. Albritton's fee for deposition testimony (out of office) is $250.00 for

25  the first hour and $250.00 for each additional hour or fraction thereof.  Attached

26  hereto as Exhibit A is a true and correct copy of Mr. Albritton's expert report,

27  including all requisite attachments required by Federal Rule of Civil Procedure

28  26(a).

1

**NON-RETAINED EXPERTS**

2       A. <u>Gaeir Dietrich</u> , Director at High Tech Center Training Unit, 21050

3 McClellan Rd, Suite A, Cupertino, CA 95014, (408) 996-6047.

4       B. <u>Jorge Mata</u>, Chief Information Officer at Los Angeles Community College

5 District, 770 Wilshire Boulevard Los Angeles, CA 90017, (213) 891-2000.

6
        Dated: October 2, 2017        HAIGHT BROWN & BONESTEEL LLP
7

8

9       By:     */s/ Richard E. Morton*
                Richard E. Morton
10              Attorneys for Defendant
                LOS ANGELES COMMUNITY COLLEGE
11              DISTRICT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

# PAYAN, MASON, NFB & NFB CA
# vs.
# LACCD

## EXPERT WITNESS REPORT

Neal Albritton
Digital Document & Web Accessibility SME
October 2017

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# Table of Contents

**Executive Summary** 3
    **Scope of Report** 5
    **Scope of Work** 5
    **Scope of Testimony** 5
**Supplemental Documents/Disclosures** 5
**Case Background** 7
    Payan & Mason Reasonable Accommodation Needs 7
    Reasonable Accommodation 7
    The Interactive Process 8
    Analysis of LACCD's Efforts to Accommodate 8
    Analysis of LMS Software 9
    LACCD Responsibilities 9
    Conclusions 9

**Appendix A:** Qualifications & Publications 10
    Vitae 11
**Appendix B**: Advanced Training 23
**Appendix C:** Statement of Compensation 26
**Appendix D:** LACCD ADA Coordinators 27
**Appendix E:** LACCD DSPS 28
**Appendix F:** LACCD ADA Advisory Committee 29
**Appendix G:** LACCD ODEI 29
**Appendix H:** Statement of Compensation 32
**Appendix I:** LACCD ODEI 31
**Appendix J:** RA & EO Policies 29
**Appendix K:** LACCD's Web Accessibility S&G 32
**Appendix L:** LACCD ADA Notice of Compliance Under ADA 33

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# Executive Summary

As a result of my analysis of this case, and in my expert opinion, I have determined the following:

1. LACCD took a proactive approach to ensuring that electronic and information technologies developed, procured and used throughout the 9 college campuses is accessible and complies with Section 508 of the Rehabilitation Act of 1973.

2. LACCD made a good faith effort to reasonably accommodate Mr. Payan and Ms. Mason while they were enrolled and pursued their education.

3. Mr. Payan failed to fully participate as a vested member of the Interactive Process which impacted his anticipated date of graduation, unnecessary out-of-pocket note-taker expenses, and the overall outcome of his requested reasonable accommodation.

4. Ms. Mason failed to fully participate as a vested member of the Interactive Process which impacted the outcome of her requested reasonable accommodation, causing

5. Based solely my personal test of Etudes using my own screen reader software - Etudes software is effective and accessible to students with disabilities using assistive technology devices like JAWS screen reader software.

6. Based my personal test of Etudes using my own screen reader software - MyMathLab software is effective and accessible to students with disabilities using assistive technology devices like JAWS screen reader software.

7. The 45-minute limited-use version of JAWS that the LACC Library offers to students is as effective as a full-version of JAWS is to blind and visually impaired students.

8. OSS promptly responded to reasonable accommodation requests of Mr. Payan.

9. LACCD created numerous backup measures to ensure the provision of timely and effective reasonable accommodations and district-wide policies that ensure colleges, departments and teachers procure, create and offer accessible electronic and information technologies (such as LMS software products and assistive technologies such as JAWS screen reader software). These are posted and available online for students to view.

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# Scope of Report

## Scope of Work

Haight, Brown & Bonesteel, LLP sought a digital document and web accessibility subject matter expert to assist their client, LACCD with current litigation.

## Scope of Testimony

The scope of this testimony follows:

1. A complete statement of all the opinions this expert witness will express and the basis for those opinions;
2. The facts or data considered by this expert witness on forming those opinions;
3. Any exhibits used to summarize or support those opinions;
4. This expert witness' qualifications, including a list of all publications authored within the past 10 years;
5. A list of all other cases in which, during the previous 4 years, this expert witness has testified as an expert witness at trial or by deposition; and
6. A statement of the compensation to be paid for the study and testimony in this case.

## Supplemental Documents/Disclosures

The following documents were provided to assist me in compiling this report:

- Case 2:17-cv-01697-MRW Document 17 Filed 03/31/2017 (*Payan-Mason_LACCD_Doc_17_Amended_Complaint.pdf*)
- Video Deposition of Kelvin Luong 08/02/2017 (*Payan_LACCD_videotaped_deposition_of_Kelvin_Luong_Date_8-2-17_–_Full.pdf*)
- Plaintiff's Amended 30(B)(6) Notice of Deposition to LACCD (*Mason_Plaintiff_amended_30_b6_notice_of_deposition_to_the_Los_Angeles_Community_College_district.pdf*)
- PowerPoint presentation by HTCTU: Section 508 Compliance in Online Education (*Section_508_Compliance_in_Online_Education_–_HTCTU.pptx*)
- Videotaped Deposition of Kian Kaviani 08/01/2017 (*Kaviani_final_transcript-LE.pdf*)
- Videotaped Deposition of LACCD's Barbara Vasquez 07/31/2017 (*Vasquez final transcript-LE.pdf*)
- LACC Office of Special Services Request for Services Application and Home Page Screenshot 09/20/2017 (*Sup_Production_LACCD_000473-635.pdf*)

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

- Roy Payan Deposition 09/08/2017
  (Mason_-_deposition_transcript_of_Payan-.pdf)
- Letter from US DOJ and US DOE addressed to College and University Presidents 06/29/2010
  *(DOJ_&_DOE_Letter_from_June_29,_2010_and_addressed_to_College_and_University_Presidents_regarding_inaccessible_Electronic_Book_Readers.pdf)*
- Robert Dominick of LACDD Video Taped 08/04/2017 Deposition
  *(Dominick_final_transcript-CT.pdf)*
- Videotaped Deposition of Jorge Mata 09/26/2017
  *(Jorge_Mata_Deposition_–_J0659156.txt)*
- Letter from US DOJ and US DOE Regarding Inaccessible Book Readers In Use at Colleges and Universities 06/29/2010
  *(Kindle_DCL_to_Print.pdf)*
- Videotaped Deposition of Blythe Daniel 09/06/2017
  *(Mason_LACCD_Videotaped_deposition_of_Blythe_Daniel_Date_9-6-17_Vol_I.pdf)*
- Videotaped Deposition of Ryan Kushner 09/06/2017
  *(Mason_LACCD_Videotaped_deposition_of_Ryan_Kushner_Vol_I_Date_9-6-17.pdf)*
- Letter to Patricia Barbosa, Esq. from Darth Vaughn Regarding LACCD's First Supplemental Responses 09/20/2017
  *(Payan-Mason;_09.20.17_DKV_Letter_to_Patricia_Barbosa_RE_LACCD's_1st_Supp_Rsps_to_RPD,_#1;_LA42.0025)*
- LACCD's First Supplemental Responses to Roy Payan's RPD 03/02/2017
  *(Payan-Mason;_LACCD's_First_Supp._Responses_to_Roy_Payan's_RPD,_#1;_LA42.0025.pdf)*
- LACC Office of Special Services Application for Services and Webpage Screenshot 09/20/2017
  *(Sup_Production_LACCD_000473-635-2.pdf)*
- PowerPoint Presentation: Access and Accommodations in the STEM Fields by Gaeir Dietrich, HTCTU Director 09/20/2017
  *(Sup_Production_LACCD_000636-821.pdf)*
- Daniel Walden, Ph.D. Videotaped Deposition 08/09/2017
  *(Walden_final_transcript-CT.pdf)*

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# Case Background

**PAYAN & MASON REASONABLE ACCOMMODATION NEEDS**
Both Roy Payan and Portia Mason enrolled in classes at LAACCD in the 2015. Both students were blind and had disabling conditions that necessitated reasonable accommodations to help them study, take exams and participate in class. Both enrolled in services provided by the Office of Special Services (equivalent to the services provided through colleges' Disabled Student Services Programs).

Both used Braille, audio books, and screen-reader software. Mr. Payan's enrollment in Math 124A and Math 124B required use of MyMathLab software to accommodation his vision loss and access class materials, information. Although he complained that MyMathLab was not accessible, all tests and procurement efforts by the Math Department referenced within Dr. Kaviani showed that it was accessible to JAWS and effectively used by other students who are blind.

Mr. Payan placed himself at a disadvantage when he requested accommodations from OSS to convert materials into accessible electronic text in February. This was a few weeks after the start of the semester and production of accessible was at its peak causing a backlog of requests for accessible materials. Mr. Luong from OSS testified to the backlog of work during this time causing delays for students who submitted late requests.

Ms. Mason limited OSS' ability to effectively accommodate her needs because, fearing retaliation for requesting such accommodations (as recorded in the documentation provided by the defense counsel), she disengaged herself from the Interactive Process. This made it difficult for her to submit assignments on time and dragged out her anticipated graduation from the program. This also made it difficult for OSS to accommodate her needs promptly and effectively for a successful outcome.

## Reasonable Accommodation
Both the Americans with Disabilities Act (ADA) and California's Fair Employment and Housing Act require a timely, good faith Interactive Process between the college and a student with a disability enrolled in any of its program. The ADA and FEHA define what an effective Interactive Process is as well as establishes the roles and responsibilities of each of its participants (student with a disability and the college program). Based on the depositions of Mr. Luong and Dr. Kaviani, it is obvious to me that the college made a good faith effort to reasonably and effectively accommodate Mr. Payan and Ms. Mason.

PAYAN, MASON, NFB & NFB CA vs. LACCD
Privileged & Confidential

October 2017

6

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

## The Interactive Process

Even though the accommodations provided may not have had all the "bells and whistles" that both students hoped for, they were indeed effective solutions and based on available LMS that was in use throughout the college district. According to the ADA and FEHA, an Interactive Process involves the individual (student with a disability) making a request for accommodation. A discussion between both parties follows and accommodation options are explored. Possible solutions are then narrowed down by both parties based on their effectiveness. It is finally up to the Title II entity (LACCD) to determine which accommodation to implement based on effectiveness without causing undue hardship or extreme financial burden to the entity.

## Analysis of LACCD's Efforts to Reasonably Accommodate

It is also obvious to me that LACCD proactively engaged in the Interactive Process when utilizing accessible LMS and delivering accessible alternative formats of course materials upon request.

I conducted a review of the available programs offered and posted on the LACCD website that are available to students with disabilities in an effort to assist with their unique accommodation needs. There are obviously several programs that Mr. Payan and Ms. Mason could have utilized, in addition to the OSS. They would have been able to further engage in an effective Interactive Process and obtain the accommodations needed to satisfactorily complete their coursework:

1. LACCD ADA Coordinators (APPENDIX-E);
2. LACCD Disabled Student Programs & Services (DSPS) (APPENDIX-F);
3. LACCD ADA Advisory Committee (APPENDIX-G); and
4. LACDD Office for Diversity, Equity & Inclusion (APPENDIX-H).

LACCD makes obvious efforts to ensure that Section 508 Standards are met when procuring, developing, or using software programs, web content, and LMS technologies:

- The Reasonable Accommodation & EEO Policies are posted within an easy to find web page (APPENDIX-I);
- LACCD's Web Accessibility Standards & Guidelines are also posted in an easy to find web page (APPENDIX-J); and
- LACCD's Notice of Compliance Under ADA (APPENDIX-K).

Both students had the opportunity to access these services and cite applicable policies posted on the website to justify their requests – rather than ineffectively utilize all available resources to engage in an Interactive Process. I believe based on my professional experience that they would have

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

found a favorable outcome by going through the resources available to them and most likely been able to avoid feeling compelled to litigate.

## Analysis of LMS Software

I tested the Etudes software program using my VoiceOver screen reader that is similar to JAWS. I concur with Mr. Luong from OSS that it is accessible, although cumbersome at times to navigate. Nonetheless, it is accessible and usable as is.

## LACCD RESPONSIBILITIES

I am very familiar through my professional experience of LACCD's efforts to comply with Section 508 ever since Section 508 became applicable by reference through Government Code 11135. The District Accessible Software Policies reflects that commitment.

## CONCLUSIONS

Based on the resources and information available, I do not have any reason to believe that LACCD acted intentionally to cause harm to either student. They have made extensive efforts to ensure their programs and services are accessible and that each student is effectively accommodated. I will reserve my opinion and revise my comments until I am able to review pending depositions and reports.

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX A:
## QUALIFICATIONS & PUBLICATIONS (10 YEARS)

I am currently employed as the Senior Business Systems Analyst (Web Accessibility Subject Matter Expert) for Centene Corporation and am responsible for auditing over 125 Centene-owned internal and public websites for compliance with Section 508 and WCAG 2.0. I also am responsible for educating content developers about preventing the creation of barriers to web content. I have been employed in the field of Web Accessibility since 2002 within state and local government and as a private consultant. I have conducted Section 508 and WCAG accessibility compliance audits; developed executive policies and best practices for implementation of California State Government website accessibility standards (including California Department of Rehabilitation Accessibility Best Practices); and provided technical assistance and advanced training to numerous State agencies and departments. I also served as Subject Matter Expert (on 3 separate occasions) to California State Senate regarding Section 508 & WCAG non-compliant departmental websites (2014 & 2015). I have authored and disseminated 4 advanced-level trainings between 2002-2010 and published related training guides. I have developed and delivered trainings relating to Web Accessibility throughout California; and presented at least 8 times at conferences and via webinars.

I have engaged in over 32 hours of advanced-level training regarding Accessible Electronic & Information Technology (E&IT) based on Section 508 and the WCAG 2.0.

Publications include:
- "Best Practices for Accessible Electronic and Information Technology," (California Alliance for Assistive Technology), 2010
- "California Website Accessibility Standards" (State of California), 2007
- "10 Steps to Improved PDF Accessibility," (State of California, Web Master User Group), April 2007"
- "10 Things Your Webmaster Needs to Know to Meet Accessibility Guidelines," The Catalyst Volume 8 No. 2 (California Department of State Parks & Recreation), January 2007

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX B:
## Curriculum Vitae

Neal E. Albritton
2520 Gabriel Court · Carmichael, CA 95608 USA
Phone: 916-947-9008
E-mail: neal_albritton@yahoo.com

---

## Positions Held

1/2014 - Present   **Sole-Proprietor & Subject Matter Expert Witness**
Web Accessibility/Accessible Electronic & Information Technology Consultant (Sacramento, California)

- Subject Matter Expert Witness for the law firm of Dorsie & Whitney LLP to assist the defense on a case relating to WCAG/Section 508 accessibility compliance (2016 – present).
- Served as Subject Matter Expert (on 3 separate occasions) to California State Senate regarding Section 508 & WCAG non-compliant departmental websites (2014 & 2015).
- Developed and presented statewide training on Advanced Web Accessibility Applications to corporate managers and their Information Technology Teams.
- Designed, developed, and maintained Section 508-compliant websites for multiple organizations.
- Conducted website and electronic and information technology procurement audits for compliance with Section 508 Standards and Web Content Accessibility Guidelines to maximize user accessibility and minimize risk of costly litigation.
- Provided consultation and technical assistance to corporate management and employees with disabilities relating to California Fair Employment and Housing Act, Federal Americans with Disabilities Act, California Unruh Civil Rights Act, and Section 508 of the Rehabilitation Act.
- Researched, identified, and disseminated information on civil rights and disability employment laws to clients for development and implementation of corporate policies and procedures.
- Website Designer and Manager.

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

**8/2017 – Present   Web Accessibility SME**
Centene Corporation (Health Net) – Information Technology – Web Services
(Rancho Cordova, California)
- Identify & Suggest Remediation Plan for Accessibility Barriers based on Section 508 and WCAG standards & Guidelines.
- Conduct visual web accessibility audits for validation and automated testing of over 125 Health Net public and intranet websites.
- Develop and implement training related to Section 508 and WCAG compliance and strategies for minimizing potential litigation.
- Design and maintain internal website for content developer training regarding Section 508 and WCAG 2.0 compliance.

**10/2009 – 08/2017   Citywide ADA Coordinator**
City of Sacramento – Labor Relations Division; Office of Civil Rights
(Sacramento, California)
- Planned, coordinated, and administered all citywide Reasonable Accommodation Interactive Processes ("IP").
- Facilitated over 400 IP Meetings for Reasonable Accommodation citywide and throughout 11 departments.
- Resolved conflicts between Departments (Directors, Division Managers & Supervisors) and City Employees regarding the provision of reasonable accommodations.
- Served as City's Program Coordinator for Citywide ADA and Section 508 Transition Plans.
- Served as Project Manager for ADA projects and programs with substantial departmental and citywide impact.
- Negotiated and provided consultation and technical assistance to the City of Sacramento's Department Directors, Division Managers and Supervisors for all eleven departments regarding California Fair Employment and Housing Act, Federal Americans with Disabilities Act, California Unruh Civil Rights Act, FMLA/CFRA overlap, and Section 508 of the Rehabilitation Act.
- Promptly responded to and rectified public complaints regarding alleged barriers to accessibility involving or caused by city programs, services or activities.
- Oversaw the City's accessibility compliance and barrier mitigation with construction of the Golden 1 Center Arena.
- Managed and maintained a large workload involving oversight of all

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

employee reasonable accommodations, ADA accessibility compliance of all city programs, services and activities; City of Sacramento Emergency Readiness Plan for People with Access and Functional Needs; and managing the SB1186 CASp-related Training Budget and Quarterly Reporting.

- Redesigned and implemented the Self-Evaluation and Transition Plan tool for the Citywide ADA Facility Transition Plan.
- Developed Section 508 digital accessibility implementation of newly designed citywide automated policies, procedures and guidelines service system technology.
- Oversaw all ADA programs and projects; trained management and department heads.
- Developed citywide web and digital document accessibility policies, standards and guidelines.
- Coordinated Certified Access Specialist (CASp) and Self Evaluation/Transition Plan citywide training for Building Inspectors, Architects and Office of Civil Rights staff for SB1186 compliance.
- Developed and conducted facility access surveys to identify barriers to city programs, services and activities for compliance with Title 24 California Building Code 11A and 11B and ADA Accessibility Standards.
- Monitored citywide programs to assure compliance with Federal and State ADA and civil rights laws, Section 508 standards, and administrative regulations.
- Worked with city communities, residents and businesses, as well as the media to address ADA concerns and develop effective solutions to minimize or mitigate those issues.
- Prepared recommendations to the City Manager, City Council and Department Directors pertaining to disability civil rights and access complaints to minimize citywide risk and liability.
- Monitored and evaluated the ADA compliance program effectiveness and outcomes; created and implemented accessibility compliance program policies and procedures; and developed guidelines, forms, and related documents.
- Featured in California Department of Rehabilitation's Boost Your Business YouTube video trainings as a physical accessibility subject matter expert (http://www.youtube.com/watch?v=somgIXtmFTg).
- Maintain level of subject matter expertise and diverse knowledge through ongoing research, training and collaboration efforts at a national level.

**Neal Albritton**
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

**2/2002 – 12/2014   President & Chief Executive Officer**
Section508Guru.com (formerly "ADCS-LLC") (Sacramento, California)
- Developed the Statewide Traumatic Brain Injury Expansion Project Website.
- National trainer and subject matter expert on Advanced Web Accessibility Applications to corporate managers and their Information Technology Teams.
- Designed, developed, and maintained Section 508 AND Web Content Accessibility Guidelines compliant websites for multiple organizations.
- Conducted website and electronic and information technology procurement audits for compliance with Section 508 Standards and Web Content Accessibility Guidelines to maximize user accessibility and minimize risk of costly litigation.
- Provided consultation and technical assistance to corporate management and employees with disabilities relating to California Fair Employment and Housing Act, Federal Americans with Disabilities Act, California Unruh Civil Rights Act, and Section 508 of the Rehabilitation Act.
- Researched, identified, and disseminated information on civil rights and disability employment laws to clients for development and implementation of corporate policies and procedures.
- Instructor at University of California, Davis extension in Sacramento of a 6-hour course for web masters and information technologists on "Designing Accessible Websites."
- Guest speaker at EmploymentAccess Conference in Mountain View, sponsored by Microsoft Corporation and TransAccess (2002-2006). Topics included "The Interactive Process for Reasonable Accommodation within California's Fair Employment and Housing Act" and "Designing Accessible Electronic Media with DAISY-Book Technology."
- Website Designer and Manager ([www.Section508Guru.com](www.Section508Guru.com)).

**8/2006 – 10/2009 Deputy Director**
California State Independent Living Council (SILC) (Sacramento, California)
- Served as acting Executive Director from June-September 2007.
- Prepared comprehensive reports of disability-related legislation for presentation to the SILC and other stakeholders.
- Collaborated with department heads and key staff from State of

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

California agencies/departments (including HHS, DHS, CMS, CA-DPH) about California legislation that had potential negative or positive consequences to people with disabilities and California's senior population.

- Directly supervised multiple staff and conducted performance improvement plans; approved and processed timesheets for payroll.
- Involved in statewide diverse recruitment efforts for SILC Council Member gubernatorial appointments.
- Developed, updated and/or streamlined internal policies and procedures in response to changing state and agency regulations.
- Served as agency Webmaster, Information Security Officer, Bilingual Services Coordinator, Delegated Purchasing Authority, and Chief Information Officer.
- Prepared annual reports to Fair Political Practices Commission and other control agencies.
- Prepared contracts, agreements, and RFPs.
- Drafted press releases for national and statewide distribution.
- Served as agency spokesperson at conferences, meetings, tradeshows, and with other state agencies.
- Conducted Section 508 accessibility compliance audits, developed executive policies and best practices for implementation of California State Government website accessibility standards (including California Department of Rehabilitation Accessibility Best Practices) and provided technical assistance and advanced training to numerous State agencies and departments.
- Designed and delivered training to the Triple-A Council of California on "Section 508 and the Baby Boomers."

11/2003 – 8/2006   **Associate Governmental Program Analyst**
Department of Rehabilitation, Assistive Technology Section (Sacramento, California)

- Developed and administered the $1.2 million Assistive Technology and Modified Transportation Loan Guarantee Program for the State of California.
- Successfully solicited and partnered with a statewide lending institution to finance the Loan Guarantee Program within two months of being hired into this position, thus revitalizing the program after four years of inactivity.

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

- Contract Manager and Section 508 and WCAG for the Department's Web Accessibility Resources website at http://www.rehab.cahwnet.gov/webaccessibility/default.htm.
- Developed statewide marketing strategies targeted towards unserved and underserved populations of Californians with disabilities and parents of children with disabilities.
- Served as Contract/Grant Administrator for the Federal California Assistive Technology System contract and the State AB204 grant that fund the leadership, coordination, development and maintenance of comprehensive, technology-related services for Californians with disabilities of all ages.
- Developed and provided departmental training programs that addressed the needs of underserved, minority populations of Californians with disabilities relative to assistive technology, accessible electronic and information technology, accessible Websites, and funding resources.
- Elected Chair of the Disability Advisory Committee (DAC) to develop departmental policies and advise the Department Director on issues directly effecting consumers and employees with disabilities in conjunction with the department's strategic plan and mission (2005-2006).
- Served as "stand-by" Webmaster for the Department's Internet and Intranet systems.
- Provided technical assistance to Californians with disabilities of all ages and California State Government entities relating to disability access issues, reasonable accommodation, and assistive technology.
- Wrote grant applications on behalf of the State of California to secure funding for assistive technology services for Californians with disabilities of all ages.
- Responded, assessed, and mitigated accessibility compliance issues relating to Section 508 and ADA accessibility compliance of software, intranet/internet, and electronic and information technology procurement.
- Provided technical support in absence of and directly to the Department's Deputy Director of Assistive Technology and External Affairs Division and the Executive Staff.

6/2003 – 10/2003   **Training Officer I**
Department of Rehabilitation, Staff Development Section (Sacramento, California)
- Developed training curriculum in coordination with federal, state, and

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

departmental regulations for state vocational rehabilitation program.
- Provided statewide technical assistance to departmental employees related to federal, state, and departmental vocational rehabilitation guidelines.


8/2001 – 6/2003   **Training Officer I**
Department of Rehabilitation, Disability Access Section (Sacramento, California)
- Trained over 2000 State of California managers, supervisors, and employees on disability civil rights issues directly relating to the California Fair Employment and Housing Act, the Americans with Disabilities Act (ADA), the ADA Architectural Guidelines, and Section 508 of the Amended Rehabilitation Act of 1973.
- Consulted and wrote reviews of Self-Evaluation and Transition Plans for State agencies.
- Responded to technical assistance needs of Federal and State agencies, the California Legislature, and members of the public.
- Introduced the legislative proposal for accessible meeting standards that resulted in the passage of Assembly Bill 3035.
- Introduced and trained the Department of General Services and the California Community College Advisory Board on legislation (SB105, GC11135, and Section 508) that established standards and set the foundation for change in the procurement process of California State Government.

2/1997 – 7/2001   **Senior Vocational Rehabilitation Counselor**
Department of Rehabilitation (Stockton, California)
- Provided vocational rehabilitation, case management and guidance and counseling services to over 1000 Californians with significant disabilities.
- Managed an average caseload size of 90 to 160 job-seeking Californians with disabilities at any given time (including monolingual, Spanish-speaking and Mental Health caseloads).
- Advocated on behalf of consumers with significant disabilities to public and private entities on disability-related issues and civil rights matters that directly resulted in the increased job placement and retention within the community.
- Coordinated services between the Department of Rehabilitation and County Mental Health (MH) System (executive MH staff, psychiatrists

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

and community service providers) that resulted in reduced hospitalization and increased employability of consumers with significant mental health disabilities.

## Education

1999-2002 **San Diego State University, Interworks Institute**  (San Diego, California)
Completed 30 of 60 post-graduate semester units towards Masters of Science in Vocational Rehabilitation Counseling with a 3.8 Cumulative grade point average.

1991 **Fresno State University** (Fresno, California)
Bachelor of Arts Degree, Liberal Studies - Emphasis in Electrical Engineering, Mathematics, and Spanish with a 3.89 cumulative grade point average.

## Publications

- "Best Practices for Accessible Electronic and Information Technology," (California Alliance for Assistive Technology), 2010
- "California Website Accessibility Standards" (State of California), 2007
- "10 Steps to Improved PDF Accessibility," (State of California, Web Master User Group), April 2007"
- "10 Things Your Webmaster Needs to Know to Meet Accessibility Guidelines," The Catalyst Volume 8 No. 2 (California Department of State Parks & Recreation), January 2007

## Conference Presentations

- "Best Practices in Developing and Disseminating Documents Electronically," DBTAC Great Lakes ADA Center, Chicago, Illinois 2010
- "Disability Awareness and Customer Service Aspects of Accessibility," Lake Tahoe, California 2009
- "Technical Resources for Accommodations," Sacramento, California 2008
- "Accessibility Features of Adobe Acrobat 8 Pro," Sacramento, California 2007
- "Web Accessibility & Aging," Sacramento, California 2006

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

- "Designing Accessible Websites," Sacramento, California 2005
- "Hidden Disabilities," Fresno, California 2002-2005
- "The Reasonable Accommodation Interactive Process" Mountain View, California 2002-2006

## Professional Organizations

- California Association of ADA Professionals (CAADAP) – former President and Co-Founder (2009 - Present) www.ca-adap.org
- City of Sacramento – Disabilities Advisory Commission (DAC), Commissioner. Responsible for advising the Mayor and City Council on issues relating to physical and programmatic access barriers to Sacramento's citizens with disabilities. (2008 - 2009) http://portal.cityofsacramento.org/HR/Divisions/Administration/HR-Boards-Commissions/Disability-Advisory-Commission
- California Emerging Technology Fund (CETF), Board of Expert Advisors - Charged with awarding grants to organizations for removing barriers to accessible technology and Broadband access throughout California. (2008 – Present) www.cetfund.org
- California Association of Equal Rights Professionals (CAERP), Website Administrator and member. (2010-Present)
- Alliance for Technology Access – Member of Board of Directors (2010 - 2014)

## Languages

1997 Employment Development Department (Stockton, California)
- Certificate of Bilingual Fluency in Spanish

## Volunteer Experience

2008 - 2010
**Access to Food Advisory Board** (Sacramento, California).
The mission of this advisory board is to award grants to Sacramento Food Banks to increase their physical and programmatic accessibility to the public.
- Advisory Board member
- Subject Matter Expert on Accessibility

2007-2009
**State Web Accessibility Team (SWAT)** (Sacramento, California).

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

This working group was created to develop a Website Accessibility Self-Certification Checklist for California State Government websites and to offer high-level technical assistance to California State Government webmasters regarding compliance of Section 508 and State-adopted Web Accessibility Standards.

2005-2009
**Information, Organization, Usability, Currency & Accessibility (IOUCA) Working Group** (Sacramento, California).
This working group was created to develop recommendations to the State Portal Steering Committee for standards, guidelines, policies, procedures, and best practices in web information to ensure California's websites are accessible, usable, and understandable.

- Co-authored the "California State Web Accessibility Standards" as Accessibility Lead-Expert for the State of California. These standards were adopted into state policy on June 2007.
- Established recommendations for development and implementation of accessible-compliant features of California State Government Web Templates.
- Collaborated with Google and Adobe Corporations between 2006 and 2007 to maximize the accessibility of their search engine and Portable Document Format (PDF) products.


2007-2009
**Traumatic Brain Injury Advisory Board** (Sacramento, California).
The mission of this advisory board is to raise awareness among key State Agencies and organizations of the importance of the problem of brain injury, solutions that could be implemented, current costs of brain injury including long-term costs and the value of interventions.

- Advisory Board member
- Committee Chair

2005-2007
**Guest speaker** for Northern Chapters of California Soroptomists (2005) and to the Area Agency on Aging Council of California, also known as the Triple-A Council of California or TACC, (2007) as an expert on Assistive Technology for California's Aging Populations, California Fair Employment and Housing Act, Section 508 Web Accessibility Standards.

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

2002-2005
**Guest lecturer** at Fresno State University's, Masters of Rehabilitation Counseling Program, Medical Aspects class as an expert on "Hidden Disabilities and Reasonable Accommodations".

2005
Provided **technical assistance** to Maine's State Government Office of Information Technology on developing state policies towards implementing Section 508 Standards of Accessibility.

**<u>Computer Skills</u>**
Possess advanced experience with and comprehension of:
- WorldSpace Comply (Deque) – automated testing software for accessibility testing
- SharePoint
- Agile Test Case Management Software for JIRA
- Microsoft Windows
- Microsoft Office, including:
  - Access, Accounting, Excel, Groove, InfoPath, Outlook, PowerPoint, Publisher, Word
- Web Design Software:
  - Dreamweaver, Microsoft Front Page
- Screen Reader Technology:
  - JAWS (Freedom Scientific)
  - NVDA for Windows OS
  - VoiceOver - Apple
- Vegas Movie Studio video editor and Audacity digital audio editor
- Adobe CS6 Products:
  - Fireworks, Flash, Acrobat Professional, Acrobat Distiller, Bridge, GoLive, Illustrator, InDesign, LiveCycle Designer, Photoshop.
- DAISY-Book Content Creation:
  - eClipse Writer Professional
- Braille Embosser:
  - Juliet Pro 60
- JavaScript, XML, XHTML, CSS and HTML coding
- FileMaker Pro 12

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

## Licenses and Certificates

Valid Class C Driver License
2016
CalCASp
- 40-hour Certified Access Specialist Training Program

2010
City of Sacramento Human Resources Department (Sacramento, California)
- CASp (Certified Accessibility Specialist) 2-day Training on ADA Accessibility Guidelines and California Building Code Standards Compliance.

2004
Department of Rehabilitation and Health & Human Services Agency (Sacramento, California)
- Accessible Technology

1997-2002
Department of Rehabilitation (Stockton & Sacramento, California)
Successfully completed intensive certified training courses on:
- Instructional Techniques for Trainers
- Training Development
- Presentation Skills
- Program Assessment
- Psychosocial Rehabilitation Principles
- Medical Aspects of Disease
- Psychopharmacology
- Diversity in the Workplace

**PRIOR EXPERT WITNESS & DEPOSITION EXPERIENCE**
I have not previously served on any trial as an expert witness. However, I am currently contracted by the Law Firm of Dorsie and Whitney LLP and serve as an Expert Witness in the federal case of Dogbo vs. Verizon Wireless. I have also been deposed while employed by the City of Sacramento as the City's ADA Coordinator in the case of Steven Hornsey vs. City of Sacramento. I have not been called to trial as of yet on that matter.

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX C:
## ADVANCED ACCESSIBLE ELECTRONIC & INFORMATION TECHNOLOGY (E&IT) TRAINING RECEIVED

04/03/2014: "Trusted Tester Program" - Section 508 –Department of Homeland Security (90-minute session)

10/07/2014: "Accessibility Challenges in Complex Web Applications" (by Shawn Lauriat) (60-minute session)

10/07/2014: "Developing a Web Accessible Modal Dialog" (by Dennis Lembree) (60-minute session)

10/07/2014: "Modern Accessibility for Modern Web Apps" (by Patrick Fox) (60-minute session)

10/07/2014: "HTML5 Accessibility" (by Becky Gibson) (60-minute session)

10/07/2014: "ARIA Gone Even Wilder" (by Jared Smith) (60-minute session)

10/09/2014: "Accessibility for UX" (by Elle Waters) (60-minute session)

10/09/2014: "Writing Great Alt Text" (by Whitney Quesenbery) (60-minute session)

10/09/2014: "PDF Accessibility" (by Denis Boudreau) (60-minute session)

10/09/2014: "Falling in Love with Forms" (by Aaron Gustafson) (60-minute session)

10/09/2014: "Consistency in Expert Manual Accessibility Testing" (by Glenda Sims) (60-minute session)

10/09/2014: "Using Free and Low Cost Accessibility Tools" (by Sharon Rush) (60-minute session)
10/09/2014: "iOS Accessibility: More than just VoiceOver for the Blind" (by Luis Perez) (60-minute session)

10/09/2014: "iOS vs Android Accessibility" (by Paul Adam) (60-minute session)

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

10/14/2015: "Accessible in the Agile World" (by Jesse Hausler) (60-minute session)

10/14/2015: "Apple Watch Accessibility" (by Paul Adam) (60-minute session)

10/14/2015: "Accessibility Professional Certification" (by Glenda Sims) (60-minute session)

10/14/2015: "Future Bliss: Make a Circuit with Me!" (by Elle Waters) (60-minute session)

10/15/2015: "Is it Usable for People with Disabilities" (by Whitney Quesenbery) (60-minute session)

10/15/2015: "Future Web Accessibility User Testing, UX and Research" (by Jared Smith) (60-minute session)

10/15/2015: "Usability in PDF and Word Form Creation" (by Joe Crack) (60-minute session)

10/15/2015: "The Heart and Mind of Accessibility" (by Matt May) (60-minute session)

10/15/2015: "Accessibility and the Language of Love" (by Dale Cruse) (60-minute session)

10/15/2015: "Accessibility Testing Tools" (by Luis Garcia) (60-minute session)

10/15/2015: "Demystifying WCAG 2.0" (by David MacDonald) (60-minute session)

10/15/2015: "Web Accessibility WAI" (by Sharron Rush) (60-minute session)

09/27/2016: "Introduction to the three A's: Accessibility, Assistive Technology and Accommodation" (90-minute session)

03/28/2017: "WCAG 2.0 and the Revised Section 508 Standards" (90-minute session)

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

05/30/2017: "Old versus New: Original Section 508 Standards (2000) compared to the Revised Section 508 Standards (2017)" (90-minute session)

07/25/2017: "CIOC Revised Section 508 Chapter 4 Hardware (including Mobile)" (90-minute session)

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX D:
## STATEMENT OF COMPENSATION

My rate for expert witness services is $250.00 per hour, plus travel expenses. Travel time is billed at $250.00 per hour.

Neal E. Albritton

Signed on: October 2, 2017

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX E:
## LACCD ADA COORDINATORS
http://laccd.edu/ADA/Pages/LACCD-ADA-Coordinators.aspx

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

## APPENDIX F:
## LACCD Disabled Student Programs & Services (DSPS)

http://laccd.edu/ADA/Pages/Student-Accommodations.aspx

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX G:
## LACCD ADA Advisory Committee
http://laccd.edu/ADA/Pages/LACCD-ADA-Advisory-Committee.aspx

PAYAN, MASON, NFB & NFB CA vs. LACCD
Privileged & Confidential

October 2017

28

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX H:
## LACDD Office for Diversity, Equity & Inclusion

http://laccd.edu/Departments/DistrictResources/OfficeOfDiversity/Pages/default.aspx

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX I:
## The Reasonable Accommodation & EEO Policies
http://laccd.edu/Departments/PersonnelCommission/jobapp-center/Pages/Accommodation-EEO.aspx

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX J:
# LACCD's Web Accessibility Standards & Guidelines
http://laccd.edu/ADA/Pages/Web-Standards-and-Guidelines.aspx

Neal Albritton
2520 Gabriel Court•Carmichael, CA 95608
(916) 947-9008•Neal_Albritton@yahoo.com

# APPENDIX L:

## LACCD's Notice of Compliance Under ADA

http://laccd.edu/ADA/Pages/default.aspx

1

### PROOF OF SERVICE

2  **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3  *Payan; Mason; The National Federation of the Blind, et al. v. LACCD, et al.*
   *USDC Case No. 2:17-cv-01697 MRW*

4

5        At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 2050 Main Street, Suite 600, Irvine, CA 92614.

6

7        On **October 2, 2017**, I served true copies of the following document(s) described as **DEFENDANT LOS ANGELES COMMUNITY COLLEGE DISTRICT'S EXPERT WITNESS DISCLOSURE AND REPORTS** on the interested parties in this action as

8  follows:

9                      **SEE ATTACHED SERVICE LIST**

10        **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for

11  collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of  Haight Brown & Bonesteel LLP for collecting and processing

12  correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal

13  Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Irvine,

14  California.

15        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of

16  the bar of this Court at whose direction the service was made.

17        Executed on **October 2, 2017**, at Irvine, California.

18

19

20                                          Jennifer J. Vogel

21

22

23

24

25

26

27

28

LA42-0000025
12429618.1

**SERVICE LIST**
*Payan; Mason; The National Federation of the Blind, et al. v. LACCD, et al.*
*USDC Case No. 2:17-cv-01697 MRW*

Patricia Barbosa
Ayman Mourad
BARBOSA GROUP
8092 Warner Avenue
Huntington Beach, California 92647

Attorneys for Plaintiffs
*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.*

Telephone: (714) 465-9486
Facsimile:  (866) 907-3235
Email:  pbarbosa@barbosagrp.com
           amourad@barbosagrp.com

Daniel F. Goldstein
Sharon Krevor-Weisbaum
Joseph B. Espo
Jean M. Zachariasiewicz
BROWN, GOLDSTEIN & LEVY LLP
120 E. Baltimore Street
Suite 1700
Baltimore, Maryland 21202

Attorneys for Plaintiffs
*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.*

Telephone: (410) 962-1030
Facsimile:
Email:  dfg@browngold.com
           skw@browngold.com
           jbe@browngold.com
           jmz@browngold.com
           bgt@browngold.com
           es@browngold.com