Patricia Barbosa (SBN 125685)
pbarbosa@barbosagrp.com
**BARBOSA GROUP**
8092 Warner Avenue
Huntington Beach, California 92647
Phone: (714) 465-9486

Sharon Krevor-Weisbaum
skw@browngold.com
Kevin D. Docherty
kdocherty@browngold.com
Jessica P. Weber
jweber@browngold.com
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Phone: (410) 962-1030

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>Defendant. | Case No.: 2:17-cv-01697-SVW(SKx)<br>**Civil Rights**<br><br>**PLAINTIFFS' NOTICE OF MOTION TO STRIKE PORTIONS OF DEFENDANT'S AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**Filed concurrently with: Memorandum of Points and Authorities and [Proposed] Order**<br><br>Hearing Date: October 24, 2022<br>Time: 1:30 p.m. |

Please take notice that Plaintiffs Roy Payan, Portia Mason, National Federation of the Blind, Inc., and National Federation of the Blind of California, Inc., will and hereby do move this Court for an Order to strike portions of Defendant's Amended Answer to Plaintiffs' Second Amended Complaint (ECF No. 450). For the reasons explained in Plaintiffs' Memorandum of Points and Authorities, the Court should strike the following affirmative defenses from Defendants' Amended Answer:

- Fifth Affirmative Defense (¶127): Estoppel
- Sixth Affirmative Defense (¶129): Waiver
- Seventh Affirmative Defense (¶130): Laches
- Tenth Affirmative Defense (¶133): Contributory Negligence of Plaintiffs
- Thirteenth Affirmative Defense (¶136): Fault of Others
- Fourteenth Affirmative Defense (¶137): After Acquired Evidence
- Seventeenth Affirmative Defense (¶140): Undue Hardship/Burden

A Proposed Order is attached.

Undersigned counsel hereby certify that this motion is made following the conference of counsel pursuant to Local Rule 7-3 that occurred by video conference on September 14, 2022. After that conference, Defendant filed an Amended Answer addressing some of the issues undersigned counsel had raised, but retained seven of the improperly asserted affirmative defenses discussed during the conference.

This Motion is based upon the Notice of Motion; the accompanying Memorandum of Points and Authorities; and all pleadings and papers on file in this action.

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
PLAINTIFFS' NOTICE OF MOTION TO STRIKE PORTIONS OF DEFENDANT'S AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

2

1                                       Respectfully submitted,

2   Dated: September 26, 2022       **BARBOSA GROUP**

3

4                                       Patricia Barbosa

5                                       **BROWN GOLDSTEIN & LEVY, LLP**

6

7

8                                       Sharon Krevor-Weisbaum
                                        Kevin D. Docherty

9                                       Jessica P. Weber

10                                      *Attorneys for Plaintiffs*

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
PLAINTIFFS' NOTICE OF MOTION TO STRIKE PORTIONS OF DEFENDANT'S AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

3

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, copies of the foregoing Plaintiffs' Notice of Motion to Strike Portions of Defendant's Amended Answer to Plaintiffs, a Memorandum in Support thereof, and proposed Order were delivered by the Court's e-filing system to:

Richard E. Morton, Esquire
Yvette Davis, Esquire
Bruce Cleeland, Esquire
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
rmorton@hbblaw.com
ydavis@hbblaw.com
bcleeland@hbblaw.com

*and*

Pilar Morin, Esquire
David A. Urban, Esquire
Kate S. Im, Esquire
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
pmorin@lcwlegal.com
durban@lcwlegal.com
kim@lcwlegal.com

*Attorneys for Defendant Los Angeles Community College District*

Kevin D. Docherty

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
PLAINTIFFS' NOTICE OF MOTION TO STRIKE PORTIONS OF DEFENDANT'S AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

4