IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROY PAYAN, PORTIA MASON, THE )
NATIONAL FEDERATION OF THE   )
BLIND, INC., and THE NATIONAL)
FEDERATION OF THE BLIND OF   )
CALIFORNIA, INC.,            )
                             )
            Plaintiffs,      )
                             )
        vs.                  )2:17-cv-01697-SVW(SKx)
                             )
LOS ANGELES COMMUNITY        )
COLLEGE DISTRICT,            )
                             )
            Defendants.      )
_____)

VIDEOTAPED 30(b)(6) DEPOSITION OF THE LOS ANGELES

COMMUNITY COLLEGE DISTRICT

BARBARA VASQUEZ

Monday, July 31, 2017

Long Beach, California

REPORTED BY:  Lyn Corrin Aaker, CSR No. 6228

7/31/2017 Barbara Vasquez
Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 2 of 95   Page ID
30(b)(6) for LACCD                Los Angeles Community College District                1115313
#:10978

1

2              IN THE UNITED STATES DISTRICT COURT

3            FOR THE CENTRAL DISTRICT OF CALIFORNIA

4

5

6

7   ROY PAYAN, PORTIA MASON, THE )
    NATIONAL FEDERATION OF THE   )
8   BLIND, INC., and THE NATIONAL)
    FEDERATION OF THE BLIND OF   )
9   CALIFORNIA, INC.,            )
                                 )
10              Plaintiffs,      )
                                 )
11          vs.                  )2:17-cv-01697-SVW(SKx)
                                 )
12  LOS ANGELES COMMUNITY        )
    COLLEGE DISTRICT,            )
13                               )
                Defendants.      )
14  _____)

15

16          Videotaped 30(b)(6) DEPOSITION OF THE

17          LOS ANGELES COMMUNITY COLLEGE DISTRICT

18          BARBARA VASQUEZ, a Witness, taken on behalf of

19          the Plaintiffs, at 111 West Ocean Boulevard,

20          Suite 1200, Long Beach, California 90802,

21          commencing at the hour of 10:07 a.m., Monday,

22          July 31, 2017, before Lyn Corrin Aaker, CSR

23          No. 6228, pursuant to Notice of Taking

24          Deposition.

25

Kusar® Keeping Your Word Is Our Business℠

```
 1    APPEARANCES OF COUNSEL:

 2

 3    For Plaintiffs:

 4              BARBOSA GROUP
                BY:  PATRICIA BARBOSA
 5                   Attorney at Law
                8092 Warner Avenue
 6              Huntington Beach, California 92647
                (714) 465-9486
 7              pbarbosa@barbosagrp.com

 8                    and

 9              BROWN, GOLDSTEIN & LEVY, LLP
                BY:  JOSEPH B. ESPO
10                   Attorney at Law
                120 East Baltimore Street
11              Suite 1700
                Baltimore, Maryland 21202
12              (410) 962-1030
                jbe@browngold.com

13

14    For Defendant:

15              HAIGHT BROWN & BONESTEEL, LLP
                BY:  BRUCE CLEELAND
16                   Attorney at Law
                2050 Main Street
17              Suite 600
                Irvine, California 92614
18              (714) 426-4600
                bcleeland@hbblaw.com

19
      Videographer:
20
                GARRETT ESTORGA
21

22

23

24

25
```

                                                                    3

```
 1                          I N D E X

 2

 3   WITNESS                 EXAMINATION              PAGE

 4   BARBARA VASQUEZ         By Mr. Espo                6

 5

 6

 7

 8

 9

10                EXHIBITS FOR IDENTIFICATION

11      Exhibit 1   Deposition notice; 8 pages          16

12      Exhibit 2   "Administrative Regulation          50
                    B-33"; 26 pages
13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Kusar**® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 5 of 95   Page ID
#:10981
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
10:04:53   1        MONDAY, JULY 31, 2017, LONG BEACH, CALIFORNIA

10:05:11   2                        10:07 A.M.

10:05:15   3                          * * *

10:05:15   4

10:06:05   5        VIDEOGRAPHER:  Good morning.  We are going on

10:07:23   6   the record at 10:07 a.m.  This is Media Unit 1 of

10:07:29   7   the video deposition of the 30(b)(6) witness

10:07:34   8   Barbara Vasquez taken by the plaintiffs in the

10:07:37   9   matter of Roy Payan, et al., versus Los Angeles

10:07:44  10   Community College District, filed in the United

10:07:49  11   States District Court for the Central District of

10:07:52  12   California, Case No. 2:17-cv-01697-SVW(SKx).

10:08:10  13        This deposition is being held at 111 West Ocean

10:08:13  14   Boulevard in Long Beach, California 90802 on

10:08:16  15   July 31st, 2017.  My name is Garrett Estorga, and I

10:08:22  16   am a certified legal video specialist.  The court

10:08:24  17   reporter is Lyn Aaker.  We are both here

10:08:27  18   representing Kusar Court Reporters & Legal Services

10:08:31  19   headquartered in Long Beach, California.

10:08:34  20        Please note that audio and video recording will

10:08:37  21   take place unless all parties agree to go off the

10:08:41  22   record.  The microphones are very powerful, and they

10:08:44  23   pick up whispers, private conversations, and cell

10:08:47  24   conversations.

10:08:50  25        Counsel and all present will now state their
```

5



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 6 of 95   Page ID
#:10982
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
10:08:52   1   appearance and affiliation for the record, after

10:08:55   2   which the court reporter will swear in the witness.

10:09:00   3       MR. ESPO:  Joseph Espo from Brown, Goldstein &

10:09:03   4   Levy on behalf of all plaintiffs.

10:09:05   5       MS. BARBOSA:  Patricia Barbosa from Barbosa

10:09:07   6   Group representing plaintiffs.

10:09:09   7       MR. CLEELAND:  Good morning.  Bruce Cleeland on

10:09:12   8   behalf of the defendant Los Angeles Community

10:09:14   9   College District.

10:09:14  10

10:09:14  11                   BARBARA VASQUEZ,

10:09:14  12   the witness herein, having been first duly sworn,

10:09:14  13   was examined and testified as follows:

10:09:14  14

10:09:29  15                   EXAMINATION  +

10:09:29  16   BY MR. ESPO:

10:09:30  17       Q.   Good morning, Ms. Vasquez.  How are you?

10:09:32  18       A.   Good, thank you.

10:09:33  19       Q.   Good.  As you just heard, my name is

10:09:36  20   Joe Espo.  I represent the four plaintiffs in the

10:09:39  21   case known as Payan versus Los Angeles Community

10:09:42  22   College District.  I am going to take your

10:09:46  23   deposition this morning, which basically means that

10:09:50  24   I am going to ask you questions and ask that you

10:09:53  25   answer them as completely and fully as you are able.
```

6


Kusar  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK    Document 482-1    Filed 02/03/23    Page 7 of 95    Page ID
#:10983
30(b)(6) for LACCD                    Los Angeles Community College District                         1115313

| | | |
|---|---|---|
| 10:09:57 | 1 | Okay? |
| 10:09:58 | 2 | A.   Okay. |
| 10:10:01 | 3 | Q.   Both for the court reporter and for the |
| 10:10:04 | 4 | videographer, it's important that we both speak up |
| 10:10:08 | 5 | when we are -- either I'm asking questions or you |
| 10:10:12 | 6 | are answering them and that only one of us is |
| 10:10:14 | 7 | talking at a time.  So I will do my best not to |
| 10:10:18 | 8 | start another question in the middle of your answer |
| 10:10:21 | 9 | and ask that you please do your best not to answer |
| 10:10:25 | 10 | my question before I have finished asking it.  All |
| 10:10:28 | 11 | right? |
| 10:10:28 | 12 | A.   All right. |
| 10:10:30 | 13 | Q.   For the same reason it's important that we |
| 10:10:32 | 14 | communicate with words, not by pointing at things or |
| 10:10:37 | 15 | shrugs or saying "uh-huh," which is difficult for |
| 10:10:42 | 16 | the court reporter to figure out whether it's a yes |
| 10:10:45 | 17 | or a no.  All right? |
| 10:10:47 | 18 | A.   All right. |
| 10:10:52 | 19 | Q.   Can you state your name -- and I should |
| 10:10:55 | 20 | tell you, sorry, that if you want a break at any |
| 10:10:58 | 21 | time, just let us know.  The only thing I ask is |
| 10:11:01 | 22 | that if there is a question pending you finish |
| 10:11:03 | 23 | answering the question before we take a break.  All |
| 10:11:06 | 24 | right? |
| 10:11:06 | 25 | A.   All right. |

7

**Kusar** ® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 8 of 95   Page ID
#:10984
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:11:08   1          Q.   And it is my understanding that you are

10:11:11   2   here pursuant to plaintiffs' notice of deposition of

10:11:18   3   persons most knowledgeable and that you are here

10:11:25   4   exclusively for Item 25.  Is that also either your

10:11:31   5   or counsel's understanding?

10:11:33   6          MR. CLEELAND:  It is certainly counsel's

10:11:34   7   understanding.

10:11:35   8          MR. ESPO:  All right.

10:11:37   9          THE WITNESS:  And it is my understanding.

10:11:40  10   BY MR. ESPO:

10:11:41  11          Q.   Can you tell me your work address.

10:11:44  12          A.   Yes.

10:11:45  13          Q.   Would you, please.

10:11:47  14          A.   It's Los Angeles City College.  You want

10:11:55  15   the address?

10:11:56  16          Q.   Yes.

10:11:57  17          A.   855 North Vermont Avenue, Los Angeles,

10:12:05  18   California 90029.

10:12:13  19          Q.   And what is your position in your work?

10:12:21  20          A.   My position is librarian.

10:12:27  21          Q.   And how many libraries doing the

10:12:33  22   Los Angeles City College have?

10:12:37  23          A.   It has one.

10:12:39  24          Q.   And can you describe your formal education,

10:12:46  25   please, beginning with, I guess, graduation from



| | | |
|---|---|---|
| 10:12:49 | 1 | high school. |
| 10:12:53 | 2 | A.   I have a master's degree in library |
| 10:13:00 | 3 | science, and that was preceded with a bachelor's in |
| 10:13:03 | 4 | English and an AA degree in library technology, |
| 10:13:13 | 5 | library media technology. |
| 10:13:19 | 6 | Q.   And where did you earn the AA? |
| 10:13:21 | 7 | A.   Citrus College. |
| 10:13:24 | 8 | Q.   Where is that? |
| 10:13:25 | 9 | A.   It's Glendora. |
| 10:13:31 | 10 | Q.   Is that here in California? |
| 10:13:33 | 11 | A.   Yes. |
| 10:13:34 | 12 | Q.   And where did you earn your BA? |
| 10:13:37 | 13 | A.   At California State University, Fullerton. |
| 10:13:42 | 14 | Q.   What year did you earn your BA? |
| 10:13:45 | 15 | A.   1975. |
| 10:13:48 | 16 | Q.   And where did you earn your master's |
| 10:13:52 | 17 | degree? |
| 10:13:52 | 18 | A.   California State University, Fullerton. |
| 10:13:56 | 19 | Q.   What year did you earn that? |
| 10:13:58 | 20 | A.   1976. |
| 10:14:01 | 21 | Q.   Was there a requirement for a master's |
| 10:14:04 | 22 | thesis? |
| 10:14:05 | 23 | A.   No. |
| 10:14:07 | 24 | Q.   Did you write one, even though there's no |
| 10:14:09 | 25 | requirement? |



10:14:10   1        A.    No.

10:14:14   2        Q.    Since 1976 can you describe your

10:14:19   3   employment.

10:14:26   4        A.    Yes.

10:14:28   5        Q.    Would you do that, either starting now and

10:14:30   6   working backwards or starting then and working this

10:14:33   7   way.

10:14:37   8        A.    In 1976 I was working at Citrus College

10:14:50   9   until 1980.  In 1980 to mid 1981 I opened a typing

10:15:02  10   service called Barbara's Typing Service.  From 1981

10:15:12  11   to early 1994 I worked for IBM as a secretary for a

10:15:23  12   year, then a systems engineer and then a marketing

10:15:28  13   rep, about half the time on each of those of the

10:15:34  14   remaining time.

10:15:36  15             And then in 1994 I worked part time at

10:15:47  16   Mt. SAC College as a librarian.  And in 1995 I

10:15:55  17   started also working part time at Los Angeles City

10:15:59  18   College.  And in the fall of 1996 I started working

10:16:09  19   full time as a librarian at Los Angeles City

10:16:16  20   College.

10:16:18  21        Q.    What did you do as a systems engineer?

10:16:21  22   What does that involve?

10:16:23  23        A.    It's a support for the -- it's the

10:16:28  24   technical support for the marketing reps.

10:16:39  25        Q.    Is there a department for the library, or

**Kusar**®  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 11 of 95   Page ID
#:10987
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:16:47  1   is there a department of library sciences or

10:16:49  2   something like that at LACC?

10:16:55  3        A.    Yes.

10:16:58  4        Q.    Which is it?  I mean which is it?

10:17:02  5        A.    Yes.  There's a library, and they also

10:17:06  6   sometimes call it the library science department,

10:17:09  7   but most of the time they call it the library or

10:17:11  8   library department, kind of interchangeable.

10:17:15  9        Q.    Okay.  And are you in charge of that

10:17:17 10   department?

10:17:18 11        A.    Yes.  I do also have currently a title of

10:17:22 12   department chair of the library.

10:17:25 13        Q.    When did you become department chair?

10:17:28 14        A.    In July of 2001.

10:17:35 15        Q.    And other than you, how many people are in

10:17:41 16   the library department?

10:17:52 17        A.    I don't know the exact number without going

10:17:54 18   through and naming them.

10:17:58 19        Q.    Do you have an approximate?

10:18:01 20        A.    Let's see.  13 that are permanent

10:18:14 21   employees.

10:18:17 22        Q.    And --

10:18:20 23        A.    That includes me.

10:18:21 24        Q.    I'm not asking you to go through each one,

10:18:23 25   but generically sort of what are the various



```
10:18:26   1   positions that are held by the permanent employees?

10:18:29   2       A.   There are librarians, there are library

10:18:36   3   technicians, and there are IA/IT, which is

10:18:45   4   Instructional Assistant/Information Technology.

10:18:57   5       Q.   How many, approximately how many IA/IT

10:19:02   6   people are there?

10:19:02   7       A.   Three.

10:19:06   8       Q.   And who are those?

10:19:09   9       A.   By name?

10:19:10  10       Q.   Yes.

10:19:12  11       A.   Roman Minasyan, M-i-n-a-s-y-a-n, Angel

10:19:25  12   Macias, and Benjamin Valdez.

10:19:34  13       Q.   And, again, sort of generally what is their

10:19:39  14   job?

10:19:41  15       A.   They assist students at the computers, and

10:19:47  16   they also are responsible for keeping the computers

10:19:52  17   working, installations, working with IT on the

10:20:02  18   campus.  Coordinating, I should say, with them,

10:20:06  19   coordinating with IT.

10:20:12  20       Q.   How many other libraries exist in the LACCD

10:20:21  21   system?

10:20:27  22       A.   Nine.

10:20:31  23       Q.   And is there one on each campus?

10:20:37  24       A.   One on each campus and one at South Gate,

10:20:41  25   which is a part of ELAC, East L.A. College.
```



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 13 of 95   Page ID
#:10989
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:20:54  1        Q.    Is there a supervisor or individual who

10:21:07  2    coordinates management of the nine or of the ten

10:21:14  3    libraries?

10:21:15  4        A.    No.

10:21:19  5        Q.    To whom do you report?

10:21:22  6        A.    I report to an academic dean.

10:21:28  7        Q.    And who is that now?

10:21:29  8        A.    Currently it's Carol Kozeracki.

10:21:41  9        Q.    Can you spell that last name.

10:21:42  10       A.    Well, she only became my dean shortly ago.

10:21:45  11   I think it's K-o-z-e-r-a-c-k-i.

10:21:52  12       Q.    Thank you.

10:21:53  13       A.    That's my closest recollection.

10:21:56  14       Q.    We will check later.  Thank you.  Does each

10:22:10  15   of the ten libraries have a librarian who runs it?

10:22:19  16       A.    Yes, except that the chair of ELAC is also

10:22:25  17   responsible for South Gate.  It's just in a

10:22:29  18   different location.

10:22:29  19       Q.    And that's ELACC?

10:22:33  20       A.    ELAC, East Los Angeles College.

10:22:42  21       Q.    Do the college librarians ever get together

10:22:47  22   to discuss common issues --

10:22:50  23       A.    Yes.

10:22:50  24       Q.    -- and solutions?

10:22:52  25       A.    Yes.

13



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 14 of 95   Page ID
#:10990
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:22:52   1        Q.   Is there a formal group that does that?

10:22:55   2        A.   The library department chairs meet

10:23:02   3   approximately eight to nine times a year monthly

10:23:07   4   during the academic year.  It's not formal or

10:23:16   5   required by the district.

10:23:33   6        Q.   Do you have anyone in your family or a

10:23:36   7   close personal friend who is blind?

10:23:41   8        A.   Yes, but it was my father, who has passed

10:23:45   9   away.

10:23:47  10        Q.   Sorry he passed away.  Did he become blind

10:23:51  11   as part of the aging process, or was he blind most

10:23:54  12   of his life?

10:23:56  13        A.   The aging process.

10:23:59  14        Q.   Do you have any experience at working with

10:24:02  15   people who are blind?

10:24:08  16        A.   Yes.

10:24:09  17        Q.   What is that experience?

10:24:12  18        A.   With my father going to Braille with him

10:24:20  19   when he attended classes and as a librarian

10:24:23  20   assisting students who have visual difficulties or

10:24:27  21   who are blind.

10:24:31  22        Q.   In what way do you assist students?

10:24:34  23        A.   When they need help finding resources, they

10:24:38  24   come to what we call our reference desk, where the

10:24:41  25   librarians assist all students.  And we look things



| | | |
|---|---|---|
| 10:24:46 | 1 | up for them and print things out for them or put |
| 10:24:50 | 2 | things on a flash drive or whatever they need to be |
| 10:24:53 | 3 | able to get the resources that they need. |
| 10:25:03 | 4 | Q.   When you -- are you familiar with JAWS? |
| 10:25:14 | 5 | A.   Yes. |
| 10:25:14 | 6 | Q.   Do you know how to use it? |
| 10:25:17 | 7 | A.   No. |
| 10:25:18 | 8 | Q.   Have you ever tried using it? |
| 10:25:22 | 9 | A.   No. |
| 10:25:23 | 10 | Q.   Have you ever observed someone else using |
| 10:25:25 | 11 | it? |
| 10:25:26 | 12 | A.   No. |
| 10:25:35 | 13 | Q.   What, if anything, did you do to prepare |
| 10:25:37 | 14 | for today's deposition? |
| 10:25:46 | 15 | A.   Not a whole lot. |
| 10:25:51 | 16 | Q.   Well, what's on the list of "not a whole |
| 10:25:54 | 17 | lot"?  I will withdraw the question.  Let me ask it |
| 10:25:57 | 18 | this way. |
| 10:25:59 | 19 | Without disclosing the content, did you |
| 10:26:01 | 20 | meet with counsel? |
| 10:26:03 | 21 | A.   Yes. |
| 10:26:04 | 22 | Q.   Did you outside of the presence of counsel |
| 10:26:08 | 23 | talk to anyone else to obtain information for |
| 10:26:11 | 24 | today's deposition? |
| 10:26:13 | 25 | A.   No. |

15



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 16 of 95   Page ID
#:10992
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:26:17   1        Q.    Did you review any documents in connection

10:26:19   2    with today's deposition?

10:26:23   3        A.    No.

10:26:30   4        Q.    You have in front of you a deposition

10:26:37   5    notice that's been marked as Exhibit 1.

10:26:37   6              (The aforementioned document was marked

10:26:37   7         by the court reporter as Exhibit 1 for

10:26:37   8         identification; attached hereto.)

10:26:37   9    BY MR. ESPO:

10:26:39   10       Q.    Have you seen that before today?

10:26:44   11       A.    No.

10:26:45   12       Q.    Have you read it?

10:26:49   13       A.    I read the portion No. 25.

10:26:55   14       Q.    Okay.  Did you read the "Definitions"

10:27:00   15   section?

10:27:08   16       A.    No.

10:27:12   17       Q.    Do you understand in the context of a case

10:27:18   18   and a discussion involving blind students what the

10:27:21   19   term "accessible" means?

10:27:23   20       A.    Yes.

10:27:25   21       Q.    And can you tell me what your understanding

10:27:28   22   of what that means is.

10:27:33   23       A.    Providing whatever is needed so that they

10:27:39   24   can access materials.

10:27:56   25       Q.    Are you at all familiar with electronic --

16



Case 2:17-cv-01697-SVW-SK   Document 488-1   Filed 02/03/23   Page 17 of 95   Page ID
#:10993
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:28:06   1   well, strike that.  Let me start at the beginning.

10:28:09   2            Are you familiar with the term "eBook"?

10:28:11   3        A.   Yes.

10:28:12   4        Q.   And do you know anything about whether

10:28:17   5   eBooks, or electronic books, are accessible to

10:28:22   6   people who are blind?  And when I say "accessible" I

10:28:26   7   mean independently accessible.

10:28:29   8        A.   Yes.

10:28:29   9        Q.   And what do you know about that?

10:28:34  10        A.   There are some eBooks that can be read to

10:28:42  11   students via the actual data base, I guess you'd

10:28:52  12   say, and its characteristics, but most of the time

10:28:57  13   it requires another product.

10:29:01  14        Q.   What do you mean "another product"?

10:29:03  15        A.   Such as JAWS.

10:29:32  16        Q.   What electronic data bases are available

10:29:43  17   for use in the college district's libraries?

10:29:48  18        A.   First of all, each library selects their

10:29:52  19   own group mainly because of curriculum.  They vary

10:30:00  20   among the colleges.

10:30:03  21        Q.   Okay.

10:30:03  22        A.   So we are not -- it's not all the same in

10:30:08  23   every library.

10:30:15  24        Q.   Well, let's start with the easy one,

10:30:22  25   Los Angeles City College --



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 18 of 95   Page ID
#:10994
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:30:23  1      A.    Uh-huh.

10:30:24  2      Q.    -- which is the library you are in charge

10:30:27  3  of.  Correct?

10:30:27  4      A.    Correct.

10:30:28  5      Q.    What data bases do you have or does the

10:30:34  6  Los Angeles City College have?

10:30:40  7      A.    I don't know if I can name them all.  There

10:30:43  8  is about 60.  We have a package from a company

10:30:48  9  called EBSCO, all caps E-B-S-C-O.  This is provided

10:30:56  10  to the state -- by the state to all of the community

10:31:01  11  college libraries in the state, and it consists of a

10:31:11  12  number of data bases.

10:31:15  13      Q.    Do you have any idea how many?

10:31:19  14      A.    I could estimate 10 to 15.

10:31:24  15      Q.    And do you know what disciplines those

10:31:26  16  relate to?

10:31:29  17      A.    Most of them are multiple disciplines.  I

10:31:37  18  think there are a few that are disciplines such as

10:31:43  19  health or nursing.

10:31:48  20      Q.    And you said there are about 60 data

10:31:52  21  bases --

10:31:53  22      A.    Uh-huh.

10:31:54  23      Q.    -- in LACC's college library?

10:31:57  24      A.    We have another package from another

10:31:59  25  company called Gale.



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 19 of 95   Page ID
#:10995
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| | | |
|---|---|---|
| 10:32:01 | 1 | Q.   Can you spell that? |
| 10:32:02 | 2 | A.   G-a-l-e.   And that is a package that the |
| 10:32:09 | 3 | nine or ten libraries at LACCD all get the same data |
| 10:32:16 | 4 | bases.   So there are a number of those that are |
| 10:32:20 | 5 | subject specific and a few that are multiple |
| 10:32:27 | 6 | disciplines. |
| 10:32:30 | 7 | Q.   Do you know who provides -- from whom the |
| 10:32:39 | 8 | Gale data base is obtained? |
| 10:32:42 | 9 | A.   Gale is the name of a company, and they |
| 10:32:45 | 10 | work with the publishers and provide these data |
| 10:32:48 | 11 | bases. |
| 10:32:50 | 12 | Q.   And just a couple of moments ago you said |
| 10:32:55 | 13 | there were about 60 data bases in the library -- |
| 10:32:58 | 14 | A.   Uh-huh. |
| 10:32:58 | 15 | Q.   -- at LACC.   The two that you just told me, |
| 10:33:01 | 16 | do you count those as two -- |
| 10:33:02 | 17 | A.   No. |
| 10:33:03 | 18 | Q.   -- or do you count them as 30? |
| 10:33:04 | 19 | A.   Yeah, we count each data base within them |
| 10:33:07 | 20 | as a separate data base.   So Gale has probably, I |
| 10:33:11 | 21 | will estimate, maybe another 15 to 20. |
| 10:33:16 | 22 | Q.   Okay.   So that would get us halfway there? |
| 10:33:20 | 23 | A.   Uh-huh. |
| 10:33:21 | 24 | Q.   What else do you have? |
| 10:33:22 | 25 | A.   Maybe I am underestimating some of those. |

19


Kusar   Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 20 of 95   Page ID
#:10996
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
10:33:26   1   We have one called LexisNexis Academic.  We have
10:33:35   2   another one called Statista.  We have one called
10:33:50   3   CQ -- those are capitals -- Researcher.  We have one
10:34:02   4   called Gale Virtual Reference Library.  These are
10:34:08   5   actually electronic reference books.  We have
10:34:16   6   the Los Angeles Times Current and a separate one
10:34:21   7   called Los Angeles Times Historical.  We have the
10:34:34   8   Encyclopedia Britannica.  We have one called Prep
10:34:46   9   STEP, P-r-e-p and then STEP is all caps.  I'm kind
10:34:55  10   of drawing a blank.
10:34:58  11        Q.   That's a bunch of them.
10:35:01  12        A.   It's a bunch, yeah.
10:35:04  13        Q.   What is Statista?
10:35:06  14        A.   It's a data base of statistics.  Its main
10:35:14  15   thing is if you need a statistic, you put in your
10:35:18  16   subject, and then it brings up statistics and a link
10:35:20  17   to the original document.
10:35:22  18        Q.   Okay.  So it's not something particularly
10:35:26  19   used by people taking the course Statistics?  Any
10:35:30  20   student might use it to find out how many, I don't
10:35:35  21   know, longshoremen work in the Port of Long Beach?
10:35:37  22        A.   That's correct.
10:35:44  23        Q.   What is CQ Researcher?
10:35:48  24        A.   It's a single magazine.  CQ stands for
10:35:52  25   Congressional Quarterly, and each week it publishes
```



20

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 21 of 95   Page ID
#:10997
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:35:58  1    a thorough examination of a current subject, a

10:36:07  2    social topic usually.

10:36:12  3        Q.    And what is the Gale Virtual Reference?

10:36:17  4        A.    Reference Library?

10:36:19  5        Q.    Yes.

10:36:20  6        A.    It's a data base of electronic reference

10:36:24  7    books which are subject specific.  So instead of

10:36:31  8    being a general -- instead of including general

10:36:37  9    encyclopedias like the Britannica, it would have

10:36:39 10    encyclopedias and dictionaries of different subjects

10:36:44 11    such as law, the environment, philosophy,

10:36:49 12    psychology, et cetera.

10:36:51 13        Q.    And is Gale spelled G-a-l-e?

10:36:54 14        A.    Uh-huh, yes.

10:36:57 15        Q.    I know --

10:36:59 16        A.    Gale Group they sometimes call it.

10:37:03 17        Q.    I think I know what the Los Angeles Times

10:37:06 18    and the Encyclopedia Britannica are.  So why don't

10:37:11 19    we move on to what is Prep STEP?

10:37:12 20        A.    That's a data base that helps students

10:37:16 21    prepare for tests.  It could be a general test or a

10:37:22 22    specific career test.

10:37:28 23        Q.    How do students access the various data

10:37:32 24    bases?

10:37:39 25        A.    They go to the library web site, and there


Kusar  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 22 of 95   Page ID
#:10998
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
10:37:44  1    are links to these data bases.

10:37:47  2        Q.    So they don't have to actually come into

10:37:50  3    the library if they don't want to?

10:37:53  4        A.    No.

10:38:03  5        Q.    Has the -- have the various data bases that

10:38:12  6    you have identified been tested for whether blind

10:38:20  7    students can independently access the information in

10:38:25  8    them?

10:38:27  9        A.    Yes, some of them.

10:38:29 10        Q.    Which ones have been tested?

10:38:33 11        A.    When I say "tested," I mean by us, by our

10:38:39 12    library.

10:38:40 13        Q.    Okay.  Who does -- and when you say

10:38:45 14    "tested," who does the testing?

10:38:47 15        A.    We work with the department on campus

10:38:51 16    called OSS, Office of Special Services, and they let

10:38:58 17    us know which ones may have some accessibility

10:39:05 18    issues.

10:39:08 19        Q.    And do you know how OSS decides which ones

10:39:24 20    to check?

10:39:26 21        A.    It's usually from students letting us or

10:39:32 22    them know that they are having difficulty accessing.

10:39:35 23        Q.    So it's a sort of student -- it's a

10:39:39 24    complaint-driven process?

10:39:42 25        A.    Yes.
```

22



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 23 of 95   Page ID
#:10999
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| | | |
|---|---|---|
| 10:39:46 | 1 | Q.   So which, if any, of those data bases can |
| 10:39:55 | 2 | you tell me you know are accessible to blind |
| 10:39:58 | 3 | students? |
| 10:40:02 | 4 | A.   I know that all of Gale is, and I am not |
| 10:40:10 | 5 | sure about some of the others.  I don't know that -- |
| 10:40:16 | 6 | they haven't been brought to my attention. |
| 10:40:18 | 7 | Q.   And did someone test all of Gale? |
| 10:40:23 | 8 | A.   I don't know how I could say they tested |
| 10:40:26 | 9 | all of Gale, but all the Gale data bases work |
| 10:40:30 | 10 | similarly; so I would think if you tested a few, you |
| 10:40:34 | 11 | could draw conclusions. |
| 10:40:41 | 12 | Q.   Do you know -- or who did the testing? |
| 10:40:46 | 13 | A.   OSS. |
| 10:40:48 | 14 | Q.   When was it done? |
| 10:40:54 | 15 | A.   I don't know a specific date. |
| 10:40:57 | 16 | Q.   Do you know a year? |
| 10:41:06 | 17 | A.   I believe it was -- some was done last year |
| 10:41:10 | 18 | in 2016.  It's possible that it's been done before |
| 10:41:13 | 19 | and after. |
| 10:41:16 | 20 | Q.   When tests are done, when someone from OSS |
| 10:41:23 | 21 | checks on the accessibility of a data base or a |
| 10:41:27 | 22 | piece of a data base, do you get a report of that |
| 10:41:30 | 23 | test? |
| 10:41:35 | 24 | A.   I usually get an e-mail or meet personally |
| 10:41:39 | 25 | with the person.  I can't say it's a report. |


Kusar ® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 24 of 95   Page ID
#:11000
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
10:41:44  1      Q.   Well, do you get some kind of notification

10:41:48  2  of whether whoever did the work for OSS concluded

10:41:53  3  that this data base is or isn't accessible?

10:41:55  4      A.   Yes.

10:41:56  5      Q.   You don't get the details?

10:42:02  6      A.   High level I would say.

10:42:08  7      Q.   And when you meet with whoever this person

10:42:14  8  might be from OSS to find out what they learned,

10:42:18  9  what he or she learned, do you make any sort of memo

10:42:23 10  or note to your file about the outcome of that?

10:42:34 11      A.   Yes.

10:42:36 12      Q.   And where do you keep those notes?

10:42:40 13      A.   Generally they are the e-mails.

10:42:45 14      Q.   Where do you keep the e-mails?

10:42:48 15      A.   They are on my computer.

10:42:52 16      Q.   How often, if ever, do you go and delete

10:42:55 17  e-mails from your computer?

10:42:58 18      A.   Daily.

10:43:00 19      Q.   How often -- well, what is your practice

10:43:06 20  with respect to keeping or not keeping e-mails about

10:43:12 21  the accessibility of library data bases?

10:43:15 22      A.   I generally keep those.

10:43:18 23      Q.   And is there a file on the computer that

10:43:21 24  you keep them in?

10:43:23 25      A.   Yes.
```



10:43:24  1      Q.   And do you use Outlook?

10:43:27  2      A.   Yes.

10:43:28  3      Q.   And that's just a folder on Outlook that

10:43:31  4  you create --

10:43:31  5      A.   Yes.

10:43:32  6      Q.   -- and store all of those in there?

10:43:34  7      A.   Yes.

10:43:47  8      Q.   When did you start using Outlook,

10:43:52  9  approximately?

10:43:58 10      A.   Well, it's when the college started using

10:44:00 11  it.  I don't recall the date.

10:44:16 12      Q.   Now, it's my understanding that there is an

10:44:19 13  issue or there at least was an issue with some of

10:44:23 14  the EBSCO data bases and accessibility.  Do you

10:44:27 15  recall that?

10:44:28 16      A.   Yes.

10:44:29 17      Q.   Which data bases were problematic from the

10:44:32 18  accessibility standpoint?

10:44:36 19      A.   It's my understanding that any of them that

10:44:39 20  have PDF files that are brought into the data base

10:44:49 21  in a certain way, but I don't know technically what

10:44:53 22  that is.  So some of the PDF files are accessible,

10:44:57 23  and some are not.

10:45:00 24      Q.   And are you aware or did you get a report

10:45:07 25  that there were some navigation difficulties for



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 26 of 95   Page ID
#:11002
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| | | |
|---|---|---|
| 10:45:11 | 1 | blind students? |
| 10:45:17 | 2 | A.   No. |
| 10:45:19 | 3 | Q.   When did you learn about these inaccessible |
| 10:45:23 | 4 | PDFs? |
| 10:45:25 | 5 | A.   I estimate a year, year and a half, to two |
| 10:45:33 | 6 | years.  I can't recall exactly. |
| 10:45:35 | 7 | Q.   Sometime in 2015? |
| 10:45:37 | 8 | A.   Or '16.  I don't recall exactly. |
| 10:45:41 | 9 | Q.   And what, if anything, has been done to |
| 10:45:45 | 10 | remedy those accessibility barriers? |
| 10:45:49 | 11 | A.   At the library itself we have installed on |
| 10:45:54 | 12 | every computer two Adobe products that will make |
| 10:46:01 | 13 | them accessible.  I spoke with an EBSCO rep |
| 10:46:12 | 14 | personally in my office, making this issue known. |
| 10:46:19 | 15 | And since this is a state package that we |
| 10:46:22 | 16 | are given, I also took it to the group who is |
| 10:46:28 | 17 | currently -- through a regional representative I |
| 10:46:34 | 18 | took the issue to the group who is now looking to |
| 10:46:39 | 19 | see what the next package to be offered will be when |
| 10:46:45 | 20 | this package expires. |
| 10:46:47 | 21 | Q.   When does this package expire? |
| 10:46:49 | 22 | A.   I believe it's December of this year. |
| 10:46:56 | 23 | Q.   And I don't need all the individuals' |
| 10:47:02 | 24 | names, but who makes up this group that is looking |
| 10:47:06 | 25 | at the next package? |

26

10:47:07  1      A.    We purchase almost exclusively all of our

10:47:12  2  data bases through the Community College League of

10:47:16  3  California, and it is a subgroup of librarians who

10:47:24  4  review the packages, put out the proposals, review

10:47:26  5  the packages, and make recommendations then to the

10:47:31  6  state.

10:47:39  7      Q.    And is there a timeline for when this group

10:47:45  8  will make recommendations to the state?

10:47:48  9      A.    I know they are currently in that process

10:47:51 10  but not where they are in the process.

10:47:54 11      Q.    And when you spoke with this -- to the

10:48:04 12  person who is part of this group, did you discuss

10:48:09 13  the accessibility of EBSCO?

10:48:11 14      A.    That's exactly what I spoke about.

10:48:15 15      Q.    And who did you speak to?

10:48:19 16      A.    Lauren Saslow, S-a-s-l-o-w.

10:48:25 17      Q.    And what did Ms. Saslow tell you, if

10:48:29 18  anything?

10:48:30 19      A.    She would take it forward.  Now I am

10:48:41 20  wondering if I actually spoke with Lauren or if I

10:48:44 21  spoke with her department chair, who is Paula Paggi.

10:48:48 22  It would be one of them.

10:48:50 23      Q.    Where do they work?

10:48:52 24      A.    At LA Pierce College.

10:48:55 25      Q.    And how does Ms. Paggi spell her last name?

27



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 28 of 95   Page ID
#:11004
30(b)(6) for LACCD                     Los Angeles Community College District                     1115313

| 10:48:58 | 1 | A. P-a-g-g-i. |
| 10:49:04 | 2 | Q. And the Adobe programs that -- I think you |
| 10:49:18 | 3 | said that there were two Adobe products that were |
| 10:49:25 | 4 | put on library computers -- |
| 10:49:27 | 5 | A. Uh-huh, yes. |
| 10:49:28 | 6 | Q. -- in an effort to make the inaccessible |
| 10:49:32 | 7 | PDFs accessible. Is that right? |
| 10:49:34 | 8 | A. Yes. |
| 10:49:35 | 9 | Q. Do you know what those products are? |
| 10:49:43 | 10 | A. I believe one has the word "Reader" in it, |
| 10:49:46 | 11 | and I don't remember what the other one is called. |
| 10:49:58 | 12 | Q. What other data bases in the LACC library |
| 10:50:11 | 13 | do you have -- have you received information with |
| 10:50:15 | 14 | respect to accessibility? |
| 10:50:19 | 15 | A. I believe there are some of the similar |
| 10:50:21 | 16 | issues with some PDF files in one called JSTOR, |
| 10:50:26 | 17 | which I forgot to mention before. That's J-S-T-O-R, |
| 10:50:32 | 18 | all caps. |
| 10:50:35 | 19 | Q. And what is JSTOR? |
| 10:50:37 | 20 | A. It is a data base of academic journals. |
| 10:50:46 | 21 | Q. Who is that purchased or leased or |
| 10:50:51 | 22 | licensed, whatever the right term is, from? |
| 10:50:54 | 23 | A. The company is called JSTOR. But again, we |
| 10:50:58 | 24 | purchase them through CCL. |
| 10:51:03 | 25 | Q. And the nature of the problem is that they |



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 29 of 95   Page ID
#:11005
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

10:51:09   1   have inaccessible content?

10:51:10   2      A.   Yeah.   My understanding is that some of the

10:51:13   3   PDF files depending on the format or I don't know

10:51:18   4   enough about the details but how they are loaded.

10:51:22   5   So some can be accessible using JAWS, for instance,

10:51:26   6   and some cannot be read by JAWS, depending on how

10:51:35   7   they are uploaded.

10:51:40   8      Q.   And approximately how many academic

10:51:44   9   journals are on the JSTOR system?

10:51:57   10     A.   It would be hard -- I wouldn't know, but

10:52:01   11   it's many.

10:52:04   12     Q.   Do you know how many -- or strike that.   Do

10:52:11   13   you have a percentage of journals within the JSTOR

10:52:15   14   system that are accessible versus inaccessible?

10:52:20   15     A.   I have no idea.

10:52:22   16     Q.   And to the extent there is knowledge of

10:52:27   17   JSTOR'S accessibility issues, they would have come

10:52:31   18   first from a student trying to use them?

10:52:37   19     A.   Yes.

10:52:40   20     Q.   And do students generally come to speak to

10:52:44   21   the library staff about that, or do they -- if you

10:52:49   22   know, do they go to OSS first?

10:52:52   23     A.   I don't know whether they go to one or the

10:52:55   24   other first, but we both hear about it.

10:53:08   25     Q.   Any other data base products that you have



Case 2:17-cv-01397-SVW-SK   Document 482-1   Filed 02/03/23   Page 30 of 95   Page ID
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313
#:11006

10:53:13  1   heard that you have knowledge one way or the other

10:53:20  2   about the accessibility status?

10:53:28  3        A.   No.  I can't think of any.

10:53:37  4        Q.   Okay.  So on the rest of them it's just no

10:53:41  5   information?

10:53:43  6        A.   Correct.

10:53:45  7        Q.   Okay.  Now, you said that the students get

10:53:58  8   to these data bases through the library web site.

10:54:01  9   Correct?

10:54:02  10       A.   Correct.

10:54:04  11       Q.   Is the web site itself accessible to blind

10:54:08  12   students?

10:54:09  13       A.   Yes.

10:54:10  14       Q.   And has someone tested that?

10:54:16  15       A.   In the past we tested it ourselves, meaning

10:54:18  16   the library staff, but we just -- the college just

10:54:23  17   put in a brand-new web site, and all of our pages

10:54:28  18   have been moved to this new product.  And the

10:54:35  19   product itself has been tested, and people at the

10:54:37  20   college are -- the web site master, web master and

10:54:44  21   the college are responsible to make sure that all

10:54:47  22   the web pages are accessible.

10:54:50  23       Q.   Do you know what this new student -- what

10:54:57  24   this brand-new web site is?

10:55:02  25       A.   It's something like Kentico, but that's



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 31 of 95   Page ID
#:11007
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| | | |
|---|---|---|
| 10:55:06 | 1 | probably not exactly right, starting with a "K." |
| 10:55:12 | 2 | Q. Is it Kronos? |
| 10:55:18 | 3 | A. It doesn't sound right, but it could be. |
| 10:55:26 | 4 | Kentico, K-e-n-t-i-c-o. That's what it is, Kentico. |
| 10:55:34 | 5 | Q. That's not a library specific -- |
| 10:55:44 | 6 | A. No. This is the product used by the entire |
| 10:55:47 | 7 | college, like a I don't know if shell is the right |
| 10:55:51 | 8 | word, but it's the product that they use to build |
| 10:55:55 | 9 | the new college web site and all of the pages within |
| 10:55:58 | 10 | it or the pages within it. Maybe there's some that |
| 10:56:02 | 11 | aren't, but yeah. |
| 10:56:05 | 12 | Q. Do you recall participating in any meetings |
| 10:56:16 | 13 | regarding accessibility of library material |
| 10:56:23 | 14 | generally? |
| 10:56:29 | 15 | A. Yes. |
| 10:56:32 | 16 | Q. And generally speaking, sort of what's the |
| 10:56:35 | 17 | date range on when those meetings have taken place? |
| 10:56:51 | 18 | A. Well, over the years I have met with |
| 10:56:53 | 19 | different people in OSS from time to time. I don't |
| 10:56:59 | 20 | know any specific dates, but we work with them |
| 10:57:07 | 21 | pretty regularly, and I will meet with them if they |
| 10:57:11 | 22 | have an issue or want to share something. |
| 10:57:23 | 23 | Q. Do you have any memory of having been |
| 10:57:30 | 24 | involved in meetings that were described in some |
| 10:57:35 | 25 | fashion as relating to a self-analysis of the |

**Kusar** Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 32 of 95   Page ID
#:11008
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| | | |
|---|---|---|
| 10:57:42 | 1 | college's accessibility? |
| 10:57:53 | 2 | A.   Can you state the question again, please? |
| 10:57:56 | 3 | Q.   I will try.  I will try to do a little |
| 10:58:00 | 4 | better at it.  Have you participated in something |
| 10:58:05 | 5 | referred to as a self-analysis of accessibility |
| 10:58:11 | 6 | generally at Los Angeles Community College? |
| 10:58:17 | 7 | At Los Angeles City College?  I'm sorry. |
| 10:58:22 | 8 | A.   I can say yes but only the library portion. |
| 10:58:33 | 9 | Q.   And when were those meetings or that |
| 10:58:36 | 10 | meeting? |
| 10:58:39 | 11 | A.   What I am thinking of is from time to time, |
| 10:58:46 | 12 | maybe two or three times since I have been library |
| 10:58:50 | 13 | department chair, there have been people sent by the |
| 10:58:53 | 14 | district to review what the library has, and we show |
| 10:59:00 | 15 | them what we have.  And if they have any suggestions |
| 10:59:04 | 16 | on changes or additions, then we make those.  And my |
| 10:59:12 | 17 | impression is that they go to, you know, the entire |
| 10:59:15 | 18 | campus and do the same thing. |
| 10:59:17 | 19 | Q.   Is that sort of accessibility specific? |
| 10:59:27 | 20 | A.   Accessibility includes more than just |
| 10:59:33 | 21 | materials.  It's equipment and -- |
| 10:59:37 | 22 | Q.   And that's what I'm asking. |
| 10:59:39 | 23 | A.   Yeah. |
| | 24 | Q.   Is the range of accessibility -- |
| | 25 | A.   It's very general. |

32



Case 2:17-cv-01697-SVW-SK   Document 488-1   Filed 02/03/23   Page 33 of 95   Page ID
#:11009
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | THE REPORTER:  One at a time, please.                        |
| 10:59:42 | 2  | BY MR. ESPO:                                                 |
| 10:59:42 | 3  | Q.   I told you we'd get help.                               |
| 10:59:47 | 4  | It's the range of accessibility, physical                    |
| 10:59:50 | 5  | accessibility and equipment accessibility and data           |
| 10:59:54 | 6  | base accessibility and whatever else they may look           |
| 10:59:59 | 7  | at?                                                          |
| 10:59:59 | 8  | A.   Yes.                                                    |
| 11:00:04 | 9  | Q.   Have you ever been presented with an action             |
| 11:00:07 | 10 | plan as a result of those investigations?                    |
| 11:00:17 | 11 | A.   Yes.                                                    |
| 11:00:20 | 12 | Q.   Okay.  What was the last action plan?  When             |
| 11:00:22 | 13 | was the last action plan you can recall?                     |
| 11:00:26 | 14 | A.   Approximately two to three years ago.                   |
| 11:00:38 | 15 | Q.   And from whom did you get it?                           |
| 11:00:42 | 16 | A.   The group that came and did the analysis.               |
| 11:00:47 | 17 | I don't know exactly what they are called.                   |
| 11:00:50 | 18 | Q.   And do you have a copy of this document                 |
| 11:00:56 | 19 | still somewhere?                                             |
| 11:00:57 | 20 | A.   It was verbal.                                          |
| 11:01:01 | 21 | Q.   Did you make any notes, written notes of                |
| 11:01:05 | 22 | the verbal suggestions?                                      |
| 11:01:07 | 23 | A.   I don't recall.                                         |
| 11:01:09 | 24 | Q.   Do you recall whether any of the                        |
| 11:01:11 | 25 | suggestions related to accessibility in any fashion,         |

33


Kusar  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 34 of 95   Page ID
#:11010
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

11:01:16  1    not limited to eyesight?

11:01:18  2         A.   Yes.

11:01:20  3         Q.   Did any of them relate specifically to

11:01:23  4    blind students?

11:01:29  5         A.   No.

11:01:40  6         Q.   Other than the data bases that you have

11:01:44  7    talked to me about, are there other digital products

11:01:49  8    in the library at LACC?

11:01:56  9         A.   Yes.

11:01:59 10         Q.   What are they?

11:02:05 11         A.   Well, there is software on the computers

11:02:08 12    for students that's requested by faculty.  I'm sure

11:02:15 13    I can't remember all of them, but Stellarium.

11:02:26 14         Q.   I'm sorry?

11:02:27 15         A.   Stellarium, S-t-e-l-l-a-r-i-u-m, which is a

11:02:32 16    program used by the Astronomy department.

11:02:40 17         Q.   Any others that come to mind?

11:02:42 18         A.   There are two or three that support law,

11:02:49 19    the law classes.  There's one on bankruptcy, and I

11:02:55 20    don't recall what the others are called.  MathXL,

11:03:09 21    although that may be just plug-ins to make sure

11:03:14 22    students can access MathXL.  I don't recall the

11:03:18 23    others.  I'm sure there's more.

11:03:23 24         Q.   And -- I'm sorry.  Go ahead.

11:03:26 25         A.   I was just going to say these are programs



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 35 of 95   Page ID
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313
#:11011

11:03:28   1   that are used by the students for these classes, and

11:03:32   2   we've just made them also accessible -- available in

11:03:35   3   the library.

11:03:37   4       Q.   And are these programs ones that the

11:03:40   5   students have to actually come into the library to

11:03:43   6   access, or are those also accessible through the

11:03:48   7   web?  Strike that.

11:03:51   8       A.   Generally, generally these are -- it's

11:03:53   9   both.  It could be both.

11:03:56   10      Q.   Have any of these, the programs that were

11:04:05   11  sort of professor specific or course specific that

11:04:10   12  you just identified, been tested for accessibility

11:04:15   13  to blind users?

11:04:16   14      A.   I don't know.

11:04:17   15      Q.   Does the library have a policy that says

11:04:23   16  that before any software that a professor wants

11:04:29   17  loaded will be put up, it has to be tested for

11:04:32   18  accessibility?

11:04:33   19      A.   No.

11:04:38   20      Q.   So, again, if there were an issue, it would

11:04:42   21  be sort of student generated initially?

11:04:45   22      A.   Yes.

11:04:45   23      Q.   That is somebody assigned to one of those

11:04:49   24  classes tried to use it and couldn't?

11:04:54   25      A.   That's right.



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 36 of 95   Page ID
#:11012
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| 11:04:55 | 1 | Q. Do you know who publishes MathXL? |
| 11:04:58 | 2 | A. No. |
| 11:05:00 | 3 | Q. Do you know what it does? |
| 11:05:05 | 4 | A. No, not completely, but the instructors use |
| 11:05:08 | 5 | it for testing, but it's also course work, I |
| 11:05:11 | 6 | believe. |
| 11:05:27 | 7 | Q. Any other digital products that come to |
| 11:05:30 | 8 | mind in the LACC library? |
| 11:05:37 | 9 | A. The library data base of books, meaning the |
| 11:05:44 | 10 | index to the books, the print books. |
| 11:05:47 | 11 | Q. What in an earlier time would have been |
| 11:05:51 | 12 | referred to as the card catalog? |
| 11:05:52 | 13 | A. Exactly. |
| 11:05:56 | 14 | Q. Is the data base of books independently |
| 11:06:03 | 15 | accessible to blind students? |
| 11:06:04 | 16 | A. To my knowledge, it is. |
| 11:06:07 | 17 | Q. Do you know if it has ever been tested by |
| 11:06:13 | 18 | or at the request of the college? |
| 11:06:16 | 19 | A. No. |
| 11:06:21 | 20 | Q. So what forms the basis of your belief that |
| 11:06:27 | 21 | it is accessible? |
| 11:06:32 | 22 | A. Because no one has told me differently. |
| 11:06:36 | 23 | Q. So as a general proposition, is it your |
| 11:06:44 | 24 | sort of global view that if no one has complained, |
| 11:06:48 | 25 | things must be working okay? |

Kusar®  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 37 of 95   Page ID
#:11013
30(b)(6) for LACCD                     Los Angeles Community College District                     1115313

11:06:50  1        MR. CLEELAND:  Excuse me.  If I may object, that

11:06:52  2   misstates the prior testimony of the witness and was

11:06:54  3   asked and answered.  But if you feel you can respond

11:06:56  4   to that, you are welcome to do so.

11:06:59  5        THE WITNESS:  No.

11:07:00  6   BY MR. ESPO:

11:07:01  7        Q.   I'm sorry?

11:07:02  8        A.   I don't wish to respond.

11:07:37  9        Q.   Any other digital equipment or content in

11:07:49 10   the LACC library of which you are aware?

11:07:52 11        A.   Yes.

11:07:52 12        Q.   What?

11:07:54 13        A.   We have three CC TVs, one on each floor,

11:08:02 14   but these are for people with visual impairments

11:08:06 15   rather than blind.

11:08:09 16        Q.   Okay.

11:08:12 17        A.   And we also have ZoomText on five

11:08:16 18   computers, which again is for people with visual

11:08:19 19   impairment, not blind, to enlarge the print on the

11:08:26 20   computers.  And we also have two of the computers in

11:08:30 21   the library with Kurzweil and scanners, which are

11:08:35 22   for the blind.

11:08:43 23        Q.   Do you know what version of Kurzweil?

11:08:46 24        A.   No.

11:08:49 25        Q.   Are they flatbed scanners?



11:08:51   1      A.   Yes.  I don't know the latest version of

11:09:02   2   Kurzweil, but we put in new computers recently with

11:09:09   3   new scanners, so I would assume it's the latest, if

11:09:15   4   not close to the latest version now.

11:09:21   5      Q.   Do you know whether the program is

11:09:28   6   independently usable by blind students?  Sorry.

11:09:34   7   That's not very clear.

11:09:35   8         Do you know whether the Kurzweil program

11:09:37   9   that the library has on these two computers can be

11:09:40  10   independently operated by blind students?

11:09:45  11      A.   Yes.

11:09:46  12      Q.   And can it?

11:09:48  13      A.   It's my understanding if they've had

11:09:50  14   training, they can.

11:09:58  15      Q.   Is there JAWS on any library computer?

11:10:02  16      A.   There's JAWS on five in the main library,

11:10:08  17   and I have two computer classrooms, and there are

11:10:12  18   JAWS on three computers in each of those.

11:10:16  19      Q.   So you have two computer classrooms?

11:10:18  20      A.   Right.  And JAWS is on three computers in

11:10:30  21   each of the classrooms.

11:10:31  22      Q.   Where are the five in what you describe as

11:10:36  23   the main library located?

11:10:38  24      A.   They are on the second floor of the

11:10:40  25   building.


Kusar ® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 39 of 95   Page ID
#:11015
30(b)(6) for LACCD                     Los Angeles Community College District                        1115313

11:10:49  1      Q.   And where are these two classrooms?

11:10:51  2      A.   One is on the first floor, and one is on

11:10:54  3  the third floor.

11:10:55  4      Q.   But they are both in the building?

11:10:57  5      A.   Yes.

11:10:58  6      Q.   I'm sorry.  Again not clear.

11:10:59  7      A.   Yes.

11:11:00  8      Q.   They are both in the library building?

11:11:01  9      A.   They are both in the library, uh-huh.

11:11:09 10      Q.   Do you know how often JAWS, the version of

11:11:13 11  JAWS is updated?

11:11:18 12      A.   Not exactly.

11:11:21 13      Q.   What version is running today?

11:11:25 14      A.   I don't know.

11:11:35 15      Q.   What are the library's hours at LACC?

11:11:41 16      A.   It varies depending on the semester and the

11:11:48 17  winter or summer sessions and the budget.  So

11:11:54 18  currently in the summer it's Monday through Thursday

11:11:58 19  from 8:00 a.m. to 8:00 p.m.  Last spring it was

11:12:07 20  Monday through Thursday 7:30 a.m. to 9:00 p.m.,

11:12:18 21  Fridays, 7:30 a.m. to 4:00 p.m., Saturdays 8:00 a.m.

11:12:27 22  to 4:00 p.m., and Sundays 10:00 a.m. to 4:00 p.m.

11:12:40 23      Q.   When the library is open, is there always

11:12:44 24  at least one person staffing it who knows how to use

11:12:49 25  JAWS?

**Kusar**® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 40 of 95   Page ID
#:11016
30(b)(6) for LACCD                     Los Angeles Community College District                          1115313

11:12:56   1        A.   No.

11:12:59   2        Q.   How many staff members in the library now

11:13:08   3   know how to use JAWS?

11:13:11   4        A.   Three.

11:13:22   5        Q.   And is there a schedule that if a student

11:13:30   6   knew they were going to need help with using JAWS,

11:13:35   7   they'd be able to figure out when someone is there

11:13:38   8   who could assist?

11:13:44   9        A.   That is not published, no.

11:13:54  10        Q.   Was there a time when the library at LACC

11:13:59  11   had a trial license for JAWS on one or more of its

11:14:07  12   computers?

11:14:21  13        A.   I will say yes, but it's not clear that it

11:14:30  14   was a true demo version.

11:14:35  15        Q.   First of all, when was this?

11:14:42  16        A.   In the last two years maybe.

11:14:47  17        Q.   And just to make sure we're talking about

11:14:56  18   the same thing, my understanding of the demo license

11:15:02  19   is that one can download it, use it for 45 minutes,

11:15:05  20   and then it times out.  Is that your understanding?

11:15:10  21        A.   That sounds like a demo version, yes,

11:15:16  22   uh-huh.

11:15:16  23        Q.   And why was -- well, you seem to be

11:15:26  24   familiar with what I was asking, and you said it's

11:15:29  25   not clear that that was a demo version.  What did



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 41 of 95   Page ID
#:11027
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

11:15:32  1   you mean by that?

11:15:33  2       A.   It was reported to us that a student came

11:15:39  3   in on a Sunday, and on Sundays I have student

11:15:44  4   workers.  Some are more familiar and some less with

11:15:48  5   these products.  And the student, a blind student

11:15:53  6   went to one and got that message.  And so the

11:15:59  7   student worker e-mailed me and let me know.

11:16:03  8           And when my staff and OSS and IT

11:16:07  9   investigated, it's my understanding that the other

11:16:12 10   four computers all had JAWS, a normal version.  And,

11:16:18 11   in fact, the next day even that fifth computer was

11:16:22 12   showing it had JAWS, the normal version.

11:16:28 13           And further investigation, if I understand

11:16:31 14   correctly, showed that the server that was serving

11:16:35 15   the computer with that message had an intermittent

11:16:39 16   problem.  And when it wasn't, I would say,

11:16:42 17   connecting correctly, because there is a client

11:16:46 18   version on the computer in the library and then

11:16:50 19   there is also another portion of JAWS on the IT

11:16:54 20   server, there was kind of a glitch.  And if it

11:16:58 21   wasn't connecting correctly, then that's the message

11:17:03 22   that came up.

11:17:09 23       Q.   Who was the student who brought this

11:17:11 24   problem to your attention?

11:17:13 25       A.   The student worker?



11:17:14  1        Q.    No.  The student who --

11:17:18  2        A.    The student didn't bring it to my

11:17:20  3    attention.  My student worker did.

11:17:21  4        Q.    Do you know who the student who brought it

11:17:24  5    to the student worker is?

11:17:28  6        A.    I don't know.

11:17:30  7        Q.    Did you ever speak with that student, not

11:17:33  8    the student worker but the blind student trying to

11:17:36  9    use JAWS?

11:17:38 10        A.    If I did, I don't recall it.

11:18:10 11        Q.    Who told you that the problem on that

11:18:19 12    Sunday that you were just talking about was with a

11:18:23 13    glitch in the communication between the server and

11:18:26 14    the desktop?

11:18:28 15        A.    Roman Minasyan, one of my IA/IT employees.

11:18:46 16        Q.    We've been going about an hour and a

11:18:49 17    quarter, I think, so why don't we take a break.

11:18:51 18        A.    Okay.

11:18:52 19        VIDEOGRAPHER:  This marks the end of Media Unit

11:18:54 20    1.  The time is 11:18 a.m.  We are now off the

11:18:57 21    record.

11:18:58 22        (A recess was taken.)

11:31:09 23        VIDEOGRAPHER:  This marks the beginning of Media

11:31:12 24    Unit 2 in the continuing deposition of the 30(b)(6)

11:31:18 25    witness Barbara Vasquez.  Today's date is July 31,



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 43 of 95   Page ID
#:11019
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

11:31:23  1    2017.  The time is 11:31 a.m.  We are back on the

11:31:28  2    record.

11:31:30  3    BY MR. ESPO:

11:31:32  4        Q.   Ms. Vasquez, you said there are two

11:31:36  5    classrooms in the library that have three computers

11:31:42  6    with JAWS each.  Right?

11:31:45  7        A.   Right.

11:31:45  8        Q.   Do I have that right?

11:31:47  9        A.   (Nods head up and down.)

11:31:48  10        Q.   What classes are taught in those

11:31:52  11    classrooms?

11:31:54  12        A.   The classes are library science and what we

11:32:00  13    call library orientations, where an instructor will

11:32:05  14    request an orientation on how to do research and

11:32:09  15    what's available for their specific classes, which

11:32:13  16    the librarians teach.

11:32:15  17            And then since we are not using them every

11:32:18  18    hour of every day, we take requests for the room

11:32:24  19    from all other faculty, staff on campus, and even

11:32:30  20    outside groups are allowed to use the rooms if they

11:32:34  21    go through the proper channels.

11:32:37  22        Q.   And what library content -- in the courses

11:32:47  23    taught by the librarians --

11:32:49  24        A.   Uh-huh.

11:32:49  25        Q.   -- what library content would the students



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 44 of 95   Page ID
#:10020
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

11:32:52  1   be accessing using JAWS?

11:32:55  2       A.   The library catalog, the library data

11:32:59  3   bases, and the Internet.

11:33:19  4       Q.   Do you remember doing work -- working with

11:33:31  5   Ryan Kushner about data base accessibility in the

11:33:34  6   library?

11:33:35  7       A.   Yes.  He is the main one, uh-huh, from OSS.

11:33:39  8       Q.   And what did you and Mr. Kushner do with

11:33:46  9   respect to data base accessibility in the library?

11:33:51  10      A.   He is the one that let me know about the

11:33:55  11  different formats and that some work and that some

11:33:57  12  do not.  And we also met with my IAs, or at least

11:34:04  13  one of them at a time, to come up with solutions.

11:34:12  14  And from that is where I took that information to,

11:34:19  15  for instance, the EBSCO rep.  I think he might have

11:34:23  16  met with us at the same time, if I recall correctly,

11:34:26  17  to try to explain it.

11:34:28  18      Q.   What's the name of the EBSCO rep?

11:34:32  19      A.   I don't recall.

11:34:35  20      Q.   Are you familiar with a publication called

11:34:39  21  "City Chatter"?

11:34:42  22      A.   Yes.

11:34:43  23      Q.   What is it?

11:34:44  24      A.   It is an on-line newsletter put out by the

11:34:49  25  president of the college about the college and



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 45 of 95   Page ID
#:11021
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| | | |
|---|---|---|
| 11:34:56 | 1 | college events. |
| 11:35:01 | 2 | Q.   Do you recall anything being published in |
| 11:35:07 | 3 | it in 2015 or 2016 about Mr. Kushner's efforts in |
| 11:35:19 | 4 | connection with EBSCO? |
| 11:35:19 | 5 | A.   I don't recall it. |
| 11:35:30 | 6 | Q.   Are there -- other than the classes you |
| 11:35:33 | 7 | have told me about, is there -- strike that. |
| 11:35:38 | 8 | Could someone -- could a student come to |
| 11:35:41 | 9 | LACC and get an AA in library science? |
| 11:35:44 | 10 | A.   No. |
| 11:35:44 | 11 | Q.   So there is not an extensive network of or |
| 11:35:49 | 12 | number of library courses, library science courses? |
| 11:35:56 | 13 | A.   Correct.  There is only one. |
| 11:35:57 | 14 | Q.   And is that the course you have already |
| 11:35:59 | 15 | described, or is there another one? |
| 11:36:02 | 16 | A.   The credit course is for the general |
| 11:36:04 | 17 | student who enrolls in the class and gets credit for |
| 11:36:10 | 18 | it.  The library orientations are done at the |
| 11:36:13 | 19 | request of instructors for their classes, so it's |
| 11:36:17 | 20 | just like an hour out of their class day. |
| 11:36:21 | 21 | Q.   And what's the library science class that's |
| 11:36:25 | 22 | taught? |
| 11:36:27 | 23 | A.   Library Research Methods.  I may not be |
| 11:36:34 | 24 | remembering it exactly.  Something like that. |
| 11:36:42 | 25 | Q.   Let's turn to books.  If a blind student |



Case 2:17-cv-01697-SVW-SK  Document 482-1  Filed 02/03/23  Page 46 of 95  Page ID
#:11022
30(b)(6) for LACCD          Los Angeles Community College District                    1115313

11:36:46   1   needs a book, how does the library handle that

11:36:50   2   request?

11:36:54   3       A.   We do not in the library have anything that

11:37:01   4   would take a print book and make it accessible to a

11:37:07   5   student who is blind.   They would have to take it to

11:37:10   6   OSS, who has the capability to do that.   If it's not

11:37:18   7   the entire book, we can make photocopies or scan it

11:37:22   8   into Kurzweil, and then it can be read to them

11:37:26   9   through the computer.

11:37:30   10       Q.   Is there any systematic, within the library

11:37:35   11   and not involving OSS, sort of program to get

11:37:42   12   accessible books for a blind student?   Let me start

11:37:50   13   over and try to make the question a little clearer.

11:37:53   14         I am just going to make this up, but if

11:37:59   15   there is a course, an English literature course

11:38:03   16   being taught and somebody comes in and says, "I need

11:38:07   17   an accessible copy of 'The Sun Also Rises' by Ernest

11:38:13   18   Hemingway," does the library have business

11:38:17   19   relationships with any publishers who might be able

11:38:22   20   to provide an accessible copy of that book out of

11:38:26   21   its own stock?

11:38:28   22       A.   No.   Only if it happens to be in our eBook

11:38:36   23   data base and is accessible there.

11:38:39   24       Q.   What eBook data base do you have?

11:38:44   25       A.   We have one that's provided through EBSCO.



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 47 of 95   Page ID
#:11028
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

11:38:50  1       Q.    And what kinds of books are in there?

11:38:56  2       A.    There's one set that's specifically chosen

11:39:05  3   for curriculum in community colleges and another set

11:39:09  4   that's chosen for those in the higher ed, the

11:39:17  5   four-year universities.  And then there are

11:39:20  6   approximately 20- to 30,000 that we've purchased

11:39:28  7   specifically because of our curriculum.  There's

11:39:33  8   over 220,000 in that collection.

11:39:37  9       Q.    In the eBook --

11:39:38 10       A.    eBook collection, uh-huh.

11:39:40 11       Q.    I'm sorry.  It's more than 220,000, you

11:39:43 12   said?

11:39:43 13       A.    Maybe it's 212.  It changes all the time,

11:39:47 14   but yes, something like that, uh-huh.

11:39:49 15       Q.    Okay.  And I should have asked you at the

11:39:52 16   beginning:  How many volumes does the library have

11:39:55 17   in print?

11:39:56 18       A.    Approximately 150,000.

11:40:04 19       Q.    And so this eBook data base, do you know --

11:40:23 20   what formats are the books in?

11:40:33 21       A.    I believe most of them, if not all of them,

11:40:36 22   are in PDF, and I am not sure if any of them -- some

11:40:45 23   of them could be in HTML, but I am trying to

11:40:49 24   remember the screen.  I don't know that for sure.

11:40:53 25       Q.    Are you familiar with something called



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 48 of 95   Page ID
#:11024
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

11:40:57  1    DAISY as a computer format?

11:41:01  2        A.    I have heard the term.  I don't know

11:41:04  3    anything about it.

11:41:17  4        Q.    Are you familiar with digital publication

11:41:22  5    standards referred to as ePub3?

11:41:26  6        A.    Again, I have heard of it, but I don't know

11:41:28  7    anything about it.

11:41:31  8        Q.    Do you know whether any of those books in

11:41:39  9    the eBook data base are accessible either through

11:41:44  10   DAISY formatting or ePub3?

11:41:47  11       A.    I do not know.

11:41:51  12       Q.    Are you familiar with a service or business

11:41:54  13   known as VitalSource?

11:41:56  14       A.    No.

11:42:04  15       Q.    Does the library subscribe to print

11:42:07  16   journals?

11:42:09  17       A.    Yes.

11:42:10  18       Q.    About how many?

11:42:13  19       A.    About 90.

11:42:19  20       Q.    Does the library also get electronic copies

11:42:23  21   of those print journals?

11:42:27  22       A.    There are two or three, maybe four or five,

11:42:32  23   but two or three for sure that are not available in

11:42:35  24   any of my electronic data bases.

11:42:42  25       Q.    So I'll just pick the larger number.  You



Case 2:17-cv-01697-SVW-SK   Document 488-1   Filed 02/03/23   Page 49 of 95   Page ID
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313
#:11025

| | | |
|---|---|---|
| 11:42:45 | 1 | said maybe four or five.  Let's assume it's five. |
| 11:42:48 | 2 | Are the other 85 available electronically in one of |
| 11:42:52 | 3 | the data base products? |
| 11:42:54 | 4 | A.   I would say that's probably correct, yeah. |
| 11:42:58 | 5 | I don't have an exact number.  I am aware because |
| 11:43:02 | 6 | there are a couple of journals that are required for |
| 11:43:06 | 7 | courses, curriculum that the data bases have not |
| 11:43:13 | 8 | been able to make arrangements with the publishers. |
| 11:43:17 | 9 | In other words, the publishers will not let them |
| 11:43:19 | 10 | have them in the data bases. |
| 11:43:21 | 11 | So I am aware of at least two, and then I |
| 11:43:25 | 12 | am guessing there might be a few more.  I've never |
| 11:43:27 | 13 | actually gone through and checked each one |
| 11:43:30 | 14 | separately in all of the data bases. |
| 11:43:32 | 15 | Q.   And which two are you aware of? |
| 11:43:37 | 16 | A.   There's -- I don't know the exact titles, |
| 11:43:41 | 17 | but one of them has to do with dietetics, and one |
| 11:43:44 | 18 | has to do with dental technology. |
| 11:44:08 | 19 | Q.   Does the library make use of Canvas? |
| 11:44:23 | 20 | A.   Well, that's a yes and no.  The library |
| 11:44:27 | 21 | science class is currently not on line, so the |
| 11:44:31 | 22 | library itself does not use Canvas for its course. |
| 11:44:35 | 23 | But the college does use Canvas, so students do come |
| 11:44:39 | 24 | in and use the library computers to take on-line |
| 11:44:43 | 25 | courses which use Canvas. |

49



| | | |
|---|---|---|
| 11:44:46 | 1 | Q.   Okay.  Was there a time when the library |
| 11:44:51 | 2 | science class used, actually used Canvas? |
| 11:44:55 | 3 | A.   No. |
| 11:45:24 | 4 | Q.   Are you familiar with LACCD administrative |
| 11:45:31 | 5 | Regulation B-33 Web Accessibility Standards and |
| 11:45:36 | 6 | Guidelines? |
| 11:45:39 | 7 | A.   I am aware of it.  I don't know it. |
| 11:45:39 | 8 | (The foregoing document was marked |
| 11:45:39 | 9 | by the court reporter as Exhibit 2 for |
| 11:45:39 | 10 | identification; attached hereto.) |
| 11:45:53 | 11 | BY MR. ESPO: |
| 11:45:53 | 12 | Q.   I've given you what has now been marked as |
| 11:45:55 | 13 | Exhibit 2, I think.  Is this exhibit -- I think |
| 11:46:12 | 14 | something got stuck in the middle of the exhibit. |
| 11:46:15 | 15 | It's not a secret, but let's take it out because |
| 11:46:19 | 16 | it's also not part of it.  Why don't we go off the |
| 11:46:31 | 17 | record. |
| 11:46:31 | 18 | VIDEOGRAPHER:  The time is 11:46 a.m.  We are |
| 11:46:34 | 19 | now off the record. |
| 11:46:39 | 20 | (Discussion held off the record.) |
| 11:48:30 | 21 | VIDEOGRAPHER:  The time is 11:48 a.m.  We are |
| 11:48:39 | 22 | back on the record. |
| 11:48:41 | 23 | BY MR. ESPO: |
| 11:48:42 | 24 | Q.   Okay.  I think we straightened this out. |
| 11:48:45 | 25 | Ms. Vasquez, do you now have a copy of Exhibit 2 in |

Kusar  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 51 of 95   Page ID
#:11027
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| | | |
|---|---|---|
| 11:48:49 | 1 | front of you? |
| 11:48:49 | 2 | A.   Yes. |
| 11:48:50 | 3 | Q.   And the first three pages are Regulation |
| 11:48:55 | 4 | B-33.  Correct? |
| 11:48:57 | 5 | A.   Correct. |
| 11:48:58 | 6 | Q.   And what follows is Administrative |
| 11:49:02 | 7 | Regulation B-34.  Correct? |
| 11:49:06 | 8 | A.   Yes. |
| 11:49:08 | 9 | Q.   And are you familiar with these from your |
| 11:49:10 | 10 | work at LACC? |
| 11:49:15 | 11 | A.   I have heard of B-33.  I don't recall ever |
| 11:49:21 | 12 | knowing about B-34. |
| 11:49:28 | 13 | Q.   In what context have you heard of B-33? |
| 11:49:34 | 14 | A.   Just that there are standards. |
| 11:49:40 | 15 | Q.   And in terms of the library and its |
| 11:49:46 | 16 | services, who, if anyone, is responsible for making |
| 11:49:52 | 17 | sure that whatever the library does meets the |
| 11:49:56 | 18 | standards?  Whatever standards in Exhibit 2 are |
| 11:50:06 | 19 | present, who is in charge of making sure that the |
| 11:50:09 | 20 | library complies? |
| 11:50:11 | 21 | A.   I don't know the answer to that.  I assumed |
| 11:50:14 | 22 | it was the district, but I don't know the specific |
| 11:50:19 | 23 | person who is responsible. |
| 11:50:21 | 24 | Q.   But not you? |
| 11:50:22 | 25 | A.   If I am, I wasn't aware it was my |

51



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 52 of 95   Page ID
#:11028
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

11:50:27  1    responsibility.

11:50:28  2        Q.    It's not for me to delegate that to you.

11:50:33  3        A.    Right.

11:50:33  4        Q.    I'm not suggesting that.  I'm just asking.

11:50:37  5    As far as you know, it's not you?

11:50:38  6        A.    Correct.  As far as I know, it's not me.

11:50:50  7        Q.    So I think you said there is a campus known

11:50:58  8    as East Los Angeles College?

11:51:01  9        A.    Right.

11:51:04  10       Q.    And I want to go through the East

11:51:08  11   Los Angeles College the same and get from you the

11:51:12  12   same information about its services and programs as

11:51:21  13   we went through with respect to LACC.  Okay?

11:51:26  14       A.    Okay.

11:51:28  15       Q.    All right.  Let me ask it this way to try

11:51:37  16   to make it a little shorter.  What data bases does

11:51:42  17   East Los Angeles College have in its library that

11:51:49  18   LACC does not have?

11:51:52  19       A.    I don't know.

11:51:53  20       Q.    Did you make any effort to obtain that

11:52:00  21   information by talking to anybody at East

11:52:04  22   Los Angeles Community College?

11:52:06  23       A.    At the library chairs meetings we sometimes

11:52:13  24   discuss what data bases we have and their

11:52:17  25   usefulness, and we share around the table things



Case 2:17-cv-01697-SVW-SK   Document 488-1   Filed 02/03/23   Page 53 of 95   Page ID
#:11029
30(b)(6) for LACCD                     Los Angeles Community College District                     1115313

11:52:22  1    that we have and use.  And there are some that the

11:52:28  2    others have that we do not, and I have maybe

11:52:30  3    possibly a couple that they do not, but I couldn't

11:52:34  4    recall exactly what they are.

11:52:41  5        Q.   So at least sitting here today, you can't

11:52:44  6    tell me what East Los Angeles College has in its

11:52:49  7    library data bases that LACC does not have?

11:52:53  8        A.   No.  I am trying to -- I believe they may

11:52:56  9    have more Proquest data bases than we do.  That's a

11:53:00 10    company name, Proquest.  They have a bigger budget

11:53:04 11    so they have more of them, but I don't know

11:53:07 12    specifically what they are.

11:53:09 13        Q.   And do you know specifically about East

11:53:18 14    Los Angeles College's digital publications in terms

11:53:24 15    of what it has that LACC does not have?

11:53:28 16        A.   No.

11:53:31 17        Q.   And do you know what electronic books are

11:53:46 18    available through the East Los Angeles College

11:53:49 19    library?

11:53:51 20        A.   The only ones I know for sure are the ones

11:53:55 21    that are GVRL, Gale Virtual Reference Library,

11:54:01 22    because that's part of the same package.  And I

11:54:04 23    would assume that they also have some EBSCO

11:54:10 24    electronic books, but it's very possible they have

11:54:13 25    more from other vendors that we don't have.



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 54 of 95   Page ID
#:11050
30(b)(6) for LACCD                    Los Angeles Community College District                         1115313

| 11:54:16 | 1 | Q. And so you don't know -- |
| 11:54:18 | 2 | A. I do not know. |
| 11:54:19 | 3 | Q. Sitting here today, you do not know? |
| 11:54:20 | 4 | A. I do not know, huh-uh. |
| 11:54:30 | 5 | Q. Is it the case that you would be -- that |
| 11:54:34 | 6 | you are today unable to answer those questions I |
| 11:54:38 | 7 | just asked you about East Los Angeles College about |
| 11:54:41 | 8 | each of the other campuses -- |
| 11:54:45 | 9 | A. That's true. |
| 11:54:46 | 10 | Q. -- other than Los Angeles Community |
| 11:54:47 | 11 | College? |
| 11:54:48 | 12 | A. That's true. I believe Pierce has |
| 11:54:51 | 13 | something to do with agriculture because of their |
| 11:54:53 | 14 | program, but I don't know the name of the data base. |
| 11:54:59 | 15 | And yeah, no. I wouldn't know exactly. |
| 11:55:12 | 16 | Q. Give me one moment. Are you familiar at |
| 11:55:29 | 17 | all with something known as PeopleSoft Campus |
| 11:55:32 | 18 | Solutions? |
| 11:55:34 | 19 | A. Yes. |
| 11:55:35 | 20 | Q. Is that something utilized by the library? |
| 11:55:41 | 21 | A. It's used by everyone in the district. |
| 11:55:45 | 22 | Q. What does the library use it for? |
| 11:55:53 | 23 | A. Well, it's the system that provides |
| 11:55:56 | 24 | information for the students for enrollment and the |
| 11:56:03 | 25 | classes. And it's very new and still being rolled |

54

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 55 of 95   Page ID
#:11051
30(b)(6) for LACCD                    Los Angeles Community College District                      1115313

| | | |
|---|---|---|
| 11:56:07 | 1 | out, so I have very little access at this time. |
| 11:56:11 | 2 | Q.   I guess what I'm trying to determine is |
| 11:56:14 | 3 | whether there's a function that the library as of |
| 11:56:19 | 4 | today is using PeopleSoft Campus Solutions for |
| 11:56:23 | 5 | that's different from, you know, general enrollment |
| 11:56:28 | 6 | or financial aid -- |
| 11:56:29 | 7 | A.   No. |
| 11:56:30 | 8 | Q.   -- or other kinds of things. |
| 11:56:31 | 9 | A.   No, no.  It's nothing specific to the |
| 11:56:33 | 10 | library. |
| 11:56:41 | 11 | MR. ESPO:  Can we go off the record so I can |
| 11:56:43 | 12 | consult? |
| 11:56:44 | 13 | VIDEOGRAPHER:  The time is 11:56 a.m.  We are |
| 11:56:47 | 14 | now off the record. |
| 11:56:49 | 15 | (A recess was taken.) |
| 12:04:19 | 16 | VIDEOGRAPHER:  The time is 12:04 p.m.  We are |
| 12:04:28 | 17 | back on the record. |
| 12:04:30 | 18 | BY MR. ESPO: |
| 12:04:31 | 19 | Q.   Thank you.  Ms. Vasquez, do you recall |
| 12:04:34 | 20 | working with a student named Wail Alhidir? |
| 12:04:40 | 21 | A.   Not specifically, no. |
| 12:04:43 | 22 | Q.   When you say not specifically -- |
| 12:04:44 | 23 | A.   I don't recall. |
| 12:04:45 | 24 | Q.   Is there another Barbara on the library |
| 12:04:49 | 25 | staff? |

55



```
12:04:50  1      A.   No.

12:04:52  2      Q.   And let me see.  Do you recall working with

12:04:57  3   a blind student in the library for a period of a

12:05:04  4   number of hours?

12:05:07  5      A.   No.  It doesn't mean I didn't.  I just

12:05:13  6   don't recall anything specific.

12:05:18  7      Q.   You don't remember ultimately coming to the

12:05:21  8   conclusion that you were unable to assist

12:05:26  9   Mr. Alhidir with whatever he was trying to do?

12:05:29 10      A.   I don't recall that, no.

12:05:36 11      Q.   The library orientation classes --

12:05:41 12      A.   Uh-huh.

12:05:42 13      Q.   -- that are taught in the library's

12:05:45 14   classrooms --

12:05:46 15      A.   Uh-huh.

12:05:46 16      Q.   -- I understand those computers have JAWS,

12:05:50 17   or some of those computers have JAWS on them.  Is

12:05:55 18   the -- to your knowledge, is the information that is

12:05:58 19   being accessed in those classes accessible to blind

12:06:02 20   students using JAWS?

12:06:06 21      A.   Yes, except for the specific PDF files we

12:06:09 22   discussed.

12:06:11 23      Q.   Have you ever met Roy Payan, the plaintiff

12:06:18 24   in this case?

12:06:20 25      A.   I don't recall meeting him.
```

56



**Kusar**®  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 57 of 95   Page ID
#:11093
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:06:23  1        Q.   Do you have a specific recollection of

12:06:29  2    meeting any blind student?

12:06:35  3        A.   I have definitely helped blind students at

12:06:39  4    the reference desk, but I don't necessarily know

12:06:42  5    their names.   And in my position I am not out on the

12:06:48  6    reference desk a lot these days.

12:06:51  7        Q.   Is there a video that's part of the library

12:06:55  8    training course?

12:06:59  9        A.   We have tutorials on how to use some of the

12:07:08 10    data bases, some of which -- a few of which were

12:07:15 11    developed in house by one of the librarians, but

12:07:19 12    most of them are provided by the companies.   And I

12:07:23 13    did not remember that we have two data bases that

12:07:27 14    have films.   They have videos, but they are not

12:07:32 15    training for the library per se.   They are more

12:07:34 16    resources.

12:07:35 17        Q.   So the two that are not part of the

12:07:42 18    training, are those narrated?

12:07:47 19        A.   Yes.

12:07:48 20        Q.   So is there any information that appears

12:07:51 21    visually that does not get narrated?

12:07:54 22        A.   Not to my knowledge, but I don't know that

12:07:57 23    for certain.

12:07:59 24        Q.   And for the videos that are used as part of

12:08:05 25    the orientation -- I'm sorry.   You said there were



Case 2:17-cv-01687-SVW-SK   Document 482-1   Filed 02/03/23   Page 58 of 95   Page ID
#:11094
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:08:09  1   some videos there?

12:08:10  2       A.   They are accessible.  They are available on

12:08:12  3   our web site but not generally used in the

12:08:16  4   orientations themselves.  We have let students know

12:08:19  5   that they are available if they want to get into

12:08:21  6   more details on how to use a data base.

12:08:24  7       Q.   And are those independently usable by blind

12:08:27  8   students?

12:08:30  9       A.   As far as I know, yes.

12:08:32  10      Q.   When you say as far as you know, does

12:08:35  11  that --

12:08:35  12      A.   I mean they can go use them by using JAWS

12:08:38  13  or -- yeah, by using JAWS.

12:08:43  14      Q.   Do you understand that in addition to

12:08:46  15  having JAWS on a computer in order for a blind

12:08:49  16  student to be able to use it, what that student is

12:08:55  17  trying to access also has to be programmed in a

12:09:00  18  particular way?

12:09:01  19      MR. CLEELAND:  Excuse me.  Could you read that,

12:09:03  20  please.

12:09:22  21      (Question read as follows:

          22      "Q.  Do you understand that in addition to

          23  having JAWS on a computer in order for a blind

          24  student to be able to use it, what that student is

          25  trying to access also has to be programmed in a



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 59 of 95   Page ID
#:11055
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
             1   particular way?")

             2       MR. CLEELAND:  Can you read the first part

             3   again, please.  I'm sorry.

             4       (Partial question read as follows:

12:09:24     5       "Q.  Do you understand" --)

12:09:24     6       MR. CLEELAND:  Thank you very much.  I will

12:09:25     7   object as vague and ambiguous.  But if you

12:09:27     8   understand the question, ma'am, you are certainly

12:09:29     9   entitled to go forward.

12:09:31    10       THE WITNESS:  I think I'd like a little more

12:09:32    11   clarification.

12:09:34    12   BY MR. ESPO:

12:09:34    13       Q.  All right.  Fair enough.  Well, let me

12:09:40    14   start with things you have already talked about.

12:09:42    15   You know that there are certain PDFs that can't be

12:09:46    16   read even by someone, a blind student using JAWS.

12:09:49    17   Right?

12:09:51    18       A.  Yes.

12:09:53    19       Q.  And, therefore, you are aware that having,

12:09:56    20   simply having JAWS on a computer does not guarantee

12:10:02    21   accessibility for blind students to the content?

12:10:06    22       A.  Yes.

12:10:08    23       Q.  So have the tutorials for the library ever

12:10:17    24   been tested for accessibility?

12:10:21    25       A.  I don't know.
```



Kusar® Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 12:10:24 | 1 | Q.    Who would know? |
| 12:10:28 | 2 | A.    I could ask Ryan Kushner, and I could ask |
| 12:10:34 | 3 | the companies. |
| 12:10:37 | 4 | Q.    And I think you said there were some |
| 12:10:41 | 5 | in-house tutorials. |
| 12:10:43 | 6 | A.    Yes, uh-huh. |
| 12:10:45 | 7 | Q.    And is it your understanding that those |
| 12:10:51 | 8 | have narration? |
| 12:11:04 | 9 | A.    I do not know if they have narration. |
| 12:11:13 | 10 | Q.    Is it possible to get -- to your knowledge, |
| 12:11:18 | 11 | is it possible to get to the -- get the tutorials to |
| 12:11:27 | 12 | run without the use of a mouse? |
| 12:11:39 | 13 | A.    I don't know. |
| 12:11:49 | 14 | Q.    Are the films and videos in a separate data |
| 12:11:52 | 15 | base from the ones we have talked about? |
| 12:11:55 | 16 | A.    Yes. |
| 12:11:57 | 17 | Q.    What's -- |
| 12:11:59 | 18 | A.    Well, yes.  I mean they are separate data |
| 12:12:01 | 19 | bases from the others, just like there's CQ |
| 12:12:05 | 20 | Researcher and JSTOR and so on.  They are each |
| 12:12:09 | 21 | separate data bases. |
| 12:12:10 | 22 | Q.    What's the data base that the tutorials and |
| 12:12:14 | 23 | videos are in? |
| 12:12:15 | 24 | A.    It's not a data base.  It's part of the |
| 12:12:18 | 25 | library web site. |

60

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 61 of 95   Page ID
#:11037
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
12:12:28  1        Q.    When a student comes in to use a library

12:12:32  2   computer, what does he or she have to do to log on

12:12:39  3   and get access?

12:12:41  4        A.    They do have to put in a specific user name

12:12:45  5   and password.

12:12:47  6        Q.    And how do they do that?

12:12:51  7        A.    You mean what is the actual -- I guess I'm

12:12:57  8   not sure how to answer that.

12:12:59  9        Q.    There is a box that appears on the screen

12:13:04 10   that first you put in your user name?

12:13:06 11        A.    Yes.

12:13:06 12        Q.    And then is there another box for the

12:13:09 13   password, or do you click on something and get to

12:13:11 14   the password?

12:13:12 15        A.    There is another box for the password, and

12:13:15 16   you do have to go to it, I believe.  I don't think

12:13:20 17   it goes automatically, but I can't be sure.

12:13:23 18        Q.    And when students want to use JAWS on these

12:13:27 19   computers, do they have to log in first?

12:13:29 20        A.    Yes.

12:13:31 21        Q.    How does a blind student log into those

12:13:33 22   computers without JAWS running?

12:13:41 23        A.    I don't know that they can.  I think they'd

12:13:46 24   have to be referred to one of the computers with

12:13:49 25   JAWS if they are not able to see.
```



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 62 of 95   Page ID
#:11008
30(b)(6) for LACCD                Los Angeles Community College District                    1115313

12:13:51  1      Q.   But if the student goes to a computer

12:13:54  2  that's got JAWS --

12:13:55  3      A.   Uh-huh.

12:13:56  4      Q.   -- he or she has to put in his name and

12:13:59  5  password.  Correct?

12:14:00  6      A.   Yes.

12:14:01  7      Q.   But JAWS isn't running yet, I think you

12:14:04  8  just said.

12:14:06  9      MR. CLEELAND:  Well, you said that.

12:14:08 10      THE WITNESS:  I don't know that.  I don't know

12:14:10 11  for sure how it works.

12:14:24 12  BY MR. ESPO:

12:14:24 13      Q.   Are you aware of -- the three librarians

12:14:34 14  who have some training in JAWS, do you know how much

12:14:39 15  they have?

12:14:41 16      A.   Those are the IA/ITs, and I don't know

12:14:49 17  specifically how much training they have had.

12:14:55 18      Q.   Do you know if any of them is able to log

12:14:58 19  into the computer and turn on JAWS without using a

12:15:00 20  mouse?

12:15:01 21      A.   I don't know.

12:15:05 22      Q.   Are you familiar with something referred to

12:15:08 23  as the ATPC?  I think it stands for Alternate Text

12:15:15 24  Production Center.

12:15:18 25      A.   No.



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 63 of 95   Page ID
#:11099
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
12:15:19  1        Q.   So you are not familiar with that entity as

12:15:22  2   a potential resource for obtaining Brailled or

12:15:32  3   electronic versions of otherwise inaccessible

12:15:37  4   materials?

12:15:37  5        A.   Correct.  When the student needs something

12:15:40  6   like that, we refer them to the OSS center.

12:15:49  7        Q.   Do you know whether there are monthly

12:15:51  8   meetings among faculty and OSS staff about

12:15:57  9   accessibility in general?

12:15:58 10        A.   Yes.

12:15:59 11        Q.   And are there such meetings?

12:16:01 12        A.   Yes.

12:16:02 13        Q.   Do you attend?

12:16:03 14        A.   I did for a number of years on the

12:16:07 15   accommodations committee from early like 2000

12:16:19 16   through -- something around 2000 through maybe 2008

12:16:24 17   or '9.

12:16:26 18        Q.   Why did you stop?

12:16:30 19        A.   Because I attend about 30, 40 meetings a

12:16:33 20   month, and I don't have that much time.  I also went

12:16:38 21   because we were designing and the library was being

12:16:42 22   built, and I wanted to make sure I could run

12:16:45 23   everything by them that was being done and get both

12:16:49 24   faculty, OSS staff, and students' input to the

12:16:53 25   design of the library.
```

63



12:16:57  1        Q.    When you stopped going in 2008 or 2009, did

12:17:02  2    you start sending someone in your place?

12:17:05  3        A.    No.

12:17:11  4        Q.    Did anybody sort of volunteer and start

12:17:15  5    going even though you didn't send them?

12:17:17  6        A.    No.

12:17:31  7        Q.    Were there minutes or reports sent out as

12:17:37  8    part of those OSS and wider faculty meetings?

12:17:44  9        A.    Were there?

12:17:44 10        Q.    Yes.

12:17:51 11        A.    I don't know.

12:17:55 12        Q.    Do you get minutes of such -- or reports of

12:18:00 13    such meetings this year?

12:18:04 14        A.    Minutes of meetings on the campus are not

12:18:08 15    generally sent -- are not normally sent out, but

12:18:13 16    they are posted on the campus web site.

12:18:19 17        Q.    Are they posted on a public web site, or is

12:18:23 18    that an intranet that's available only to faculty

12:18:26 19    and/or staff?

12:18:27 20        A.    I believe most of those things are public,

12:18:37 21    but I couldn't say for absolutely sure.

12:18:49 22        Q.    Are there handouts used in the orientation

12:18:51 23    class?

12:18:53 24        A.    Yes.

12:18:54 25        Q.    Are those presented in an accessible format



| | | |
|---|---|---|
| 12:18:57 | 1 | for blind students? |
| 12:19:00 | 2 | A. No. Only if they were to take them to |
| 12:19:04 | 3 | Kurzweil and scan them in. |
| 12:19:06 | 4 | Q. And why aren't they presented in an |
| 12:19:09 | 5 | accessible format? |
| 12:19:12 | 6 | MR. CLEELAND: Excuse me, if I may. Objection; |
| 12:19:14 | 7 | misstates the testimony of the witness. But you can |
| 12:19:16 | 8 | respond. |
| 12:19:22 | 9 | THE WITNESS: I don't know. I don't have an |
| 12:19:27 | 10 | answer. Actually, the handouts that we hand out |
| 12:19:40 | 11 | except for one are on our library web site and would |
| 12:19:44 | 12 | be accessible. We have a section of the library web |
| 12:19:49 | 13 | page of handouts, and they are there. |
| 12:19:53 | 14 | BY MR. ESPO: |
| 12:19:53 | 15 | Q. Except for one? |
| 12:19:54 | 16 | A. Except for one, and the one has a list of |
| 12:19:58 | 17 | the data bases which are actually on the web site. |
| 12:20:04 | 18 | But it also has some alternate IDs and passwords |
| 12:20:10 | 19 | that we cannot post, which is why the entire |
| 12:20:15 | 20 | document is not on line. |
| 12:20:18 | 21 | Q. Why can't you post it? |
| 12:20:20 | 22 | A. Because of the company rules, the |
| 12:20:26 | 23 | publishers' rules, the vendors' rules of the data |
| 12:20:29 | 24 | bases. So normal access off campus is through |
| 12:20:35 | 25 | EZ Proxy, but a few have given us alternates in case |

65


Kusar®  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 66 of 95   Page ID
#:11042
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:20:43  1   EZ Proxy were to go down.  And then the students

12:20:47  2   could go in and with a separate ID and password

12:20:50  3   access data bases if EZ Proxy were not working.  And

12:20:54  4   I cannot post that to the world, which would be what

12:20:58  5   would happen if I posted it to our web site.

12:21:05  6      Q.   And in the training is that information

12:21:08  7   made available to blind students in some alternative

12:21:13  8   method?

12:21:14  9      A.   No.  Only in the paper format, which they

12:21:17  10  would have to take to Kurzweil.  Those specific

12:21:20  11  little user names and passwords, to access those

12:21:25  12  they'd have to go to Kurzweil and scan it in and get

12:21:30  13  them.

12:22:03  14     MR. ESPO:  Can we go off the record for a

12:22:06  15  moment.

12:22:07  16     VIDEOGRAPHER:  The time is 12:22 p.m.  We are

12:22:10  17  now off the record.

12:22:12  18     (Discussion held off the record.)

12:23:24  19     VIDEOGRAPHER:  The time is 12:23 p.m.  We are

12:23:34  20  back on the record.

12:23:35  21     MR. ESPO:  And as I was about to say before we

12:23:37  22  decided to have the video presentation, Counsel,

12:23:42  23  other than our objection, which I think is

12:23:45  24  adequately made in the record that this witness is

12:23:50  25  completely unprepared --



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 67 of 95   Page ID
#:11043
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:23:52   1       MR. CLEELAND:  Is this an objection?  Because I

12:23:54   2   haven't heard a single word from you about an

12:23:56   3   objection.  Are you about to make it?

12:23:59   4       MR. ESPO:  I haven't objected.  I've simply

12:24:01   5   asked questions that the witness is completely

12:24:04   6   unprepared to answer.

12:24:05   7       MR. CLEELAND:  If I may, you just said, "Other

12:24:07   8   than our objection," and I haven't heard the word

12:24:09   9   "objection" until just then.  So is there an

12:24:12  10   objection you have placed on the record today?  I

12:24:15  11   hope I didn't miss it.  You may have.

12:24:17  12       MR. ESPO:  No.

12:24:18  13       MR. CLEELAND:  Okay, good.  I just want to make

12:24:20  14   sure I didn't miss something.

12:24:22  15       MR. ESPO:  I'm trying to say that other than the

12:24:24  16   objection which I'm about to make.

12:24:25  17       MR. CLEELAND:  That's what I asked.  Thank you.

12:24:26  18       MR. ESPO:  Sorry.  I couldn't quite figure out

12:24:28  19   what was going on here.  We have no more questions

12:24:32  20   of this witness at the moment.  It is our position

12:24:38  21   certainly that the witness is completely unprepared

12:24:42  22   to speak today about LACCD as opposed to LACC

12:24:50  23   library materials.

12:24:52  24       MR. CLEELAND:  Thank you.  If I may respond, the

12:24:55  25   notification clearly talks about whether LACCD


Kusar® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 68 of 95   Page ID
#:11044
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| 12:24:58 | 1 | library materials, including books, computers, data |
| 12:25:02 | 2 | bases, and digital publications are accessible. |
| 12:25:05 | 3 | This witness has provided you a tremendous amount of |
| 12:25:07 | 4 | information about very specific materials, including |
| 12:25:11 | 5 | books, computers, and data bases and data or digital |
| 12:25:16 | 6 | publications being accessible, what they are, how |
| 12:25:19 | 7 | they are accessible, and how to convert them to |
| 12:25:21 | 8 | accessibility. |
| 12:25:22 | 9 | So I heard very few responses where she didn't |
| 12:25:25 | 10 | know, and they tended to be questions that I felt |
| 12:25:27 | 11 | were beyond the range of Category 25, but I |
| 12:25:30 | 12 | understand your position. |
| 12:25:32 | 13 | MR. ESPO:  It is not -- so we are clear, the |
| 12:25:38 | 14 | issue is the definition of the notice is for LACCD. |
| 12:25:47 | 15 | MR. CLEELAND:  Correct. |
| 12:25:47 | 16 | MR. ESPO:  The districtwide. |
| 12:25:49 | 17 | MR. CLEELAND:  Right. |
| 12:25:49 | 18 | MR. ESPO:  And unless I missed something, when I |
| 12:25:52 | 19 | asked Ms. Vasquez about other campuses, she said she |
| 12:25:58 | 20 | didn't know. |
| 12:25:59 | 21 | MR. CLEELAND:  Actually, you asked would your |
| 12:26:01 | 22 | answers be the same to the other campuses with |
| 12:26:04 | 23 | respect to the categories you identified at East |
| 12:26:07 | 24 | Los Angeles College, and you had a very limited |
| 12:26:11 | 25 | universe of questions about East Los Angeles that |



Kusar ® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 69 of 95   Page ID
#:11045
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| 12:26:12 | 1 | she didn't have specific answers to.  But the |
| 12:26:15 | 2 | transcript is what it is.  I understand that. |
| 12:26:18 | 3 | MR. ESPO:  If you think there needs to be more, |
| 12:26:20 | 4 | we can sit here and I can go through and ask every |
| 12:26:23 | 5 | question I asked about Los Angeles Community |
| 12:26:25 | 6 | College, and we can establish that this witness -- I |
| 12:26:28 | 7 | mean, you know, we can spend the time.  Let's just |
| 12:26:35 | 8 | continue. |
| 12:26:35 | 9 | MR. CLEELAND:  That's why we have a transcript. |
| 12:26:36 | 10 | MR. ESPO:  I will just continue. |
| 12:26:37 | 11 | MR. CLEELAND:  Hang on.  That's why we have a |
| 12:26:39 | 12 | transcript.  I think she responded to all of your |
| 12:26:42 | 13 | questions with either answers or an indication she |
| 12:26:45 | 14 | did not recall or know.  But it is your deposition, |
| 12:26:50 | 15 | and you are entitled to make whatever objection you |
| 12:26:53 | 16 | want.  I just want to make sure that our response |
| 12:26:55 | 17 | was on the record. |
| 12:26:58 | 18 | MR. ESPO:  Why don't we take lunch and come |
| 12:27:01 | 19 | back, then. |
| 12:27:01 | 20 | MR. CLEELAND:  Why don't we just continue.  How |
| 12:27:03 | 21 | is that? |
| 12:27:04 | 22 | MR. ESPO:  Because I am hungry. |
| 12:27:06 | 23 | MR. CLEELAND:  Well, how much time do you think |
| 12:27:08 | 24 | you have?  Because I am concerned that we are on the |
| 12:27:11 | 25 | same page but perhaps a different frequency.  I |



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 70 of 95   Page ID
#:11046
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:27:14  1   heard the questions you asked, and I heard her

12:27:18  2   responses, and I think they are responsive to almost

12:27:23  3   the entirety of your category.  Not every witness is

12:27:27  4   going to know everything about every issue within a

12:27:30  5   particular organization.

12:27:31  6       If you think there are categories she didn't

12:27:34  7   comply with or wasn't able to comply with, I am

12:27:37  8   happy to talk about that in the future, and maybe we

12:27:40  9   need another witness for a specific category.  But

12:27:45  10  you asked about broad categories.  I think that she

12:27:48  11  indicated her knowledge of that and participation

12:27:50  12  and decisions.

12:27:51  13      If you want to know about what occurred at a

12:27:52  14  specific campus, that may be an issue that you could

12:27:57  15  investigate individually to that.  But remember the

12:28:00  16  witness testified on numerous occasions most of

12:28:03  17  these programs and data bases are provided through a

12:28:06  18  statewide organization to all community colleges.

12:28:11  19  Whether an individual campus of a community college

12:28:15  20  district utilizes all of those data bases might have

12:28:18  21  been part of our confusion here.

12:28:20  22      MR. ESPO:  I don't think so.

12:28:21  23      MR. CLEELAND:  I do.  But again --

12:28:23  24      MR. ESPO:  We will just continue, and tell you

12:28:25  25  what.  We will take lunch in half an hour.



Case 2:17-cv-01687-SVW-SK   Document 482-1   Filed 02/03/23   Page 71 of 95   Page ID
#:11047
30(b)(6) for LACCD                     Los Angeles Community College District                     1115313

| | | |
|---|---|---|
| 12:28:27 | 1 | MR. CLEELAND:  Okay.  I would hope that we are |
| 12:28:30 | 2 | not going to go back over the same categories again. |
| 12:28:33 | 3 | But if you want to talk about campuses, she's told |
| 12:28:36 | 4 | you about her involvement with campuses.  But if we |
| 12:28:40 | 5 | start going over the same questions, that may create |
| 12:28:43 | 6 | a problem. |
| 12:28:44 | 7 | MR. ESPO:  I am going to ask about each campus |
| 12:28:46 | 8 | library individually with respect to all of their |
| 12:28:50 | 9 | data bases, programs. |
| 12:28:53 | 10 | MR. CLEELAND:  Sure, that's fine.  And she is |
| 12:28:55 | 11 | going to have the same answers, I guess, because |
| 12:28:57 | 12 | they are common data bases provided to them, |
| 12:29:00 | 13 | although -- |
| 12:29:00 | 14 | MR. ESPO:  If you -- |
| 12:29:00 | 15 | MR. CLEELAND:  Excuse me.  I am going to finish |
| 12:29:02 | 16 | this. |
| 12:29:03 | 17 | -- although each individual campus may have a |
| 12:29:05 | 18 | different choice or use of data bases.  She's |
| 12:29:07 | 19 | testified to that. |
| 12:29:08 | 20 | Now, it appears that the named parties are at a |
| 12:29:12 | 21 | given campus.  If you are going to make it an |
| 12:29:15 | 22 | attempt at a class action, I understand that.  But |
| 12:29:18 | 23 | to go into nine different campuses about the actions |
| 12:29:23 | 24 | of nine different libraries, you may have to take |
| 12:29:26 | 25 | nine different depositions. |



Case 2:17-cv-01697-SVW-SK   Document 488-1   Filed 02/03/23   Page 72 of 95   Page ID
#:11048
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
12:29:28   1        But she's being produced today responsive to

12:29:30   2   Category 25 unless we find a category that you

12:29:34   3   believe she is not responsive to, then we are happy

12:29:37   4   to talk about that.

12:29:39   5        MR. ESPO:  We will just continue.

12:29:40   6        MR. CLEELAND:  I don't have a problem with that.

12:29:44   7        MR. ESPO:  All right.  We will take a break.

12:29:46   8        MR. CLEELAND:  Sure.

12:29:47   9        VIDEOGRAPHER:  The time is 12:29 p.m.  We are

12:29:50  10   now off the record.

12:29:52  11        (A recess was taken.)

12:34:08  12        VIDEOGRAPHER:  The time is 12:34 p.m.  We are

12:34:20  13   back on the record.

12:34:22  14   BY MR. ESPO:

12:34:23  15        Q.   Thank you.  Ms. Vasquez, can you tell me

12:34:27  16   does Los Angeles Harbor College have a library?

12:34:30  17        A.   Yes.

12:34:31  18        Q.   And what digital content does the

12:34:37  19   Los Angeles Harbor College have that LACC does not

12:34:43  20   have?

12:34:48  21        A.   I don't know.

12:35:10  22        Q.   What data bases does Los Angeles Harbor

12:35:17  23   College have that LACC does not have?

12:35:21  24        A.   I don't know.

12:35:31  25        Q.   What books does Los Angeles Harbor College
```



Kusar ® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 73 of 95   Page ID
#:11049
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:35:39   1    have that LACC does not have?

12:35:43   2        A.   I don't know.

12:35:50   3        Q.   How many copies of JAWS, if any, does

12:35:54   4    Los Angeles Harbor College have in its library?

12:35:59   5        A.   I don't know.

12:36:01   6        Q.   How many student use computers are in the

12:36:03   7    Los Angeles Harbor College library?

12:36:11   8        A.   I don't know the exact number.

12:36:15   9        Q.   How does Los Angeles Harbor College provide

12:36:24  10    accessible books to students who want -- blind

12:36:28  11    students who want to check something out?

12:36:32  12        A.   Can you clarify?  The checkout.  So that's

12:36:38  13    print books?

12:36:39  14        Q.   Print books.

12:36:40  15        A.   I don't know.

12:36:55  16        Q.   What data bases does Los Angeles Harbor

12:36:59  17    College have that LACC does not have?

12:37:02  18        MR. CLEELAND:  Objection; asked and answered.

12:37:03  19    You can go ahead and answer it again.

12:37:06  20        THE WITNESS:  I don't know.

12:37:06  21    BY MR. ESPO:

12:37:11  22        Q.   Let's turn to Los Angeles Southwest

12:37:14  23    College.  Are you familiar with that school?

12:37:16  24        A.   Yes.

12:37:17  25        Q.   Is that part of the Los Angeles Community


Kusar  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 74 of 95   Page ID
#:11050
30(b)(6) for LACCD                 Los Angeles Community College District                    1115313

12:37:19  1    College District?

12:37:20  2        A.    Yes.

12:37:21  3        Q.    And does it have a library?

12:37:22  4        A.    Yes.

12:37:23  5        Q.    What digital publications does Los Angeles

12:37:32  6    Southwest College have that LACC does not have?

12:37:36  7        A.    I don't know.

12:37:44  8        Q.    What data bases does Los Angeles Southwest

12:37:47  9    College have that LACC does not have?

12:37:50  10        A.    I don't know.

12:37:57  11        Q.    How many student use computers are in the

12:38:00  12    Los Angeles Southwest Community College library?

12:38:04  13        A.    I don't know.

12:38:05  14        Q.    How many copies of JAWS does the

12:38:09  15    Los Angeles Southwest College have in its library?

12:38:14  16        A.    I don't know.

12:38:23  17        Q.    If a blind student needs to read a book

12:38:26  18    that is in the Los Angeles Southwest College

12:38:30  19    collection, how does it provide or does it provide

12:38:36  20    that book for the blind student?

12:38:38  21        A.    I don't know.

12:38:44  22        Q.    What other library materials does

12:38:50  23    Los Angeles Southwest College have that Los Angeles

12:38:54  24    City College does not have?

12:38:55  25        A.    I don't know.


Kusar® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 75 of 95   Page ID
#:11091
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| | | |
|---|---|---|
| 12:38:58 | 1 | Q.   Let's turn to West Los Angeles College. |
| 12:39:02 | 2 | Are you familiar with that school? |
| 12:39:04 | 3 | A.   Yes. |
| 12:39:06 | 4 | Q.   Is that a campus with the Los Angeles |
| 12:39:09 | 5 | Community College District? |
| 12:39:11 | 6 | A.   Yes, it is. |
| 12:39:11 | 7 | Q.   Does it have a library? |
| 12:39:13 | 8 | A.   Yes. |
| 12:39:15 | 9 | Q.   What digital publications does it have that |
| 12:39:19 | 10 | LACC does not have? |
| 12:39:21 | 11 | A.   I don't know. |
| 12:39:27 | 12 | Q.   What data bases does it have that |
| 12:39:30 | 13 | Los Angeles Community College does not have? |
| 12:39:34 | 14 | A.   I don't know. |
| 12:39:35 | 15 | Q.   How many student use computers are in the |
| 12:39:38 | 16 | library at West Los Angeles College? |
| 12:39:41 | 17 | A.   I don't know. |
| 12:39:48 | 18 | Q.   How many student use computers have JAWS on |
| 12:39:52 | 19 | them in the West Los Angeles College? |
| 12:39:56 | 20 | A.   I don't know. |
| 12:40:02 | 21 | Q.   When a blind student needs a print -- needs |
| 12:40:06 | 22 | to read a book that is in the library collection in |
| 12:40:10 | 23 | print, how does the library make it available to the |
| 12:40:14 | 24 | blind student? |
| 12:40:15 | 25 | A.   I don't know. |



Kusar  Keeping Your Word Is Our Business℠

```
12:40:16   1        Q.    What other materials does the West

12:40:23   2    Los Angeles College have that LACC does not have?

12:40:27   3        A.    I don't know.

12:40:39   4        Q.    Let's turn to the Los Angeles Trade and

12:40:42   5    Technical College.  Is that part of the LACCD?

12:40:47   6        A.    Yes, it is.

12:40:48   7        Q.    And does it have a library?

12:40:50   8        A.    Yes.

12:40:50   9        Q.    And what digital publications that are not

12:40:59  10    available at the LACC campus are available at the

12:41:05  11    Los Angeles Trade and Technical College?

12:41:07  12        A.    I don't know.

12:41:08  13        Q.    And does it, therefore, accurately follow

12:41:13  14    that you don't know whether -- if there are any

12:41:17  15    whether any of those are accessible?

12:41:21  16        MR. CLEELAND:  Excuse me.  Objection;

12:41:22  17    argumentative, assumes facts not in evidence.  But

12:41:25  18    if you can respond to it, you are welcome to do so.

12:41:28  19        THE WITNESS:  Can you repeat it?

12:41:30  20    BY MR. ESPO:

12:41:30  21        Q.    Sure.  I will try.  I don't mean to be

12:41:32  22    argumentative.

12:41:36  23            Because you don't know what different

12:41:42  24    digital publications Los Angeles Trade and Technical

12:41:46  25    College has from LACC, does it also follow that you
```



```
12:41:53  1    don't know whether any of those additional

12:41:59  2    publications are accessible?

12:42:01  3        A.   I don't know.

12:42:04  4        Q.   It would seem to make sense --

12:42:06  5        A.   Yes.

12:42:06  6        Q.   -- that if you don't know what they have --

12:42:08  7        MR. CLEELAND:  Hang on a second.  You are

12:42:09  8    welcome to ask questions.

12:42:11  9        MR. ESPO:  I am doing that.

12:42:11  10       MR. CLEELAND:  Well, you were just about to make

12:42:13  11   a statement.  "It seems to make sense that" is not a

12:42:16  12   question.  That is a comment.

12:42:16  13       MR. ESPO:  Counsel --

12:42:17  14       MR. CLEELAND:  Please wait.

12:42:18  15       MR. ESPO:  No.  You interrupted me.

12:42:21  16       MR. CLEELAND:  And I objected.  I said it's not

12:42:22  17   a question.  We are just talking.

12:42:25  18       MR. ESPO:  Counsel, you interrupted me.

12:42:28  19       MR. CLEELAND:  I did, and you know why.  You

12:42:29  20   said --

12:42:30  21       MR. ESPO:  That is not -- you don't make

12:42:32  22   objections by interrupting.

12:42:33  23       MR. CLEELAND:  Well, it was, one, headed to

12:42:37  24   argumentative.  Two, it was not a question, nor

12:42:39  25   could it be turned into a question, so I stopped it.
```

Kusar  Keeping Your Word Is Our Business℠

| 12:42:44 | 1 | The goal is to ask questions of this witness.  We |
| 12:42:46 | 2 | have a specific category we've identified her on. |
| 12:42:51 | 3 | You seem to have expanded well beyond that, and I |
| 12:42:53 | 4 | haven't stopped you.  You are welcome to continue. |
| 12:42:55 | 5 | I think we've offered a situation where we can |
| 12:42:58 | 6 | answer any concern you have. |
| 12:42:59 | 7 | If you go back and find out by comparing the |
| 12:43:02 | 8 | transcript to the category, maybe this witness |
| 12:43:04 | 9 | didn't have information on certain topics.  I am |
| 12:43:07 | 10 | happy to address that.  But you were making a |
| 12:43:10 | 11 | statement.  It was not a question.  And if you are |
| 12:43:12 | 12 | telling me that was a question, I will apologize if |
| 12:43:15 | 13 | it was, but it certainly didn't sound that way to me |
| 12:43:18 | 14 | so. |
| 12:43:18 | 15 | MR. ESPO:  Well, I would appreciate it, Counsel, |
| 12:43:20 | 16 | if only -- just as I try to let the witness answer, |
| 12:43:25 | 17 | and I would try to let you finish your objection, if |
| 12:43:29 | 18 | you would wait for the end of whatever it is you are |
| 12:43:33 | 19 | objecting to before you make it. |
| 12:43:35 | 20 | MR. CLEELAND:  Go right ahead.  I will wait |
| 12:43:38 | 21 | until you are done, and I'll probably say the same |
| 12:43:41 | 22 | thing.  But go ahead. |
| 12:43:42 | 23 | MR. ESPO:  But I do want to on the record |
| 12:43:43 | 24 | address I think -- I mean maybe -- this witness has |
| 12:43:57 | 25 | testified about Topic 25 with respect to Los Angeles |

Kusar  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 79 of 95   Page ID
#:11055
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:44:05  1    Community College.

12:44:07  2        MR. CLEELAND:  But not limited to that.  She

12:44:10  3    clearly spoke about programs that are available on a

12:44:13  4    districtwide basis.  She testified she participated

12:44:16  5    in regular meetings with the librarians from the

12:44:18  6    various campuses.  I think that's where we're

12:44:21  7    getting a little skewed here.  There may be specific

12:44:24  8    inquiries for a specific campus that she may not be

12:44:28  9    the ultimate best witness, but I am going

12:44:31 10    specifically to your language.

12:44:33 11        MR. ESPO:  So yes.  And I did not mean to

12:44:36 12    suggest that this witness did not testify that some

12:44:41 13    of these programs are used in more than one campus

12:44:45 14    and that she participated in meetings and did all of

12:44:49 15    those things.  What I thought we had established

12:44:54 16    without going campus by campus is that whether --

12:45:02 17    and I won't categorize it as unprepared.  Maybe she

12:45:06 18    is just not the right witness and that she does not

12:45:09 19    know with respect, it appears, to any of the other

12:45:14 20    campuses what those campus libraries have, if

12:45:18 21    anything, that is different, that is additional to

12:45:23 22    what LACC has.

12:45:25 23        Now, if you are telling me that the defendant

12:45:30 24    has additional witnesses who it will produce on that

12:45:34 25    question, then I will stop.



12:45:35  1     MR. CLEELAND: Well, you may recall my initial

12:45:39  2  response. You said she was woefully inadequate and

12:45:43  3  unprepared. That's what started our conversation,

12:45:46  4  and I'm glad we've had the conversation. She was

12:45:48  5  offered specifically to Category 25. And I said if

12:45:50  6  you get into the specifics of a given campus, she

12:45:53  7  may not be the person for that.

12:45:57  8     But she's identified as that person most

12:45:59  9  knowledgeable for Category 25 and as to the

12:46:02  10  district's policies. Now, the software is available

12:46:07  11  to all of them. The actual documents they have or

12:46:09  12  publications may be different from campus to campus.

12:46:13  13  And if you have a question for that, and you might,

12:46:15  14  and it might be pertinent, we may need to get

12:46:19  15  somebody else.

12:46:19  16     But my greatest concern, to be honest with you,

12:46:22  17  is when you said she was woefully inadequate and

12:46:26  18  unprepared, so I was just trying to qualify that.

12:46:30  19     MR. ESPO: And maybe we can shorten this, and

12:46:32  20  maybe not.

12:46:33  21     MR. CLEELAND: I am willing to do anything

12:46:35  22  reasonable.

12:46:36  23     MR. ESPO: I'm trying here. And maybe I guess

12:46:59  24  as I read Category 25, it is whether Los Angeles

12:47:04  25  Community College District library materials, and it

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 81 of 95   Page ID
#:11057
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
12:47:09   1    goes on from there.

12:47:10   2        MR. CLEELAND:  Right.  In general.  You didn't

12:47:12   3    identify a specific one, so I think we all

12:47:15   4    understood that to ben in general.

12:47:16   5        MR. ESPO:  All campuses.

12:47:18   6        MR. CLEELAND:  Right.

12:47:19   7        MR. ESPO:  This witness has testified about one

12:47:22   8    campus and those elements of the library that are

12:47:30   9    common to all of the LACCD colleges.

12:47:34  10        MR. CLEELAND:  I think that's a fair statement.

12:47:37  11        MR. ESPO:  She either is not -- I guess maybe

12:47:43  12    you are saying she is not -- she has not been made

12:47:54  13    aware, as I understand it, of differences among

12:48:02  14    library materials and accessibility among the

12:48:06  15    different campuses, and that is for something that

12:48:14  16    gets used in every college campus including her own,

12:48:18  17    the witness has testified.

12:48:20  18        If one of these other colleges has a different,

12:48:29  19    let's say -- pick an example -- has a different

12:48:33  20    journal that it keeps in a digital data base that

12:48:39  21    LACC does not keep, then this witness doesn't seem

12:48:45  22    to be able to answer that, whether that set of

12:48:49  23    circumstances exists.

12:48:50  24        MR. CLEELAND:  Can I respond to that?

12:48:52  25        MR. ESPO:  Yes.
```



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 82 of 95   Page ID
#:11058
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

| 12:48:52 | 1 | MR. CLEELAND:  Because that might be where we |
| 12:48:55 | 2 | have this -- we're not lining up exactly.  It talks |
| 12:48:58 | 3 | about Category 25, whether library materials.  It |
| 12:49:03 | 4 | doesn't identify which materials.  In general |
| 12:49:06 | 5 | whether library materials, including books, it |
| 12:49:10 | 6 | doesn't identify the books, computers, data bases, |
| 12:49:13 | 7 | and digital publications are accessible. |
| 12:49:15 | 8 | I think the witness has testified generally yes, |
| 12:49:18 | 9 | there is, and identified why she could say that the |
| 12:49:22 | 10 | different data bases made available from the State |
| 12:49:24 | 11 | Community College -- starts with an "L."  What do |
| 12:49:28 | 12 | they call it? |
| 12:49:29 | 13 | THE WITNESS:  Community College League. |
| 12:49:31 | 14 | MR. CLEELAND:  -- League, there we go, that they |
| 12:49:33 | 15 | share with all of the community colleges.  And I |
| 12:49:36 | 16 | think your specific questions are on particular |
| 12:49:40 | 17 | publications.  And I don't think anybody beyond that |
| 12:49:43 | 18 | particular library, because we are talking about |
| 12:49:46 | 19 | libraries, could answer that.  So you might have to |
| 12:49:48 | 20 | take nine depositions. |
| 12:49:50 | 21 | But the categories you had asked were about |
| 12:49:53 | 22 | digital content.  She talked about digital content, |
| 12:49:56 | 23 | and you haven't specific digital.  Data bases, she |
| 12:50:01 | 24 | talked about the data bases.  Books, it would depend |
| 12:50:04 | 25 | on the individual book.  But the process of |

Kusar® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 83 of 95   Page ID
#:11059
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:50:06  1    converting a non-eBook to an accessible book I think

12:50:10  2    would be the same.

12:50:10  3        So I think we're close to understanding the same

12:50:12  4    thing.  If there are particular documents on a

12:50:14  5    particular location, she may not be it.  But she's

12:50:19  6    testified as to the materials, books, computers,

12:50:24  7    data bases, and how they are made available, perhaps

12:50:27  8    not necessarily an individual publication.  That's

12:50:31  9    my concern.

12:50:31  10       MR. ESPO:  But not with respect to the other --

12:50:35  11       MR. CLEELAND:  I think you could ask her the

12:50:39  12   following question.  It might be helpful.  Do each

12:50:41  13   of the libraries follow the general policies and

12:50:44  14   programs regarding the data bases made available

12:50:47  15   through the district?

12:50:49  16       MR. ESPO:  I'm actually not -- that's not a

12:50:51  17   question I particularly care about.

12:50:53  18       MR. CLEELAND:  But it is here.  It says whether

12:50:55  19   the LACCD library materials.  You haven't said

12:50:59  20   whether LA Southwest, LA Harbor.  If you do that, it

12:51:02  21   might need an individual.  But here you are asking

12:51:06  22   for the general policy of the district, and she's

12:51:09  23   knowledgeable and capable on that.

12:51:10  24       MR. ESPO:  No, I'm not asking about the general

12:51:12  25   policy of the district.  I'm asking about whether



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 84 of 95   Page ID
#:11060
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:51:14   1   the digital publications, to use the last one, are

12:51:18   2   accessible.

12:51:19   3        MR. CLEELAND:  Which ones?

12:51:20   4        MR. ESPO:  All of the ones in each library.

12:51:23   5        MR. CLEELAND:  Okay.  Ask that question, and she

12:51:25   6   is going to give you the answer "I don't know."

12:51:28   7        MR. ESPO:  That's precisely my point.

12:51:29   8        MR. CLEELAND:  Well, we have now narrowed it

12:51:32   9   down to one, the digital publications.  However, you

12:51:35  10   very clearly said, "Let me give you one," so I am

12:51:38  11   responding.  However, she explained how you can

12:51:40  12   convert digital publications to accessibility.  She

12:51:44  13   did testify to that at length.

12:51:47  14        But, again, if you want to know about the

12:51:48  15   digital publications that are accessible -- I

12:51:51  16   apologize -- the digital publications at each

12:51:53  17   individual school, that may need to be eight

12:51:57  18   different witnesses.

12:51:59  19        MR. ESPO:  And what I am, I guess, trying to

12:52:02  20   establish with this overly long and now expensive

12:52:06  21   conversation because the court reporter is going to

12:52:10  22   charge us by the page is that if LACCD is going to

12:52:24  23   produce a witness with respect to each campus

12:52:27  24   library in response to Topic 25, I will desist.

12:52:33  25        But if -- and, conversely, if it is simply



84

| | | |
|---|---|---|
| 12:52:40 | 1 | LACCD's position that it's not going to produce any |
| 12:52:44 | 2 | witnesses about any other libraries, then I can also |
| 12:52:50 | 3 | stop. |
| 12:52:50 | 4 | MR. CLEELAND:  I think I made that clear we |
| 12:52:52 | 5 | would if it's necessary.  But it would seem to make |
| 12:52:57 | 6 | sense to identify the publications and materials you |
| 12:53:00 | 7 | are asking about because these are district |
| 12:53:05 | 8 | policies.  You are asking her questions about |
| 12:53:07 | 9 | documents she doesn't have in her library that may |
| 12:53:10 | 10 | be in others.  It's possible somebody has a |
| 12:53:13 | 11 | different policy as to those publications. |
| 12:53:17 | 12 | But she's already testified there are 20 or 30 |
| 12:53:20 | 13 | data bases.  There are thousands of documents. |
| 12:53:24 | 14 | There are 200,000 books, thereabouts, eBooks.  So |
| 12:53:28 | 15 | we've testified as to what the district policy is. |
| 12:53:32 | 16 | And if you want to find out about the school policy |
| 12:53:37 | 17 | on specific things, we may have to do that, and you |
| 12:53:40 | 18 | might be entitled to it. |
| 12:53:41 | 19 | MR. ESPO:  It's the word "policy."  I am not |
| 12:53:47 | 20 | asking about the policy.  I am asking about whether |
| 12:53:54 | 21 | those publications are accessible. |
| 12:53:56 | 22 | MR. CLEELAND:  Which publications? |
| 12:53:59 | 23 | MR. ESPO:  All of the -- |
| 12:54:00 | 24 | MR. CLEELAND:  There you go. |
| 12:54:01 | 25 | MR. ESPO:  All of the ones in each library. |

85



Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 86 of 95   Page ID
#:11002
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

|          |    |                                                             |
|----------|----|-------------------------------------------------------------|
| 12:54:04 | 1  | MR. CLEELAND:  See, that's the problem.  We are              |
| 12:54:06 | 2  | talking about a campus where your clients are.               |
| 12:54:07 | 3  | MR. ESPO:  No.                                               |
| 12:54:08 | 4  | MR. CLEELAND:  Hang on.  It might be broader.                |
| 12:54:12 | 5  | I'm going to give you that.  It might be broader.            |
| 12:54:12 | 6  | But you have now asked her about three individuals,          |
| 12:54:15 | 7  | did she deal with them and assist them; so we've got         |
| 12:54:19 | 8  | three names so far all on that campus.                       |
| 12:54:21 | 9  | If there are issues at the other campuses, it                |
| 12:54:23 | 10 | may be valid to depose a librarian about specific            |
| 12:54:28 | 11 | documents.  But even at the Library of Congress, if          |
| 12:54:33 | 12 | you asked the curator of the Library of Congress,            |
| 12:54:36 | 13 | they can answer generally what occurs, but they              |
| 12:54:38 | 14 | can't guarantee in a specific request on a Thursday          |
| 12:54:41 | 15 | at the walk-in desk somebody asked for a document or         |
| 12:54:45 | 16 | a book, and it was handled in a particular fashion.          |
| 12:55:02 | 17 | Maybe I can help you.                                        |
| 12:55:03 | 18 | MR. ESPO:  If the defendant is ready to produce             |
| 12:55:08 | 19 | eight more people, one for each library if that's            |
| 12:55:11 | 20 | what's necessary, to answer about what materials in          |
| 12:55:15 | 21 | that campus library are that are different from              |
| 12:55:21 | 22 | LACC's, or if they don't know what's different then          |
| 12:55:23 | 23 | we will just go through all of them, about whether           |
| 12:55:26 | 24 | those materials are accessible, then I will just             |
| 12:55:28 | 25 | stop, and I will wait for the identification of              |

Kusar®  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 87 of 95   Page ID
30(b)(6) for LACCD                  Los Angeles Community College District                    #:11063
7/21/2017 - Barbara Vaughn                                                                    1115313

| | | |
|---|---|---|
| 12:55:29 | 1 | those other individuals, and we will do it with |
| 12:55:32 | 2 | them. |
| 12:55:33 | 3 | MR. CLEELAND:  But I don't know where you are |
| 12:55:35 | 4 | going with that.  It might be reasonable discovery. |
| 12:55:40 | 5 | We might get the exact same answers.  I wouldn't be |
| 12:55:44 | 6 | surprised if we got the darn same answers, except |
| 12:55:47 | 7 | they are going to have "American Engineers," and |
| 12:55:50 | 8 | perhaps LACC does not as a publication. |
| 12:55:54 | 9 | But whether library materials are accessible, |
| 12:56:01 | 10 | the answer to that is ultimately yes.  Everything |
| 12:56:03 | 11 | can be accessible.  Would you agree with that? |
| 12:56:08 | 12 | Every publication can be accessible.  Right? |
| 12:56:10 | 13 | MR. ESPO:  You can make it that way. |
| 12:56:11 | 14 | MR. CLEELAND:  Exactly.  So it creates kind of |
| 12:56:14 | 15 | the problem in that whether they are accessible. |
| 12:56:16 | 16 | She testified how they make them assessable. |
| 12:56:20 | 17 | MS. BARBOSA:  Did she? |
| 12:56:21 | 18 | MR. CLEELAND:  Absolutely. |
| 12:56:22 | 19 | MR. ESPO:  No.  She testified -- |
| 12:56:23 | 20 | MR. CLEELAND:  Do you want me to go through my |
| 12:56:24 | 21 | notes?  She testified about conversion software. |
| 12:56:26 | 22 | She testified about computers.  She testified about |
| 12:56:29 | 23 | scanners.  She testified about readers. |
| 12:56:31 | 24 | MR. ESPO:  And she also testified that some |
| 12:56:33 | 25 | things are accessible, and some things are not. |


Kusar® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 88 of 95   Page ID
#:11064
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

12:56:34   1        MR. CLEELAND:  No.  In response to your

12:56:36   2   question.  However, your co-counsel just admitted, I

12:56:38   3   think we all would, ultimately everything can be

12:56:42   4   made accessible to most students.

12:56:46   5        MR. ESPO:  Counsel, I am going to -- either we

12:56:49   6   are going to wrap this up, or I'm just going to

12:56:51   7   plunge on ahead.

12:56:52   8        MR. CLEELAND:  You can ask all those questions.

12:56:54   9   I think you are going to get the same answers,

12:56:56  10   excuse me, to the same questions you are asking.

12:56:59  11   Those questions I don't perceive as being in 25, but

12:57:02  12   you are welcome to do it.

12:57:04  13        MR. ESPO:  Okay.  If you are willing to agree

12:57:06  14   that I would get the same answers to those

12:57:08  15   questions --

12:57:09  16        MR. CLEELAND:  I will tell you what so I don't

12:57:11  17   testify on her behalf.  You are certainly welcome to

12:57:15  18   ask that question of the witness because I don't

12:57:17  19   want to testify for her.

12:57:18  20        MR. ESPO:  That's fine.  I thought she had.

12:57:21  21        Q.   Let's turn back to you.  Are you feeling

12:57:23  22   left out?

12:57:24  23        A.   No.

12:57:26  24        Q.   You are probably happy.  Fine.  All right.

12:57:30  25   With respect to any of the LACCD libraries that we


Kusar  Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 12:57:37 | 1 | haven't spoken about yet, do you know what any of |
| 12:57:40 | 2 | them has in its collection that is different than |
| 12:57:48 | 3 | what the Los Angeles Community College has? |
| 12:57:53 | 4 | A.   The only thing I am aware of is that -- and |
| 12:57:59 | 5 | I don't know the specific name -- is that Pierce, |
| 12:58:01 | 6 | like I said before, has something to do with |
| 12:58:03 | 7 | agriculture.  I would imagine that Trade Tech has |
| 12:58:08 | 8 | some technical data bases that we do not.  Of course |
| 12:58:16 | 9 | that goes for books, too. |
| 12:58:20 | 10 | And I know that at Pierce College they have |
| 12:58:26 | 11 | I am going to say something like 180 computers in |
| 12:58:29 | 12 | their library plus a classroom, and I don't know how |
| 12:58:33 | 13 | many are in there.  And Valley College has |
| 12:58:35 | 14 | approximately 30 or 35 in their library.  But |
| 12:58:43 | 15 | specifics on any other data bases and products that |
| 12:58:50 | 16 | we do not have, I am not aware.  I just don't know. |
| 12:58:56 | 17 | They may be.  They probably are, but I just don't |
| | 18 | know. |
| 12:59:01 | 19 | Q.   Do you know with respect to any of the |
| 12:59:02 | 20 | other campuses whether any materials they have, |
| 12:59:12 | 21 | including books, data bases, and digital |
| 12:59:16 | 22 | publications, that are different than LACC's are |
| 12:59:20 | 23 | accessible today to blind students? |
| 12:59:26 | 24 | A.   I don't know, since I don't know what they |
| 12:59:29 | 25 | might have. |

**Kusar**® *Keeping Your Word Is Our Business*℠

Case 2:17-cv-01697-SVW-SK   Document 488-1   Filed 02/03/23   Page 90 of 95   Page ID
#:11066
30(b)(6) for LACCD                     Los Angeles Community College District                     1115313

```
12:59:52  1        Q.   I rejected Counsel's suggestion earlier,

12:59:55  2   and now I am going to take him up on it.  What is

13:00:00  3   the LACC district policy with respect to having

13:00:06  4   accessible library material?

13:00:09  5        MR. CLEELAND:  Could I put a caveat on that?  If

13:00:13  6   it's different than the testimony you've already

13:00:14  7   provided.  Is that fair?

13:00:16  8        MR. ESPO:  Yeah, sure.

13:00:17  9        MR. CLEELAND:  Thank you.

13:00:18 10        THE WITNESS:  It's my understanding that we are

13:00:20 11   supposed to follow broadly or as much as possible

13:00:28 12   any ADA requirements.  That is what I know.  And I

13:00:33 13   know that we do our best to make things accessible

13:00:38 14   whenever reasonably possible.

13:00:50 15   BY MR. ESPO:

13:00:52 16        Q.   Do you know what the ADA requirements are?

13:00:56 17        A.   Not all the specifics, but the physical

13:00:59 18   requirements are certain heights of tables and aisle

13:01:04 19   ways and so on.  And, again, accessibility is being

13:01:10 20   able to have something read to you or made available

13:01:14 21   in another format such as Braille, which on our

13:01:17 22   campus is done by OSS --

13:01:21 23        Q.   So is it your --

13:01:22 24        A.   -- or in audio form, too.

13:01:25 25        Q.   Sorry.  Is it your understanding that
```


Kusar®  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 91 of 95   Page ID
#:11007
30(b)(6) for LACCD                  Los Angeles Community College District                    1115313

13:01:27   1   having a human reader for otherwise inaccessible

13:01:33   2   material is compliant with the ADA requirements?

13:01:40   3       A.   I would think it would be, but the library

13:01:44   4   does not provide that person.  If somebody provides

13:01:47   5   it on our campus, it would be the OSS office.

13:02:00   6       MR. ESPO:  With that, I don't have any

13:02:01   7   additional questions.

13:02:03   8       MR. CLEELAND:  And I would like to say on the

13:02:05   9   record I appreciate the opportunity to chat with you

13:02:08  10   about it.  I think we both understand where

13:02:10  11   everybody is going now.  We can get there, I'm sure,

13:02:13  12   in any fashion.  If it wasn't addressed today, let

13:02:16  13   us know, and we will do everything we can to help.

13:02:18  14   Okay?  And I appreciate your courtesy.

13:02:20  15       MR. ESPO:  Thank you.

          16       VIDEOGRAPHER:  Are we concluding the depo right

          17   now?

13:02:29  18       MR. ESPO:  Yes.  Well, I don't know how it

13:02:31  19   works.  We are concluding for the day.  The

13:02:33  20   deposition will continue because it's got a bunch of

13:02:36  21   topics and witnesses.

13:02:37  22       MR. CLEELAND:  In other words, the notice of

13:02:39  23   deposition includes others beyond this witness.

13:02:43  24       MR. ESPO:  Yes.

13:02:43  25       MR. CLEELAND:  But the witness's testimony is



Kusar® Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 92 of 95   Page ID
#:11068
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

13:02:44  1    done for the day.  Is that accurate?

13:02:46  2        MR. ESPO:  Yes.

13:02:46  3        MR. CLEELAND:  Thank you.

13:02:48  4        VIDEOGRAPHER:  This concludes today's

13:02:50  5    proceedings in the video deposition of the 30(b)(6)

13:02:54  6    witness Barbara Vasquez consisting of two media

13:02:58  7    units.  The original media of today's proceedings

13:03:01  8    will remain in the custody of Kusar Court Reporters

13:03:05  9    & Legal Services.  We are going off the record at

13:03:09  10   1:03 p.m.

13:03:50  11            (Brief discussion held off the record.)

13:03:50  12       MS. BARBOSA:  Stipulate to relieve the court

13:03:52  13   reporter of her responsibilities under the Code to

13:04:27  14   maintain the original.  We will also stipulate that

13:04:32  15   if the transcript is lost or destroyed, we will use

13:04:35  16   a certified copy as the original.  Do you so

13:04:38  17   stipulate?

13:04:38  18       MR. CLEELAND:  Agreed.  How about a timeline?

13:04:44  19       MS. BARBOSA:  We don't have a lot of time on

13:04:47  20   this.  Would it be possible to get it in two weeks?

13:04:49  21       MR. CLEELAND:  Off the record for a second.

13:04:51  22       (Brief discussion held off the record.)

13:05:47  23       MS. BARBOSA:  The original is going to go to

13:05:49  24   counsel.

13:05:50  25       MR. CLEELAND:  Right.  You can have it sent to


Kusar  Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 93 of 95   Page ID
#:11009
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

13:05:52  1    my office, attention Yvette, Y-v-e-t-t-e, Davis,

13:05:57  2    D-a-v-i-s.

13:05:59  3        MS. BARBOSA:  And the deponent will have two

13:06:02  4    weeks to review and let us know of any changes and

13:06:06  5    sign the certificate.  It will come back to me,

13:06:17  6    Patricia Barbosa.

13:06:20  7        MR. CLEELAND:  Do you want the original?

13:06:38  8        MS. BARBOSA:  Go ahead and take the original.

13:06:40  9    We will get the copy, and then we will go from

13:06:42  10   there.  But in case it's lost or destroyed, we can

13:06:44  11   use a certified copy as the original for any trial

13:06:49  12   or motions.

13:06:50  13       MR. CLEELAND:  Agreed.

13:06:54  14       MR. ESPO:  We would like a copy of the video

13:06:56  15   synced up to the transcript.  Thanks.

13:07:05  16       THE REPORTER:  Would you like a copy, Counsel?

13:07:16  17       MR. CLEELAND:  Yes, please.

13:07:20  18           (Proceedings concluded at 1:07 p.m.)

13:08:18  19                        * * *

          20

          21

          22

          23

          24

          25

Kusar  Keeping Your Word Is Our Business℠

```
 1                              DECLARATION

 2

 3

 4

 5          I hereby declare I am the deponent in the

 6   within matter; that I have read the foregoing

 7   deposition and know the contents thereof, and I

 8   declare that the same is true of my knowledge except

 9   as to the matters which are therein stated upon my

10   information or belief, and as to those matters, I

11   believe it to be true.

12          I declare under the penalties of perjury of

13   the State of California that the foregoing is true

14   and correct.

15          Executed this _____ day of _____,

16   20___, at _____, California.

17

18

19

20

21                          _____

22                                BARBARA VASQUEZ

23

24

25
```

Kusar   Keeping Your Word Is Our Business℠

Case 2:17-cv-01697-SVW-SK   Document 482-1   Filed 02/03/23   Page 95 of 95   Page ID
#:11071
30(b)(6) for LACCD                    Los Angeles Community College District                    1115313

```
 1                      REPORTER'S CERTIFICATE

 2

 3       I, the undersigned Certified Shorthand Reporter

 4   holding a valid and current license issued by the

 5   State of California, do hereby certify:

 6       That said proceedings were taken down by me in

 7   shorthand at the time and place therein set forth

 8   and thereafter transcribed under my direction and

 9   supervision.

10       I further certify that I am neither counsel for

11   nor related to any party to said action, nor in any

12   way interested in the outcome thereof.

13       Before completion of the deposition, review of

14   the transcript was requested.

15       The dismantling, unsealing, or unbinding of the

16   original transcript will render the Reporter's

17   Certificate null and void.

18       IN WITNESS WHEREOF, I have hereunto subscribed

19   my name on this date: August 9, 2017.

20

21

22

23       _____

24                  Certified Shorthand Reporter

25
```

