Case 2:17-cv-01697-SVW-SK   Document 482-2   Filed 02/03/23   Page 1 of 1   Page ID #:11072

7/31/2017 - Barbara Vasquez, 30(b)(6) for LACCD | Roy Payan vs. Los Angeles Community College District | 1115313

| | |
|---|---|
| 1 | DECLARATION |
| 2 | |
| 3 | |
| 4 | |
| 5 | I hereby declare I am the deponent in the |
| 6 | within matter; that I have read the foregoing |
| 7 | deposition and know the contents thereof, and I |
| 8 | declare that the same is true of my knowledge except |
| 9 | as to the matters which are therein stated upon my |
| 10 | information or belief, and as to those matters, I |
| 11 | believe it to be true. |
| 12 | I declare under the penalties of perjury of |
| 13 | the State of California that the foregoing is true |
| 14 | and correct. |
| 15 | Executed this _6th_ day of _October_, |
| 16 | 20_17_, at _Los Angeles_, California. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | _Barbara Vasquez_ |
| 22 | BARBARA VASQUEZ |
| 23 | |
| 24 | |
| 25 | |