**In the Matter Of:**

ROY PAYAN vs LOS ANGELES COMMUNITY

2:17-cv-01697-SVW(Skx)

---

## GAEIR DIETRICH

*November 06, 2017*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4   ROY PAYAN, PORTIA MASON,      )
    THE NATIONAL FEDERATION OF    )
5   THE BLIND, INC., and THE      )
    NATIONAL FEDERATION OF THE    )
6   BLIND OF CALIFORNIA, INC.,    )
                                  )
7            Plaintiffs,          )
                                  )
8        vs.                      ) CASE NO. 2:17-cv-01697-
                                  )           SVW(Skx)
9                                 )
    LOS ANGELES COMMUNITY         )
10  COLLEGE DISTRICT,             )
                                  )
11           Defendant.           )
    _____)

12

13

14          VIDEOTAPED DEPOSITION OF

15             GAEIR DIETRICH

16

17            November 6, 2017

18               9:57 a.m.

19

20      555 South Flower Street, 45th Floor

21            Los Angeles, California

22

23         Kieu Pham, CSR NO. 13667

24

25



800.211.DEPO (3376)
EsquireSolutions.com

 1                    APPEARANCES OF COUNSEL

 2

 3    On Behalf of the Plaintiffs:

 4         BROWN, GOLDSTEIN & LEVY LLP
           Daniel F. Goldstein
 5         120 East Baltimore Street, Suite 1700
           Baltimore, Maryland 21202
 6         (410) 962-1030
           Dfg@browngold.com
 7
           BARBOSA GROUP
 8         Patricia Barbosa
           8092 Warner Avenue
 9         Huntington Beach, California 92647
           (714) 465-9486
10         Pbarbosa@barbosagrp.com

11
      On Behalf of the Defendant:
12
           HAIGHT BROWN & BONESTEEL LLP
13         Richard E. Morton
           2050 Main Street, Suite 600
14         Irvine, California 92614
           (714) 426-4600
15         Rmorton@hbblaw.com

16

17

18

19

20

21

22

23

24

25



```
 1                 INDEX OF EXAMINATION

 2

 3   WITNESS:  GAEIR DIETRICH

 4
     EXAMINATION                                      PAGE
 5
         BY MR. GOLDSTEIN                                6
 6

 7

 8

 9                 INDEX TO EXHIBITS

10   PLAINTIFF'S                                      PAGE

11   1   Plaintiffs' Notice of Deposition to Gaeir    10
         Dietrich
12
     2   Documents Produced in Response to Notice    119
13
     2A  Gaeir Dietrich Biography                    120
14
     2B  High Tech Center Training Unit FY 16-17     122
15       Reports

16   3   LACC Campus Events Calendar:  Creating       70
         Accessible Documents - Hands On Training
17
     4   November 2016 Talking to Faculty about       89
18       Accessibility (Pages 1-17)

19   5   Article Experts in Video Accessibility:      94
         Gaeir Dietrich, California Community
20       Colleges

21   6   An ANTHEM Workshop on Implementing          100
         Accessibility on Campus -- A to Z
22
     7   4/7/2017 Universal Accessibility for        103
23       Student Services (Pages 1-60)

24   8   Getting an Education for Blind Children     106
         and Adults Speech/Presentation
25
```



GAEIR DIETRICH                                          November 06, 2017
ROY PAYAN vs LOS ANGELES COMMUNITY                                     4

1   EXHIBITS CONTINUED                                     PAGE

2   9   April 2000 Guidelines for Producing               115
        Instructional and Other Printed Materials
3       in Alternate Media for Persons with
        Disabilities

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1              DEPOSITION OF GAEIR DIETRICH

 2                   November 6, 2017

 3

 4

 5         THE VIDEOGRAPHER:  Good morning.  This is disk      09:57

 6   number one to the videotaped deposition of Gaeir Dietrich

 7   in the matter of Roy Payan, et al. versus Los Angeles

 8   Community College District being heard before the United

 9   States District Court for the Central District of

10   California, case number 2:17-cv-01697-SVW.                09:57

11         This deposition is being held at 555 South Flower

12   Street, 45th floor in Los Angeles, California.  Today's

13   date is November 6th, 2017, and the time on the record is

14   9:57 a.m.

15         My name is Sergio Esparza, and I am the            09:58

16   videographer.  The court reporter today is Kieu Pham.

17   Counsel, will you please introduce yourselves and

18   affiliations, and the witness will be sworn.

19         MR. GOLDSTEIN:  My name is Daniel Goldstein of

20   the law firm Brown, Goldstein & Levy frpm Baltimore       09:58

21   Maryland, and I am here behalf of the plaintiffs.

22         MS. BARBOSA:  Patricia Barbosa also representing

23   the plaintiffs.

24         MR. MORTON:  Richard Morton of Haight Brown &

25   Bonsteel representing defendant LACCD.                    09:58
```



```
 1        THE REPORTER:  You do solemnly swear that the
 2  testimony you are about to give in this deposition
 3  proceeding will be the truth, the whole truth, and nothing
 4  but the truth.
 5        THE WITNESS:  I do.
 6
 7                    EXAMINATION
 8  BY MR. GOLDSTEIN:
 9     Q    Would you please state your name and business
10  address for the record.                              09:58
11     A    My name is Gaeir Dietrich.  My business address
12  is 21050 McClellan Road Cupertino, California 95014, Suite
13  A.
14     Q    Ms. Dietrich, have you ever been deposed before?
15     A    I have not.                                  09:59
16     Q    All right.  Well, Mr. Morton has probably
17  explained things to you, but I will do so, at least
18  briefly, before we get started.  You are now under oath as
19  I'm sure you understand, and my job is to ask you
20  questions.                                           09:59
21        If you don't understand the question, that is
22  likely because of my poor control of the English language,
23  and you should not answer a question you don't understand.
24  Please -- if you do answer, it will be presumed that you
25  do understand the question.  So if you don't, you should   09:59
```



1  say that you don't.  Is that fair?

2      A    Yes.

3      Q    A second thing is that in order for us to have a

4  clear record, it is important that when a yes or no is

5  called for, that you articulate it rather than uh-huh or     10:00

6  huh-uh or shaking your head in one way or another because

7  the court reporter can't get that.  Do you understand

8  that?

9      A    Yes.

10     Q    You would be surprised how many people when I say   10:00

11  do you understand that say uh-huh.  It is also the case

12  that you may find yourself moved to answer the question

13  before it's done because you see where it's going and what

14  it's about, but the court reporter can't get both of us

15  talking at the same time.                                    10:00

16         So I will do my level best not to step on your

17  answers, and I would ask that you do the same with my

18  questions.  Is that fair?

19     A    Yes.

20     Q    From time to time, Mr. Morton may state an           10:00

21  objection.  That is not a reflection on you.  That's a

22  reflection on me, or at least what he believes is a

23  reflection on me.

24         Either -- he may say objection, object to the

25  form of the question or objection, I instruct you not to     10:01



1   answer.  You probably have noticed we don't have anybody

2   wearing a robe here, most particularly a judge.

3        An objection to the form of the question is a

4   suggestion that I've either asked a compound question or

5   in some way an improper question, and it offers me an        10:01

6   opportunity to rephrase if I believe that the question is

7   badly phrased.

8        An objection -- rarely stated, but -- because

9   objections are preserved on substance until we have a

10  judge, but that may occur.  And finally, he may object and   10:01

11  instruct you not to answer if he feels that I'm going into

12  an area that's privileged, but you don't need to be

13  concerned that you've somehow done something wrong.

14       It may be during the course of the deposition

15  that you recall something that you had meant to include or   10:02

16  correct something that you meant to include in an earlier

17  answer.  This is not like the GRE or one of those exams

18  where you can't go back to the last section.

19       What we're after is getting as accurately as we

20  can what you know, and so please feel free to interrupt      10:02

21  and correct something or add something if you feel that an

22  earlier answer was -- was incomplete.

23       There -- although anybody in the room can request

24  a break, by in large, we're -- the two people that guide

25  us are the court reporter because her fingers need to be     10:03

```
 1   fresh and you because, you know, I may bore you so much
 2   you need to slap water on your face or something like
 3   that.
 4          But the only request I have is if there's a
 5   question pending, to answer the question before we break.    10:03
 6   Do you understand that?
 7      A   Yes.
 8      Q   Okay.  We have been told that you've been
 9   identified as what's called a non-retained expert in this
10   case which I take means you're not being paid for your      10:03
11   time today.
12      A   I am not.
13      Q   Okay.  What is your relationship to the Los
14   Angeles Community College District?
15      A   So in my role as the director of the High Tech     10:03
16   Center Training Unit, we support all 114 California
17   Community Colleges in the areas of how to assist students
18   with disabilities when it comes to technology, and we
19   provide professional development training as well as act
20   as a resource and basically information storehouse for the   10:04
21   colleges.
22          So I don't have any particular relationship with
23   LACCD or any of the nine Los Angeles colleges that are
24   part of the district that is in any way closer or more
25   than I would with any of the other 114.                      10:04
```



1      Q    Okay.

2           THE VIDEOGRAPHER:  May I ask if you can remove

3    your water bottle from the shot?  That would be great.

4    Thank you so much.

5           MR. GOLDSTEIN:  Let's mark this as Dietrich          10:04

6    Exhibit 1.

7           (Whereupon Exhibit 1 was marked for

8           identification.)

9    BY MR. GOLDSTEIN:

10     Q    I'd ask you, Ms. Dietrich, to look at what's been    10:05

11   marked as Dietrich Exhibit 1 and tell me whether this is a

12   document you have seen before.

13     A    Yes, I have seen this.

14     Q    Okay.

15          MR. MORTON:  What is it, counsel?  I didn't get a    10:05

16   copy.

17          MR. GOLDSTEIN:  Oh, goodness.  Losing my memory.

18   There you are, Mr. Morton.

19          MR. MORTON:  Is this my copy?

20          MR. GOLDSTEIN:  Yes.                                 10:05

21          MR. MORTON:  Okay.  Thank you.

22   BY MR. GOLDSTEIN:

23     Q    The fourth page marked Exhibit A lists seven

24   categories of documents that you've been asked to bring

25   with you today.  Have you done that?                       10:05



1      A     I have, and they are all on there.

2      Q     Okay.

3            MR. GOLDSTEIN:  Just for the record, I've been

4    handed a thumb drive.  And Mr. Morton, my suggestion would

5    be that at a break we print out a set and mark it as                    10:06

6    plaintiff's Exhibit 2.

7            MR. MORTON:  Okay.

8            MR. GOLDSTEIN:  Excuse me.  Dietrich Exhibit 2.

9            (Whereupon Exhibit 2 was marked for

10           identification.)                                               10:06

11           THE WITNESS:  And one clarification on there, I

12   do not have actually a CV.  So rather than create one, I

13   put my bio --

14           MR. GOLDSTEIN:  Okay.

15           THE WITNESS:  -- on the flash drive.                           10:06

16   BY MR. GOLDSTEIN:

17     Q     Now, what is the subject matter as to which LACCD

18   has asked you to serve as an expert witness?

19     A     I'm not sure how to answer that question.

20     Q     Okay.                                                         10:07

21           MR. MORTON:  The question is rather vague since

22   she's a non-retained expert.

23           MR. GOLDSTEIN:  Well, Rule 20 -- 262(c) calls for

24   non-retained experts -- for counsel who use non-retained

25   experts to identify the subject matter as to which they're             10:07



```
 1   going to testify in a summary of facts and opinions as to
 2   which they're expected to testify.
 3          We did not receive that, but the subject matter
 4   is apparently specific enough for the framers of the
 5   federal rules.                                          10:08
 6          MR. MORTON:  Yeah, I just objected.  To the
 7   extent that she can respond to the question, go ahead as
 8   to what you're going to be offering opinions about.
 9          THE WITNESS:  So my background is in working
10   specifically with alternate formats, assisted technology, 10:08
11   and to the lesser extent web accessibility as well as a
12   Section 508 and how Section 508 and Section 504 of the
13   Rehabilitation Act can work together, how the campuses can
14   use that as a strategy for helping to have compliance
15   around technology for individuals with disabilities.     10:08
16          So my understanding of what I'm being asked to do
17   is to talk about anything that falls under that scope.
18          MR. GOLDSTEIN:  Okay.
19   BY MR. GOLDSTEIN:
20   Q    Could you give us -- I know it's apparently on     10:08
21   the -- on the thumb drive, but what are the materials that
22   you have reviewed in connection with today's deposition?
23   A    May I pull out --
24   Q    Of course.
25   A    And I left them at the hotel.  I have reviewed     10:09
```



1  the depositions from Ms. Mason, from the librarian, from

2  the IT person, network person for the district, for the

3  math instructor.

4        I also reviewed CVs and statements from Pete

5  Bosley, Jon Gunderson, I reviewed the complaint itself.      10:10

6  And beyond that, I know that there were some other

7  documents that were labeled as various exhibits that I

8  reviewed that I don't remember specifically what they

9  were.

10     Q    Who selected what you reviewed?                      10:10

11     A    Ms. Davis -- Yvette Davis.  Or at least I should

12  say I don't know for a fact that she was the one who

13  selected them, but she was the one who sent them to me.

14     Q    Did you ask for any other documents after you

15  received that packet?                                         10:10

16     A    No, I did not.

17     Q    Do you feel that you need to see anything else in

18  order to render opinions in this case?

19     A    I don't believe so.

20     Q    Did you have the opportunity to see the expert       10:11

21  report of Mr. Albritton?

22     A    No, I have not seen that.  I saw his -- what did

23  I see -- I guess I saw his subpoena, but I did not see his

24  report.

25     Q    Could you give me a summary, please, of the facts    10:11



1  and opinions as to which you expect to testify in this

2  case?

3         MR. MORTON:  That question's overbroad.  It's

4  also compound.  You can go ahead and respond to it if you

5  can.                                                    10:12

6         THE WITNESS:  I assume that I am going to be

7  asked for opinions on the accessibility of various

8  learning software that the students were expected to use.

9         I believe I may be asked opinions on what the

10  process was that LACCD used in working with the students   10:12

11  and whether those processes are standard in terms of what

12  accommodations were provided and what the expectations

13  were.  But beyond that, since I'm not the one asking the

14  questions, I can't tell you.

15 BY MR. GOLDSTEIN:                                        10:13

16    Q   So Ms. Davis has not said here are the things as

17  to which we wish you -- we're going to offer you as an

18  expert.

19    A   Not specifically.  I based my opinions on the

20  documents that she sent to me, but no, I haven't been told  10:13

21  specifically that my opinion is wanted on particular

22  things.

23    Q   Other than reviewing certain matters, did you

24  undertake any investigation of your own with respect to

25  these questions?                                        10:13



1      A     No, I did not.

2      Q     And are there certain softwares in use at LACCD

3   that you have -- as to which you have opinions about their

4   accessibility?

5      A     Yes.                                                  10:13

6      Q     And which ones are those?

7      A     MyMathLab and ALEKS.

8      Q     And ALEKS is A-L-E-K-S all in caps; is that

9   correct?

10     A     Correct.                                              10:14

11     Q     And that's a McGraw Hill product?

12     A     Correct.  And MyMathLab is a Pearson product?

13     Q     And which version of MyMathLab do you have

14  opinions about?

15     A     Well, I suppose in reality, all of them.              10:14

16     Q     In your opinion, is MyMathLab accessible -- let

17  me rephrase that.  For students with -- who are blind or

18  otherwise need non-visual access, is MyMathLab accessible?

19     A     MyMathLab is somewhat accessible.  It is fairly

20  accessible as long as the instructor has chosen to only      10:15

21  include those problems that the company has designated as

22  being accessible.

23           And similarly, ALEKS is very similar in that

24  regard.  Although, I believe that the ALEKS interface

25  itself is marginally more accessible than the MyMathLab.      10:15



1          But really, the biggest issue is that unless you

2    use the problem sets that have been marked as being

3    accessible, it's simply the other problem sets are not

4    accessible at all.

5        Q    Did you review anything in this case that told          10:15

6    you that professors using MyMathLab were using only

7    accessible problems?

8          MR. MORTON:  Could I have the question read back,

9    please.

10         THE REPORTER:  Did you review anything in this             10:15

11   case that told you that professors using MyMathLab were

12   using only accessible problems?

13         MR. MORTON:  Thank you.

14         THE WITNESS:  No.

15   BY MR. GOLDSTEIN:                                                10:15

16       Q    Originally, MyMathLab was Flash-based; correct?

17       A    I believe that is correct.  That's been a long

18   time ago, but yes, I believe that is correct.

19       Q    And after the transition from Flash, it was

20   sometime before they were accessible problems; correct?        10:16

21       A    Correct.

22       Q    And how long has it been the case that some

23   problems have been accessible?

24         MR. MORTON:  Well, the question's vague.  Go

25   ahead.                                                           10:16



```
 1           THE WITNESS:  I understand the question.  I don't
 2    know that I know the answer to that question.  I would say
 3    it's been probably at least four years or so, but I could
 4    not -- I can't be accurate about that.  I don't know if
 5    that -- I don't know the versions of the product that        10:16
 6    well.
 7    BY MR. GOLDSTEIN:
 8         Q    Are problems -- accessible problems available in
 9    all the kinds of classes for which MyMathLab is used?
10         A    No.                                                 10:17
11         Q    Okay.
12         A    And that is honestly one of the main problems
13    with the software in terms of its adoption by the
14    campuses.  And I'm not speaking specifically of LACC in
15    this case or LACCD, but in terms of all the campuses.        10:17
16           Math professors would prefer to have a program
17    that's inclusive that will actually cover the full range
18    of whatever the course is that they're teaching.  And at
19    this point in time, that's not possible with MyMathLab or
20    with ALEKS.                                                   10:17
21         Q    With respect to statistics classes, do you know
22    whether there are accessible statistics problems in
23    MyMathLab?
24         A    That, I do not know.
25         Q    Has the High Tech Center that employs you -- is    10:17
```



1  that the right?  We didn't do the traditional thing of

2  going through your background which is my mistake because

3  I kind of know your background.

4        But in your role of providing information and

5  training to California Community Colleges, have you          10:18

6  provided the member colleges any information about

7  MyMathLab?

8     A    The information that we've provided them is to be

9  very aware that the faculty members understand that they

10  have to choose only the accessible problem set and also     10:18

11  letting them know that, in my opinion, the Pearson reps

12  have not done a very good job of helping faculty members

13  understand that those are really the only problems that

14  they can choose and be accessible.  So I have spoken about

15  that on a number of different occasions.                     10:19

16     Q    And were those occasions ones that, if you know,

17  folks from LACCD attended?

18     A    I know that the -- at least some of the people

19  who work in the Disability Services office were aware of

20  that.  I have no idea how many of the math faculty were      10:19

21  aware of that.  It's been probably at least five years

22  since I've done any training for math faculty at LA City

23  College.

24     Q    And I think you said that the -- it was

25  approximately four years ago that accessible problems        10:20



Case 2:17-cv-01697-SVW-SK   Document 484-1   Filed 02/03/23   Page 20 of 167   Page ID #:11172

GAEIR DIETRICH                                    November 06, 2017
ROY PAYAN vs LOS ANGELES COMMUNITY                        19

```
 1  started to appear on MyMathLab; is that correct?

 2     A    Yeah, around there.

 3     Q    So your last training, in all likelihood if your

 4  memory is correct, have been before there was any

 5  accessible version of MyMathLab --                        10:20

 6     A    Correct.

 7     Q    -- is that correct?

 8     A    Yes.

 9     Q    Do you recall what you were advising the math

10  faculty at that time?                                     10:20

11     A    Honestly, I'm not sure if I was even talking

12  about it at that time because of the fact that it was not

13  accessible.  So I was actually recommending other things

14  entirely.  And I'm trying to remember if it even came up,

15  and I'm not sure that it did at the time.                 10:20

16     Q    Okay.  The more recent programs in which you've

17  talked about MyMathLab, have those been only in person

18  programs?

19     A    Correct.

20     Q    Is there any information that's on any website    10:21

21  with which you're associated so if I were at one of the

22  community colleges and I wanted to see information about

23  MyMathLab I might be able to look?

24     A    Not on websites that we host, no.

25     Q    Okay.  Where would one find such information?     10:21
```



800.211.DEPO (3376)
EsquireSolutions.com

 1      A     I would assume that you can find some information

 2   on that on the actual McGraw Hill and Pearson sites, but

 3   the biggest source of information on that right now is

 4   through groups like ATHEN, and then our own list serve --

 5   our alternate list serve.                            10:21

 6         But that tends to be specifically Disability

 7   Services staff talking to each other, so that really is

 8   where a lot of that is communicated.  That, and then the

 9   conferences like Accessing Higher Ground which is coming

10   up in November, CSUN conference on -- for persons with    10:22

11   disabilities.

12         MR. GOLDSTEIN:  That's all caps C-S-U-N, Cal

13   State University of Northridge.

14   BY MR. GOLDSTEIN:

15      Q     And this kind of discussion also occurs at AHEAD   10:22

16   conferences.

17      A     Correct, in AHEAD conferences, as well.  Very

18   much at AHEAD conferences.

19      Q     What is AHEAD?

20      A     AHEAD is the Association on Higher Education and   10:22

21   Disability of -- Association of -- Association for Higher

22   Education and Disability.  Sorry.

23         And it is a professional organization of

24   individuals who work in Disability Services at the higher

25   ed level as well as others who are interested in that    10:22



```
 1   topic at the higher ed level.

 2       Q    Are there -- to your -- well, let me ask you.

 3   You're -- you are or were on the board of AHEAD.

 4       A    I am currently the treasurer of the board for

 5   AHEAD.                                                   10:23

 6       Q    And how many years have you been involved with

 7   AHEAD?

 8       A    On the board or involved in general?

 9       Q    Involved.

10       A    Involved in general.  Um, let's see, I believe   10:23

11   I've been involved with them for almost 14 years.

12       Q    And are personnel at community colleges eligible

13   to be participants or members of AHEAD?

14       A    Yes.

15       Q    To your knowledge, is anyone from LACCD a member  10:23

16   of AHEAD?

17       A    I do not recall seeing anyone from LACCD at the

18   conference, so I would not know.

19       Q    Okay.  Does AHEAD have a list serve?

20       A    Yes, they do.  They have a number of them.       10:24

21       Q    And do some of those discuss the accessibility of

22   various educational software?

23       A    On occasion, yes, they do.

24       Q    Okay.  And are the questions of how to build

25   accessibility and -- is the culture of an institution a   10:24
```



1    subject of discussion on the AHEAD list serve?

2        A    Yes.

3        Q    Are procurement policies on how to implement them

4    with respect to software and accessibility discussed on

5    the list serve such as the AHEAD list serve?          10:24

6        A    Yes.  Although, I would say to a bit lesser

7    extent.

8        Q    You mentioned ATHEN.

9        A    Correct.

10       Q    What is ATHEN?                                10:25

11       A    Association -- sorry.  Access Technologist Higher

12   Education Network.

13       Q    And what is your relationship with ATHEN?

14       A    I was one of the founding members of ATHEN.

15       Q    And does it too have a list serve?            10:25

16       A    Yes, it does.

17       Q    And are personnel at community colleges eligible

18   to be part of the ATHEN -- part of ATHEN?

19       A    Yes.

20       Q    To your knowledge, is anybody from LACCD part of  10:25

21   ATHEN?

22       A    I am not aware that they are.

23       Q    And like AHEAD, ATHEN has an annual conference;

24   is that correct?

25       A    Technically, no.  Accessing Higher Ground is what  10:26



1  I believe is what you're thinking of is sponsored by

2  AHEAD, and ATHEN and AHEAD have a professional

3  relationship.

4         AHEAD, I believe, hosts the ATHEN list serve, but

5  otherwise, there's no connection other than a collegial          10:26

6  one between the two relationships -- or the two

7  organizations.

8     Q    And does ATHEN have a list serve?

9     A    Yes, they do.

10    Q    And are issues such as accessibility of various          10:26

11 software -- educational software discussed on the ATHEN

12 list serve?

13    A    Very much so.

14    Q    And are there issues about and around procuring

15 accessible software discussed on the ATHEN list serve?           10:26

16    A    Less so since the list serve for ATHEN tends to

17 be people who are working with assistive technology.  So

18 their focus is really on whether the technology is

19 accessible, if it's not accessible, or whether it's

20 possible to accommodate that technology.  They do not tend       10:27

21 to be individuals who have any say about the procurement

22 of that technology.

23    Q    With respect to creating a culture in which

24 accessibility is taken into account through development

25 adoption use, is that something that is discussed on the         10:27



1   ATHEN list serve?

2           MR. MORTON:  Question's vague.  Go ahead.

3           THE WITNESS:  I would say not very often.

4   Occasionally, it is.  The ATHEN list tends to be much more

5   focused specifically on the technology because, again, the        10:28

6   individuals on the list don't have -- are not operating at

7   that level at the universities and colleges.

8   BY MR. GOLDSTEIN:

9       Q    Let's go back to AHEAD for a moment.  Is that a

10  topic that's discussed on the AHEAD list serve?                    10:28

11      A    Yes, it does occasionally.

12      Q    Are there other collegiate organizations of which

13  you are aware that discuss these issues of accessibility,

14  educational technology?

15      A    Yes.  On our own alternate media list serve that         10:28

16  we host Alt Media and also on our director's list serve

17  that we host, those discussions happen on those lists.

18          The CAPED Association which is California

19  Association of Post-secondary Education and Disability, it

20  is not discussed on that list as well because almost              10:29

21  everyone who is on the CAPED list is also on our

22  director's list or our alt media list.

23          So those lists have tended to supersede the

24  actual CAPED list, but -- but there's a lot of overlap

25  there with those groups.                                          10:29



1          Another group that is beginning to show a certain

2     level of awareness about accessibility is EduCause.  I

3     just was at a conference where we did a one-day

4     accessibility 101 at which we had 15 attendees.  They were

5     very enthusiastic, however.                             10:29

6          Q    Could probably tell you which schools.

7          A    Yeah, you could.  You and I both know them.

8          Q    Yes.  EduCause is the organization of university

9     CIOs; correct?

10         A    Correct.                                      10:30

11         Q    And they have a, I guess, what we call the Ezine,

12    E-Z-I-N-E, of online magazine that from time to time will

13    discuss accessibility; correct?

14         A    Occasionally, yes.

15         Q    Yes.                                          10:30

16         A    So occasionally that I honestly don't look at it

17    very often.

18         Q    This alternate media list serve that you

19    mentioned, are there to your knowledge anyone from the

20    LACCD system on -- on that list serve?                  10:30

21         A    I believe that Kelvin Luong is on that list

22    serve, K-E-L-V-I-N, L-U-O-N-G.

23         Q    And do you know how long he's been on that list

24    serve?

25         A    I cannot say for certain, but it has been a    10:31



 1  number of years.  I'm sorry.  And did you ask me just LACC

 2  or LACCD?

 3      Q    LACCD.

 4      A    LACCD.  Yes, there are others from LACCD.  I know

 5  that Suleman whose last name escapes me right now who's at      10:31

 6  Pierce College is on there.  Adrian Gonzalez from LA

 7  Mission, I believe, is also on there.  I need to refer to

 8  a list of LA colleges to help me remember who they all

 9  are.

10           (The witness is reviewing the                          10:32

11           document.)

12      A    I think there's more people from the LA colleges

13  on the director's list serve.

14      Q    What is the director's list serve?

15      A    The director's list serve is a list serve for       10:32

16  those individuals who are the Disability Services

17  directors for the campuses.

18           That list tends to be less focused on technology

19  and more focused on issues of accommodation, how to meet

20  the needs of students with disabilities when it comes to     10:32

21  accommodations, Title 5 issues.

22           And Title 5 is part of our California ed code, so

23  it's a California state law.  And it tends to be, you

24  know, broad issues of service animals and things like that

25  that the technology folks don't get into.                     10:33



1    Q    I just noticed that my pen is leaking all over my
2  hands.
3    A    Oh, yes.
4    Q    Thank you.  Let me veer off for a minute and --
5  oh, thank you.  Are you still connected?                    10:33
6    A    Yes.
7    Q    Yes.
8         THE VIDEOGRAPHER:  Can you raise it?
9         THE WITNESS:  Sorry.
10 BY MR. GOLDSTEIN:                                            10:33
11    Q    You mentioned earlier, I think, in the context of
12  my asking about the issue of procurement and ATHEN and the
13  procurement and AHEAD that Disability Student Services
14  offices generally aren't involved in the procurement of
15  software.  Did I understand you correctly?                  10:34
16    A    To clarify, it depends a lot on the campus and
17  the campus culture.  In the community colleges, the
18  Disability Services directors, I think, are actually to a
19  little bit more for leadership than they are, sometimes,
20  in the four-year colleges.                                  10:34
21         Really depends a lot on the campus culture and
22  the four-year colleges.  But in the community colleges, I
23  think there is a recognition on the part of many of the
24  colleges that have Disability Services exist and what
25  their role is and that -- if you have a director who's      10:35



```
 1   very proactive, then that can make a really big difference

 2   on the campus culture.

 3        Q    Beyond the issue of personality since people can

 4   come and go, do you have a view about the role that

 5   procedures play in making it an accessible campus?  And       10:35

 6   when I talk about accessibility here, I'm strictly talking

 7   about software and content and non-visual accessibility.

 8        A    So I am going to define procedure so that I know

 9   that we're -- I'm understanding your question.  So when

10   you're asking about procedures, in my mind, procedures is     10:36

11   how policies are actually implemented in the day-to-day

12   operation of a campus.

13             And based on that definition, I would say,

14   absolutely, procedures are highly critical in ensuring

15   accessibility on a campus.                                    10:36

16             As an example, if it is part of the procurement

17   workflow and it is part of someone's job duties to

18   actually ensure that a Section 508 buying process is

19   followed, that is going to make a huge difference for

20   general accessibility on campus.                              10:36

21             Without those sort of level of procedures

22   actually implemented, policies do not tend to have much of

23   an effect.

24        Q    Do you -- did you in your review of this case

25   review any procedures of LACCD with respect to                10:37
```



1  accessibility?

2      A    I reviewed the policy documents that were sent to

3  me, but I didn't see anything at the level of actual

4  workflow daily procedures.  It was all higher level to

5  that.                                                    10:37

6      Q    Does the organizational role of the ADA

7  coordinator play a role in how effectively a campus can

8  implement accessibility?

9           MR. MORTON:  That question's vague.  Go ahead.

10           THE WITNESS:  I would say it can play a very big   10:37

11  role.  And, unfortunately, that often depends on the

12  personality of the ADA coordinator.

13           If you look at a campus like The Ohio State

14  University where you have Scott Lissner who's their ADA

15  coordinator, they have made a lot of movement toward     10:38

16  becoming much more accessible.

17           But in general, what I've seen with our community

18  colleges is that the person who bears the title of ADA

19  coordinator or Section 504 coordinator, it's often a part

20  of their job duties that -- that they have less training   10:38

21  and understanding about, perhaps, than the main part of

22  their job duties.

23           It's often bundled in with other responsibilities

24  that usually they find people who are very strong in other

25  areas of responsibility and maybe have a little bit less   10:38



```
 1    background in the ADA and Section 504 coordinator aspect

 2    of it.

 3            I've also seen campuses where the -- that role of

 4    the ADA Section 504 coordinator is given to someone in

 5    human resources who's basically just implementing it as a      10:39

 6    way of providing accommodations to staff rather than

 7    really more of a campus-wide focus.

 8            Now, I know at one time a number of years ago,

 9    LACCD did have a woman who was their ADA coordinator who

10    at the time was very active, and I was asked to come and       10:39

11    do a number of presentations when she was in that role.

12    And then I believe she retired, and I do not know who's in

13    that role at this point in time.

14            MR. GOLDSTEIN:  And, again -- well, first,

15    Lissner is with two S's, L-I-S-S-N-E-R, and Scott with two     10:39

16    T's.

17            THE WITNESS:  And don't forget the.

18            MR. GOLDSTEIN:  Yes, The Ohio State University.

19            THE WITNESS:  Sorry.  It's an inside joke.

20            MR. GOLDSTEIN:  It's probably because the is the        10:40

21    one word you could be sure the (inaudible) guy's football

22    team can spell.

23    BY MR. GOLDSTEIN:

24       Q    To your knowledge, if there's an uncooperative

25    faculty member, can Mr. Lissner go directly to the office      10:40
```



1   of the president?

2       A    I do not know that, actually.  I do know,

3   however, in the recent UC Berkley settlement that they

4   actually wrote into that settlement that if there is an

5   uncooperative faculty member, then they must answer to the    10:40

6   vice provost at UC Berkley.  But that's the only one that

7   I know of personally where there's that kind of reprisal

8   that's actually built in.

9       Q    In terms of -- well, let me just ask you.  You

10  have reviewed -- I don't know the answer to this.  Have       10:40

11  you reviewed various Title II agreements dealing with

12  accessibility such as that with University of Miami

13  Ohio -- I guess that's Miami University of Ohio and

14  America Community College and some of the others?

15      A    I'm not sure -- I haven't looked at that one in a     10:41

16  long time.  But in general, yes.  I try to stay on top of

17  any of the OCR complaint resolutions that pertain to

18  technology.

19      Q    And did some of those call for the ADA

20  coordinator to be the chair of the coordinating community     10:41

21  that ties into every part of the campus from maintenance

22  to faculty to athletics and the like?

23      A    So the ones that I am thinking of, usually what

24  they're now asking for is an E&IT coordinator.  Stands for

25  electronic and information technology.  Sorry.  And -- and    10:42



1   that is really looking at procurement in technology.

2          I'm really focused on the technology cases.  So

3   beyond that, I don't really recall paying attention to

4   ones that maybe included athletics and some of those other

5   things.                                              10:42

6      Q    Okay.  But I guess what I'm trying to figure out

7   is if there are accessibility issues, whether their

8   content or podia or whiteboards or whatever, what is your

9   understanding of what the lines of communication need to

10  be between the ADA coordinator and the people who are       10:42

11  daily acting not just on procurement, but in utilization

12  of the softwares as faculty or some other capacity?

13         MR. MORTON:  Well, the question's vague.  It's

14  also compound.  It's also incomplete hypothetical.  Go

15  ahead.  Beyond that --                                10:43

16         MR. GOLDSTEIN:  Mr. Morton made no comment

17  whatsoever about my heritage, so we can leave it at that.

18         THE WITNESS:  So my understanding of the question

19  that you're -- you're asking here is whether there needs

20  to be a broader perspective when we're looking at          10:43

21  technology and inclusion of technology from the classroom

22  level.

23         Certainly, anything used by students, but also at

24  to a broader level, any technology used in the classroom,

25  as well.  And certainly, in the best of all possible       10:43



1    worlds, being able to have that end-to-end type compliance

2    really is huge.

3         I mean, if that can actually be implemented, that

4    would make a really, really big difference.  One of the

5    issues that we have on campuses, especially in the            10:44

6    community colleges, is that the faculty pretty much can do

7    on many colleges what they want to do with very little

8    oversight from anyone else.

9         And I would say there's a general lack of

10   knowledge on the part of the faculty about the issues of      10:44

11   ADA compliance and what accessibility means.

12   BY MR. GOLDSTEIN:

13     Q    That is a very interesting topic as to which I

14   want to spend some time with you, but I wanted to -- maybe

15   one thing I should do is ask you to explain in your mind      10:45

16   the difference between accessibility and accommodation.

17     A    I would be happy to do that.  So in my mind,

18   accessibility has to do with the built-in level of access

19   that's always available.

20         So as an example, when you're looking at              10:45

21   architectural issues, we always have ramps, we always have

22   curve cuts, we always have elevators, we hope that we have

23   electric doors.  Sometimes we don't.  That's all a level

24   of access.

25         Accommodation then is what comes and builds onto        10:45



1  that level of access and provides additional accommodation

2  or additional level of usability that is available for an

3  individual.  So access is what's meant to be broadly

4  available for everyone.

5          Accommodation is meant to be the one-off, meant          10:45

6  to be done in consultation with the student directly to

7  find out what their specific needs are.

8          Looking at that from a Disability Services

9  programatic view, for example, with alternate media, there

10  is an expectation now on the part of colleges that if the          10:46

11  student owns a book, that the campus role is to prep that

12  material from the publisher.  That is a certain level of

13  access.

14          But once we get that material from the publisher,

15  the student may then need an MP3 file, they may need          10:46

16  Braille, they may need a Word document, they may need an

17  acceptable PDF document.

18          That's the level of accommodation then where

19  we're making it work for that individual.  So when I do

20  presentations on this for the colleges, the analogy that I          10:46

21  use is it's like a gentleman wants to purchase a suit.

22          And he may go down to a Men's Warehouse or Macy's

23  and he walks in and he says I'm a 40 long and the clerk

24  says great, here's what we have for you.  And he says oh,

25  I like this one in charcoal gray, he says great, now we're          10:46



1    going to bring in the tailor.

2         The tailor said ooh, few too many Christmas

3    cookies.  You got one shoulder a little higher than the

4    other, we're going to adjust that.  So in that analogy,

5    buying off the rack is access.  The tailor coming in is      10:47

6    accommodation.  The tailor makes it work for the

7    individual.

8         So in our campuses, Disability Services' job is

9    accommodation.  And we have disabilities office because of

10   Section 504, and they are our method of administration       10:47

11   under Section 504 in the ADA.  So that is their job.

12   Access, that's really more of a campus responsibility.

13   Q    So --

14        MR. GOLDSTEIN:  Do we need to --

15   BY MR. GOLDSTEIN:                                             10:47

16   Q    Is there an interplay between the amount of

17   access and the amount of accommodation?

18   A    Absolutely.  The greater the level of access, the

19   easier, faster, and less expensive it is to accommodate.

20   The less access that's there, the more expensive, the        10:48

21   slower, and the more involved it's going to be to provide

22   an accommodation.

23        So as an example, if I have a student who needs

24   to have access to maps for a geography class and I go to

25   the geography instructor and the geography instructor says   10:48



1    okay, well, these are the maps that we have available.

2         I can give you PDFs that are basic files of the

3    maps that you can make a tactile graphic for the student.

4    Great.  That gives me a little access that I can start

5    with then to create that tactile graphic.                    10:48

6         But if the structure says no, I don't have

7    anything for you, then I'm in a position where, number

8    one, I have to guess what the proper map is that the

9    instructor may want, I have to go out and do research and

10   find -- so it's a lot more involved.                          10:48

11        So whatever level of access we have, then we're

12   going to build on that.  In a better case scenario, if you

13   look at the Windows operating system, the Mac operating

14   system, they now both have a good level of access built

15   into them.                                                    10:49

16        So if you give me a Word document that's well

17   formatted and done in an accessible way, there's very

18   little that I have to do to that document to take it out

19   to Braille.

20        If, however, you give me a PDF document that's a      10:49

21   scan of a book, it's going to take me a long time to

22   convert that, it's going to be a lot more labor-intensive,

23   and the potential for errors in that document are going to

24   be a lot higher.

25        So it is a continuum.  The two really do work          10:49



1   together.  And the more the campus has done in terms of

2   the access piece, the more we're really going to be able

3   to meet the students' needs on a just-in-time basis.

4        Q    So what is an accessible EPUB 3 document?

5        A    So an accessible EPUB 3 document would be a          10:49

6   document that has followed --

7             THE REPORTER:  Sorry.  That has followed --

8   sorry.  Would be a document that followed --

9             THE WITNESS:  The EPUB standards.  And assuming

10  that it has followed the standards, then it will have a at   10:50

11  least a fair level of accessibility.

12            At this point in time, a lot of the kind of added

13  functionality that I really like to see in an accessible

14  e-book is still considered optional in the EPUB standard.

15            And how that is how it defers from the DAISY         10:50

16  standard because the DAISY standard is focused on

17  accessibility and functionality.

18            So we're hoping eventually that the EPUB standard

19  actually release or is requiring some of those elements to

20  add that greater functionality.                               10:50

21            But even without that, at this point in time, if

22  you do follow the standards of EPUB, you should have

23  really quite an accessible book -- a very useable book.

24        Q    In -- when faculty are making a decision as to

25  what digital book, if any, to use in a class, is -- is      10:51



```
 1   training required so the faculty are aware of the

 2   differences between, say, a book that's available as an

 3   EPUB 3 or as a Kindle MOBI?

 4          MR. MORTON:  That's an incomplete hypothetical.

 5   Go ahead.                                               10:51

 6          THE WITNESS:  No.  It's -- no training is

 7   required for faculty on any of that.

 8   BY MR. GOLDSTEIN:

 9      Q    How are -- how are faculty to make the choice,

10   then?                                                   10:51

11      A    That's a very good question.

12          MR. MORTON:  You're asking her to speculate.  Go

13   ahead.

14          MR. GOLDSTEIN:  Okay.

15          THE WITNESS:  That's my answer.  That's a very   10:51

16   good question.

17   BY MR. GOLDSTEIN:

18      Q    I think I -- that's a good example of my not

19   using the English language well.  Is training needed for

20   faculty to know enough information that when selecting a 10:52

21   text -- digital textbook, they can know which versions are

22   accessible and which are not?

23          MR. MORTON:  That also calls for speculation, but

24   go ahead.

25          THE WITNESS:  Well, since what I do is            10:52
```



1   professional development training, I think all training is

2   good.  I do -- I want to break that out, though, into two

3   questions because I think one question is looking

4   specifically at e-books.

5        And unfortunately, although -- it would be nice          10:52

6   to say that faculty -- you know, it would be good if they

7   have greater knowledge of that.  Frankly, I think that's a

8   bit beyond the scope of what we can expect of them.

9        They -- they are looking at content-specific

10   reasons to choose particular books, and I don't think that    10:53

11   it's realistic to ask them to actually do any kind of

12   accessibility testing on those books.

13        And short of that, it means that they are just at

14   the mercy of the publishers telling them that yes, this is

15   accessible.  And there is an unfortunate trend right now      10:53

16   on the part of not just publishers, but all vendors to

17   make exalted claims of the accessibility of their products

18   which are not borne out in actual use.

19        So I hesitate to put faculty in that position of

20   actually having to analyze that.  However, I do think it      10:53

21   is an issue that needs to be -- to have increased

22   awareness amongst the faculty.  So that's one part.

23        The other part is I do think there are some very

24   realistic things that faculty can learn do to with

25   creating their own instructional materials that I think       10:54

 1  they do need to do, mostly because it's no additional

 2  burden on them.

 3       If they actually learned, for instance, how to

 4  create an accessible Word document, the steps from an

 5  accessible Word document to an accessible PDF takes you      10:54

 6  less than two minutes.  It's not a big deal.

 7       And if you learn how to actually create an

 8  accessible Word document, it's faster for the creator.

 9  That seems like a reasonable expectation on the part of

10  faculty.                                                     10:54

11       And I do a lot of trainings now to faculty, and

12  often what is said to me is I don't understand why we're

13  not receiving this training when we first start on campus

14  because so many faculty have said to me oh, my gosh, you

15  just saved me hours and hours of time.                       10:54

16       And it's because now they understand how to

17  create an accessible document, and it's not a hard thing

18  to do.  So I think those are kind of two separate issues.

19  BY MR. GOLDSTEIN:

20    Q    On terms of creating content, you have delivered      10:55

21  a presentation, have you not, about what insights you've

22  derived from trying to train faculty to create accessible

23  documents?

24    A    Indeed, I have.  You must have been looking at

25  conference proceedings.                                      10:55



 1    Q    We'll get to that.  I didn't just bring this file

 2  to build up my biceps.  We've got a few documents to look

 3  at.

 4    A    Do I need to make another night's reservation at

 5  the hotel?                                                   10:55

 6    Q    I hope not.  I hope not.  Let me come back though

 7  to this question of digital book content.  There are third

 8  party resources for accessible versions of digital books;

 9  correct?

10    A    Correct.                                             10:56

11    Q    There's Learning Ally; correct?

12    A    Correct.

13    Q    There's Bookshare?

14    A    Correct.

15    Q    There's VitalSource?                                 10:56

16    A    Correct.

17    Q    And in order for Disability Services office to

18  timely provide an accessible book, it is important, is it

19  not, for faculty to give advanced notice of what e-book

20  they're selecting to the office of Disability Services;     10:56

21  correct?

22         MR. MORTON:  That question's argumentative.  Go

23  ahead.

24         THE WITNESS:  I would say that I would not focus

25  on e-books there.  I would just say in general, it is very  10:56



1  helpful if we have advanced notice of what books are going

2  to be required for classes.

3           And if I may reference the Berkley settlement

4  again, they were required to have the notification seven

5  weeks before the beginning of the term so that there was          10:57

6  time for the alternate media specialist to actually

7  acquire the book and then provide whatever additional

8  accommodations might be needed for that student.

9           And that -- also in the CSU Fullerton case,

10 another alternate media case around, that they also found          10:57

11 that that was a really big part of being able to make sure

12 that things were done in a timely way.

13          And the solution that they used at that time was

14 that the information about what book would be required for

15 a course needed to be included when the course was                 10:57

16 available for registration which I particularly liked

17 their model because that allows everyone to know what the

18 books are going to be for the class.

19          Unfortunately, what often happens with the

20 community colleges, we have so many adjunct professors             10:57

21 that literally they may not be hired to teach the class

22 until a day or two before the class begins.

23          And in that case, sometimes they don't even

24 choose the book until the first week of class.  And that

25 can make it very difficult for the Disability Services             10:58



 1    office as well as for the students -- all the students to

 2    be able to keep up with the reading material.

 3    BY MR. GOLDSTEIN:

 4        Q    Did you in the materials you reviewed see any

 5    procedures relating to faculty providing DSS or OSS as I        10:58

 6    think it's called at LACCD with syllabi?

 7        A    I do not recall reading specifically about

 8    instructors providing syllabi, no.  I recall reading other

 9    procedures around alternate media requests, but I don't

10    remember that one specifically.                                 10:59

11        Q    Okay.  Turning to accommodations for a minute,

12    did you look at the accommodation request form at LACCD?

13        A    I did not receive the accommodation request form.

14        Q    Do you know whether the accommodation request

15    form is itself accessible or a paper document?                  10:59

16        A    I do not know that.

17        Q    Is -- is there a reason why a paper accommodation

18    request form would create accessibility problems?

19        A    So my understanding of the question is, is paper

20    less accessible than electronic, and the answer to that is      10:59

21    yes.  Even if you just basically have a Word file that I

22    can fill out, it's going to be more accessible than a

23    paper file.

24        Q    You mentioned that among the things you looked at

25    were the -- was the deposition of the librarian; is that        11:00



1    correct?

2        A    Correct.

3        Q    Did you reach any opinions with respect to the

4    accessibility of the library software?

5        A    So based on the deposition that I read because        11:00

6    this is not something that I have tested myself, it sounds

7    like it's quite variable in terms of which sources are

8    accessible, which sources are not accessible.

9            I do know, not from the deposition but from other

10   discussions with librarians, that there is concern amongst     11:00

11   those in the library circles who are interested in

12   accessibility about the general accessibility of the

13   interfaces themselves, of the search interfaces for

14   finding the documents as well as the accessibility of the

15   documents.                                                     11:01

16           And I know there's a movement amongst the library

17   community to kind of try and see if they can do something

18   about that.

19       Q    The American Library Association some years ago

20   came up with an official policy.                              11:01

21       A    They did.

22       Q    And that policy was that libraries were required

23   accessible softwares; is that correct?

24       A    Correct.

25       Q    And the (inaudible) Research Library has been        11:01



 1   very active in getting its members to insist on accessible

 2   software; is that correct?

 3      A     Correct.  And, in fact, I did a presentation for

 4   them at their last conference.

 5      Q     Did you note in the deposition of the librarian      11:01

 6   or elsewhere as to the availability of screen reader

 7   software at the library?

 8      A     There was -- yes, in the depositions, there was a

 9   fair amount of discussion about that.  What was not

10   completely clear to me was -- it sounded like the version   11:02

11   that at least was on some of the library computers may

12   have been what I would call a demo version of JAWS which

13   is a version that times out after a certain set period.

14         There seemed to be varying opinions on that.

15   Some seemed to say well, that happened because there was    11:02

16   some sort of a server issue with connecting to one's

17   computer.

18         There also seemed to be a basic concern on the

19   part of the students that they didn't know whether it was

20   going to be usable or not usable and that there were        11:02

21   concerns about the fact that it was timing out.

22         My personal recommendation were I asked to give

23   one would be to include NVDA on all campus PCs that

24   students use, bar none.  It's free.  There's no reason not

25   to include it.  I understand that JAWS is very expensive,   11:03



1    and it's also honestly a bit difficult to maintain and can

2    be a bit problematic sometimes to install and deal with.

3            So having NVDA there gives you at least a basic

4    level of access always which I think is a preferable

5    strategy to just having a very few stations with JAWS on       11:03

6    it.

7        Q    Well, you say that's your personal

8    recommendation.  Is it not also your professional

9    recommendation?

10       A    Correct, that would be my professional             11:03

11   recommendation.

12       Q    Okay.  Would the use of NVDA require at least

13   with respect to the LACCD website and various online forms

14   a higher degree of accessibility?  Let me explain what I

15   mean by that question.                                       11:04

16           If there's a -- a form or a web page where an

17   edit box and its label are not formal -- formally

18   associated or a label and a radio button or whatever, is

19   there something that JAWS might do that NVDA does not do?

20           MR. MORTON:  Well, the question's vague and also     11:04

21   an incomplete hypothetical.  No basis.  Go ahead.

22           THE WITNESS:  I understand the question.  So NVDA

23   and JAWS, I believe, use a slightly different algorithm

24   for their best guess in terms of where they think -- what

25   they think the association's going to be.  So it would be    11:05



 1  | different.
 2  |         I don't know that one requires -- I don't know
 3  | that it's correct to say that one requires a greater level
 4  | of accessibility.  I don't think that would be a correct
 5  | statement.                                          11:05
 6  |         It's more that, as with many software programs
 7  | when they're trying to do their -- the best that they can
 8  | with something, they will make different choices about
 9  | what that might be.  So if you have a form that's actually
10  | been created in an accessible way, then either one would  11:05
11  | be perfectly fine.
12  |         MR. GOLDSTEIN:  Okay.
13  |         THE WITNESS:  There may be a slight difference in
14  | terms of the radio buttons.  I know that JAWS always
15  | expects the radio button label to come first.  So if you  11:05
16  | have a situation where you have a radio button, that label
17  | next to each other, and on the next line the radio button
18  | and the label, it will assume that that label, even though
19  | it's on another line, goes with the following radio
20  | button.                                             11:06
21  |         I'm not sure with NVDA what its preference is
22  | with that because I realize I haven't actually tried that
23  | with an inaccessible form.
24  |         MR. GOLDSTEIN:  Okay.  This is why we have
25  | experts.  We learn.                                 11:06



1        THE WITNESS:  And also, I'd like to make a

2   clarification, if I may.  I'm not saying to not have JAWS.

3   I'm saying at least if you have NVDA everywhere, that a

4   student can walk up to a computer, and they can check and

5   see is this where I need to be, is this what I want, and        11:06

6   then they can request that JAWS be available, as well.

7   It's not a -- it's not or.  It's and.

8   BY MR. GOLDSTEIN:

9        Q    And for long-time JAWS users, they don't have to

10  spend time learning the software in order to --                 11:07

11       A    That is correct.

12       Q    -- use it.  Okay.  What do you understand the

13  demo version of JAWS to be for?

14       A    My understanding of the demo version of JAWS is

15  two-fold.  Obviously, it gives people a chance to               11:07

16  demonstrate the product and check it out.

17       Q    Uh-huh.

18       A    It's also very useful in training situations

19  where we don't want to have to spend the money to outfit

20  an entire lab with JAWS, and we can use the demo copy in        11:07

21  that kind of a situation.

22       It's a common strategy that we'll use at

23  conferences for instance.  If you are doing a -- teaching

24  demos with JAWS for a hands-on for a room full of people,

25  we usually just install the demo copies.                        11:07



```
1    Q    And in real-life use by students, are there
2  problems that arise with the -- that can arise with the
3  use of the demo version of JAWS?
4    A    If they only have the demo version to use, yes,
5  that could be very frustrating, and there can be issues     11:08
6  with -- well, the good thing is if they're downloading the
7  demo copy regularly, then at least you know you always
8  have the latest version of JAWS.
9         So that's kind of the positive aspect of that,
10 but I would not recommend that as a professional solution    11:08
11 for a student.
12   Q    You can lose your work; correct?
13   A    Correct.
14   Q    And you could be in the middle of -- of reading
15 whatever it is for your research and --                      11:08
16   A    And it can time out.
17   Q    -- and time out; correct?
18   A    Correct.
19   Q    Okay.  I'm going to suggest that we take a break
20 in a minute and maybe print out what's on the -- the USB    11:08
21 drive -- the thumb drive, but let me just give you a
22 preview.
23        When we come back, I'm going to try to figure out
24 -- or ask you if there are other facts and opinions about
25 this case as to which you expect to testify that we         11:09
```



1    haven't covered yet.  And so I wanted to give you a chance

2    to think about that because we've jumped around so much.

3           MR. GOLDSTEIN:  Let's take a break.

4           THE VIDEOGRAPHER:  Off the record.  The time is

5    11:08 a.m.                                                11:09

6           (Whereupon a short break was taken from

7           the proceedings.)

8           THE VIDEOGRAPHER:  We're back on the record.  The

9    time is 11:26 a.m.

10          MR. GOLDSTEIN:  All right.                          11:27

11   BY MR. GOLDSTEIN:

12       Q    I had said, I think, before the break,

13   Ms. Dietrich, that we would resume with my asking you are

14   there opinions you have in this case that we have not yet

15   covered.                                                  11:27

16       A    I guess the one opinion that I have in all

17   honesty is that when it comes to serving students with

18   disabilities, I feel it's incumbent on the colleges not to

19   put artificial barriers in the students' way.

20          And by that, I mean inaccessible materials,        11:28

21   inaccessible software, inaccessible architectural areas.

22   I'm not talking about that specifically in this case, but

23   that would be true, as well.

24          So in terms of technology, not putting -- not

25   requiring students to use technology that simply will not  11:28



 1   work for them is a very big issue.

 2          And I think whenever we're talking about access,

 3   we have to recognize that a person may not choose to use

 4   the access that's there, but that does not absolve us of

 5   our responsibility for ensuring that there is access.        11:28

 6      Q    Do you have an opinion as to whether LACCD has

 7   succeeded in meeting the responsibility that you say is

 8   incumbent upon them?

 9      A    I think that LACCD is in the same difficult

10   situation that all of our campuses are which is that you     11:29

11   have people who have expertise in ensuring access for

12   students with disabilities who often are not consulted

13   when decisions are made about what is going to be required

14   for those students.

15          And I think that is what I would really like to       11:29

16   see some change around is ensuring that the people who are

17   making decisions about what they're going to require

18   students to use are aware -- fully aware of the

19   ramifications of that.

20      Q    Would it be fair to say that -- characterize what    11:30

21   you just said as the issue's more of an organizational

22   issue than a technological issue?

23      A    I would say that is true to a certain extent.  It

24   is a technological issue in that we have quite a few

25   pieces of technology that I cannot accommodate in any        11:30

 1  equally-effective way.  And in that way, it's a

 2  technological issue.

 3          But I also think it's as organizational issue in

 4  that there needs to be recognition of the impact of

 5  requiring -- certain technology requiring certain          11:30

 6  materials is having on students.

 7      Q    So would it be fair to say that addressing the

 8  organizational issues would significantly reduce the

 9  amount or the number of inaccessible software that can't

10  be -- as to which there can't -- there are not            11:31

11  equally-effective alternate access?

12          MR. MORTON:  The question's vague.  Compound.

13  It's also argumentative.  And incomplete hypothetical.

14  And assuming the fact.  Go ahead.

15          THE WITNESS:  After all that, I'm not sure I       11:31

16  remember what the question was.

17  BY MR. GOLDSTEIN:

18      Q    The question was whether organizational changes

19  that would bring the people who do know something about

20  access into the room or into the loop when decisions are  11:32

21  being made about acquisition of software --

22          MR. MORTON:  Same objections.

23          MR. GOLDSTEIN:  I haven't finished the question

24  yet.

25          MR. MORTON:  You paused.                           11:32



 1            MR. GOLDSTEIN:  It's certainly incomplete.  Yes,
 2   I did.  I did.  Whether that would reduce the amount of
 3   inaccessible software on campus as to which it is not
 4   possible to make an equally-effective alternate
 5   accommodation.                                              11:32
 6            MR. MORTON:  Hang on a second.  Are you finished?
 7            MR. GOLDSTEIN:  Yes.
 8            MR. MORTON:  Same objections I made before.
 9            THE WITNESS:  So if I may rephrase slightly, I
10   believe that the question that you would like me to answer   11:32
11   is whether including individuals as part of the
12   decision-making process who have an understanding of
13   accessibility and what it means to have provide an
14   equally-effective accommodation, if having those
15   individuals as part of the decision-making process about     11:33
16   the technology that's brought on campus would make a
17   difference overall to accessibility on the campus, and I
18   believe that it would.
19            Certainly, that is the goal of Section 508.  And
20   the implementation that we've seen of Section 508 is that    11:33
21   by considering accessibility during the procurement
22   process, that it helped not just accessibility, but
23   accessibility and accommodation during the procurement
24   process helps to ensure that you have a more accessible
25   infrastructure.                                              11:33



1        And I think that's been borne out by those who've

2    actually fully implemented that strategy.  And if that

3    wasn't the question you wanted answered, you will need to

4    rephrase.

5        MR. GOLDSTEIN:  No, I -- I -- I think you                11:34

6    well-understood what I was asking possibly as poorly as

7    Mr. Morton thought I asked it.

8    BY MR. GOLDSTEIN:

9        Q    To what extent is the accessible technology issue

10   as you've described it a question of resources?             11:34

11       A    Looking at resources in its broadest sense as in

12   not just financial resources but also the resource of

13   time, the resource of information, the resource of

14   understanding, then yes, I think it is a resource issue.

15       Not monetarily.  In fact, it is less expensive --       11:35

16   lawsuits aside, it is less expensive if I have materials

17   that are as close to accessible as possible right out of

18   the gate.

19       If I'm dealing with something that's very

20   accessible, then it's going to be -- there's going to be    11:35

21   very little need for accommodation.  And just like in the

22   tailoring analogy, accommodating is where it becomes more

23   difficult, more expensive, more time consuming.

24       If the access is just there, if people can walk

25   up to the computer and just use it, for instance,           11:35



1   everybody's going to be a lot happier in the long run, so

2   in that way.

3          But the knowledge base in order to do that is a

4   very limited resource, and that, I think, is where we're

5   really -- we're facing the issue is the fact that there's          11:35

6   not that many people who really understand the issues that

7   we're talking about.

8          And certainly, there's not that many people who

9   are making purchasing decisions who understand what we're

10  talking about.                                                      11:36

11     Q    So would it be fair to -- to say that one of the

12  obstacles that you see to providing equal access is a lack

13  of training.

14     A    I would say that, yes.  I would add to that also

15  unclear lines of responsibility.                                    11:36

16     Q    And that would go under the heading of

17  organizational change?

18     A    I would say yes, that would be certainly

19  something that you would need to look at as part of

20  organizational change.                                              11:36

21         For those federal agencies that have really fully

22  implemented Section 508 and the Section 508 procurement

23  process, what they found is that there needs to be very

24  clearly-defined structures in place in order to actually

25  make that happen.                                                   11:36



1           And we have that for accommodations in Disability
2     Services.  Yes, sometimes we may fail in isolated cases.
3     But overall, the process, the procedures, the strategies
4     for dealing with accommodations work pretty well and have
5     been for many years.                                       11:37
6           The problem is that technology has changed the
7     playing field.  And because of that, there's this question
8     of who's going to fill in that gap.  And my concern is
9     that Disability Services has looked at the colleges as
10    being the stopgap measure for how colleges are going to    11:37
11    deal with this.
12          They don't have that expertise or background
13    beyond maybe one or two isolated people in their
14    departments who even have an understanding of that because
15    it's really not their job.                                 11:37
16          Their job is not to understand curve cuts and
17    elevators and ramps and bathrooms which is access.  That's
18    not their job.  Their job is to accommodate when those
19    things fall short.
20          So someone needs to pick up the ball of access       11:38
21    when it comes to technology, and that is the vacuum that
22    we are dealing with right now.
23      Q   Let's unpack that a little bit.  Well, let me
24    just ask you.  Isn't there also an issue as to whether
25    Disability Student Services office has the authority to    11:38



```
 1  say, well, no, I'm sorry, you -- you can't by blackboard
 2  if the chat room's not accessible or --
 3          MR. MORTON:  Wait.  Were you finished with that
 4  question?
 5          MR. GOLDSTEIN:  I'll rephrase it.  Make you        11:38
 6  happy.
 7          MR. MORTON:  Thank you.
 8          MR. GOLDSTEIN:  Haven't done that enough today.
 9  BY MR. GOLDSTEIN:
10     Q    Is there not an issue as to whether Disability    11:38
11  Student Services in -- in typical university context has
12  the authority to make the changes that would create the
13  access?
14          MR. MORTON:  And you're speaking generally, not
15  specifically in this case; right?                          11:38
16          MR. GOLDSTEIN:  Yes.
17          MR. MORTON:  Okay.
18          THE WITNESS:  And to answer that in general, I
19  would say that absolutely is correct that Disability
20  Services offices do not, in most cases, have that          11:39
21  authority and, in fact, often are not even consulted.
22          There is an expectation, I think, partly based on
23  the fact that they've done such a very good job for so
24  very long that they're just going to be able to deal with
25  whatever comes on campus to the extent that literally, I   11:39
```



1  think some of our campuses have tended to forget that
2  accessibility is actually a campus-wide responsibility and
3  not only the purview of Disability Services.
4        Because they have done such a good job, people
5  have felt like, yeah, we can leave it to them, and they'll   11:39
6  take care of it.  That's not true when it comes to
7  technology.  There's no way to do that.
8  BY MR. GOLDSTEIN:
9    Q    Before digital content, before educational
10  technology, did it make sense to place the burden on        11:39
11  Disability Student Services to ensure that the student
12  would have the same educational experience as the sighted
13  student?
14        MR. MORTON:  Question's vague.
15        THE WITNESS:  I think to a large extent that that      11:40
16  expectation that Disability Services would provide the
17  accommodations, the auxiliary aids and services that a
18  student would need was pretty realistic for the most part.
19        With the possible exception of Braille -- and
20  that was because until we had the technology, it was so      11:40
21  difficult to actually do the manual transcription of
22  Braille.
23        And there was a very short halcyon period where
24  we had the technology to start doing Braille translation
25  very quickly, very easily.  We were getting electronic       11:40



1    text.  We did not yet have some of the software that we're

2    dealing with now where I personally really felt we've --

3    we've done it.  We're so close to really having a

4    solution.

5           And literally a year later, I felt like I had          11:41

6    been knocked upside the head because we went from suddenly

7    being able to feel like we had a pretty good handle on it

8    to being so far from being able to really help the

9    students.

10          And it was because of that quick change in            11:41

11   technology with the learning software made a huge

12   difference on the campuses.

13   Q    Are you aware of any California post-secondary

14   institutions that have confronted this procurement issue

15   and tried to bring an awareness of accessibility into         11:41

16   the -- into the mix of procurement?

17   A    So you worded that broadly in terms of any

18   colleges, and yes, the California State Universities with

19   their access technology initiative have really made an

20   attempt to bring procurement into the mix and really look     11:42

21   at accessibility at that level.

22          In the California Community Colleges, there are a

23   couple of campuses that are really trying.  Cerritos

24   College, in particular, is really trying to make sure that

25   they look at accessibility from the outset and that they      11:42

1   do not purchase technology that is not accessible and

2   cannot be accommodated.

3          So there are a few leaders who are doing that,

4   but amongst the entire universe of all of our colleges, I

5   would say no.  We still have a long way to go.                11:42

6     Q    You mentioned Cal State.  That initiative was out

7   of the chancellor office -- the chancellor of the

8   California State University's office; is that correct?

9     A    That is correct.

10    Q    And Cal State has -- with its access technology        11:42

11  initiative has also established something where I think

12  the acronym is C-U-D-A, CUDA?

13    A    CUDA, yeah.

14    Q    Yeah.

15    A    I think they're out of Long Beach, if I remember       11:43

16  correctly.

17    Q    And the function of CUDA is to -- is sort of

18  trust but verify; is that accurate?

19    A    Yes.  What I'm not sure about at this point in

20  time is how well that's actually working for them, but I     11:43

21  know that in theory, that was -- they were looking at

22  doing that.

23    Q    Okay.  And there have been other examples outside

24  of California public universities actually testing to make

25  sure the vendor's telling the truth; correct?               11:43



 1      A    Oh, absolutely.  And if you're speaking

 2   specifically about testing vendor claims, there are other

 3   of the community colleges that are recognizing that,

 4   perhaps, some of the information that is obtained on the

 5   VPAT and -- among the websites of companies has a lot of          11:44

 6   marketing involved with it.

 7      Q    VPAT is capital V, capital P, capital A, capital

 8   T.

 9      A    Correct, voluntary product accessibility

10   template.                                                        11:44

11      Q    In terms of this accessibility accommodation

12   paradigm that you've been talking about, where does the

13   factor of timeliness play into this?

14      A    Timeliness is always affected by how much access

15   is already built in.  The more access that's already built       11:45

16   in, the easier it is to do something in a timely way.

17           So for instance, one of the -- excuse me -- one

18   of the issues that comes up sometimes with alternate

19   formats -- and I noticed it was a question that came up

20   with some of the deposition testimonies I was reading --         11:45

21   was how Disability Services obtains files, for instance.

22           If we can get an accessible Word document or an

23   accessible power point file from a faculty member, we can

24   very quickly convert that into an alternate format.  If

25   we're getting a hard copy document, then we have to scan,        11:45



1    we have to run optical character recognition.

2              You can't go through that process without also

3    editing the results because it's not always 100 percent

4    accurate.  That's going to take me a lot longer because

5    all those preliminary steps have to be done before I can          11:46

6    get to that same level of readiness to do the conversion.

7              So the -- the level of getting us up to access --

8    or I'm sorry.  Let me restate that.  The amount of work

9    that it takes to get up to that level of access, I think,

10   is one of those resources that's often overlooked.               11:46

11             Usually because there's a person who's at most

12   colleges assigned to that task, and for the colleges not

13   being businesses, there's a tendency to kind of see our

14   staff as free in a way.

15             Once you have a staff member assigned, we no           11:46

16   longer look at them as how much it's costing us to do some

17   of these things.  But the actual dollars, if you look at

18   the person's time it takes to do that and also at the

19   level of expertise that you have to have in order to do

20   that work well, is very expensive for them to do that.          11:47

21   There's a lot resources tied up in that.

22             So, again, in terms of timeliness, accuracy,

23   providing something in that manner or medium, that always

24   is going to be a lot easier the higher the level of access

25   that's already there.                                           11:47

1    Q    If you're cutting up the book to make it
2  accessible -- a print book to make an accessible copy and
3  it's a textbook, it may have columns and side bars;
4  correct?

5    A    Correct.                                        11:47

6    Q    So one of the things you have to deal with is
7  reading order; correct?

8    A    Correct.

9    Q    And in order for the blind student to be able to
10 turn to chapter three or figure eight or footnote nine    11:47
11 when the teacher says let's go to that, there has to be
12 markup that distinguishes figure nine from page nine from
13 footnote nine from chapter nine; correct?

14   A    Correct.

15   Q    And to the extent that there may be images in the  11:47
16 print book, the Disability Student Services also has to
17 then create alt tags, that is to say descriptions, of what
18 the images are, as well; is that correct?

19   A    Correct, with the caveat that often what happens
20 is we triage those images and drop most all of them except 11:48
21 for the ones that are absolutely crucial for understanding
22 the content.

23   Q    Like, an economics textbook or a chemistry
24 textbook, for example.

25   A    As an example, those are the ones we tend to keep  11:48



1   more of the graphics.  Because a lot of times, there are

2   charts and graphs that are necessary for understanding the

3   material.

4        But there's an additional setup because an

5   alternate text description would generally not be            11:48

6   sufficient in those cases -- in fact, rarely -- and we

7   would have to create tactile graphics which is something

8   that adds a whole lot more time into the process.

9   Q    And in terms of equal access, you mentioned early

10  on that you have tried to keep track of OCR decisions; is    11:49

11  that correct?

12  A    Correct.

13  Q    And by OCR, you mean the Office for Civil Rights

14  of the Department of Education.

15  A    Correct, the other OCR, not optical character          11:49

16  recognition.  That's two of them.

17  Q    And particularly with respect to California

18  post-secondary education, have you seen OCR resolutions

19  that address the issue of timeliness?

20  A    Certainly.  The California State University            11:49

21  Fullerton resolution was very focused on the issue of

22  timeliness, and that was one where -- in fact, to my

23  knowledge, it was the first one in California -- where

24  they specifically included as part of the resolution that

25  books -- the announcement of what books were required for   11:50



1   a course had to be made at the time that a student could

2   register for the course, and that was one of the reasons

3   was because that allows Disability Services to have enough

4   advanced knowledge when a student comes in and says to

5   them I'm taking this particular course.                11:50

6        And they can just go right there, know what the

7   books are, begin their ordering process, begin their

8   production process, and providing a lot more time to

9   actually ensure that the student has what they need when

10  they need it.                                          11:50

11   Q    And that -- that's a public document the Cal

12  State Fullerton OCR issued?

13   A    Correct.  And also, there was more recently the

14  UC Berkley settlement which was actually not an OCR

15  resolution.  That was actually a structured settlement.  11:50

16        But also in that settlement, there was a

17  recognition that there needs to be sufficient amount of

18  lead time so that Disability Services does have the time

19  to make that accommodation.  And I believe that they

20  agreed to seven weeks prior to the beginning of the term.  11:51

21        And not that this applies in the case of the

22  LACCD, but it becomes a bigger issue for those colleges

23  that are on the quarter system such as the one where my

24  facility is housed, your timeline is really sped up a lot

25  for the quarter system colleges.                       11:51



1    Q    I think I once heard a Disability Student

2  Services director describe the quarterly, trimesterly,

3  semesterly process of taking inaccessible content and

4  making it accessible as a baby snake trying to swallow a

5  chicken.                                                11:51

6       I realize that's not a question, but is it fair

7  to say that given the nature of academic life being cut

8  into some portion, be it quarter or trimester or semester,

9  that the demand for accessible text as an accommodation is

10  sudden and large?                                       11:52

11       MR. MORTON:  Well, the question's ambiguous.  Go

12  ahead.

13       THE WITNESS:  So yes, I think what you're

14  alluding to is the idea that everyone wants their books

15  the first week of class.  And typically, there's one,     11:52

16  maybe two people who are working on ensuring that the

17  students have that material.

18       And being able to keep up with the demand is

19  difficult -- very difficult because it's happening all at

20  once.  And the more lead time that the colleges can have,  11:52

21  the better because that spreads it out over time.

22       So typically, what some of my more proactive

23  alternate media specialists will do is they will get the

24  students' schedule.  And then as soon as they can, they

25  will start finding out what books are required for that    11:53



1  course and start ordering them from the publisher as soon

2  as they know.

3          And then they don't release those books to the

4  student until the student has actually legal ownership of

5  the book.  But up until that point, it allows them the          11:53

6  freedom to make sure they're ready, at least in part, for

7  the student rush.  There's a reason they call it rush.

8  BY MR. GOLDSTEIN:

9      Q    Are there other opinions -- you discussed one

10 which is that when it comes to serving students, it's          11:53

11 incumbent on the college not to put artificial barriers in

12 the students' way.  Are there other opinions as to which

13 you expect to testify in this case?

14     A    I assume that someone may ask me about the Dear

15 Colleague Letter of 2010 otherwise known as the Kindle          11:54

16 letter --

17     Q    Yes.

18     A    -- which dealt with e-book readers, but basically

19 says that it is unacceptable for colleges to use emerging

20 technology without insisting that it be accessible to all      11:54

21 students.  Not a perfect -- it's a bit of a paraphrase,

22 but that was the gist of what they said.

23     Q    In terms of -- of colleges being put on notice of

24 that issue, it was, I think, the first statement from OCR

25 on this topic to San Jose State University to President        11:54



1   Robert Carrot [phonetic] in -- I think in 1998 --

2       A    Something like that.

3       Q    -- using the charming praise that there has to be

4   room for everyone on the information super highway; is

5   that correct?                                          11:55

6       A    I don't remember the exact phraseology, but yes,

7   it was around then.

8       Q    Okay.  And is it accurate that OCR continued in

9   Dear Colleague Letters make the community aware between

10  1998 and the 2010 Kindle Letter?                       11:55

11      A    I would say that they had been very consistent in

12  their resolutions.  And, of course, the Dear Colleague

13  Letter is more significant than a resolution since

14  resolutions only apply to the college to which they were

15  the -- where the complaint was.                        11:55

16           But they have put all of us on notice that they

17  are very concerned about emerging technology and wanting

18  to not have it be an artificial barrier for students.

19      Q    And the 2010 letter was, in fact, not just from

20  the Department of Education, but from the Department of  11:56

21  Education Office for Civil Rights and the Department of

22  Justice civil rights division; is that correct?

23      A    That is correct, it was jointly issued.

24      Q    And it was directed to all colleges and

25  presidents of all post-secondary institutions both public  11:56



1    and private; is that correct?

2        A    That is correct.  All that fall under Section 504

3    for sure which I believe is all but about three of the

4    colleges in the United States who do not receive federal

5    funds, but certainly all of us who receive any kind of         11:56

6    federal funding --

7        Q    Right.

8        A    -- it was sent to.

9        Q    And because of DOJ's involvement, it was also --

10   if you recall, also involved Title II and Title III of the     11:56

11   ADA.

12       A    Correct.

13       Q    You said you reviewed -- well, let me just ask

14   you.  Have we at least for now in terms of what you can

15   think of exhausted the opinions as to which you believed        11:57

16   you may be asked to testify?

17       A    Without having a crystal ball, I would say yes.

18       Q    Okay.  I believe you reviewed Mr. Bosley's

19   report; is that correct?

20       A    Yes, I did, correct.                                   11:57

21       Q    And did you have any disagreements with anything

22   in that report?

23       A    No, I did not.

24       Q    Did you review Mr. Gunderson's report?

25       A    Yes, I did.                                            11:57



1    Q    Did you have any disagreements with anything in

2  that report?

3    A    No, I did not.

4         MR. GODLSTEIN:  I think we only have one exhibit

5  at this point; is that right?                        11:58

6         MR. MORTON:  You actually --

7         MS. BARBOSA:  Number two.

8         MR. MORTON:  -- you marked number two as the

9  thumb drive.

10        MR. GOLDSTEIN:  Okay.  So we'll go to Exhibit 3,    11:58

11  then.

12        (Whereupon Exhibit 3 was marked for

13        identification.)

14  BY MR. GOLDSTEIN:

15    Q    Have you ever seen Exhibit 3 before?            11:58

16    A    Actually, no.  And it's very nice.

17    Q    This document states that you were making a

18  presentation on October -- Friday, October 13th.  I guess

19  the problem with anybody who's triskaidekaphobia -- don't

20  ask me to spell that, fear of Friday the 13th -- but that   11:59

21  you were making a presentation on October 13th at the Los

22  Angeles community -- Los Angeles City College, excuse me,

23  on creating accessible documents; is that correct?

24    A    That is correct.  And I actually turned 13 on

25  Friday the 13th.  So no, I do not have any problem with    11:59



1  it.

2      Q    And what did you cover in this presentation?

3      A    So what I covered was both how to and the

4  benefits of creating accessible Word documents.

5      Q    And this was directed at -- at faculty and staff        11:59

6  who uploads files to campus work website or to Canvas?

7      A    Correct.

8      Q    How big a turnout did you get?

9      A    Let me add also one thing there.

10     Q    Yeah.                                                    12:00

11     A    Also to staff who are sending memos internally to

12  other staff.  So the turnout was actually very good.  We

13  had standing room only, and -- what was that -- it was

14  probably 45 people or so.  This was hands-on, so we were

15  limited to the size of the computer lab.                        12:00

16     Q    How did this come about that you were doing this

17  training?

18     A    I was contacted by -- well, two individuals, Dave

19  Green and Adrian Gonzales.  This particular training, I

20  believe, was in conjunction with their Summit, if I             12:00

21  remember correctly.  Yes, it was with the -- their

22  disability Summit that they had.

23     Q    You say they.  Was this LACCD --

24     A    Correct.

25     Q    -- that was having the Summit?                          12:01



1    A    Correct.  I should have been more specific.

2  LACCD was having a Summit, yes.  I was also asked to speak

3  at the Summit, as well.

4    Q    And did you?

5    A    I did.  And you're probably going to ask me what      12:01

6  I spoke on.  And honestly, I've slept since then and I'm

7  not sure that I recall, but I'm sure it's on the Flash

8  drive.

9    Q    Okay.

10   A    I would actually have to look that up.                12:01

11   Q    Okay.

12   A    I'm so excited by the other speakers that I

13  really wasn't thinking about what I was talking about.

14   Q    Who was the other speaker?

15   A    Jane -- I can never remember the middle part --       12:01

16  Thierfeld Brown.  She's a specialist in autism spectrum

17  disorder and gave a very fascinating talk on what it means

18  to work with students who have autism.

19   Q    I guess we're going to see this in the thumb

20  drive, but approximately how long had it been since the    12:02

21  last hands-on training you had done at LACCD before this?

22   A    You're talking about the entire district, LACCD.

23   Q    Yeah.

24   A    Well, not that long.  I had done one the day

25  before at -- so this was City.  I had been at Valley the    12:02



1   day before.  Earlier in the year, I'd been at Pierce.  I'd

2   also been at East LA.

3          But in terms of presenting at the Summit itself,

4   I believe it had been -- and I don't have that

5   specifically called out which was their Summit, but I          12:03

6   believe it had been about three years since I spoke at

7   their Summit.  Summit is a regular event that they do.

8     Q   For those who could not attend or for those who,

9   perhaps, slept afterwards, to your knowledge, does LACCD

10  have a web resource that faculty and staff can go to to        12:03

11  see how to create an accessible document?

12    A   So I'm unaware specifically about LACCD.

13  However, all of us have support from the state

14  chancellor's office.  And part of our professional

15  learning network provides access to Lynda.com videos.         12:03

16         And that's with Y, L-Y-N-D-A.com.  Those are

17  underwritten -- subscription to all of those is

18  underwritten by the state chancellor's office.

19         And one of my colleagues, Sean Keegan, who runs

20  the CCC accessibility center, he actually went through and     12:04

21  made a listing of all the Lynda.com videos that are for

22  creating accessible documents.  So there is support in

23  that way.

24    Q   And how is the availability of that support

25  disseminated?                                                  12:04



1    A    That is a good question that beyond, I certainly

2  tell everyone about it when I do presentations.  I'm not

3  sure what the chancellor's office has done to promote the

4  professional learning network.

5         I'm not aware of that, but I do know that they          12:04

6  have been doing some sort of promotions around that, the

7  availability of Lynda.com.  When I have spoken with people

8  about Lynda.com, there does seem to be a fair -- fair

9  number of people that are aware that that resource is

10 available.                                                    12:04

11   Q    Are you aware of anything that LACCD does to

12 make, say, adjunct faculty aware of the existence of

13 this -- of the resource of these training videos?

14   A    Not specifically, no.  Not of the Lynda.com

15 videos.                                                       12:05

16   Q    Okay.

17   A    I do know that they invite me to do

18 presentations --

19   Q    Yes.

20   A    -- and they let all of their staff and faculty        12:05

21 know when I'm there to do this, and we are starting to get

22 better attendance which I suspect has something to do with

23 what is under discussion right now.

24   Q    Could be.  You never know.  Have there been any

25 metrics to measure how effective these presentations are?    12:05



1    A    No.

2    Q    And you do these throughout the California

3    community college system; is that correct?

4    A    I do.

5    Q    What other resources and support of -- do you          12:05

6    offer for community colleges in California who want to be

7    accessible -- or more accessible?

8    A    So we offer a number of trainings.  We will also

9    do site visits where we consult.  For instance, I recently

10   did a site visit in Northern California at Napa Valley      12:06

11   College where they asked me to meet with their web team to

12   talk about issues of web accessibility.

13        Similarly, recently, I went to Clovis Community

14   College with the same brief.  Sometimes I'm asked to speak

15   at colleges to their president's council.  I did that       12:06

16   recently at Cerritos and somebody else, too.  You don't

17   care about that.

18        So we will also go to look at workflow and

19   procedures.  One of the districts, the Santiago Community

20   College had me come and do a presentation to their          12:07

21   district purchasing team who was also the core of their

22   Section 508 committee on issues of purchasing

23   implementation.

24        So we make all of those available, but it is on a

25   campus-request basis that -- and usually that is -- comes   12:07



1   through -- well, most often through Disability Services,

2   although recently we've been doing outreach to the

3   technology side of the house.

4        I've been pairing with my colleague, Sean Keegan,

5   to do accessibility trainings as part of their IT security          12:07

6   events that are put on for the California Community

7   Colleges, and we've started getting a lot more response

8   from the CIOs and particularly from the webmasters from

9   doing those presentations.

10   Q    Let's talk about web accessibility for a moment.            12:07

11   In your experience with community college websites, are

12   there more than daily changes of content and the like to a

13   typical community website?

14   A    So if when you're talking about their websites

15   you're also including in that their -- their online          12:08

16   courses, then absolutely, more than daily.  Multiple times

17   a day and often even on weekends, I'm sure, there's

18   changes being made.

19   Q    And is it also the case with a college website

20   that there may be a high number of people -- large number          12:09

21   of people, I guess, not high, who are posting content to

22   the website?

23   A    It clearly depends on the college, but frequently

24   that is the case.  I do know of certain colleges where the

25   strategy that they're implementing is to have everything          12:09

1  vetted by the webmaster before posting is allowed.

2       And I also know at some of the smaller campuses,

3  they're focusing on ensuring that every single person who

4  is allowed to post, before they're given the rights to

5  post, has to go through training.                          12:09

6       It becomes more difficult when you have a larger

7  campus where you have more people who have the authority

8  or the ability to post online.

9    Q    You, I think, anticipated my next question, but

10 the -- the fact that web content can change and that there  12:10

11 are going to be a number of people posting content creates

12 a challenge, does it not, in maintaining the accessibility

13 of a website?

14   A    Yes, absolutely.

15   Q    Putting aside technical changes like, let's say,     12:10

16 the use of templates to simplify how content goes up, is

17 training a necessity if a college website is to stay

18 accessible?

19   A    In my opinion, training is absolutely essential

20 for anyone who is posting content onto a website.  And      12:11

21 frankly, it baffles me a little bit that people are

22 allowed to post things without being trained not just for

23 accessibility, but just in general.

24       It kind of becomes very chaotic if you just allow

25 anybody to just put anything on the website that they want  12:11



1   to.

2       Q    Are procedures such as doing user testing before

3   major changes actually -- can't remember the right word --

4   put into play on the website, goes live on the website?

5   Is user testing an important consideration in creating --        12:11

6   in maintaining on accessible website?

7       A    User testing is a really interesting topic.  So

8   in my opinion, it's a really good idea to do testing by

9   users whenever you're looking at implementing any sort of

10  a new -- sort of -- what do I want to say -- large scale,         12:12

11  actual software or web portal or learning management

12  system, any of those sort of things.

13          When you're talking about anything that's large

14  like that, I think that user testing is absolutely

15  essential.  Not necessarily by students, however, because        12:12

16  the issue with having students test is they may or may not

17  have the level of expertise with the functionality of the

18  software that they're using to be a good judge of whether

19  something is actually accessible or not.

20          And this is one of those areas that doesn't tend          12:13

21  to be talked about a lot, but I think has to be

22  acknowledged which is that -- the difference between doing

23  accessibility testing on something versus just do I like

24  it, can I use it.

25          It's, like, the difference between somebody who           12:13



1  can read a book and somebody who can edit a book.  Most of

2  us in our society are literate and can read.  Very few

3  people have the level of expertise and understanding of

4  English grammar and punctuation to educate.

5           So with that caveat with recognizing that there    12:13

6  can be real disparity of what people understand about

7  using the technology, I do think that it's very important

8  that whenever you're looking at a large-scale purchase to

9  have user testing done.

10          And the reason is that it's one thing to look at    12:14

11  something from the perspective of someone like me who is a

12  sighted person who can do a certain level of accessibility

13  testing and has a certain level of understanding of design

14  element versus someone who actually has to use the

15  technology and doesn't have the backup of their ears or    12:14

16  their eyes to actually see what's going on.

17          Oftentimes, unless someone is extremely

18  knowledgeable about working with individuals who are blind

19  and visually impaired, they're making assumptions and

20  inferring context based on their vision that they don't    12:14

21  even know they're doing.  And that concerns me when it --

22  whenever we're talking about any sort of testing.

23     Q    Putting aside the question of who should do the

24  testing, let me just focus on what you mean by a purchase.

25  If a college were, say, to purchase an alcohol education    12:15



 1  class that was required for graduation or a transcript

 2  ordering software that was going to go on the website, are

 3  these the sort of things that you believe should be

 4  user-tested before they go up on the website?

 5          MR. MORTON:  That's -- that question's vague.         12:15

 6  It's also an incomplete hypothetical.  Go ahead.

 7          THE WITNESS:  So possibly.  I -- I think from --

 8  depending on exactly what it is, it may be something where

 9  I would be willing to accept user-testing data from the

10  vendor as well as -- as well as verifying then with         12:15

11  somebody who might not be a user, but who had some ability

12  to do some accessibility testing.

13          MR. GOLDSTEIN:  Right.

14          THE WITNESS:  Where I'm really thinking that user

15  testing is very critical is I'm talking about               12:16

16  implementing, like, a large scale portal system, a

17  learning management system, something at that level.

18          Whereas all of these others might be things that

19  are required, the scope of them is a little bit smaller.

20  And at least in theory, it's something that you should be   12:16

21  able to work with a vendor on, assuming that the vendor is

22  actually paying attention to accessibility.

23          And if they're not and you have an actual

24  purchasing process following Section 508 compliance in

25  place, that should be determined fairly quickly.  But I     12:16



1  don't know that you would want to bring in user testing in

2  every single one of those situations.

3        MR. GOLDSTEIN:  Okay.

4        THE WITNESS:  It really depends on the scale in

5  my mind.                                                   12:16

6  BY MR. GOLDSTEIN:

7     Q    Some user has tested --

8     A    Some user.

9     Q    -- somewhere in the chain.

10    A    Correct.                                           12:16

11    Q    Okay.  I want to find out if we're talking real

12 world versus ideal world.  I think you have mentioned in

13 some of your talks Penn State University; is that correct?

14    A    Very occasionally, yes.

15    Q    Okay.  And in that OCR agreement, I think it      12:17

16 recites that Penn State had something like 8,000 websites

17 and tens of millions of pages; is that correct?

18    A    Something like that, yes.

19    Q    And is it your understanding that they have

20 succeeded in making their website successful?              12:17

21    A    My understanding is that they are trying to make

22 things accessible.  I believe that they are doing a fairly

23 good job at making the infrastructure of the website

24 accessible.

25         I think they have a long way to go to make        12:17



1  everything that's there accessible, and that tends to be

2  the issue that often comes up which I don't know that it's

3  always well-articulated which is that the website itself,

4  the infrastructure of the website is something that

5  usually only a very few people have actual control over,          12:18

6  the actual templates that are used.

7          The actual web pages themselves often are a bit

8  more restricted.  Or if there's any editing that's allowed

9  by the department, it's very clear that they have to use,

10 you know, this template, they have to do things in a very          12:18

11 specific way where it gets really unruly as everything

12 that's posted onto the web pages.

13         That's where we really suddenly -- it becomes so

14 much more diffuse, and there's so many more people

15 involved with that.  And then the personal web pages that          12:18

16 faculty and departments -- usually faculty, but sometimes

17 departments also -- that nobody else is really looking at

18 except for that person.  Those are extremely difficult to

19 control.  So they're trying.

20     Q    Are you at all -- are you familiar with the web          12:18

21 accessibility initiative at Oregon State University?

22     A    Just slightly.

23     Q    And does that reflect an attempt to control

24 accessibility through the use of templates that

25 essentially don't allow the content creator to post          12:19



1   something that's inaccessible?

2       A    That is my understanding, yes, that they are --

3   they're really trying to generate a bit more control at

4   the infrastructure level so that they are not having

5   things go up onto their web page -- web pages that are not          12:19

6   accessible.

7       Q    You said that you have addressed something called

8   the president's college?

9       A    The -- the president's council.

10      Q    Council.  Sorry.                                           12:20

11      A    Certain colleges have requested me to come and

12  speak to their president's council.

13      Q    And is that council C-I-L or S-E-L?  Is it the

14  lawyers or real people?

15      A    It's the real people who are the senior                    12:20

16  administrators on a campus.

17      Q    Okay.  What role do the leaders on campus play in

18  making for an accessible campus?

19      A    There is a huge effect, a huge impact from the

20  campus leadership.  A -- a campus president who really              12:20

21  makes it clear that accessibility is important and is

22  something that is desired on campus and is something

23  that -- that's going to be supported and implemented makes

24  an enormous difference.

25          That's one of the struggles that disability                12:21



1    service professionals have is when they're trying to push
2    the agenda, if you will, of accessibility, they don't
3    really have very much power, and they don't really have
4    very much ability to influence that.
5            They may influence certain individuals, but on a          12:21
6    campus-wide basis, there's a whole lot of people who are
7    just not going to listen to them because they don't feel
8    that they have to.
9            So when the president makes a very clear
10   statement that yes, we are going to do this, it makes a          12:21
11   very, very big difference in how quickly things can happen
12   on a campus.
13           That being said, the campuses that I've seen
14   really make the biggest strides are when both are going on
15   when there's a champion in Disability Services who's          12:22
16   really supporting that side of it, and then they find a
17   college president that is really willing to support the
18   overall accessibility plan.
19           And I think that's one of the reasons that
20   Cerritos has done as much as they have with actually          12:22
21   hiring an E&IT coordinator without having anybody sue them
22   because they just wanted to do it and they knew it was the
23   right thing to do.
24       Q    Just so it's clear for the record, you're saying
25   saying E&IT?                                                   12:22



1      A    Yes.  E ampersand I-T.  I know it sounds like N,

2   but it's and.

3      Q    And would you explain what that acronym stands

4   for?

5      A    Yes.  It stands for electronic and information          12:22

6   technology which was the original acronym used in Section

7   508.  Since the refresh which went into effect March 2017,

8   they're now using the acronym ICT, information and

9   communications technology.

10          But most of the coordinator positions were              12:23

11  actually named after the -- the previous version of the

12  law previous to the refresh -- the Section 508 refresh.

13     Q    You mentioned that you had talked to an IT

14  security group.

15     A    Correct.                                                 12:23

16     Q    Does IT security on campus in some way provide a

17  model for how to implement an electronic and information

18  technology accessibility on campus?

19     A    That is one theory that a number of us are

20  exploring is that there may be some parallels there.  Sean    12:23

21  Keegan who is the director of the CCC accessibility

22  center, in particular, was the one who really brought this

23  to my attention that a lot of the concerns about security

24  and IT security were parallel to a lot of the concerns

25  about accessibility.                                           12:24



1           And that, perhaps, that could be a place that we

2    could raise the -- the question of accessibility would be

3    with people who are already paying attention to what are

4    we putting on our websites, what information is out there,

5    what potential harm could happen to the campus network.        12:24

6    So yes, that is -- that is something that a number of us

7    are considering.

8       Q    To focus my question a little bit more than I

9    did, would it have been the case that, say, six, seven

10   years ago, one might walk into a CIO's office and say          12:24

11   who's in charge of security, and the CIO might say yeah, I

12   know that's a problem, I need to put somebody in charge of

13   dealing with that.  And today, that would be -- that's Joe

14   third door on the left?

15      A    I would say that's pretty accurate, yeah.               12:24

16      Q    Okay.

17      A    There was -- it took awhile for people to really

18   recognize the level -- the level of need for someone to

19   really be in watching security all the time, not just a,

20   okay, we're going to put it in place and we're done, but        12:25

21   realize oh, my gosh, this is an ongoing thing that we

22   really have to constantly monitor.

23      Q    And if the CIO's office on a college has an

24   accessibility person who's job it is to really monitor and

25   stay on top of what's going on with the accessibility           12:25



1  that's within the purview of the CIO's office, would that

2  lead to, perhaps, a similar kind of result in terms of

3  heightening accessibility?

4       MR. MORTON:  That's vague and calls for

5  speculation.  Go ahead.                                      12:25

6       THE WITNESS:  That is the theory.  That is the

7  hope for those folks who are looking at this possible

8  marriage between accessibility and security.  The hope is

9  that it will -- well, also raise an awareness to that

10  level of how important it is.                                12:26

11  BY MR. GOLDSTEIN:

12      Q    And have you witnessed in the IT security field

13  more training and education of staff as to what's required

14  and their responsibility for that?

15      A    So just so I'm understanding the question, I'm    12:26

16  going to rephrase.  So over time, yes, there's been an

17  increase in training and an increase in the recognition of

18  the need for training.  Was that the question?

19      Q    Yes.

20      A    Yes.  Then I would say yes, that is certainly --   12:26

21  certainly true.  And also, I think that as awareness has

22  increased about the issue and the importance of the issue,

23  that there has been more interest in voluntarily going to

24  trainings and conferences where they can get that

25  training.                                                    12:26



1          MR. GOLDSTEIN:  Let me suggest since it's

2   12:30 -- how do you think the photocopying is coming at

3   this point?

4          MR. MORTON:  I'll find out.  I would think it

5   would be done.                                          12:27

6          MR. GOLDSTEIN:  Because if it were, then this

7   would be a good time to take a lunch break and go through

8   what's there to speed things up in the afternoon.

9          MR. MORTON:  Sure.  Yeah.  How much further do

10  you think --                                            12:27

11         MR. GOLDSTEIN:  Why don't we go off the record

12  for --

13         MR. MORTON:  We're still on the record.

14         MR. GOLDSTEIN:  Yeah.

15         THE VIDEOGRAPHER:  Off the record.  The time is   12:27

16  12:26 p.m.  This ends disk number one.

17         (Whereupon a short break was taken from

18         the proceedings.)

19         THE VIDEOGRAPHER:  This is the beginning of disk

20  number two.  We're on the record.  The time is 12:38 p.m.  12:39

21         MR. GOLDSTEIN:  All right.

22  BY MR. GOLDSTEIN:

23     Q    Let me -- I have so much of a pigpen of exhibits.

24  Let me -- let me just show you what's been marked as

25  Exhibit 4 which is a -- marked as a talk on talking to    12:39



 1   faculty.

 2           (Whereupon Exhibit 4 was marked for

 3           identification.)

 4   A      Uh-huh.

 5   Q      And let me get a copy of which I've seemed to          12:40

 6   misplaced.  And this was a talk you gave about a year ago?

 7   A      Correct.  I believe it was at last year's

 8   Accessing Higher Ground conference.  I think it was last

 9   year, maybe the year before.  No.  It says 2016, so I

10   guess it was last year.                                       12:40

11   Q      And could you describe in general terms what --

12   what your message was in this talk?

13   A      Certainly.  So in essence, what I was talking to

14   the other folks who are interested in speaking to faculty

15   about accessibility was basically the lessons learned that   12:40

16   I kind of went through this process of starting out that

17   it's the right thing, let's do this, it's the law, we've

18   got a big stick if you don't do this, and then really

19   finally ended up recognizing that the message that was

20   likely to have the biggest impact was showing faculty what   12:41

21   was in it for them.

22           I mean, Adam Smith enlightened self-interest.

23   It's all about, you know, this is not just good for the

24   students, it's good for you, it's going to save you time,

25   it's going to make your life easier.                          12:41



1        And what I found was that the faculty really

2    responded to that message.  I mean, literally practically

3    overnight, I went from doing trainings where I would have

4    maybe 10 to 15 very gung ho, dedicated, idealistic

5    individuals who wanted to be part of it to faculty members    12:41

6    who literally -- and I will verbalize the visual because

7    it is kind of important to understand.

8        They would start with their arms cross and their

9    head down and a scowl on their faces.  And slowly over the

10   presentation, their arms would relax, their looks would      12:42

11   start to come up.

12       And then by the end of the presentation, they

13   would be pointing at the screen and coming forward and

14   leaning forward and saying well, what about this, what

15   about this, oh, my gosh, and that's how you do that, and      12:42

16   they were so excited.

17       And I realized that was a message that really

18   worked, not just yes, this is good for your students, but

19   it's also good for you as a faculty member.

20   Q    When you say it's also good for you as a faculty         12:42

21   member, was that in part because the steps you were

22   talking about in making a more accessible classroom

23   benefitted the students without disabilities?

24   A    That was part of it.  So actually, there were two

25   prongs in this particular message.  Part of it was how to     12:42



1  make faculty get excited about making accessible
2  documents.

3          And that was following what I call the LIST,
4  L-I-S-T, which is an acronym that I use to help them
5  remember how to making an accessible document, but also          12:43
6  the idea that universal design for learning is a concept
7  that really intrigues a lot of the faculty.

8          The recognition that, wow, maybe there are simple
9  things that I can do that actually improved learning for
10  all of my students.  It's a real nexus between                   12:43
11  accessibility and basic skills.

12          And that was the part -- the universal design
13  part of it.  But this is a related two-part talk about
14  universal design as well as making the benefits clear for
15  making documents accessible.                                      12:43

16          And as part of the universal design, I -- and I
17  believe this will be handed to you on your thumb drive
18  possibly in multiple versions which I apologize for once
19  it's printed because it's in a number of the folders, I
20  believe.                                                          12:43

21          But the idea of taking a learning styles profile
22  which gives faculty the opportunity to have kind of an
23  ah-ha experience that maybe the way that they're teaching
24  is that they're teaching to themselves because they're
25  teaching in a way that works best for them for learning          12:44



1   and that maybe other people learn differently.

2          And when they kind of see how their colleagues

3   actually learned in different ways, people they respect,

4   people they admire in some cases, that they actually --

5   different things work for them, it broadens their          12:44

6   perspective to maybe be a little more inclusive, a little

7   bit more willing to try new things.

8     Q    Let me just unpack that to make sure I understand

9   it maybe with an example.  A video that's captioned may

10  benefit not only the person who's deaf or hard of hearing, 12:44

11  but it might also benefit somebody who is not a visual

12  learner as much as they are in learning from words.

13    A    So --

14    Q    Sorry.  Go ahead.

15    A    So yes.  In essence, there have been a number of   12:45

16  studies that have shown that when anybody is learning new

17  vocabulary, that they're aided by being able to see and

18  hear that vocabulary at the same time.

19         So one of the things that captions do for you is

20  they allow you to actually see the word that's being      12:45

21  spoken.  And especially in an educational context, if

22  you're talking about, say, Australopithecus and you've

23  never seen that word before, you may be thinking Australo

24  what?

25         But being able to see it and hear it at the same   12:45



1   time really increases the educational benefit.  And there

2   were quite a few studies that were done a number of years

3   ago, and then they were actually replicated again fairly

4   recently with exactly the same results that it really

5   improved retention, it improved ability to comprehend what    12:46

6   was being done.

7         But in addition, when we're talking about digital

8   media, if you've got a transcript -- because if you -- if

9   you have captions on your video, it means you also have a

10  transcript.                                                   12:46

11        And you post that transcript as well, then it

12  allows your students for whom English is their second

13  language to take that transcript, use Google translate,

14  translate it into their primary language.

15        If they've downloaded it after it's been time         12:46

16  stamped, it also means that you can search it, and you can

17  see oh, okay, you talked about osmosis at four minutes 22

18  seconds, so I don't need to watch this whole video.  I

19  just, boom, go right there to where I need to be.

20        So it has a huge amount of added value when we're     12:46

21  talking about making things in an accessible way.  It

22  really is about that universal access and -- especially

23  for our basic skills student, it makes a huge, huge

24  difference.

25     Q    All right.  Let's take a look at Exhibit 5.         12:47



1      A    This is the one with the good picture.  I like

2    that picture.  It's when I'm snow shooting.

3           (Whereupon Exhibit 5 was marked for

4           identification.)

5      Q    I'll have to ask you about that later because I      12:47

6    need to learn to snow shoot.

7      A    It's a lot of fun.

8      Q    What is Exhibit 5 besides a good picture?

9      A    So this was actually -- gosh, this was a number

10   of years ago when I -- I did a presentation for 3Play      12:47

11   Media.  3Play Media is a captioning company that also does

12   a really nice job of providing a lot of free resources.

13          They are a paid service, but they also provide

14   free services in the form of webinars that they host, and

15   they bring in different speakers.  And it's not been      12:48

16   uncommon that they've asked either myself or one of my

17   faculty members to do presentations for them.

18          This one was quite awhile ago.  This was -- gosh,

19   this had to have been at least five -- maybe longer than

20   that.                                                     12:48

21     Q    I believe the interview is dated February 4,

22   2013.

23     A    2013.  Okay.  So -- wow.  I've slept a lot since

24   then.  Seriously, I look at these things and it feels like

25   they're 20 years ago and it wasn't that long ago.         12:48



1    Q    I wanted to ask you about some of the statements

2    in this.  If you turn to the second page --

3    A    Uh-huh.

4    Q    -- about halfway down, you're asked about

5    accessibility policies, and you state in -- starting with        12:48

6    the second sentence of your -- well, start with the first

7    sentence.

8         Your answer starts I think whenever you're

9    looking at the question of policy, you have to look to

10   campus culture.  You can have the best policy in the            12:49

11   world, but if nobody's following it and taking it down to

12   the level of implementation, it doesn't do you any good.

13        So you need to have a policy that works so that

14   you can actually develop procedures around and assign

15   individual job tasks.  Is that a view you still hold            12:49

16   today?

17   A    Yes.  Pretty well-articulated, too.

18   Q    You go on to say that I think it's good to have a

19   general overall policy because you're going to get more

20   traction or -- on actually creating accessibility,              12:49

21   especially if you have buy-in from top administration.

22        We've had a lot of feedback from people who try

23   to work bottom-up, and it doesn't really tend to work very

24   well.  Is that a view you also still hold today?

25   A    Yes.  And, in fact, I only know a couple of                12:50



1  situations where there was kind of grassroots bottom-up

2  that ended up eventually moving to the level of raising

3  enough awareness that the administration actually came on

4  board.

5       And I think -- I think it had to do with the fact    12:50

6  that there was a very receptive person at the top, and it

7  was sort of an overall part of -- that desire to be

8  inclusive was already an overall part of the campus

9  perspective.

10      But in general, it doesn't tend to work very          12:50

11  well, especially if you're bucking the trend on the rest

12  of the campus.

13     Q    Now, there was a question asked you about

14  reactive versus proactive captioning --

15     A    Uh-huh.                                            12:51

16     Q    -- in which you recommend the usage analysis.

17     A    Uh-huh.

18     Q    Do you see that?

19     A    Can you give me a page number, please?

20     Q    Sure.  I'm sorry.  It's in the middle of page      12:51

21  three.

22     A    Okay.  Uh-huh.

23     Q    Taking that beyond the issue of captioning to the

24  broader question of accessible technology, do you

25  recommend a usage analysis as one of the steps for        12:51



1    remediation plan?

2            MR. MORTON:  The question's vague.  Incomplete.

3    Go ahead.

4            THE WITNESS:  In general, I would say that you

5    always want to assess where you are before you make a plan          12:51

6    for moving forward.  It's kind of like if you're traveling

7    and you're lost, if you don't know where you are, you

8    really can't get to where you want to be.

9            So the thing with -- particularly in the

10   captioning issue with the risk analysis and the usage             12:52

11   analysis is looking at where you want to start.  Not that

12   you'd want to completely ignore things that are not used

13   that often, but you want to start with the things that are

14   used all the time.

15           So one of the reasons that I encourage campuses           12:52

16   when it comes to technology is to ensure that you have

17   NVDA on all campus PCs.  At least you've got some level of

18   access.  And then if the student says, you know, I need a

19   greater level of access in this situation, then you can

20   come in and you can add JAWS into the mix.                         12:52

21           The problem with -- the one problem with sort of

22   the usage analysis and the one downside to that is

23   sometimes people can interpret that as well, we have more

24   students who are in wheelchairs or we have more students

25   who have learning disabilities.  Therefore, we should             12:53



1   ignore the low-incidence populations.

2          And I don't want it to be misconstrued in that

3   way because that would never be my intention.  But if

4   you're looking at in terms of serving the needs of that

5   low-incidence population, then I'm going to look at where      12:53

6   are the services that we know they're going to need and be

7   proactive there.

8          So for instance, the library.  Everybody needs

9   the library, so you've got to have some accessible work

10  stations in the library.  Everybody has to take math, so     12:53

11  you're going to have to have some accessible work stations

12  there.  You're going to have to have accessible work

13  stations in your English lab.

14         Now, if you have some sort of obscure astronomy

15  lab that, you know, hardly anybody takes, then I'm going      12:53

16  to put them a little bit lower down the list than I am the

17  library for the math lab or the English lab just because

18  of the fact that we may be able to respond more quickly in

19  that limited situation.

20         We're certainly not going to be able to respond       12:54

21  quickly in all of those situations, so be proactive about

22  the ones we know we're going to need, and then put the

23  others a little lower on the list.

24     Q   So from what you said, I think I may have jumped

25  to step two which is what do you address first, and I take    12:54

1  it then step one is doing an audit of the educational

2  software you have or a survey of the educational software

3  you have to see what's accessible and what's not; is that

4  correct?

5       A    That is correct.  And also similarly with web      12:54

6  pages, websites would be the same idea, yes.

7       Q    And then in terms of remediation in addition to

8  usage, you might look at, say, for example, when a license

9  for a particularly expensive piece of software is going to

10 expire or we have a blind student who wants to be an          12:54

11 astronomy major, it would be a multifactors analysis to

12 come up with a remediation plan; correct?

13      A    Correct.  And one of the things that I always

14 encourage campuses to do is look for the natural cycles

15 that already exist.  So you gave the example of a license     12:55

16 that might be expiring.

17           You know, that's the perfect time then to take a

18 look at, okay, we gotta renew this license.  Now let's

19 look at accessibility as part of that.

20           Courses go through a review process.  I can never   12:55

21 remember the timeline.  I believe it's every five years.

22 It might be every seven years.  I don't know why some

23 things just don't stick in my brain, and that one doesn't.

24 Five?

25           So that's the perfect time then to look at the      12:55



```
 1   accessibility for that course.  And so the more that kind

 2   of process can be built into the workflow that you already

 3   have, the better.

 4          I learned a lot a number of years ago by

 5   listening to Fred di Fiore who was the first Section 508     12:56

 6   coordinator for the U.S. Patent and Trademark office, and

 7   he really talked about the necessity of piggybacking on

 8   what already worked and, you know, finding those places

 9   where it works and we can add now this one more thing.

10   Q    Well, I had a follow-up question, but it -- the       12:56

11   good news is it has completely exited my pea brain.

12   A    Your question has left the building.

13   Q    My question has left the building.

14          MS. BARBOSA:  I'd want to take a break now.  It's

15   been about 20 minutes.                                      12:57

16          MR. MORTON:  Let's just -- you know, when it gets

17   here, it gets here.  I told her to bring it in here.

18          MR. GOLDSTEIN:  Oh, you told her to bring it in.

19   Okay.

20   BY MR. GOLDSTEIN:                                           12:57

21   Q    So I'm going to show you what's been marked as

22   Exhibit 6.

23          (Whereupon Exhibit 6 was marked for

24          identification.)

25   Q    And I will tell you that this entire presentation      12:57
```



1    had the lovely color of the first page, but my printer did

2    not.  And so it gets a bit more impressionistic in looking

3    like a sunset as you go through it.  Do you recall what

4    year you gave this workshop?

5         A    I'm trying.                                        12:57

6              (The witness is reviewing the

7              document.)

8         A    It has to be at least four years ago because Ron

9    Stewart is no longer with us.  He's passed away.

10        Q    I didn't know that.                                12:58

11        A    You didn't know that?  Oh, yeah.  He's got

12   dementia.  And it happened very quickly, very quickly.

13   And Greg Kraus who is actually one of the instrumental

14   people has moved into a private sector.  So yeah, it's

15   just Carol and me now leading the charge here.              12:58

16             So I believe it's been at least -- oh, wait.  It

17   says it right here.  Longer than that.  2011.  Oh, wow.

18   That's a really long time ago.

19        Q    Okay.

20        A    So six years ago.                                 12:58

21        Q    And I think the only thing that -- that I printed

22   was your first presentation and not your --

23        A    Not my section five.  You know, what's really sad

24   here is that in six years, a whole lot here has not

25   changed a lot.                                              12:59



1    Q    Well, you anticipated the question I was going to

2    ask you.

3    A    Actually, the one thing that has changed, I'm not

4    sure that it's for the better, is that the DAISY format

5    never really took off except for Bookshare or Ally who          12:59

6    used the DAISY format.  It never -- never really caught on

7    to the colleges to the extent that I certainly hoped it

8    would.

9    Q    Now, you mentioned this earlier in terms of EPUB

10   3.  Isn't EPUB 3 actually sort of an umbrella of a number      12:59

11   of formats, one of which is DAISY?

12   A    I don't know if it's quite accurate to

13   characterize it as an umbrella of a number of formats.  It

14   really is one format.  It's just it has a lot of parts of

15   it that are still optional.                                      01:00

16        And DAISY -- the specifications for the DAISY

17   standard are some of the parts that are optional.  There

18   are some other multimedia overlay type things that are

19   also optional, but it really is one standard.  It's just

20   you don't have to implement the entire thing.                    01:00

21   Q    Okay.  We better not, I think, for all of the

22   paper -- all the trees I destroyed, that was really the

23   only -- oh, in here, you mentioned CourseSmart.  And

24   CourseSmart is now VitalSource; is that correct?

25   A    Correct.                                                    01:00



GAEIR DIETRICH                                          November 06, 2017
ROY PAYAN vs LOS ANGELES COMMUNITY                              103

1    Q    And both of those are single words, CourseSmart

2    with a capital C capital S but no space, and VitalSource

3    is capital V capital S with no space.

4    A    You know that has a name.  It's camel case.

5    Q    Camel case?                                      01:01

6    A    Because it's like a camel.

7    Q    With a hump.

8    A    With a hump.

9    Q    I call that laziness.  And VitalSource is a big

10   commercial source of --                              01:01

11   A    E-books.

12   Q    -- e-books that are generally in an accessible

13   format.

14   A    Generally, yes.  The one downside with

15   VitalSource is that you do need to use it in their     01:01

16   interface which is actually generally fine for individuals

17   who are blind and vision impaired, but has some drawbacks

18   for individuals who have learning disabilities.

19   Q    Uh-huh.

20   A    Not that that's under discussion, but just       01:01

21   saying.

22   Q    Good to know.  Let's look at Exhibit 7 which is

23   entitled Universal Accessibility for Student Services.

24        (Whereupon Exhibit 7 was marked for

25        identification.)                                 01:02



1          MS. BARBOSA:  Did you say six?

2          MR. MORTON:  Seven.

3          MR. GOLDSTEIN:  Seven.

4          MS. BARBOSA:  Seven.

5    BY MR. GOLDSTEIN:                                      01:02

6      Q    To whom did you make this presentation and when?

7      A    Well, apparently, I did it in April of 2017.  And

8    in all honestly, I would have to check my records to see

9    to whom this one was presented.

10         Basically, the way that I work is I have a whole    01:02

11   lot of -- I shouldn't say a whole lot of -- I have a

12   number of standard presentations that I do, and then I

13   always attempt to customize them specifically for the

14   campus that I'm presenting to depending on what their

15   needs are.                                               01:03

16         Reminds me a lot of one that I did in -- to

17   Ohlone, but I'm guessing that I may have also done it to

18   one of the LA colleges but I'm not sure which one.

19     Q    And if you need a moment to look, but I was just

20   going to ask you whether the views you expressed in this   01:03

21   power point dealing with accommodations versus access --

22   well, dealing with accommodations versus access, is that a

23   view that you still hold?

24     A    Yes.

25     Q    And in here, you discuss the 508 refresh; is that   01:03



1  direct?

2    A    Correct.  Although, I think at this point when I

3  did this presentation, it had just come out -- the refresh

4  had just come out, and so there are -- the functional

5  criteria is not exactly 100 percent accurate because        01:04

6  that -- they did not end up going strictly functional with

7  the refresh.  They actually ended up going with the WCAG

8  2.0 standard which are not purely functional.

9    Q    That's WCAG 2.0 is WCAG.

10    A    But otherwise, certainly the sentiments are the     01:04

11  same, but some of the details might be a little bit

12  different because of that.

13    Q    I think you also express a view in here that

14  accessibility saves money for colleges; is that correct?

15    A    Yes.                                                01:04

16    Q    And is that still your view?

17    A    Yes, in the long run.  There's certainly going to

18  be front-end work that has to be done.  Now, the one

19  exception to that is captioning.  Captioning is expensive,

20  it is time consuming.  There's no question about that.      01:05

21         But if you're looking at the technology,

22  certainly following Section 508 procurement process, it's

23  definitely going to save you time and money.  And

24  honestly, campuses will make better purchasing decisions.

25         When I make these presentations to the purchasing   01:05



1    folks, that's one of the things that they get excited

2    about is they know that it will make for better buying

3    decisions on the campus.

4        Q    Saves on attorneys' costs, too.

5        A    It does.  I make that point, as well.                  01:05

6        Q    Mr. Morton and I don't think that's a plus.  Let

7    me show you what's been marked as Exhibit 8.

8            (Whereupon Exhibit 8 was marked for

9            identification.)

10       Q    And you probably haven't seen this in a long        01:05

11   time.  This is from 2003 --

12       A    Oh, was this the -- was this the conference?

13       Q    Yes, with Anil Lewis and others.

14       A    Yes.

15       Q    At the National --                                    01:06

16       A    At the National Federation, yes.  I was told I

17   was did really well because somebody in the back honked

18   his horn, like, three times.  And they told me they hadn't

19   heard a three-honk presentation in a long time.

20       Q    Oh, what you're talking about is -- I'm             01:06

21   forgetting his name, but --

22       A    I didn't know who it was, but apparently, he's

23   infamous.

24       Q    Yes.  He's a blind guy from Hawaii who has a conk

25   shell that he blows.                                            01:06



1      A    Is that what it is?  It was very loud.  Very

2    impressive.

3      Q    And I always figure I've done a really successful

4    talk if I get two blows of the conk shell.  So I'm jealous

5    that you got three.                                        01:06

6      A    Apparently I got three.

7      Q    Yeah.

8      A    I didn't even know what a big deal it was at the

9    time.

10     Q    You know, I'm guessing 2003 because of the          01:06

11   110903, but I suppose it could be the other way around.

12   It could be 2011.  Do you know when you --

13     A    It had to have been 2011 --

14     Q    Okay.

15     A    -- because it was while I was still chairing the    01:07

16   commission.

17     Q    Okay.

18          MR. GOLDSTEIN:  I spoke over her, but AIM

19   Commissioning.

20          THE REPORTER:  Aim?                                 01:07

21          MR. GOLDSTEIN:  A-I-M, yes.

22   BY MR. GOLDSTEIN:

23     Q    So on the second page of this, you say I

24   developed a three-day training for the California

25   Community Colleges because when I started ten years ago,   01:07



1  we were training alternate media specialists to create

2  Braille with a wonderful program called Duxbury.

3       Is it the case then that since 2001, you have

4  been training people at the California Community Colleges

5  on braille?                                              01:07

6     A    Correct.

7     Q    Have you also since 2001 been training people at

8  the California Community Colleges on accessible

9  technology?

10    A    Correct.                                         01:08

11    Q    Okay.

12    A    Dan, I think your retirement project, should you

13  choose to accept it, is to come and learn to read braille.

14    Q    On the -- in this -- or in your statement, you

15  also make reference to the AIM Commission.  That was the  01:08

16  United States Commission on accessible instructional

17  materials in post-secondary education; is that right?

18    A    Correct.

19    Q    And you were the chair of this commission; is

20  that correct?                                           01:08

21    A    Correct.

22    Q    And this was a commission that was created by

23  congress when it renewed the -- the Higher Education

24  Opportunity Act?

25    A    Correct.  We were tasked with writing a report on  01:08



1   accessible instructional materials.

2       Q    And this commission had in addition to persons

3   with disabilities and persons from the Department of

4   Education, persons from the academic world; correct?

5       A    Correct.                                        01:09

6       Q    And it also had publishers.

7       A    Correct.

8       Q    And people involved in technology.

9       A    Correct.

10      Q    In -- and the report of the AIM Commission came   01:09

11  out in, what, late 2011?

12      A    Correct.  It may have actually been pushing into

13  2012.  We -- the commission originally was tasked with a

14  year.  I believe it actually took us 18 months, I believe,

15  if I remember correctly.                                  01:09

16      Q    Okay.  And in your statement here on page --

17  well, it's 12 of 16 down on the lower left-hand corner.

18      A    Uh-huh.

19      Q    You say in particular, the commission has been

20  asked to look at the issue -- issues of timely delivery    01:10

21  and quality.  Do you see that?

22      A    Yes.

23      Q    Why were these issues of particular interest to

24  the commission?

25           MR. MORTON:  That may call for speculation.  But  01:10



1   to the extent you can respond, go ahead.

2          THE WITNESS:  I'm just taking a moment to think

3   back.  So at the time, there was a recognition that we

4   could create a perfect alternate format, but it would not

5   necessarily be done in a timely way.                    01:10

6          Or we could take -- we could create something --

7   especially at that time, technology has improved for

8   optical character recognition and scanning, but we could

9   create something very timely, but it might not be that

10  accurate because there could potentially be a lot of     01:11

11  errors in it.

12         So the focus there was on how we could improve

13  that equation, how we could ensure that things became more

14  timely and also more accurate.

15  BY MR. GOLDSTEIN:                                        01:11

16     Q    Because both of those were critical to --

17     A    They're both critical.  Sorry.

18     Q    To equally effective communication.

19     A    Correct, yes.  Sorry.

20     Q    Okay.  You were talking earlier today about the  01:11

21  limitations of what the Disability Student Services office

22  can do.

23     A    Correct.

24     Q    On this same page, you say in the last full

25  paragraph from the bottom, unless digital materials are   01:12



1  created with accessibility in mind from the beginning,

2  there is no way for us to retrofit them.  Do you see that?

3      A    Uh-huh, correct.  Yes, I do.

4      Q    And is that still your view of the challenge that

5  universities face?                                          01:12

6      A    Quite honestly, I'd say it's even more true

7  today.  We weren't dealing with as much learning software

8  at that time as we are now.  We were focused a lot more

9  simply on books and instructor-created materials.

10         But the bottom line is if the campus is using      01:12

11  technology, we can't go in and hack that and fix it if

12  it's not already accessible out of the box.

13     Q    So in your view, a college that does not take a

14  programatic approach to access will face larger challenges

15  with the passage of time; is that correct?                 01:13

16         MR. MORTON:  Well, that's argumentative.  No

17  foundation.  Go ahead.

18         THE WITNESS:  I would -- I would say that if --

19  if campuses do not consider the accessibility of their

20  digital assets, whatever they might be, when they are      01:13

21  first deploying those assets, they could potentially have

22  problems in the long run.

23         And -- and in that way, it's very similar to the

24  security issues where if security is not deployed on the

25  campus, you could have problems in the long run.           01:13



1   Accessibility is really the same sort of thing.

2       Q    Is there more technology on campus today than

3   when the AIM Commission report came out?

4       A    I would say that there is more technology that is

5   being used in the learning environment.  Not necessarily      01:14

6   more technology, but we do have a lot more specialized

7   learning technology now than we did at that time.

8           Certainly, we did not have the proliferation of

9   the learning modules and the online courses even were

10  fewer back then.  It was not something that was quite as       01:14

11  universal as it is now.  It's just starting.

12      Q    At the end of that paragraph, you say, quote,

13  that is not a technological challenge; that is a human

14  consciousness challenge.  Do you see that?

15      A    I do.                                                  01:14

16      Q    And the "that" which you refer to is the

17  accessibility of educational software; correct?

18      A    And the issue of designing something with

19  accessibility in mind from the outset.

20      Q    Okay.  Is it still your view that the challenge       01:15

21  to be faced here is not a technological one, but a human

22  consciousness challenge?

23          MR. MORTON:  Object.  Incomplete hypothetical.

24  Go ahead.

25          THE WITNESS:  Yes, I think that it is essentially      01:15



1  a human challenge.  We certainly have the technological

2  capability to make many things accessible.  I won't say

3  everything.

4          There's -- certainly we have borders of

5  accessibility as we do with, you know, the leading edge of     01:15

6  anything, but a lot more of the learning software, a lot

7  more of the technology that we use could be accessible if

8  there were recognition of the need for it.

9          One of the things that I'm particularly concerned

10 about is the fact that when I talk to people who have gone     01:15

11 through engineering school, who have gone through

12 industrial design school, who have gone through web

13 accessibility -- I mean, not web accessibility, but web

14 design courses, they'll tell me oh, yeah, we had a

15 20-minute lecture on accessibility, and that's not going     01:16

16 to work to actually make us have a huge change here.

17         Accessibility needs to be something that's

18 considered right from the beginning just like an engineer

19 would never ignore the structural capacities of their

20 materials when they're designing something.                   01:16

21         They need to be thinking about the accessibility

22 in that same way as part the initial design challenge, not

23 as an afterthought.  And I hear too many companies or --

24 have reporting from people talking in these companies

25 saying oh, yeah, we'll deal with accessibility later.         01:16

1        That just doesn't work because some of these

2    things we simply cannot retrofit.  It has to be designed

3    from the beginning.  And that is the goal of Section 508.

4    The whole goal of Section 508 is to use the buying power

5    of the Federal Government to encourage a more accessible       01:17

6    society.  That's why it was written the way it was

7    written.

8    BY MR. GOLDSTEIN:

9        Q    Would it be a fair analogy to what you're

10   describing about why it doesn't work to build in             01:17

11   accessibility later to build a skyscraper of 25 stories

12   and then go an elevator?

13       A    That would be a good analogy.  And, in fact,

14   you've seen -- I've seen some very interesting things in

15   Europe that they've designed that are very attractive        01:17

16   where they had to put them on the outside of buildings

17   because it's too late, it's done, it's now you've gotta go

18   back in and -- it's always more expensive, it's more time

19   consuming, and more difficult when we have to retrofit.

20       Q    So --                                               01:17

21            MR. GOLDSTEIN:  I'm sorry.  Can you read that

22   last bit of -- the answer before the elevator question?

23            THE REPORTER:  I don't know where to start.  Her

24   answer was really long.  That is the goal of Section 508.

25   The whole goal of Section 508 is to use the buying power     01:17



 1   of the Federal Government to encourage a more accessible

 2   society.  That's why it was written the way it was

 3   written.

 4          MR. GOLDSTEIN:  Okay.  Let me suggest at this

 5   point that we go ahead and take the lunch break while          01:19

 6   we're still waiting for the materials because I think at

 7   this point I need to review -- well, thank you for

 8   reminding me.

 9          I think we ought to go ahead and take the break

10   so I can review my notes and see what else I need to ask       01:19

11   you.

12          THE VIDEOGRAPHER:  Off the record.  The time is

13   1:19 p.m.

14          (Lunch recess.)

15          THE VIDEOGRAPHER:  Good afternoon.  We're back on       02:30

16   the record.  The time is 2:29 p.m.

17   BY MR. GOLDSTEIN:

18      Q    Ms. Dietrich -- sorry.  I've done that more than

19   once today.

20      A    That's okay.                                            02:30

21      Q    I want to show you what has been marked as

22   Allbritton Exhibit 9.

23      A    Uh-huh.

24          (Whereupon Exhibit 9 was marked for

25          identification.)                                         02:30



 1      Q    And I'll ask you if you recognize that document.

 2      A    I do.

 3      Q    And these are the guidelines from the

 4   Chancellor's Office from 2000 for producing accessible

 5   printed -- instructional printed materials; is that        02:30

 6   correct?

 7      A    Correct.

 8      Q    And did you play any role in the preparation of

 9   this document?

10      A    Actually, I did not.  This was completed right     02:31

11   before I was hired.  Because after they completed this,

12   they recognized that they needed to provide training for

13   all of the brand new alternate media specialists, and that

14   is what I was hired to do originally.

15      Q    Okay.                                               02:31

16           THE WITNESS:  Oh, I'm sorry.

17           THE VIDEOGRAPHER:  Thank you.

18   BY MR. GOLDSTEIN:

19      Q    I want to direct your attention to some

20   highlighted things in this report.  If you would look in    02:31

21   the highlighting -- I should say has been done by lawyers

22   for the plaintiffs -- at the bottom of page one, there's

23   language highlighting that the three basic components of

24   effective communication include timeliness of delivery,

25   accuracy of the translation, and provision in a matter and  02:32



1    medium appropriate to the significance of the message, and

2    the abilities of the individual with the disability.

3         Is that -- are those principles ones that you use

4    in performing your job?

5    A    Yes.                                                  02:32

6    Q    This document goes on to quote from OCR that with

7    respect to libraries, any resources the libraries --

8    library makes available to nondisabled patrons must be

9    made accessible to blind patrons.  Do you see that

10   language, too?                                             02:33

11   A    I do.

12   Q    And is that also something that guides the work

13   that you do?

14   A    It does.  And I have to say that I don't believe

15   that outside of the UC Berkley settlement that it's been   02:33

16   implemented very well in most cases.  But yes, it is one

17   of the things that I believe in.

18   Q    Further down the page, there is a statement

19   that -- that OCR points out that the courts have held that

20   a public entity violates its obligations under the ADA     02:33

21   when it only responds on an ad hoc basis to individual

22   request for accommodation.  Do you see that language?

23   A    I do.

24   Q    And is that also a principle that guides the work

25   that you do?                                               02:33



1    A    It is.

2    Q    And from a pragmatic point of view, what are the

3    shortcomings when an institution only responds on an ad

4    hoc basis?

5         MR. MORTON:  No foundation, but go ahead.          02:34

6         THE WITNESS:  Well, in the first place, you need

7    to have a method of administration for compliance with the

8    law.  And in regarding alternate formats, this is work

9    that is very skilled and takes a good deal of time to

10   learn how to do well.                                   02:34

11        And if the expectation is that the student will

12   come in and request an alternate format and receive an

13   alternate format, that is not really realistic.  There

14   needs to be a plan in place, there needs to be a trained

15   personnel in place.  So it really don't work responding in  02:34

16   an ad hoc basis.

17        Captioning is a very expensive -- the other thing

18   is when you respond in an ad hoc basis, it's very

19   expensive.  Particularly with captioning, if you have to

20   have something rushed captioning, it very expensive.  So  02:34

21   not a good plan.

22   Q    Let's turn to page four under the heading of

23   basic principles.

24        (The witness is complying.)

25   Q    And the first one that appears is colleges should  02:35



```
 1  establish procedures for responding in a timely manner to
 2  requests for materials in alternate media.  Do you see
 3  that?
 4      A    I do.
 5      Q    And is that a principle that you apply in the          02:35
 6  training you provide to colleges?
 7      A    Absolutely.
 8           MR. MORTON:  Hang on a second.  This line of
 9  question's been asked and answered.  We're just re-plowing
10  old ground here just for the record.                           02:35
11           THE WITNESS:  Yes.
12           MR. GOLDSTEIN:  You can go ahead and answer.
13           MR. MORTON:  She did answer, yeah.
14  BY MR. GOLDSTEIN:
15      Q    I'd like to -- I'm going to go on to Exhibit 2A.      02:36
16  Excuse me a moment.  And this is part of -- let me back
17  up.  This morning, we said that be would print out the
18  documents that were on the thumb drive you provided us in
19  response to the subpoena.
20           We have -- through the kindness of Mr. Morton and     02:37
21  his staff, we have an impressive printed stack of what was
22  on that thumb drive.  And we are marking that as
23  Exhibit 2.
24           (Whereupon Exhibit 2 was marked for
25           identification.)                                      02:37
```



1          MS. BARBOSA:  2A.

2          MR. GOLDSTEIN:  I think we are marking what was

3    brought in response to the subpoena as Exhibit 2.  I've

4    pulled two items out of Exhibit 2, one of which I'm going

5    to mark -- or is marked as Exhibit 2A.                    02:37

6          (Whereupon Exhibit 2A was marked for

7          identification.)

8    BY MR. GOLDSTEIN:

9      Q    And is that your current biography?

10     A    Yes.                                               02:37

11     Q    Okay.  One of the -- in your modesty, one of the

12   things that's not addressed there is your educational

13   background and any training you've had with respect to

14   accessibility.  Can you give us a short precis of that?

15     A    Well, so my actual educational background is in   02:38

16   an unrelated field except for approximately -- I think

17   ten -- I'm trying to remember how many, and I honestly

18   don't remember -- around ten units of upper division or,

19   rather, master's-level work that I took at San Francisco

20   State on specifically how to work with individuals who are 02:38

21   blind or visually impaired, including how to do --

22          THE REPORTER:  Can you slow down.

23          THE WITNESS:  Sorry.  Coffee.  Including

24   orientation and mobility training and how to teach braille

25   and how to work with individuals who are blind or visually 02:38



```
 1   impaired.
 2          Beyond that, I have eight years of experience in
 3   the publishing industry which may have gave me the
 4   background in alternate media and alternate format
 5   production.                                              02:39
 6          I also learned to read and transcribe braille
 7   which gave me that background, as well.  And then since --
 8   let's see.  Pretty much self-taught in assistive
 9   technology.
10          And then since being in the position that I am    02:39
11   in, I've taken approximately 40 hours of actual coursework
12   and conference sessions on Section 508, Section 508
13   compliance.
14          I've also taken courses on copyright and on --
15   I've attended the information for the bar for the San    02:39
16   Francisco -- sponsored by a San Francisco Lawyer's
17   Association.  I'm not sure what the title of the group
18   was.
19          They had a two full-day presentation on copyright
20   as well that I've taken.  Yeah.  And over 25 years of    02:40
21   experience of working with folks who are blind and
22   visually impaired.
23          MR. GOLDSTEIN:  Thank you.
24   BY MR. GOLDSTEIN:
25     Q    And I'll show you what's been marked as Exhibit   02:40
```



```
 1   2B.

 2              (Whereupon Exhibit 2B was marked for

 3              identification.)

 4        Q    And could you tell me what this is?

 5        A    So this is a copy from our annual reports of the   02:40

 6   site visits, conference presentations, and -- yeah, site

 7   visits, conference presentations, and other activities

 8   that both I and the High Tech Center Training Unit have

 9   performed.  And it's marked and -- oh, gosh -- yeah,

10   almost all cases which of us performed the activities.         02:40

11        Q    Okay.

12        A    I'm sorry.  By us, I mean I or my staff.

13        Q    I have no further questions for this witness.

14        A    Oh.

15             MR. MORTON:  We're done.                             02:41

16             MR. GOLDSTEIN:  Okay.

17             THE VIDEOGRAPHER:  Would you like to --

18             MR. GOLDSTEIN:  Do anything about the reading and

19   signing and --

20             MR. MORTON:  Yeah, we should do a stipulation.       02:41

21   Do you want me to do it?

22             MS. BARBOSA:  Can we go for the three weeks to

23   get that turnaround time to sign it?

24             MR. MORTON:  Yeah.

25             MR. GOLDSTEIN:  Okay.                                02:42
```



```
1         MR. MORTON:  Let's stipulate to relieve the court
2    reporter of her responsibilities under the federal rules.
3    I'll see to it that the original transcript of the
4    deposition can be forwarded to me.
5         I will assume custody of it and make sure the        02:42
6    witness has an opportunity to review it, make any
7    corrections deemed necessary, and sign it under penalty of
8    perjury.
9         That we accomplish that task, including
10   notification to counsel of its signing and any changes or   02:42
11   corrections, within three weeks upon receipt -- three
12   weeks of receipt of the original transcript.
13        And if I'm not able to do it within that
14   timeframe, then a certified copy can be used as if it were
15   the original.                                             02:42
16        MS. BARBOSA:  So stipulated.
17        MR. GOLDSTEIN:  Great.
18        THE VIDEOGRAPHER:  This is the end of disk number
19   two.  We are off the record.  The time is 2:42 p.m.
20      (Deposition proceeding concluded at 2:42 p.m.)
21                          -o0o-
22
23
24
25
```



```
 1                REPORTER'S CERTIFICATION

 2

 3          I, KIEU PHAM, a Certified Shorthand Reporter, in

 4   and for the State of California, do hereby certify:

 5          That the foregoing witness was by me duly sworn;

 6   that the deposition was then taken before me at the time

 7   and place herein set forth; that the testimony and

 8   proceedings were reported stenographically by me and later

 9   transcribed into typewriting under my direction; that the

10   foregoing is a true record of the testimony and

11   proceedings taken at that time.

12

13          That before the conclusion of the deposition, the

14   witness has requested a review of this transcript pursuant

15   to Rule 30(e)(2).

16

17

18          IN WITNESS WHEREOF, I have subscribed my name

19   this 8th day of November, 2017.

20

21

22

23   _____

24          Kieu Pham, CSR NO. 13667

25
```



```
 1                  DEPOSITION ERRATA SHEET

 2

 3   Esquire Assignment No. J0672427

 4   Case Caption: Payan v. Los Angeles Community College

 5              District

 6

 7          DECLARATION UNDER PENALTY OF PERJURY

 8          I declare under penalty of perjury that I have

 9   read the entire transcript of my Deposition taken in the

10   above captioned matter or the same has been read to me,

11   and the same is true and accurate, save and except for

12   changes and/or corrections, if any, as indicated by me on

13   the DEPOSITION ERRATA SHEET hereof, with the understanding

14   that I offer these changes as if still under oath.

15          Signed on the _____ day of _____,

16   20_____.

17

18   _____

19   GAEIR DIETRICH

20

21

22

23

24

25
```



```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____ Line No._____ Change to:_____

 3   _____

 4   Reason for change: _____

 5   Page No._____ Line No._____ Change to:_____

 6   _____

 7   Reason for change: _____

 8   Page No._____ Line No._____ Change to:_____

 9   _____

10   Reason for change: _____

11   Page No._____ Line No._____ Change to:_____

12   _____

13   Reason for change: _____

14   Page No._____ Line No._____ Change to:_____

15   _____

16   Reason for change: _____

17   Page No._____ Line No._____ Change to:_____

18   _____

19   Reason for change: _____

20   Page No._____ Line No._____ Change to:_____

21   _____

22   Reason for change: _____

23

24   SIGNATURE:_____DATE_____

25              GAEIR DIETRICH
```



```
 1                    DEPOSITION ERRATA SHEET

 2      Page No._____  Line No._____  Change to:_____

 3      _____

 4      Reason for change: _____

 5      Page No._____  Line No._____  Change to:_____

 6      _____

 7      Reason for change: _____

 8      Page No._____  Line No._____  Change to:_____

 9      _____

10      Reason for change: _____

11      Page No._____  Line No._____  Change to:_____

12      _____

13      Reason for change: _____

14      Page No._____  Line No._____  Change to:_____

15      _____

16      Reason for change: _____

17      Page No._____  Line No._____  Change to:_____

18      _____

19      Reason for change: _____

20      Page No._____  Line No._____  Change to:_____

21      _____

22      Reason for change: _____

23

24      SIGNATURE:_____DATE_____

25                    GAEIR DIETRICH
```



1          DEPOSITION ERRATA SHEET

2    Page No._____ Line No._____ Change to:_____

3    _____

4    Reason for change: _____

5    Page No._____ Line No._____ Change to:_____

6    _____

7    Reason for change: _____

8    Page No._____ Line No._____ Change to:_____

9    _____

10   Reason for change: _____

11   Page No._____ Line No._____ Change to:_____

12   _____

13   Reason for change: _____

14   Page No._____ Line No._____ Change to:_____

15   _____

16   Reason for change: _____

17   Page No._____ Line No._____ Change to:_____

18   _____

19   Reason for change: _____

20   Page No._____ Line No._____ Change to:_____

21   _____

22   Reason for change: _____

23

24   SIGNATURE:_____DATE_____

25             GAEIR DIETRICH



| Exhibits | 1 |
|---|---|

672427 Gaei
r.Dietrich.
EXHIBIT1

672427 Gaei
r.Dietrich.
EXHIBIT2

672427 Gaei
r.Dietrich.
EXHIBIT2a

672427 Gaei
r.Dietrich.
EXHIBIT2b

672427 Gaei
r.Dietrich.
EXHIBIT3

672427 Gaei
r.Dietrich.
EXHIBIT4

672427 Gaei
r.Dietrich.
EXHIBIT5

672427 Gaei
r.Dietrich.
EXHIBIT6

672427 Gaei
r.Dietrich.
EXHIBIT7

672427 Gaei
r.Dietrich.
EXHIBIT8

672427 Gaei
r.Dietrich.
EXHIBIT9

-

-o0o-
  123:21

1
  10:6,7,11
10
  90:4
100
  62:3
  105:5
101
  25:4
110903
  107:11
114
  9:16,25
11:08
  50:5
11:26
  50:9
12
  109:17
12:26
  88:16
12:30
  88:2
12:38
  88:20
13
  70:24
13th
  70:18,20,
  21,25
14
  21:11
15
  25:4 90:4
16
  109:17

18
  109:14
1998
  68:1,10
1:19
  115:13

| 2 |
|---|

2
  11:6,8,9
  119:23,24
  120:3,4
2.0
  105:8,9
20
  11:23
  94:25
  100:15
20-minute
  113:15
2000
  116:4
2001
  108:3,7
2003
  106:11
  107:10
2010
  67:15
  68:10,19
2011
  101:17
  107:12,13
  109:11
2012
  109:13
2013
  94:22,23
2016

89:9
2017
  5:2,13
  85:7
  104:7
21050
  6:12
22
  93:17
25
  114:11
  121:20
262(c)
  11:23
2:17-cv-
01697-svw
  5:10
2:29
  115:16
2:42
  123:19,20
2A
  119:15
  120:1,5,6
2B
  122:1,2

| 3 |
|---|

3
  37:4,5
  38:3
  70:10,12,
  15 102:10
3play
  94:10,11

| 4 |
|---|

4

88:25
89:2
94:21
40
  34:23
  121:11
45
  71:14
45th
  5:12

| 5 |
|---|

5
  26:21,22
  93:25
  94:3,8
504
  12:12
  29:19
  30:1,4
  35:10,11
  69:2
508
  12:12
  28:18
  53:19,20
  55:22
  75:22
  80:24
  85:7,12
  100:5
  104:25
  105:22
  114:3,4,
  24,25
  121:12
555
  5:11

| 6 |
|---|

6



5:2
100:22,23

**6th**
5:13

—————

**7**

**7**
103:22,24

—————

**8**

**8**
106:7,8

**8,000**
81:16

—————

**9**

**9**
115:22,24

**95014**
6:12

**9:57**
5:14

—————

**A**

**A-I-M**
107:21

**A-L-E-K-S**
15:8

**a.m.**
5:14
50:5,9

**abilities**
117:2

**ability**
77:8
80:11

84:4 93:5

**absolutely**
28:14
35:18
57:19
61:1
63:21
76:16
77:14,19
78:14
119:7

**absolve**
51:4

**academic**
66:7
109:4

**accept**
80:9
108:13

**acceptable**
34:17

**access**
15:18
22:11
33:18,24
34:1,3,13
35:5,12,
17,18,20,
24 36:4,
11,14
37:2 46:4
51:2,4,5,
11 52:11,
20 54:24
55:12
56:17,20
57:13
59:19
60:10
61:14,15
62:7,9,24
64:9
73:15
93:22

97:18,19
104:21,22
111:14

**accessibili
ty**
12:11
14:7 15:4
21:21,25
22:4
23:10,24
24:13
25:2,4,13
28:6,7,
15,20
29:1,8
31:12
32:7
33:11,16,
18 37:11,
17 39:12,
17 43:18
44:4,12,
14 46:14
47:4
53:13,17,
21,22,23
58:2
59:15,21,
25 61:9,
11 73:20
75:12
76:5,10
77:12,23
78:23
79:12
80:12,22
82:21,24
83:21
84:2,18
85:18,21,
25 86:2,
24,25
87:3,8
89:15
91:11
95:5,20

99:19
100:1
103:23
105:14
111:1,19
112:1,17,
19 113:5,
13,15,17,
21,25
114:11
120:14

**accessible**
15:16,18,
19,20,22,
25 16:3,
4,7,12,
20,23
17:8,22
18:10,14,
25 19:5,
13 23:15,
19 28:5
29:16
36:17
37:4,5,
13,23
38:22
39:15
40:4,5,8,
17,22
41:8,18
43:15,20,
22 44:8,
23 45:1
47:10
53:24
54:9,17,
20 57:2
60:1
61:22,23
63:2
66:4,9
67:20
70:23
71:4
73:11,22

75:7
77:18
78:6,19
81:22,24
82:1
83:6,18
90:22
91:1,5,15
93:21
96:24
98:9,11,
12 99:3
103:12
108:8,16
109:1
111:12
113:2,7
114:5
115:1
116:4
117:9

**Accessing**
20:9
22:25
89:8

**accommodate**
23:20
35:19
51:25
56:18

**accommodate
d**
60:2

**accommodati
ng**
54:22

**accommodati
on**
26:19
33:16,25
34:1,5,18
35:6,9,
17,22
43:12,13,



14,17
53:5,14,
23 54:21
61:11
65:19
66:9
117:22

**accommodations**
14:12
26:21
30:6 42:8
43:11
56:1,4
58:17
104:21,22

**accomplish**
123:9

**account**
23:24

**accuracy**
62:22
116:25

**accurate**
17:4
60:18
62:4 68:8
86:15
102:12
105:5
110:10,14

**accurately**
8:19

**acknowledged**
78:22

**acquire**
42:7

**acquisition**
52:21

**acronym**
60:12

85:3,6,8
91:4

**act**
9:19
12:13
108:24

**acting**
32:11

**active**
30:10
45:1

**activities**
122:7,10

**actual**
20:2
24:24
29:3
39:18
62:17
78:11
80:23
82:5,6,7
120:15
121:11

**ad**
117:21
118:3,16,
18

**ADA**
29:6,12,
14,18
30:1,4,9
31:19
32:10
33:11
35:11
69:11
117:20

**Adam**
89:22

**add**
8:21
37:20

55:14
71:9
97:20
100:9

**added**
37:12
93:20

**addition**
93:7 99:7
109:2

**additional**
34:1,2
40:1 42:7
64:4

**address**
6:10,11
64:19
98:25

**addressed**
83:7
120:12

**addressing**
52:7

**adds**
64:8

**adjunct**
42:20
74:12

**adjust**
35:4

**administration**
35:10
95:21
96:3
118:7

**administrators**
83:16

**admire**
92:4

**adoption**
17:13
23:25

**Adrian**
26:6
71:19

**advanced**
41:19
42:1 65:4

**advising**
19:9

**affected**
61:14

**affiliations**
5:18

**afternoon**
88:8
115:15

**afterthought**
113:23

**agencies**
55:21

**agenda**
84:2

**agreed**
65:20

**agreement**
81:15

**agreements**
31:11

**ah-ha**
91:23

**ahead**
12:7 14:4
16:25
20:15,17,
18,19,20
21:3,5,7,

13,16,19
22:1,5,23
23:2,4
24:2,9,10
27:13
29:9
32:15
38:5,13,
24 41:23
46:21
52:14
66:12
80:6 87:5
92:14
97:3
110:1
111:17
112:24
115:5,9
118:5
119:12

**aided**
92:17

**aids**
58:17

**Aim**
107:18,20
108:15
109:10
112:3

**Albritton**
13:21

**alcohol**
79:25

**ALEKS**
15:7,8,
23,24
17:20

**algorithm**
46:23

**Allbritton**
115:22



allowed
    77:1,4,22
    82:8

alluding
    66:14

Ally
    41:11
    102:5

alt
    24:16,22
    63:17

alternate
    12:10
    20:5
    24:15
    25:18
    34:9
    42:6,10
    43:9
    52:11
    53:4
    61:18,24
    64:5
    66:23
    108:1
    110:4
    116:13
    118:8,12,
    13 119:2
    121:4

ambiguous
    66:11

America
    31:14

American
    44:19

amount
    35:16,17
    45:9 52:9
    53:12 62:8
    65:17
    93:20

ampersand
    85:1

analogy
    34:20
    35:4
    54:22
    114:9,13

analysis
    96:16,25
    97:10,11,
    22 99:11

analyze
    39:20

Angeles
    5:7,12
    9:14,23
    70:22

Anil
    106:13

animals
    26:24

announcement
    64:25

annual
    22:23
    122:5

answers
    7:17

anticipated
    77:9
    102:1

apologize
    91:18

apparently
    12:4,20
    104:7
    106:22
    107:6

appears
    118:25

applies
    65:21

apply
    68:14
    119:5

approach
    111:14

approximately
    18:25
    72:20
    120:16
    121:11

April
    104:7

architectural
    33:21
    50:21

area
    8:12

areas
    9:17
    29:25
    50:21
    78:20

argumentative
    41:22
    52:13
    111:16

arise
    49:2

arms
    90:8,10

articulate
    7:5

artificial
    50:19
    67:11
    68:18

aspect
    30:1 49:9

assess
    97:5

assets
    111:20,21

assign
    95:14

assigned
    62:12,15

assist
    9:17

assisted
    12:10

assistive
    23:17
    121:8

Association
    20:20,21
    22:11
    24:18,19
    44:19
    121:17

association's
    46:25

assume
    14:6 20:1
    47:18
    67:14
    123:5

assuming
    37:9
    52:14
    80:21

assumptions
    79:19

astronomy
    98:14
    99:11

ATHEN
    20:4
    22:8,10,
    13,14,18,
    21,23
    23:2,4,8,
    11,15,16
    24:1,4
    27:12

athletics
    31:22
    32:4

attempt
    59:20
    82:23
    104:13

attend
    73:8

attendance
    74:22

attended
    18:17
    121:15

attendees
    25:4

attention
    32:3
    80:22
    85:23
    86:3
    116:19

attorneys'
    106:4

attractive
    114:15

audit
    99:1

Australo
    92:23

Australopithecus



92:22

**authority**
56:25
57:12,21
77:7

**autism**
72:16,18

**auxiliary**
58:17

**availabilit
y**
45:6
73:24
74:7

**aware**
18:9,19,
21 22:22
24:13
38:1
51:18
59:13
68:9
74:5,9,
11,12

**awareness**
25:2
39:22
59:15
87:9,21
96:3

**awhile**
86:17
94:18

—————————

————— B —————

**baby**
66:4

**back**
8:18 16:8
24:9 41:6
49:23

50:8
106:17
110:3
112:10
114:18
115:15
119:16

**background**
12:9
18:2,3
30:1
56:12
120:13,15
121:4,7

**backup**
79:15

**badly**
8:7

**baffles**
77:21

**ball**
56:20
69:17

**Baltimore**
5:20

**bar**
45:24
121:15

**Barbosa**
5:22 70:7
100:14
104:1,4
120:1
122:22
123:16

**barrier**
68:18

**barriers**
50:19
67:11

**bars**
63:3

**base**
55:3

**based**
14:19
28:13
44:5
57:22
79:20

**basic**
36:2
45:18
46:3
91:11
93:23
116:23
118:23

**basically**
9:20 30:5
43:21
67:18
89:15
104:10

**basis**
37:3
46:21
75:25
84:6
117:21
118:4,16,
18

**bathrooms**
56:17

**Beach**
60:15

**bears**
29:18

**begin**
65:7

**beginning**
25:1 42:5
65:20
88:19
111:1

113:18
114:3

**begins**
42:22

**behalf**
5:21

**believed**
69:15

**believes**
7:22

**benefit**
92:10,11
93:1

**benefits**
71:4
91:14

**benefitted**
90:23

**Berkley**
31:3,6
42:3
65:14
117:15

**biceps**
41:2

**big**
28:1
29:10
33:4 40:6
42:11
51:1 71:8
84:11
89:18
103:9
107:8

**bigger**
65:22

**biggest**
16:1 20:3
84:14
89:20

**bio**
11:13

**biography**
120:9

**bit**
22:6
27:19
29:25
39:8
46:1,2
56:23
67:21
77:21
80:19
82:7 83:3
86:8 92:7
98:16
101:2
105:11
114:22

**blackboard**
57:1

**blind**
15:17
63:9
79:18
99:10
103:17
106:24
117:9
120:21,25
121:21

**blows**
106:25
107:4

**board**
21:3,4,8
96:4

**Bonsteel**
5:25

**book**
34:11
36:21



37:23,25
38:2
41:7,18
42:7,14,
24 63:1,
2,16 67:5
79:1

**books**
39:10,12
41:8
42:1,18
64:25
65:7
66:14,25
67:3
111:9

**Bookshare**
41:13
102:5

**boom**
93:19

**borders**
113:4

**bore**
9:1

**borne**
39:18
54:1

**Bosley**
13:5

**Bosley's**
69:18

**bottle**
10:3

**bottom**
110:25
111:10
116:22

**bottom-up**
95:23
96:1

**box**
46:17
111:12

**braille**
34:16
36:19
58:19,22,
24 108:2,
5,13
120:24
121:6

**brain**
99:23
100:11

**brand**
116:13

**break**
8:24 9:5
11:5 39:2
49:19
50:3,6,12
88:7,17
100:14
115:5,9

**briefly**
6:18

**bring**
10:24
35:1 41:1
52:19
59:15,20
81:1
94:15
100:17,18

**broad**
26:24

**broadens**
92:5

**broader**
32:20,24
96:24

**broadest**

54:11

**broadly**
34:3
59:17

**brought**
53:16
85:22
120:3

**Brown**
5:20,24
72:16

**bucking**
96:11

**build**
21:24
36:12
41:2
114:10,11

**building**
100:12,13

**buildings**
114:16

**builds**
33:25

**built**
31:8
36:14
61:15
100:2

**built-in**
33:18

**bundled**
29:23

**burden**
40:2
58:10

**business**
6:9,11

**businesses**
62:13

**button**
46:18
47:15,16,
17,20

**buttons**
47:14

**buy-in**
95:21

**buying**
28:18
35:5
106:2
114:4,25

—————————

**C**

—————————

**C-I-L**
83:13

**C-S-U-N**
20:12

**C-U-D-A**
60:12

**Cal**
20:12
60:6,10
65:11

**California**
5:10,12
6:12 9:16
18:5
24:18
26:22,23
59:13,18,
22 60:8,
24 64:17,
20,23
75:2,6,10
76:6
107:24
108:4,8

**call**
25:11

31:19
45:12
67:7 91:3
103:9
109:25

**called**
7:5 9:9
43:6 73:5
83:7
108:2

**calls**
11:23
38:23
87:4

**camel**
103:4,5,6

**campus**
27:16,17,
21 28:2,
5,12,15,
20 29:7,
13 31:21
34:11
35:12
37:1
40:13
45:23
53:3,16,
17 57:25
71:6 77:7
83:16,17,
18,20,22
84:12
85:16,18
86:5
95:10
96:8,12
97:17
104:14
106:3
111:10,25
112:2

**campus-request**



75:25

campus-wide
30:7 58:2
84:6

campuses
12:13
17:14,15
26:17
30:3 33:5
35:8
51:10
58:1
59:12,23
77:2
84:13
97:15
99:14
105:24
111:19

Canvas
71:6

capability
113:2

capacities
113:19

capacity
32:12

CAPED
24:18,21,
24

capital
61:7
103:2,3

caps
15:8
20:12

captioned
92:9

captioning
94:11
96:14,23
97:10

105:19
118:17,
19,20

captions
92:19
93:9

care
58:6
75:17

Carol
101:15

Carrot
68:1

case
5:10  7:11
9:10
13:18
14:2
16:5,11,
22  17:15
28:24
36:12
42:9,10,
23  49:25
50:14,22
57:15
65:21
67:13
76:19,24
86:9
103:4,5
108:3

cases
32:2  56:2
57:20
64:6  92:4
117:16
122:10

categories
10:24

caught
102:6

caveat
63:19
79:5

CCC
73:20
85:21

center
9:16
17:25
73:20
85:22
122:8

Central
5:9

Cerritos
59:23
75:16
84:20

certified
123:14

chain
81:9

chair
31:20
108:19

chairing
107:15

challenge
77:12
111:4
112:13,
14,20,22
113:1,22

challenges
111:14

champion
84:15

chance
48:15
50:1

chancellor

60:7

chancellor'
s
73:14,18
74:3
116:4

change
51:16
55:17,20
59:10
77:10
113:16

changed
56:6
101:25
102:3

chaotic
77:24

chapter
63:10,13

character
62:1
64:15
110:8

characterize
51:20
102:13

charcoal
34:25

charge
86:11,12
101:15

charming
68:3

charts
64:2

chat
57:2

check
48:4,16

104:8

chemistry
63:23

chicken
66:5

choice
38:9

choices
47:8

choose
18:10,14
39:10
42:24
51:3
108:13

chosen
15:20

Christmas
35:2

CIO
86:11

CIO's
86:10,23
87:1

CIOS
25:9  76:8

circles
44:11

City
18:22
70:22
72:25

civil
64:13
68:21,22

claims
39:17
61:2

clarificati
on



11:11
48:2

**clarify**
27:16

**class**
35:24
37:25
42:18,21,
22,24
66:15
80:1

**classes**
17:9,21
42:2

**classroom**
32:21,24
90:22

**clear**
7:4 45:10
82:9
83:21
84:9,24
91:14

**clearly-
defined**
55:24

**clerk**
34:23

**close**
54:17
59:3

**closer**
9:24

**Clovis**
75:13

**code**
26:22

**Coffee**
120:23

**colleague**
67:15

68:9,12
76:4

**colleagues**
73:19
92:2

**college**
5:8 9:14
18:23
26:6
31:14
59:24
67:11
68:14
70:22
75:3,11,
14,20
76:11,19,
23 77:17
79:25
83:8
84:17
86:23
111:13

**colleges**
9:17,21,
23 18:5,6
19:22
21:12
22:17
24:7
26:8,12
27:17,20,
22,24
29:18
33:6,7
34:10,20
42:20
50:18
56:9,10
59:18,22
60:4 61:3
62:12
65:22,25
66:20
67:19,23

68:24
69:4
75:6,15
76:7,24
83:11
102:7
104:18
105:14
107:25
108:4,8
118:25
119:6

**collegial**
23:5

**collegiate**
24:12

**color**
101:1

**columns**
63:3

**comment**
32:16

**commercial**
103:10

**commission**
107:16
108:15,
16,19,22
109:2,10,
13,19,24
112:3

**Commissioni
ng**
107:19

**committee**
75:22

**common**
48:22

**communicate
d**
20:8

**communicati
on**
32:9
110:18
116:24

**communicati
ons**
85:9

**community**
5:8 9:14,
17 18:5
19:22
21:12
22:17
27:17,22
29:17
31:14,20
33:6
42:20
44:17
59:22
61:3 68:9
70:22
75:3,6,
13,19
76:6,11,
13 107:25
108:4,8

**companies**
61:5
113:23,24

**company**
15:21
94:11

**complaint**
13:5
31:17
68:15

**completed**
116:10,11

**completely**
45:10
97:12
100:11

**compliance**
12:14
33:1,11
80:24
118:7
121:13

**complying**
118:24

**components**
116:23

**compound**
8:4 14:4
32:14
52:12

**comprehend**
93:5

**computer**
45:17
48:4
54:25
71:15

**computers**
45:11

**concept**
91:6

**concern**
44:10
45:18
56:8

**concerned**
8:13
68:17
113:9

**concerns**
45:21
79:21
85:23,24

**concluded**
123:20

**conference**
20:10



21:18
22:23
25:3
40:25
45:4 89:8
106:12
121:12
122:6,7

conferences
20:9,16,
17,18
48:23
87:24

confronted
59:14

congress
108:23

conjunction
71:20

conk
106:24
107:4

connected
27:5

connecting
45:16

connection
12:22
23:5

consciousne
ss
112:14,22

considerati
on
78:5

considered
37:14
113:18

consistent
68:11

constantly

86:22

consult
75:9

consultatio
n
34:6

consulted
51:12
57:21

consuming
54:23
105:20
114:19

contacted
71:18

content
28:7 32:8
40:20
41:7 58:9
63:22
66:3
76:12,21
77:10,11,
16,20
82:25

content-
specific
39:9

context
27:11
57:11
79:20
92:21

continued
68:8

continuum
36:25

control
6:22
82:5,19,
23 83:3

conversion
62:6

convert
36:22
61:24

cookies
35:3

coordinatin
g
31:20

coordinator
29:7,12,
15,19
30:1,4,9
31:20,24
32:10
84:21
85:10
100:6

copies
48:25

copy
10:16,19
48:20
49:7
61:25
63:2 89:5
122:5
123:14

copyright
121:14,19

core
75:21

corner
109:17

correct
8:16,21
15:9,10,
12 16:16,
17,18,20,
21 19:1,
4,6,7,19

20:17
22:9,24
25:9,10,
13 41:9,
10,11,12,
14,16,21
44:1,2,
23,24
45:2,3
46:10
47:3,4
48:11
49:12,13,
17,18
57:19
60:8,9,25
61:9
63:4,5,7,
8,13,14,
18,19
64:11,12,
15 65:13
68:5,22,
23 69:1,
2,12,19,
20 70:23,
24 71:7,
24 72:1
75:3
81:10,13,
17 85:15
89:7
99:4,5,
12,13
102:24,25
105:2,14
108:6,10,
18,20,21,
25 109:4,
5,7,9,12
110:19,23
111:3,15
112:17
116:6,7

corrections
123:7,11

correctly
27:15
60:16
71:21
109:15

costing
62:16

costs
106:4

council
75:15
83:9,10,
12,13

counsel
5:17
10:15
11:24
123:10

couple
59:23
95:25

courses
76:16
99:20
112:9
113:14
121:14

Coursesmart
102:23,24
103:1

coursework
121:11

court
5:9,16
7:7,14
8:25
123:1

courts
117:19

cover
17:17
71:2



**covered**
  50:1,15
  71:3

**create**
  11:12
  36:5
  40:4,7,
  17,22
  43:18
  57:12
  63:17
  64:7
  73:11
  108:1
  110:4,6,9

**created**
  47:10
  108:22
  111:1

**creates**
  77:11

**creating**
  23:23
  39:25
  40:20
  70:23
  71:4
  73:22
  78:5
  95:20

**creator**
  40:8
  82:25

**criteria**
  105:5

**critical**
  28:14
  80:15
  110:16,17

**cross**
  90:8

**crucial**
  63:21

**crystal**
  69:17

**CSU**
  42:9

**CSUN**
  20:10

**CUDA**
  60:12,13,
  17

**culture**
  21:25
  23:23
  27:17,21
  28:2
  95:10

**Cupertino**
  6:12

**current**
  120:9

**curve**
  33:22
  56:16

**custody**
  123:5

**customize**
  104:13

**cut**
  66:7

**cuts**
  33:22
  56:16

**cutting**
  63:1

**CV**
  11:12

**CVS**
  13:4

**cycles**
  99:14

——————————————
            **D**
——————————————

**daily**
  29:4
  32:11
  76:12,16

**DAISY**
  37:15,16
  102:4,6,
  11,16

**Dan**
  108:12

**Daniel**
  5:19

**data**
  80:9

**date**
  5:13

**dated**
  94:21

**Dave**
  71:18

**Davis**
  13:11
  14:16

**day**
  42:22
  72:24
  73:1
  76:17

**day-to-day**
  28:11

**deaf**
  92:10

**deal**
  40:6  46:2
  56:11
  57:24
  63:6
  107:8

**113:25**
  118:9

**dealing**
  31:11
  54:19
  56:4,22
  59:2
  86:13
  104:21,22
  111:7

**dealt**
  67:18

**Dear**
  67:14
  68:9,12

**decision**
  37:24

**decision-making**
  53:12,15

**decisions**
  51:13,17
  52:20
  55:9
  64:10
  105:24
  106:3

**dedicated**
  90:4

**deemed**
  123:7

**defendant**
  5:25

**defers**
  37:15

**define**
  28:8

**definition**
  28:13

**degree**
  46:14

**delivered**
  40:20

**delivery**
  109:20
  116:24

**demand**
  66:9,18

**dementia**
  101:12

**demo**
  45:12
  48:13,14,
  20,25
  49:3,4,7

**demonstrate**
  48:16

**demos**
  48:24

**department**
  64:14
  68:20,21
  82:9
  109:3

**departments**
  56:14
  82:16,17

**depending**
  80:8
  104:14

**depends**
  27:16,21
  29:11
  76:23
  81:4

**deployed**
  111:24

**deploying**
  111:21

**deposed**
  6:14



deposition
   5:1,6,11
   6:2 8:14
   12:22
   43:25
   44:5,9
   45:5
   61:20
   123:4,20

depositions
   13:1 45:8

derived
   40:22

describe
   66:2
   89:11

describing
   114:10

description
   64:5

descriptions
   63:17

design
   79:13
   91:6,12,
   14,16
   113:12,
   14,22

designated
   15:21

designed
   114:2,15

designing
   112:18
   113:20

desire
   96:7

desired
   83:22

destroyed

102:22

details
   105:11

determined
   80:25

develop
   95:14

developed
   107:24

development
   9:19
   23:24
   39:1

di
   100:5

Dietrich
   5:1,6
   6:11,14
   10:5,10,
   11 11:8
   50:13
   115:18

difference
   28:1,19
   33:4,16
   47:13
   53:17
   59:12
   78:22,25
   83:24
   84:11
   93:24

differences
   38:2

differently
   92:1

difficult
   42:25
   46:1 51:9
   54:23
   58:21
   66:19

77:6
   82:18
   114:19

diffuse
   82:14

digital
   37:25
   38:21
   41:7,8
   58:9 93:7
   110:25
   111:20

direct
   105:1
   116:19

directed
   68:24
   71:5

directly
   30:25
   34:6

director
   9:15
   27:25
   66:2
   85:21

director's
   24:16,22
   26:13,14,
   15

directors
   26:17
   27:18

disabilitie
s
   9:18
   12:15
   20:11
   26:20
   35:9
   50:18
   51:12
   90:23

97:25
   103:18
   109:3

disability
   18:19
   20:6,21,
   22,24
   24:19
   26:16
   27:13,18,
   24 34:8
   35:8
   41:17,20
   42:25
   56:1,9,25
   57:10,19
   58:3,11,
   16 61:21
   63:16
   65:3,18
   66:1
   71:22
   76:1
   83:25
   84:15
   110:21
   117:2

disagreemen
ts
   69:21
   70:1

discuss
   21:21
   24:13
   25:13
   104:25

discussed
   22:4
   23:11,15,
   25 24:10,
   20 67:9

discussion
   20:15
   22:1 45:9

74:23
   103:20

discussions
   24:17
   44:10

disk
   5:5
   88:16,19
   123:18

disorder
   72:17

disparity
   79:6

disseminate
d
   73:25

distinguish
es
   63:12

district
   5:8,9
   9:14,24
   13:2
   72:22
   75:21

districts
   75:19

division
   68:22
   120:18

document
   10:12
   26:11
   34:16,17
   36:16,18,
   20,23
   37:4,5,6,
   8 40:4,5,
   8,17
   43:15
   61:22,25
   65:11



70:17
73:11
91:5
101:7
116:1,9
117:6

**documents**
10:24
13:7,14
14:20
29:2
40:23
41:2
44:14,15
70:23
71:4
73:22
91:2,15
119:18

**DOJ's**
69:9

**dollars**
62:17

**door**
86:14

**doors**
33:23

**downloaded**
93:15

**downloading**
49:6

**downside**
97:22
103:14

**drawbacks**
103:17

**drive**
11:4,15
12:21
49:21
70:9
72:8,20

91:17
119:18,22

**drop**
63:20

**DSS**
43:5

**duties**
28:17
29:20,22

**Duxbury**
108:2

_____

**E**

_____

**E&it**
31:24
84:21,25

**e-book**
37:14
41:19
67:18

**e-books**
39:4
41:25
103:11,12

**E-Z-I-N-E**
25:12

**earlier**
8:16,22
27:11
73:1
102:9
110:20

**early**
64:9

**ears**
79:15

**easier**
35:19
61:16
62:24

89:25

**easily**
58:25

**East**
73:2

**economics**
63:23

**ed**
20:25
21:1
26:22

**edge**
113:5

**edit**
46:17
79:1

**editing**
62:3 82:8

**educate**
79:4

**education**
20:20,22
22:12
24:19
64:14,18
68:20,21
79:25
87:13
108:17,23
109:4

**educational**
21:22
23:11
24:14
58:9,12
92:21
93:1
99:1,2
112:17
120:12,15

**Educause**
25:2,8

**effect**
28:23
83:19
85:7

**effective**
74:25
110:18
116:24

**effectively**
29:7

**electric**
33:23

**electronic**
31:25
43:20
58:25
85:5,17

**element**
79:14

**elements**
37:19

**elevator**
114:12,22

**elevators**
33:22
56:17

**eligible**
21:12
22:17

**emerging**
67:19
68:17

**employs**
17:25

**encourage**
97:15
99:14
114:5
115:1

**end**
90:12

105:6
112:12
123:18

**end-to-end**
33:1

**ended**
89:19
96:2
105:7

**ends**
88:16

**engineer**
113:18

**engineering**
113:11

**English**
6:22
38:19
79:4
93:12
98:13,17

**enlightened**
89:22

**enormous**
83:24

**ensure**
28:18
53:24
58:11
65:9
97:16
110:13

**ensuring**
28:14
51:5,11,
16 66:16
77:3

**enthusiasti
c**
25:5

**entire**



48:20
60:4
72:22
100:25
102:20

**entitled**
103:23

**entity**
117:20

**environment**
112:5

**EPUB**
37:4,5,9,
14,18,22
38:3
102:9,10

**equal**
55:12
64:9

**equally**
110:18

**equally-effective**
52:1,11
53:4,14

**equation**
110:13

**errors**
36:23
110:11

**escapes**
26:5

**Esparza**
5:15

**essence**
89:13
92:15

**essential**
77:19
78:15

**essentially**
82:25
112:25

**establish**
119:1

**established**
60:11

**et al**
5:7

**Europe**
114:15

**event**
73:7

**events**
76:6

**eventually**
37:18
96:2

**everybody's**
55:1

**exact**
68:6

**exalted**
39:17

**EXAMINATION**
6:7

**examples**
60:23

**exams**
8:17

**exception**
58:19
105:19

**excited**
72:12
90:16
91:1
106:1

**excuse**
11:8

61:17
70:22
119:16

**exhausted**
69:15

**exhibit**
10:6,7,
11,23
11:6,8,9
70:4,10,
12,15
88:25
89:2
93:25
94:3,8
100:22,23
103:22,24
106:7,8
115:22,24
119:15,
23,24
120:3,4,
5,6
121:25
122:2

**exhibits**
13:7
88:23

**exist**
27:24
99:15

**existence**
74:12

**exited**
100:11

**expect**
14:1 39:8
49:25
67:13

**expectation**
34:10
40:9
57:22

58:16
118:11

**expectations**
14:12

**expected**
12:2 14:8

**expects**
47:15

**expensive**
35:19,20
45:25
54:15,16,
23 62:20
99:9
105:19
114:18
118:17,
19,20

**experience**
58:12
76:11
91:23
121:2,21

**expert**
9:9
11:18,22
13:20
14:18

**expertise**
51:11
56:12
62:19
78:17
79:3

**experts**
11:24,25
47:25

**expire**
99:10

**expiring**
99:16

**explain**
33:15
46:14
85:3

**explained**
6:17

**exploring**
85:20

**express**
105:13

**expressed**
104:20

**extent**
12:7,11
22:7
51:23
54:9
57:25
58:15
63:15
102:7
110:1

**extremely**
79:17
82:18

**eyes**
79:16

**Ezine**
25:11

---

**F**

---

**face**
9:2
111:5,14

**faced**
112:21

**faces**
90:9

**facility**
65:24



facing
55:5

fact
13:12
19:12
45:3,21
52:14
54:15
55:5
57:21,23
64:6,22
68:19
77:10
95:25
96:5
98:18
113:10
114:13

factor
61:13

facts
12:1
13:25
49:24

faculty
18:9,12,
20,22
19:10
30:25
31:5,22
32:12
33:6,10
37:24
38:1,7,9,
20 39:6,
19,22,24
40:10,11,
14,22
41:19
43:5
61:23
71:5
73:10
74:12,20
82:16

89:1,14,
20 90:1,
5,19,20
91:1,7,22
94:17

fail
56:2

fair
7:1,18
37:11
45:9
51:20
52:7
55:11
66:6 74:8
114:9

fairly
15:19
80:25
81:22
93:3

fall
56:19
69:2

falls
12:17

familiar
82:20

fascinating
72:17

faster
35:19
40:8

fear
70:20

February
94:21

federal
12:5
55:21
69:4,6
114:5

115:1
123:2

Federation
106:16

feedback
95:22

feel
8:20,21
13:17
50:18
59:7 84:7

feels
8:11
94:24

felt
58:5
59:2,5

fewer
112:10

field
56:7
87:12
120:16

figure
32:6
49:23
63:10,12
107:3

file
34:15
41:1
43:21,23
61:23

files
36:2
61:21
71:6

fill
43:22
56:8

finally

8:10
89:19

financial
54:12

find
7:12
19:25
20:1
29:24
34:7
36:10
81:11
84:16
88:4

finding
44:14
66:25
100:8

fine
47:11
103:16

fingers
8:25

finished
52:23
53:6 57:3

Fiore
100:5

firm
5:20

fix
111:11

flash
11:15
16:19
72:7

Flash-based
16:16

floor
5:12

Flower

5:11

focus
23:18
30:7
41:24
79:24
86:8
110:12

focused
24:5
26:18,19
32:2
37:16
64:21
111:8

focusing
77:3

folders
91:19

folks
18:17
26:25
87:7
89:14
106:1
121:21

follow
37:22

follow-up
100:10

football
30:21

footnote
63:10,13

forget
30:17
58:1

forgetting
106:21

form
7:25 8:3



43:12,13,
15,18
46:16
47:9,23
94:14

**formal**
46:17

**formally**
46:17

**format**
61:24
102:4,6,
14 103:13
110:4
118:12,13
121:4

**formats**
12:10
61:19
102:11,13
118:8

**formatted**
36:17

**forms**
46:13

**forward**
90:13,14
97:6

**forwarded**
123:4

**found**
42:10
55:23
90:1

**foundation**
111:17
118:5

**founding**
22:14

**four-year**
27:20,22

**fourth**
10:23

**framers**
12:4

**Francisco**
120:19
121:16

**frankly**
39:7
77:21

**Fred**
100:5

**free**
8:20
45:24
62:14
94:12,14

**freedom**
67:6

**frequently**
76:23

**fresh**
9:1

**Friday**
70:18,20,
25

**front-end**
105:18

**frpm**
5:20

**frustrating**
49:5

**full**
17:17
48:24
110:24

**full-day**
121:19

**Fullerton**
42:9

64:21
65:12

**fully**
51:18
54:2
55:21

**fun**
94:7

**function**
60:17

**functional**
105:4,6,8

**functionality**
37:13,17,
20 78:17

**funding**
69:6

**funds**
69:5

――――――――

G

――――――――

**Gaeir**
5:1,6
6:11

**gap**
56:8

**gate**
54:18

**gave**
72:17
89:6
99:15
101:4
121:3,7

**general**
21:8,10
28:20
29:17
31:16

33:9
41:25
44:12
57:18
77:23
89:11
95:19
96:10
97:4

**generally**
27:14
57:14
64:5
103:12,
14,16

**generate**
83:3

**gentleman**
34:21

**geography**
35:24,25

**gist**
67:22

**give**
6:2 12:20
13:25
36:2,16,
20 41:19
45:22
49:21
50:1
96:19
120:14

**goal**
53:19
114:3,4,
24,25

**GODLSTEIN**
70:4

**Goldstein**
5:19,20
6:8 10:5,
9,17,20,

22 11:3,
8,14,16,
23 12:18,
19 14:15
16:15
17:7
20:12,14
24:8
27:10
30:14,18,
20,23
32:16
33:12
35:14,15
38:8,14,
17 40:19
43:3
47:12,24
48:8
50:3,10,
11 52:17,
23 53:1,7
54:5,8
57:5,8,9,
16 58:8
67:8
70:10,14
80:13
81:3,6
87:11
88:1,6,
11,14,21,
22
100:18,20
104:3,5
107:18,
21,22
110:15
114:8,21
115:4,17
116:18
119:12,14
120:2,8
121:23,24
122:16,
18,25
123:17



Gonzales
  71:19

Gonzalez
  26:6

good
  5:5 18:12
  36:14
  38:11,16,
  18 39:2,6
  49:6
  57:23
  58:4 59:7
  71:12
  74:1
  78:8,18
  81:23
  88:7
  89:23,24
  90:18,19,
  20 94:1,8
  95:12,18
  100:11
  103:22
  114:13
  115:15
  118:9,21

goodness
  10:17

Google
  93:13

gosh
  40:14
  86:21
  90:15
  94:9,18
  122:9

gotta
  99:18
  114:17

Government
  114:5
  115:1

graduation

80:1

grammar
  79:4

graphic
  36:3,5

graphics
  64:1,7

graphs
  64:2

grassroots
  96:1

gray
  34:25

GRE
  8:17

great
  10:3
  34:24,25
  36:4
  123:17

greater
  35:18
  37:20
  39:7 47:3
  97:19

Green
  71:19

Greg
  101:13

ground
  20:9
  22:25
  89:8
  119:10

group
  25:1
  85:14
  121:17

groups
  20:4

24:25

guess
  13:23
  25:11
  31:13
  32:6 36:8
  46:24
  50:16
  70:18
  72:19
  76:21
  89:10

guessing
  104:17
  107:10

guide
  8:24

guidelines
  116:3

guides
  117:12,24

Gunderson
  13:5

Gunderson's
  69:24

gung
  90:4

guy
  106:24

guy's
  30:21

---

H

hack
  111:11

Haight
  5:24

halcyon
  58:23

halfway
  95:4

handed
  11:4
  91:17

handle
  59:7

hands
  27:2

hands-on
  48:24
  71:14
  72:21

Hang
  53:6
  119:8

happen
  24:17
  55:25
  84:11
  86:5

happened
  45:15
  101:12

happening
  66:19

happier
  55:1

happy
  33:17
  57:6

hard
  40:17
  61:25
  92:10

harm
  86:5

Hawaii
  106:24

head

7:6 59:6
  90:9

heading
  55:16
  118:22

hear
  92:18,25
  113:23

heard
  5:8 66:1
  106:19

hearing
  92:10

heightening
  87:3

held
  5:11
  117:19

helped
  53:22

helpful
  42:1

helping
  12:14
  18:12

helps
  53:24

heritage
  32:17

hesitate
  39:19

high
  9:15
  17:25
  76:20,21
  122:8

higher
  20:9,20,
  21,24
  21:1



22:11,25
29:4 35:3
36:24
46:14
62:24
89:8
108:23

**highlighted**
116:20

**highlighting**
116:21,23

**highly**
28:14

**highway**
68:4

**Hill**
15:11
20:2

**hired**
42:21
116:11,14

**hiring**
84:21

**ho**
90:4

**hoc**
117:21
118:4,16,18

**hold**
95:15,24
104:23

**honestly**
17:12
19:11
25:16
46:1 72:6
104:8
105:24
111:6
120:17

**honesty**
50:17

**honked**
106:17

**hope**
33:22
41:6
87:7,8

**hoped**
102:7

**hoping**
37:18

**horn**
106:18

**host**
19:24
24:16,17
94:14

**hosts**
23:4

**hotel**
12:25
41:5

**hours**
40:15
121:11

**house**
76:3

**housed**
65:24

**huge**
28:19
33:2
59:11
83:19
93:20,23
113:16

**huh-uh**
7:6

**human**

30:5
112:13,21
113:1

**hump**
103:7,8

**hypothetical**
32:14
38:4
46:21
52:13
80:6
112:23

_____

**I**
_____

**I-T**
85:1

**ICT**
85:8

**idea**
18:20
66:14
78:8
91:6,21
99:6

**ideal**
81:12

**idealistic**
90:4

**identification**
10:8
11:10
70:13
89:3 94:4
100:24
103:25
106:9
115:25
119:25
120:7
122:3

**identified**
9:9

**identify**
11:25

**ignore**
97:12
98:1
113:19

**II**
31:11
69:10

**III**
69:10

**images**
63:15,18,20

**impact**
52:4
83:19
89:20

**impaired**
79:19
103:17
120:21
121:1,22

**implement**
22:3 29:8
85:17
102:20

**implementation**
53:20
75:23
95:12

**implemented**
28:11,22
33:3 54:2
55:22
83:23
117:16

**implementing**

30:5
76:25
78:9
80:16

**importance**
87:22

**important**
7:4 41:18
78:5 79:7
83:21
87:10
90:7

**impressionistic**
101:2

**impressive**
107:2
119:21

**improper**
8:5

**improve**
110:12

**improved**
91:9 93:5
110:7

**inaccessible**
47:23
50:20,21
52:9 53:3
66:3 83:1

**inaudible**
30:21
44:25

**include**
8:15,16
15:21
45:23,25
116:24

**included**
32:4
42:15



64:24

**including**
53:11
76:15
120:21,23
123:9

**inclusion**
32:21

**inclusive**
17:17
92:6 96:8

**incomplete**
8:22
32:14
38:4
46:21
52:13
53:1 80:6
97:2
112:23

**increase**
87:17

**increased**
39:21
87:22

**increases**
93:1

**incumbent**
50:18
51:8
67:11

**individual**
34:3,19
35:7
95:15
117:2,21

**individuals**
12:15
20:24
23:21
24:6
26:16

53:11,15
71:18
79:18
84:5 90:5
103:16,18
120:20,25

**industrial**
113:12

**industry**
121:3

**infamous**
106:23

**inferring**
79:20

**influence**
84:4,5

**information**
9:20
18:4,6,8
19:20,22,
25 20:1,3
31:25
38:20
42:14
54:13
61:4 68:4
85:5,8,17
86:4
121:15

**infrastruct
ure**
53:25
81:23
82:4 83:4

**initial**
113:22

**initiative**
59:19
60:6,11
82:21

**inside**
30:19

**insights**
40:21

**insist**
45:1

**insisting**
67:20

**install**
46:2
48:25

**instance**
40:3
48:23
54:25
61:17,21
75:9 98:8

**institution**
21:25
118:3

**institution
s**
59:14
68:25

**instruct**
7:25 8:11

**instruction
al**
39:25
108:16
109:1
116:5

**instructor**
13:3
15:20
35:25
36:9

**instructor-
created**
111:9

**instructors**
43:8

**instrumenta
l**
101:13

**intention**
98:3

**interest**
87:23
109:23

**interested**
20:25
44:11
89:14

**interesting**
33:13
78:7
114:14

**interface**
15:24
103:16

**interfaces**
44:13

**internally**
71:11

**interplay**
35:16

**interpret**
97:23

**interrupt**
8:20

**interview**
94:21

**intrigues**
91:7

**introduce**
5:17

**investigati
on**
14:24

**invite**
74:17

**involved**
21:6,8,9,
10,11
27:14
35:21
36:10
61:6
69:10
82:15
109:8

**involvement**
69:9

**isolated**
56:2,13

**issue**
16:1
27:12
28:3
39:21
45:16
51:1,22,
24 52:2,3
54:9,14
55:5
56:24
57:10
59:14
64:19,21
65:22
67:24
78:16
82:2
87:22
96:23
97:10
109:20
112:18

**issue's**
51:21

**issued**
65:12
68:23

**issues**
23:10,14



24:13
26:19,21,
24 32:7
33:5,10,
21 40:18
49:5 52:8
55:6
61:18
75:12,22
109:20,23
111:24

**items**
120:4

―――――――

J

**Jane**
72:15

**JAWS**
45:12,25
46:5,19,
23 47:14
48:2,6,9,
13,14,20,
24 49:3,8
97:20

**jealous**
107:4

**job**
6:19
18:12
28:17
29:20,22
35:8,11
56:15,16,
18 57:23
58:4
81:23
86:24
94:12
95:15
117:4

**Joe**
86:13

**jointly**
68:23

**joke**
30:19

**Jon**
13:5

**Jose**
67:25

**judge**
8:2,10
78:18

**jumped**
50:2
98:24

**just-in-time**
37:3

**Justice**
68:22

―――――――

K

**K-E-L-V-I-N**
25:22

**Keegan**
73:19
76:4
85:21

**Kelvin**
25:21

**Kieu**
5:16

**kind**
18:3
20:15
31:7
37:12
39:11
40:18
44:17
48:21

49:9
62:13
69:5
77:24
87:2
89:16
90:7
91:22
92:2 96:1
97:6
100:1

**Kindle**
38:3
67:15
68:10

**kindness**
119:20

**kinds**
17:9

**knew**
84:22

**knocked**
59:6

**knowledge**
21:15
22:20
25:19
30:24
33:10
39:7 55:3
64:23
65:4 73:9

**knowledgeable**
79:18

**Kraus**
101:13

―――――――

L

**L-I-S-S-N-E-R**

30:15

**L-I-S-T**
91:4

**L-U-O-N-G**
25:22

**L-y-n-d-a.com.**
73:16

**LA**
18:22
26:6,8,12
73:2
104:18

**lab**
48:20
71:15
98:13,15,
17

**label**
46:17,18
47:15,16,
18

**labeled**
13:7

**labor-intensive**
36:22

**LACC**
17:14
26:1

**LACCD**
5:25 9:23
11:17
14:10
15:2
17:15
18:17
21:15,17
22:20
25:20
26:2,3,4
28:25

30:9
43:6,12
46:13
51:6,9
65:22
71:23
72:2,21,
22 73:9,
12 74:11

**lack**
33:9
55:12

**language**
6:22
38:19
93:13,14
116:23
117:10,22

**large**
8:24
58:15
66:10
76:20
78:10,13
80:16

**large-scale**
79:8

**larger**
77:6
111:14

**late**
109:11
114:17

**latest**
49:8

**law**
5:20
26:23
85:12
89:17
118:8

**lawsuits**
54:16



**Lawyer's**
121:16

**lawyers**
83:14
116:21

**laziness**
103:9

**lead**
65:18
66:20
87:2

**leaders**
60:3
83:17

**leadership**
27:19
83:20

**leading**
101:15
113:5

**leaking**
27:1

**leaning**
90:14

**learn**
39:24
40:7
47:25
92:1 94:6
108:13
118:10

**learned**
40:3
89:15
92:3
100:4
121:6

**learner**
92:12

**learning**
14:8

41:11
48:10
59:11
73:15
74:4
78:11
80:17
91:6,9,
21,25
92:12,16
97:25
103:18
111:7
112:5,7,9
113:6

**leave**
32:17
58:5

**lecture**
113:15

**left**
12:25
86:14
100:12,13

**left-hand**
109:17

**legal**
67:4

**lesser**
12:11
22:6

**lessons**
89:15

**let all**
74:20

**letter**
67:15,16
68:10,13,
19

**Letters**
68:9

**letting**
18:11

**level**
7:16
20:25
21:1 24:7
25:2
28:21
29:3,4
32:22,24
33:18,23
34:1,2,
12,18
35:18
36:11,14
37:11
46:4 47:3
59:21
62:6,7,9,
19,24
78:17
79:3,12,
13 80:17
83:4
86:18
87:10
95:12
96:2
97:17,19

**Levy**
5:20

**Lewis**
106:13

**librarian**
13:1
43:25
45:5

**librarians**
44:10

**libraries**
44:22
117:7

**library**
44:4,11,

16,19,25
45:7,11
98:8,9,
10,17
117:8

**license**
99:8,15,
18

**life**
66:7
89:25

**likelihood**
19:3

**limitations**
110:21

**limited**
55:4
71:15
98:19

**lines**
32:9
55:15

**Lissner**
29:14
30:15,25

**list**
20:4,5
21:19
22:1,5,15
23:4,8,
12,15,16
24:1,4,6,
10,15,16,
20,21,22,
24 25:18,
20,21,23
26:8,13,
14,15,18
91:3
98:16,23

**listen**
84:7

**listening**
100:5

**listing**
73:21

**lists**
10:23
24:17,23

**literally**
42:21
57:25
59:5
90:2,6

**literate**
79:2

**live**
78:4

**long**
15:20
16:17,22
25:23
31:16
34:23
36:21
55:1
57:24
60:5,15
72:20,24
81:25
94:25
101:18
105:17
106:10,19
111:22,25
114:24

**long-time**
48:9

**longer**
62:4,16
94:19
101:9,17

**looked**
31:15
43:24



56:9

loop
    52:20

Los
    5:7,12
    9:13,23
    70:21,22

lose
    49:12

Losing
    10:17

lost
    97:7

lot
    20:8
    24:24
    27:16,21
    29:15
    36:10,22,
    24 37:12
    40:11
    55:1 61:5
    62:4,21,
    24 64:1,8
    65:8,24
    76:7
    78:21
    84:6
    85:23,24
    91:7
    94:7,12,
    23 95:22
    100:4
    101:24,25
    102:14
    104:11,16
    110:10
    111:8
    112:6
    113:6

loud
    107:1

lovely

101:1

low-
incidence
    98:1,5

lower
    98:16,23
    109:17

lunch
    88:7
    115:5,14

Luong
    25:21

Lynda.com
    73:15,21
    74:8,14

Lynda.com.
    74:7

——————

M

Mac
    36:13

Macy's
    34:22

made
    29:15
    32:16
    51:13
    52:21
    53:8
    59:11,19
    65:1
    73:21
    76:18
    117:9

magazine
    25:12

main
    17:12
    29:21

maintain
    46:1

maintaining
    77:12
    78:6

maintenance
    31:21

major
    78:3
    99:11

make
    28:1,19
    33:4 36:3
    38:9
    39:17
    41:4
    42:11,25
    47:8 48:1
    53:4,16
    55:25
    57:5,12
    58:10
    59:24
    60:24
    63:1,2
    65:19
    67:6 68:9
    74:12
    75:24
    81:21,25
    84:14
    89:25
    91:1 92:8
    97:5
    104:6
    105:24,25
    106:2,5
    108:15
    113:2,16
    123:5,6

makes
    35:6
    83:21,23
    84:9,10

93:23
117:8

making
    28:5
    34:19
    37:24
    51:17
    55:9 66:4
    70:17,21
    79:19
    81:20,23
    83:18
    90:22
    91:1,5,
    14,15
    93:21

management
    78:11
    80:17

manner
    62:23
    119:1

manual
    58:21

map
    36:8

maps
    35:24
    36:1,3

March
    85:7

marginally
    15:25

mark
    10:5 11:5
    120:5

marked
    10:7,11,
    23 11:9
    16:2
    70:8,12
    88:24,25

89:2 94:3
100:21,23
103:24
106:7,8
115:21,24
119:24
120:5,6
121:25
122:2,9

marketing
    61:6

marking
    119:22
    120:2

markup
    63:12

marriage
    87:8

Maryland
    5:21

Mason
    13:1

master's-
level
    120:19

material
    34:12,14
    43:2 64:3
    66:17

materials
    12:21
    39:25
    43:4
    50:20
    52:6
    54:16
    108:17
    109:1
    110:25
    111:9
    113:20
    115:6
    116:5



119:2

math
   13:3
   17:16
   18:20,22
   19:9
   98:10,17

matter
   5:7
   11:17,25
   12:3
   116:25

matters
   14:23

Mcclellan
   6:12

Mcgraw
   15:11
   20:2

means
   9:10
   33:11
   39:13
   53:13
   72:17
   93:9,16

meant
   8:15,16
   34:3,5

measure
   56:10
   74:25

media
   24:15,16,
   22 25:18
   34:9
   42:6,10
   43:9
   66:23
   93:8
   94:11
   108:1
   116:13

119:2
121:4

medium
   62:23
   117:1

meet
   26:19
   37:3
   75:11

meeting
   51:7

member
   18:6
   21:15
   30:25
   31:5
   61:23
   62:15
   90:19,21

members
   18:9,12
   21:13
   22:14
   45:1 90:5
   94:17

memory
   10:17
   19:4

memos
   71:11

Men's
   34:22

mentioned
   22:8
   25:19
   27:11
   43:24
   60:6 64:9
   81:12
   85:13
   102:9,23

mercy

39:14

message
   89:12,19
   90:2,17,
   25 117:1

method
   35:10
   118:7

metrics
   74:25

Miami
   31:12,13

middle
   49:14
   72:15
   96:20

millions
   81:17

mind
   28:10
   33:15,17
   81:5
   111:1
   112:19

minute
   27:4
   43:11
   49:20

minutes
   40:6
   93:17
   100:15

misconstrue
d
   98:2

misplaced
   89:6

Mission
   26:7

mistake
   18:2

mix
   59:16,20
   97:20

MOBI
   38:3

mobility
   120:24

model
   42:17
   85:17

modesty
   120:11

modules
   112:9

moment
   24:9
   76:10
   104:19
   110:2
   119:16

monetarily
   54:15

money
   48:19
   105:14,23

monitor
   86:22,24

months
   109:14

morning
   5:5
   119:17

Morton
   5:24 6:16
   7:20
   10:15,18,
   19,21
   11:4,7,21
   12:6 14:3
   16:8,13,
   24 24:2

29:9
32:13,16
38:4,12,
23 41:22
46:20
52:12,22,
25 53:6,8
54:7
57:3,7,
14,17
58:14
66:11
70:6,8
80:5 87:4
88:4,9,13
97:2
100:16
104:2
106:6
109:25
111:16
112:23
118:5
119:8,13,
20
122:15,
20,24
123:1

moved
   7:12
   101:14

movement
   29:15
   44:16

moving
   96:2 97:6

MP3
   34:15

multifactor
s
   99:11

multimedia
   102:18



multiple
  76:16
  91:18

Mymathlab
  15:7,12,
  13,16,18,
  19,25
  16:6,11,
  16 17:9,
  19,23
  18:7
  19:1,5,
  17,23

——————

N

named
  85:11

Napa
  75:10

National
  106:15,16

natural
  99:14

nature
  66:7

necessarily
  78:15
  110:5
  112:5

necessity
  77:17
  100:7

needed
  38:19
  42:8,15
  116:12

network
  13:2
  22:12
  73:15
  74:4 86:5

news
  100:11

nexus
  91:10

nice
  39:5
  70:16
  94:12

night's
  41:4

nobody's
  95:11

non-
retained
  9:9
  11:22,24

non-visual
  15:18
  28:7

nondisabled
  117:8

Northern
  75:10

Northridge
  20:13

note
  45:5

notes
  115:10

notice
  41:19
  42:1
  67:23
  68:16

noticed
  8:1 27:1
  61:19

notificatio
n
  42:4

123:10

November
  5:2,13
  20:10

number
  5:6,10
  18:15
  21:20
  26:1
  30:8,11
  36:7 52:9
  70:7,8
  74:9 75:8
  76:20
  77:11
  85:19
  86:6
  88:16,20
  91:19
  92:15
  93:2 94:9
  96:19
  100:4
  102:10,13
  104:12
  123:18

NVDA
  45:23
  46:3,12,
  19,22
  47:21
  48:3
  97:17

——————

O

——————

oath
  6:18

object
  7:24 8:10
  112:23

objected
  12:6

objection
  7:21,24,
  25 8:3,8

objections
  8:9 52:22
  53:8

obligations
  117:20

obscure
  98:14

obstacles
  55:12

obtained
  61:4

obtains
  61:21

occasion
  21:23

occasionall
y
  24:4,11
  25:14,16
  81:14

occasions
  18:15,16

occur
  8:10

occurs
  20:15

OCR
  31:17
  64:10,13,
  15,18
  65:12,14
  67:24
  68:8
  81:15
  117:6,19

October
  70:18,21

offer
  14:17
  75:6,8

offering
  12:8

offers
  8:5

office
  18:19
  30:25
  35:9
  41:17,20
  43:1
  56:25
  60:7,8
  64:13
  68:21
  73:14,18
  74:3
  86:10,23
  87:1
  100:6
  110:21
  116:4

offices
  27:14
  57:20

official
  44:20

Oftentimes
  79:17

Ohio
  29:13
  30:18
  31:13

Ohlone
  104:17

one's
  45:16

one-day
  25:3



one-off
  34:5

ongoing
  86:21

online
  25:12
  46:13
  76:15
  77:8
  112:9

ooh
  35:2

operating
  24:6
  36:13

operation
  28:12

opinion
  14:21
  15:16
  18:11
  50:16
  51:6
  77:19
  78:8

opinions
  12:1,8
  13:18
  14:1,7,9,
  19 15:3,
  14 44:3
  45:14
  49:24
  50:14
  67:9,12
  69:15

opportunity
  8:6 13:20
  91:22
  108:24
  123:6

optical
  62:1

64:15
  110:8

optional
  37:14
  102:15,
  17,19

order
  7:3 13:18
  41:17
  48:10
  55:3,24
  62:19
  63:7,9

ordering
  65:7 67:1
  80:2

Oregon
  82:21

organizatio
n
  20:23
  25:8

organizatio
nal
  29:6
  51:21
  52:3,8,18
  55:17,20

organizatio
ns
  23:7
  24:12

orientation
  120:24

original
  85:6
  123:3,12,
  15

originally
  16:16
  109:13
  116:14

osmosis
  93:17

OSS
  43:5

outfit
  48:19

outreach
  76:2

outset
  59:25
  112:19

overbroad
  14:3

overlap
  24:24

overlay
  102:18

overlooked
  62:10

overnight
  90:3

oversight
  33:8

ownership
  67:4

owns
  34:11

                  P

p.m.
  88:16,20
  115:13,16
  123:19,20

packet
  13:15

pages
  81:17
  82:7,12,
  15 83:5

99:6

paid
  9:10
  94:13

pairing
  76:4

paper
  43:15,17,
  19,23
  102:22

paradigm
  61:12

paragraph
  110:25
  112:12

parallel
  85:24

parallels
  85:20

paraphrase
  67:21

part
  9:24
  22:18,20
  26:22
  27:23
  28:16,17
  29:19,21
  31:21
  33:10
  34:10
  39:16,22,
  23 40:9
  42:11
  45:19
  53:11,15
  55:19
  58:18
  64:24
  67:6
  72:15
  73:14
  76:5

90:5,21,
  24,25
  91:12,13,
  16 96:7,8
  99:19
  113:22
  119:16

participant
s
  21:13

partly
  57:22

parts
  102:14,17

party
  41:8

passage
  111:15

passed
  101:9

Patent
  100:6

Patricia
  5:22

patrons
  117:8,9

paused
  52:25

Payan
  5:7

paying
  32:3
  80:22
  86:3

PCS
  45:23
  97:17

PDF
  34:17
  36:20



40:5

PDFS
  36:2

pea
  100:11

Pearson
  15:12
  18:11
  20:2

pen
  27:1

penalty
  123:7

pending
  9:5

Penn
  81:13,16

people
  7:10 8:24
  18:18
  23:17
  26:12
  28:3
  29:24
  32:10
  48:15,24
  51:11,16
  52:19
  54:24
  55:6,8
  56:13
  58:4
  66:16
  71:14
  74:7,9
  76:20,21
  77:7,11,
  21 79:3,6
  82:5,14
  83:14,15
  84:6
  86:3,17
  92:1,3,4

95:22
97:23
101:14
108:4,7
109:8
113:10,24

percent
  62:3
  105:5

perfect
  67:21
  99:17,25
  110:4

perfectly
  47:11

performed
  122:9,10

performing
  117:4

period
  45:13
  58:23

perjury
  123:8

person
  13:2
  19:17
  29:18
  51:3
  62:11
  77:3
  79:12
  82:18
  86:24
  92:10
  96:6

person's
  62:18

personal
  45:22
  46:7
  82:15

personality
  28:3
  29:12

personally
  31:7 59:2

personnel
  21:12
  22:17
  118:15

persons
  20:10
  109:2,3,4

perspective
  32:20
  79:11
  92:6 96:9

pertain
  31:17

Pete
  13:4

Pham
  5:16

phonetic
  68:1

photocopying
  88:2

phrased
  8:7

phraseology
  68:6

pick
  56:20

picture
  94:1,2,8

piece
  37:2 99:9

pieces
  51:25

Pierce
  26:6 73:1

piggybacking
  100:7

pigpen
  88:23

place
  55:24
  58:10
  80:25
  86:1,20
  118:6,14,
  15

places
  100:8

plaintiff's
  11:6

plaintiffs
  5:21,23
  116:22

plan
  84:18
  97:1,5
  99:12
  118:14,21

play
  28:5
  29:7,10
  61:13
  78:4
  83:17
  116:8

playing
  56:7

podia
  32:8

point
  17:19
  30:13
  37:12,21
  60:19

61:23
67:5 70:5
88:3
104:21
105:2
106:5
115:5,7
118:2

pointing
  90:13

points
  117:19

policies
  22:3
  28:11,22
  95:5

policy
  29:2
  44:20,22
  95:9,10,
  13,19

poor
  6:22

poorly
  54:6

population
  98:5

populations
  98:1

portal
  78:11
  80:16

portion
  66:8

position
  36:7
  39:19
  121:10

positions
  85:10

positive



49:9

**possibly**
54:6 80:7
91:18

**post**
77:4,5,8,
22 82:25
93:11

**post-
secondary**
24:19
59:13
64:18
68:25
108:17

**posted**
82:12

**posting**
76:21
77:1,11,
20

**potential**
36:23
86:5

**potentially**
110:10
111:21

**power**
61:23
84:3
104:21
114:4,25

**practically**
90:2

**pragmatic**
118:2

**praise**
68:3

**precis**
120:14

**prefer**

17:16

**preferable**
46:4

**preference**
47:21

**preliminary**
62:5

**prep**
34:11

**preparation**
116:8

**presentatio
n**
40:21
45:3
70:18,21
71:2
75:20
90:10,12
94:10
100:25
101:22
104:6
105:3
106:19
121:19

**presentatio
ns**
30:11
34:20
74:2,18,
25 76:9
94:17
104:12
105:25
122:6,7

**presented**
104:9

**presenting**
73:3
104:14

**preserved**

8:9

**president**
31:1
67:25
83:20
84:9,17

**president's**
75:15
83:8,9,12

**presidents**
68:25

**presumed**
6:24

**pretty**
33:6 56:4
58:18
59:7
86:15
95:17
121:8

**preview**
49:22

**previous**
85:11,12

**primary**
93:14

**principle**
117:24
119:5

**principles**
117:3
118:23

**print**
11:5
49:20
63:2,16
119:17

**printed**
91:19
101:21
116:5

119:21

**printer**
101:1

**prior**
65:20

**private**
69:1
101:14

**privileged**
8:12

**proactive**
28:1
66:22
96:14
98:7,21

**problem**
16:2,3
18:10
56:6
70:19,25
86:12
97:21

**problematic**
46:2

**problems**
15:21
16:7,12,
20,23
17:8,12,
22 18:13,
25 43:18
49:2
111:22,25

**procedure**
28:8

**procedures**
28:5,10,
14,21,25
29:4
43:5,9
56:3
75:19

78:2
95:14
119:1

**proceeding**
6:3
123:20

**proceedings**
40:25
50:7
88:18

**process**
14:10
28:18
53:12,15,
22,24
55:23
56:3 62:2
64:8
65:7,8
66:3
80:24
89:16
99:20
100:2
105:22

**processes**
14:11

**procurement**
22:3
23:21
27:12,13,
14 28:16
32:1,11
53:21,23
55:22
59:14,16,
20 105:22

**procuring**
23:14

**producing**
116:4

**product**
15:11,12



17:5
48:16
61:9

production
65:8
121:5

products
39:17

professiona
l
9:19
20:23
23:2 39:1
46:8,10
49:10
73:14
74:4

professiona
ls
84:1

professors
16:6,11
17:16
42:20

profile
91:21

program
17:16
108:2

programatic
34:9
111:14

programs
19:16,18
47:6

project
108:12

proliferati
on
112:8

promote

74:3

promotions
74:6

prongs
90:25

proper
36:8

provide
9:19
35:21
41:18
42:7
53:13
58:16
85:16
94:13
116:12
119:6

provided
14:12
18:6,8
119:18

providing
18:4 30:6
43:5,8
55:12
62:23
65:8
94:12

provision
116:25

provost
31:6

public
60:24
65:11
68:25
117:20

publisher
34:12,14
67:1

publishers
39:14,16
109:6

publishing
121:3

pull
12:23

pulled
120:4

punctuation
79:4

purchase
34:21
60:1
79:8,24,
25

purchasing
55:9
75:21,22
80:24
105:24,25

purely
105:8

purview
58:3 87:1

push
84:1

pushing
109:12

put
11:13
39:19
50:19
67:11,23
68:16
76:6
77:25
78:4
86:12,20
98:16,22
114:16

putting
50:24
77:15
79:23
86:4

_____

Q

_____

quality
109:21

quarter
65:23,25
66:8

quarterly
66:2

question
6:21,23,
25 7:12,
25 8:3,4,
5,6 9:5
11:19,21
12:7 16:8
17:1,2
28:9
32:18
38:11,16
39:3 41:7
43:19
46:15,22
52:16,18,
23 53:10
54:3,10
56:7 57:4
61:19
66:6 74:1
77:9
79:23
86:2,8
87:15,18
95:9
96:13,24
100:10,
12,13
102:1

105:20
114:22

question's
14:3
16:24
24:2 29:9
32:13
41:22
46:20
52:12
58:14
66:11
80:5 97:2
119:9

questions
6:20 7:18
14:14,25
21:24
39:3
122:13

quick
59:10

quickly
58:25
61:24
80:25
84:11
98:18,21
101:12

quote
112:12
117:6

_____

R

_____

rack
35:5

radio
46:18
47:14,15,
16,17,19

raise
27:8 86:2



87:9

**raising**
  96:2

**ramifications**
  51:19

**ramps**
  33:21
  56:17

**range**
  17:17

**rarely**
  8:8 64:6

**re-plowing**
  119:9

**reach**
  44:3

**reactive**
  96:14

**read**
  16:8 44:5
  79:1,2
  108:13
  114:21
  121:6

**reader**
  45:6

**readers**
  67:18

**readiness**
  62:6

**reading**
  43:2,7,8
  49:14
  61:20
  63:7
  122:18

**ready**
  67:6

**real**

79:6
81:11
83:14,15
91:10

**real-life**
  49:1

**realistic**
  39:11,24
  58:18
  118:13

**reality**
  15:15

**realize**
  47:22
  66:6
  86:21

**realized**
  90:17

**reason**
  43:17
  45:24
  67:7
  79:10

**reasonable**
  40:9

**reasons**
  39:10
  65:2
  84:19
  97:15

**recall**
  8:15 19:9
  21:17
  32:3
  43:7,8
  69:10
  72:7
  101:3

**receipt**
  123:11,12

**receive**
  12:3

43:13
69:4,5
118:12

**received**
  13:15

**receiving**
  40:13

**recent**
  19:16
  31:3

**recently**
  65:13
  75:9,13,
  16 76:2
  93:4

**receptive**
  96:6

**recess**
  115:14

**recites**
  81:16

**recognition**
  27:23
  52:4 62:1
  64:16
  65:17
  87:17
  91:8
  110:3,8
  113:8

**recognize**
  51:3
  86:18
  116:1

**recognized**
  116:12

**recognizing**
  61:3 79:5
  89:19

**recommend**
  49:10

96:16,25

**recommendation**
  45:22
  46:8,9,11

**recommending**
  19:13

**record**
  5:13 6:10
  7:4 11:3
  50:4,8
  84:24
  88:11,13,
  15,20
  115:12,16
  119:10
  123:19

**records**
  104:8

**reduce**
  52:8 53:2

**refer**
  26:7
  112:16

**reference**
  42:3
  108:15

**reflect**
  82:23

**reflection**
  7:21,22,
  23

**refresh**
  85:7,12
  104:25
  105:3,7

**regard**
  15:24

**register**
  65:2

**registration**
  42:16

**regular**
  73:7

**regularly**
  49:7

**Rehabilitation**
  12:13

**related**
  91:13

**relating**
  43:5

**relationship**
  9:13,22
  22:13
  23:3

**relationships**
  23:6

**relax**
  90:10

**release**
  37:19
  67:3

**relieve**
  123:1

**remediation**
  97:1
  99:7,12

**remember**
  13:8
  19:14
  26:8
  43:10
  52:16
  60:15
  68:6
  71:21



72:15
78:3 91:5
99:21
109:15
120:17,18

**reminding**
115:8

**Reminds**
104:16

**remove**
10:2

**render**
13:18

**renew**
99:18

**renewed**
108:23

**rephrase**
8:6 15:17
53:9 54:4
57:5
87:16

**replicated**
93:3

**report**
13:21,24
69:19,22,
24 70:2
108:25
109:10
112:3
116:20

**reporter**
5:16 6:1
7:7,14
8:25
16:10
37:7
107:20
114:23
120:22
123:2

**reporting**
113:24

**reports**
122:5

**representing**
5:22,25

**reprisal**
31:7

**reps**
18:11

**request**
8:23 9:4
43:12,13,
14,18
48:6
117:22
118:12

**requested**
83:11

**requests**
43:9
119:2

**require**
46:12
51:17

**required**
38:1,7
42:2,4,14
44:22
51:13
64:25
66:25
80:1,19
87:13

**requires**
47:2,3

**requiring**
37:19
50:25
52:5

**research**
36:9
44:25
49:15

**reservation**
41:4

**resolution**
64:21,24
65:15
68:13

**resolutions**
31:17
64:18
68:12,14

**resource**
9:20
54:12,13,
14 55:4
73:10
74:9,13

**resources**
30:5 41:8
54:10,11,
12 62:10,
21 75:5
94:12
117:7

**respect**
14:24
17:21
22:4
23:23
28:25
44:3
46:13
64:17
92:3
117:7
120:13

**respond**
12:7 14:4
98:18,20
110:1
118:18

**responded**
90:2

**responding**
118:15
119:1

**responds**
117:21
118:3

**response**
76:7
119:19
120:3

**responsibilities**
29:23
123:2

**responsibility**
29:25
35:12
51:5,7
55:15
58:2
87:14

**rest**
96:11

**restate**
62:8

**restricted**
82:8

**result**
87:2

**results**
62:3 93:4

**resume**
50:13

**retention**
93:5

**retired**
30:12

**retirement**
108:12

**retrofit**
111:2
114:2,19

**review**
16:5,10
28:24,25
69:24
99:20
115:7,10
123:6

**reviewed**
12:22,25
13:4,5,8,
10 29:2
31:10,11
43:4
69:13,18

**reviewing**
14:23
26:10
101:6

**Richard**
5:24

**rights**
64:13
68:21,22
77:4

**risk**
97:10

**Road**
6:12

**robe**
8:2

**Robert**
68:1

**role**
9:15 18:4
27:25
28:4
29:6,7,11



30:3,11,
13 34:11
83:17
116:8

Ron
101:8

room
8:23
48:24
52:20
68:4
71:13

room's
57:2

Roy
5:7

Rule
11:23

rules
12:5
123:2

run
55:1 62:1
105:17
111:22,25

runs
73:19

rush
67:7

rushed
118:20

———————

S

S's
30:15

S-E-L
83:13

sad
101:23

San
67:25
120:19
121:15,16

Santiago
75:19

save
89:24
105:23

saved
40:15

saves
105:14
106:4

scale
78:10
80:16
81:4

scan
36:21
61:25

scanning
110:8

scenario
36:12

schedule
66:24

school
113:11,12

schools
25:6

scope
12:17
39:8
80:19

Scott
29:14
30:15

scowl
90:9

screen
45:6
90:13

Sean
73:19
76:4
85:20

search
44:13
93:16

seconds
93:18

section
8:18
12:12
28:18
29:19
30:1,4
35:10,11
53:19,20
55:22
69:2
75:22
80:24
85:6,12
100:5
101:23
105:22
114:3,4,
24,25
121:12

sector
101:14

security
76:5
85:14,16,
23,24
86:11,19
87:8,12
111:24

selected
13:10,13

selecting

38:20
41:20

self-
interest
89:22

self-taught
121:8

semester
66:8

semesterly
66:3

sending
71:11

senior
83:15

sense
54:11
58:10

sentence
95:6,7

sentiments
105:10

separate
40:18

Sergio
5:15

serve
11:18
20:4,5
21:19
22:1,5,15
23:4,8,
12,15,16
24:1,10,
15,16
25:18,20,
22,24
26:13,14,
15

server
45:16

service
26:24
84:1
94:13

services
18:19
20:7,24
26:16
27:13,18,
24 34:8
41:17,20
42:25
56:2,9,25
57:11,20
58:3,11,
16,17
61:21
63:16
65:3,18
66:2 76:1
84:15
94:14
98:6
103:23
110:21

Services'
35:8

serving
50:17
67:10
98:4

sessions
121:12

set
11:5
18:10
45:13

sets
16:2,3

settlement
31:3,4
42:3
65:14,15,
16 117:15



setup
    64:4

shaking
    7:6

shell
    106:25
    107:4

shoot
    94:6

shooting
    94:2

short
    39:13
    50:6
    56:19
    58:23
    88:17
    120:14

shortcomings
    118:3

shot
    10:3

shoulder
    35:3

show
    25:1
    88:24
    100:21
    106:7
    115:21
    121:25

showing
    89:20

shown
    92:16

side
    63:3  76:3
    84:16

sighted
    58:12

79:12

sign
    122:23
    123:7

significance
    117:1

significant
    68:13

significantly
    52:8

signing
    122:19
    123:10

similar
    15:23
    87:2
    111:23

similarly
    15:23
    75:13
    99:5

simple
    91:8

simplify
    77:16

simply
    16:3
    50:25
    111:9
    114:2

single
    77:3  81:2
    103:1

site
    75:9,10
    122:6

sites
    20:2

situation
    47:16
    48:21
    51:10
    97:19
    98:19

situations
    48:18
    81:2  96:1
    98:21

size
    71:15

skilled
    118:9

skills
    91:11
    93:23

skyscraper
    114:11

slap
    9:2

slept
    72:6  73:9
    94:23

slight
    47:13

slightly
    46:23
    53:9
    82:22

slow
    120:22

slower
    35:21

slowly
    90:9

smaller
    77:2
    80:19

Smith

89:22

snake
    66:4

snow
    94:2,6

society
    79:2
    114:6
    115:2

software
    14:8
    17:13
    21:22
    22:4
    23:11,15
    27:15
    28:7  44:4
    45:2,7
    47:6
    48:10
    50:21
    52:9,21
    53:3
    59:1,11
    78:11,18
    80:2
    99:2,9
    111:7
    112:17
    113:6

softwares
    15:2
    32:12
    44:23

solemnly
    6:1

solution
    42:13
    49:10
    59:4

someone's
    28:17

sort
    28:21
    45:16
    60:17
    74:6
    78:9,10,
    12  79:22
    80:3  96:7
    97:21
    98:14
    102:10
    112:1

sounded
    45:10

sounds
    44:6  85:1

source
    20:3
    103:10

sources
    44:7,8

South
    5:11

space
    103:2,3

speak
    72:2
    75:14
    83:12

speaker
    72:14

speakers
    72:12
    94:15

speaking
    17:14
    57:14
    61:1
    89:14

specialist
    42:6
    72:16



| | | | | |
|---|---|---|---|---|
| **specialists** | **spell** | **standing** | **statement** | 122:20 |
| 66:23 | 30:22 | 71:13 | 47:5 | **stopgap** |
| 108:1 | 70:20 | **stands** | 67:24 | 56:10 |
| 116:13 | **spend** | 31:24 | 84:10 | **storehouse** |
| **specialized** | 33:14 | 85:3,5 | 108:14 | 9:20 |
| 112:6 | 48:10,19 | **start** | 109:16 | **stories** |
| **specific** | **spoke** | 36:4 | 117:18 | 114:11 |
| 12:4 34:7 | 72:6 73:6 | 40:13 | **statements** | **strategies** |
| 72:1 | 107:18 | 58:24 | 13:4 95:1 | 56:3 |
| 82:11 | **spoken** | 66:25 | **states** | **strategy** |
| **specifically** | 18:14 | 67:1 | 5:9 69:4 | 12:14 |
| 12:10 | 74:7 | 90:8,11 | 70:17 | 46:5 |
| 13:8 | 92:21 | 95:6 | 108:16 | 48:22 |
| 14:19,21 | **sponsored** | 97:11,13 | **stations** | 54:2 |
| 17:14 | 23:1 | 114:23 | 46:5 | 76:25 |
| 20:6 24:5 | 121:16 | **started** | 98:10,11, | **Street** |
| 39:4 | **spreads** | 6:18 19:1 | 13 | 5:12 |
| 43:7,10 | 66:21 | 76:7 | **statistics** | **strictly** |
| 50:22 | **stack** | 107:25 | 17:21,22 | 28:6 |
| 57:15 | 119:21 | **starting** | **stay** | 105:6 |
| 61:2 | **staff** | 74:21 | 31:16 | **strides** |
| 64:24 | 20:7 30:6 | 89:16 | 77:17 | 84:14 |
| 73:5,12 | 62:14,15 | 95:5 | 86:25 | **strong** |
| 74:14 | 71:5,11, | 112:11 | **step** | 29:24 |
| 104:13 | 12 73:10 | **starts** | 7:16 | **structural** |
| 120:20 | 74:20 | 95:8 | 98:25 | 113:19 |
| **specifications** | 87:13 | **state** | 99:1 | **structure** |
| 102:16 | 119:21 | 6:9 7:20 | **steps** | 36:6 |
| **spectrum** | 122:12 | 20:13 | 40:4 62:5 | **structured** |
| 72:16 | **stamped** | 26:23 | 90:21 | 65:15 |
| **speculate** | 93:16 | 29:13 | 96:25 | **structures** |
| 38:12 | **standard** | 30:18 | **Stewart** | 55:24 |
| **speculation** | 14:11 | 59:18 | 101:9 | **struggles** |
| 38:23 | 37:14,16, | 60:6,8,10 | **stick** | 83:25 |
| 87:5 | 18 | 64:20 | 89:18 | **student** |
| 109:25 | 102:17,19 | 65:12 | 99:23 | 27:13 |
| **sped** | 104:12 | 67:25 | **stipulate** | 34:6,11, |
| 65:24 | 105:8 | 73:13,18 | 123:1 | 15 35:23 |
| **speed** | **standards** | 81:13,16 | **stipulated** | 36:3 42:8 |
| 88:8 | 37:9,10, | 82:21 | 123:16 | 48:4 |
| | 22 | 95:5 | **stipulation** | |
| | | 120:20 | | |
| | | **stated** | | |
| | | 8:8 | | |



49:11
56:25
57:11
58:11,13,
18 63:9,
16 65:1,
4,9 66:1
67:4,7
93:23
97:18
99:10
103:23
110:21
118:11

**students**
9:17
14:8,10
15:17
26:20
32:23
43:1
45:19,24
49:1
50:17,25
51:12,14,
18 52:6
59:9
66:17
67:10,21
68:18
72:18
78:15,16
89:24
90:18,23
91:10
93:12
97:24

**students'**
37:3
50:19
66:24
67:12

**studies**
92:16
93:2

**styles**
91:21

**subject**
11:17,25
12:3 22:1

**subpoena**
13:23
119:19
120:3

**subscription**
73:17

**substance**
8:9

**succeeded**
51:7
81:20

**successful**
81:20
107:3

**sudden**
66:10

**suddenly**
59:6
82:13

**sue**
84:21

**sufficient**
64:6
65:17

**suggest**
49:19
88:1
115:4

**suggestion**
8:4 11:4

**suit**
34:21

**Suite**
6:12

**Suleman**
26:5

**summary**
12:1
13:25

**Summit**
71:20,22,
25 72:2,3
73:3,5,7

**sunset**
101:3

**super**
68:4

**supersede**
24:23

**support**
9:16
73:13,22,
24 75:5
84:17

**supported**
83:23

**supporting**
84:16

**suppose**
15:15
107:11

**surprised**
7:10

**survey**
99:2

**suspect**
74:22

**swallow**
66:4

**swear**
6:1

**sworn**
5:18

**syllabi**
43:6,8

**system**
25:20
36:13,14
65:23,25
75:3
78:12
80:16,17

———————

**T**

———————

**tactile**
36:3,5
64:7

**tags**
63:17

**tailor**
35:1,2,5,
6

**tailoring**
54:22

**takes**
40:5
62:9,18
98:15
118:9

**taking**
65:5 66:3
91:21
95:11
96:23
110:2

**talk**
12:17
28:6
72:17
75:12
76:10
88:25
89:6,12
91:13
107:4

113:10

**talked**
19:17
78:21
85:13
93:17
100:7

**talking**
7:15
19:11
20:7 28:6
50:22
51:2
55:7,10
61:12
72:13,22
76:14
78:13
79:22
80:15
81:11
88:25
89:13
90:22
92:22
93:7,21
106:20
110:20
113:24

**talks**
81:13

**task**
62:12
123:9

**tasked**
108:25
109:13

**tasks**
95:15

**teach**
42:21
120:24

**teacher**



63:11

**teaching**
17:18
48:23
91:23,24,
25

**team**
30:22
75:11,21

**Tech**
9:15
17:25
122:8

**technical**
77:15

**Technically**
22:25

**technological**
51:22,24
52:2
112:13,21
113:1

**Technologist**
22:11

**technology**
9:18
12:10,15
23:17,18,
20,22
24:5,14
26:18,25
31:18,25
32:1,2,
21,24
50:24,25
51:25
52:5
53:16
54:9
56:6,21
58:7,10,

20,24
59:11,19
60:1,10
67:20
68:17
76:3
79:7,15
85:6,9,18
96:24
97:16
105:21
108:9
109:8
110:7
111:11
112:2,4,
6,7 113:7
121:9

**telling**
39:14
60:25

**template**
61:10
82:10

**templates**
77:16
82:6,24

**ten**
107:25
120:17,18

**tend**
23:20
28:22
63:25
78:20
95:23
96:10

**tended**
24:23
58:1

**tendency**
62:13

**tens**

81:17

**term**
42:5
65:20

**terms**
14:11
17:13,15
31:9 37:1
40:20
44:7
46:24
47:14
50:24
59:17
61:11
62:22
64:9
67:23
69:14
73:3 87:2
89:11
98:4 99:7
102:9

**test**
78:16

**tested**
44:6 81:7

**testify**
12:1,2
14:1
49:25
67:13
69:16

**testimonies**
61:20

**testimony**
6:2

**testing**
39:12
60:24
61:2
78:2,5,7,
8,14,23

79:9,13,
22,24
80:12,15
81:1

**text**
38:21
59:1 64:5
66:9

**textbook**
38:21
63:3,23,
24

**theory**
60:21
80:20
85:19
87:6

**Thierfeld**
72:16

**thing**
7:3 18:1
33:15
40:17
49:6 71:9
79:10
84:23
86:21
89:17
97:9
100:9
101:21
102:3,20
112:1
118:17

**things**
6:17
14:16,22
19:13
26:24
32:5
39:24
42:12
43:24
56:19

62:17
63:6
77:22
78:12
80:3,18
81:22
82:10
83:5
84:11
88:8 91:9
92:5,7,19
93:21
94:24
97:12,13
99:13,23
102:18
106:1
110:13
113:2,9
114:2,14
116:20
117:17
120:12

**thinking**
23:1
31:23
72:13
80:14
92:23
113:21

**thought**
54:7

**three-day**
107:24

**three-honk**
106:19

**thumb**
11:4
12:21
49:21
70:9
72:19
91:17
119:18,22



GAEIR DIETRICH                                          November 06, 2017
ROY PAYAN vs LOS ANGELES COMMUNITY                         Index: tied..type

tied
    62:21

ties
    31:21

time
    5:13
    7:15,20
    9:11
    16:18
    17:19
    19:10,12,
    15 25:12
    30:8,10,
    13 31:16
    33:14
    36:21
    37:12,21
    40:15
    42:6,13
    48:10
    49:16,17
    50:4,9
    54:13,23
    60:20
    62:18
    64:8
    65:1,8,18
    66:20,21
    86:19
    87:16
    88:7,15,
    20 89:24
    92:18
    93:1,15
    97:14
    99:17,25
    101:18
    105:20,23
    106:11,19
    107:9
    110:3,7
    111:8,15
    112:7
    114:18
    115:12,16
    118:9

    122:23
    123:19

timeframe
    123:14

timeline
    65:24
    99:21

timeliness
    61:13,14
    62:22
    64:19,22
    116:24

timely
    41:18
    42:12
    61:16
    109:20
    110:5,9,
    14 119:1

times
    45:13
    64:1
    76:16
    106:18

timing
    45:21

title
    26:21,22
    29:18
    31:11
    69:10
    121:17

today
    5:16 9:11
    10:25
    57:8
    86:13
    95:16,24
    110:20
    111:7
    112:2
    115:19

today's
    5:12
    12:22

told
    9:8 14:20
    16:5,11
    100:17,18
    106:16,18

top
    31:16
    86:25
    95:21
    96:6

topic
    21:1
    24:10
    33:13
    67:25
    78:7

track
    64:10

traction
    95:20

Trademark
    100:6

traditional
    18:1

train
    40:22

trained
    77:22
    118:14

training
    9:16,19
    18:5,22
    19:3
    29:20
    38:1,6,19
    39:1
    40:13
    48:18
    55:13

71:17,19
    72:21
    74:13
    77:5,17,
    19 87:13,
    17,18,25
    107:24
    108:1,4,7
    116:12
    119:6
    120:13,24
    122:8

trainings
    40:11
    75:8 76:5
    87:24
    90:3

transcribe
    121:6

transcript
    80:1
    93:8,10,
    11,13
    123:3,12

transcripti
on
    58:21

transition
    16:19

translate
    93:13,14

translation
    58:24
    116:25

traveling
    97:6

treasurer
    21:4

trees
    102:22

trend
    39:15

96:11

triage
    63:20

trimester
    66:8

trimesterly
    66:2

triskaideka
phobia
    70:19

true
    50:23
    51:23
    58:6
    87:21
    111:6

trust
    60:18

truth
    6:3,4
    60:25

turn
    63:10
    95:2
    118:22

turnaround
    122:23

turned
    70:24

Turning
    43:11

turnout
    71:8,12

two-fold
    48:15

two-part
    91:13

type
    33:1
    102:18



typical
    57:11
    76:13

typically
    66:15,22

_____

    U

U.S.
    100:6

UC
    31:3,6
    65:14
    117:15

uh-huh
    7:5,11
    48:17
    89:4 95:3
    96:15,17,
    22 103:19
    109:18
    111:3
    115:23

umbrella
    102:10,13

unacceptabl
e
    67:19

unaware
    73:12

unclear
    55:15

uncommon
    94:16

uncooperati
ve
    30:24
    31:5

understand
    6:19,21,
    23,25

7:7,11
9:6 17:1
18:9,13
27:15
40:12,16
45:25
46:22
48:12
55:6,9
56:16
79:6 90:7
92:8

understandi
ng
    12:16
    28:9
    29:21
    32:9,18
    43:19
    48:14
    53:12
    54:14
    56:14
    63:21
    64:2
    79:3,13
    81:19,21
    83:2
    87:15

undertake
    14:24

underwritte
n
    73:17,18

unfortunate
    39:15

Unit
    9:16
    122:8

United
    5:8 69:4
    108:16

units
    120:18

universal
    91:6,12,
    14,16
    93:22
    103:23
    112:11

universe
    60:4

universitie
s
    24:7
    59:18
    60:24
    111:5

university
    20:13
    25:8
    29:14
    30:18
    31:12,13
    57:11
    64:20
    67:25
    81:13
    82:21

University'
s
    60:8

unpack
    56:23
    92:8

unrelated
    120:16

unruly
    82:11

uploads
    71:6

upper
    120:18

upside
    59:6

usability
    34:2

usable
    45:20

usage
    96:16,25
    97:10,22
    99:8

USB
    49:20

useable
    37:23

user
    78:2,5,7,
    14 79:9
    80:11,14
    81:1,7,8

user-tested
    80:4

user-
testing
    80:9

users
    48:9 78:9

utilization
    32:11

_____

    V

vacuum
    56:21

vague
    11:21
    16:24
    24:2 29:9
    32:13
    46:20
    52:12
    58:14
    80:5 87:4
    97:2

Valley
    72:25
    75:10

variable
    44:7

varying
    45:14

veer
    27:4

vendor
    61:2
    80:10,21

vendor's
    60:25

vendors
    39:16

verbalize
    90:6

verify
    60:18

verifying
    80:10

version
    15:13
    19:5
    45:10,12,
    13 48:13,
    14 49:3,
    4,8 85:11

versions
    17:5
    38:21
    41:8
    91:18

versus
    5:7 78:23
    79:14
    81:12
    96:14
    104:21,22

vetted



77:1

vice
   31:6

video
   92:9
   93:9,18

videos
   73:15,21
   74:13,15

view
   28:4  34:9
   95:15,24
   104:23
   105:13,16
   111:4,13
   112:20
   118:2

views
   104:20

violates
   117:20

vision
   79:20
   103:17

visit
   75:10

visits
   75:9
   122:6,7

visual
   90:6
   92:11

visually
   79:19
   120:21,25
   121:22

Vitalsource
   41:15
   102:24
   103:2,9,
   15

vocabulary
   92:17,18

voluntarily
   87:23

voluntary
   61:9

VPAT
   61:5,7

_____

W
_____

wait
   57:3
   101:16

waiting
   115:6

walk
   48:4
   54:24
   86:10

walks
   34:23

wanted
   14:21
   19:22
   33:14
   50:1  54:3
   84:22
   90:5  95:1

wanting
   68:17

Warehouse
   34:22

watch
   93:18

watching
   86:19

water
   9:2  10:3

ways

92:3

WCAG
   105:7,9

wearing
   8:2

web
   12:11
   46:16
   73:10
   75:11,12
   76:10
   77:10
   78:11
   82:7,12,
   15,20
   83:5  99:5
   113:12,13

webinars
   94:14

webmaster
   77:1

webmasters
   76:8

website
   19:20
   46:13
   71:6
   76:13,19,
   22  77:13,
   17,20,25
   78:4,6
   80:2,4
   81:20,23
   82:3,4

websites
   19:24
   61:5
   76:11,14
   81:16
   86:4  99:6

week
   42:24
   66:15

weekends
   76:17

weeks
   42:5
   65:20
   122:22
   123:11,12

well-
articulated
   82:3
   95:17

well-
understood
   54:6

whatsoever
   32:17

wheelchairs
   97:24

whiteboards
   32:8

who've
   54:1

Windows
   36:13

witnessed
   87:12

woman
   30:9

wonderful
   108:2

word
   30:21
   34:16
   36:16
   40:4,5,8
   43:21
   61:22
   71:4  78:3
   92:20,23

worded
   59:17

words
   92:12
   103:1

work
   12:13
   18:19
   20:24
   34:19
   35:6
   36:25
   49:12
   51:1  56:4
   62:8,20
   71:6
   72:18
   80:21
   92:5
   95:23
   96:10
   98:9,11,
   12  104:10
   105:18
   113:16
   114:1,10
   117:12,24
   118:8,15
   120:19,
   20,25

worked
   90:18
   100:8

workflow
   28:17
   29:4
   75:18
   100:2

working
   12:9
   14:10
   23:17
   60:20
   66:16
   79:18
   121:21



**works**
  91:25
  95:13
  100:9

**workshop**
  101:4

**world**
  81:12
  95:11
  109:4

**worlds**
  33:1

**wow**
  91:8
  94:23
  101:17

**writing**
  108:25

**written**
  114:6,7
  115:2,3

**wrong**
  8:13

**wrote**
  31:4

---

**Y**

---

**year**
  59:5 73:1
  89:6,9,10
  101:4
  109:14

**year's**
  89:7

**years**
  17:3
  18:21,25
  21:6,11
  26:1 30:8
  44:19

56:5 73:6
86:10
93:2
94:10,25
99:21,22
100:4
101:8,20,
24 107:25
121:2,20

**Yvette**
  13:11

