Case 2:17-cv-01697-SVW-SK   Document 485-2   Filed 02/03/23   Page 1 of 2   Page ID #:11424

8/4/2017 - Robert Dominick, 30(b)(6) of LACCD

Roy Payan vs. Los Angeles Community College District

1115477

DECLARATION

I hereby declare I am the deponent in the within matter; that I have read the foregoing deposition and know the contents thereof; and I declare that the same is true of my knowledge except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe them to be true.

I declare under the penalties of perjury of the State of California that the foregoing is true and correct.

Executed this 5th day of SEPTEMBER, 20 17, at Los Angeles, California.



ROBERT DOMINICK

Kusar Keeping Your Word Is Our Business ℠

Robert Dominick
Los Angeles City College

In reviewing my deposition here are my corrections:

10:28:33 10 The word talks? Not sure what "talks" mean in this sentence

10:52:06 4   add "to" got "to" update

11:11:22 9   all = alt. (alt media)

12:14:11 12 come = comes

12:23:07 19 let = letter

12:44:33 3   day or two hours = day for two hours per week