Richard E. Morton (Bar No. 54188)
  rmorton@hbblaw.com
Bruce L. Cleeland (Bar No. 100524)
  bcleeland@hbblaw.com
Yvette Davis (Bar No. 165777)
  ydavis@hbblaw.com
Kristian Moriarty (Bar No. 291557)
  kmoriarty@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
  edocs@hbblaw.com
2030 Main Street, Suite 1525
Irvine, California 92614
Telephone:  714.426.4600
Facsimile:  714.754.0826

Attorneys for Defendant
LOS ANGELES COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION; OF THE BLIND, INC.; and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.,<br><br>           Plaintiffs,<br><br>      v.<br><br>LOS ANGELES COMMUNITY COLLEGE DISTRICT, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 2:17-cv-01697-SVW(SKx)<br>[Civil Rights]<br><br>**DEFENDANT'S NOTICE OF SUBMISSION OF DEPOSITION TRANSCRIPT OF JON RICHARD GUNDERSON PER COURT'S IN CHAMBERS ORDER OF FEBRUARY 2, 2023, DOCUMENT NUMBER 481** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Pursuant to the Court's In Chamber's Order (Doc #481), defendant Los Angeles Community College District ("Defendant") hereby submits the deposition transcript of Jon Richard Gunderson which is referenced in Defendant's Response to the Court's January 19, 2023 Order.

DATED: February 3, 2023       HAIGHT BROWN & BONESTEEL LLP

By: *[signature]*

Richard E. Morton
Bruce Cleeland
Yvette Davis
Kristian Moriarty
Attorneys for Defendant
LOS ANGELES COMMUNITY COLLEGE DISTRICT

# PROOF OF SERVICE

Payan; Mason; The National Federation of the Blind, et al. v. LACCD, et al.

USDC Case No. 2:17-cv-01697-SVW-(SKx)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2030 Main St, Suite 1525, Irvine, CA 92614.

On February 3, 2023, I served true copies of the following document(s) described as **DEFENDANT'S NOTICE OF SUBMISSION OF DEPOSITION TRANSCRIPT OF JON RICHARD GUNDERSON PER COURT'S IN CHAMBERS ORDER OF FEBRUARY 2, 2023, DOCUMENT NUMBER 481** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2023, at Irvine, California.

_____
Cindy Mulder

# SERVICE LIST

*Payan; Mason; The National Federation of the Blind, et al. v. LACCD, et al.*

USDC Case No. 2:17-cv-01697-SVW-(SKx)

| | |
|---|---|
| Patricia Barbosa<br>Ayman Mourad<br>BARBOSA GROUP<br>606 Lake St. No. 9<br>Huntington Beach, CA 92648<br><br>Telephone: (714) 465-9486<br>Facsimile: (866) 907-3235<br>Email: pbarbosa@barbosagrp.com<br>Email: amourad@barbosagrp.com | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.* |
| Jessica P. Weber<br>Sharon Krevor-Weisbaum<br>Kevin D. Docherty<br>BROWN, GOLDSTEIN & LEVY LLP<br>120 E. Baltimore Street<br>Suite 1700<br>Baltimore, Maryland 21202<br><br>Telephone: (410) 962-1030<br>Email: jweber@browngold.com<br>Email: skw@browngold.com<br>Email: kdocherty@browngold.com | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.* |
| Mark H. Meyerhoff<br>LIEBERT CASSIDY WHITMORE<br>6033 W. Century Blvd., 5th Floor<br>Los Angeles, CA 90045<br><br>Telephone: (310) 981-2000<br>Facsimile: (310) 337-0837<br>Email: mmeyerhoff@lcwlegal.com | Attorneys for Defendant<br>*LOS ANGELES COMMUNITY COLLEGE DISTRICT* |