Patricia Barbosa (SBN 125685)
pbarbosa@barbosagrp.com
**BARBOSA GROUP**
606 Lake Street, #9
Huntington Beach, California 92648
Phone: (714) 465-9486

Sharon Krevor-Weisbaum
skw@browngold.com
Jessica P. Weber
jweber@browngold.com
Kevin D. Docherty
kdocherty@browngold.com
Monica R. Basche
mbasche@browngold.com
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Phone: (410) 962-1030

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COMMUNITY COLLEGE DISTRICT. <br><br> Defendant. | Case No.: 2:17-cv-01697-SVW(SKx) <br><br> **Civil Rights** <br><br> **PLAINTIFFS' DISCLOSURE OF GRAPHIC AND ILLUSTRATIVE MATERIAL** <br><br> Pretrial Conference Date: May 15, 2023 <br> Time: 1:30 p.m. <br> Location: 350 W. 1st Street <br> Los Angeles, CA 90012 <br> Courtroom 10A <br><br> **Trial Date: May 23, 2023** |

---

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697- SVW-SKx;
PLAINTIFFS' DISCLOSURE OF GRAPHIC AND ILLUSTRATIVE MATERIAL

1

# PLAINTIFFS' DISCLOSURE OF GRAPHIC AND ILLUSTRATIVE MATERIAL

Pursuant to Local Rule 16-3, "Disclosure of Graphic and Illustrative Material," Plaintiffs hereby disclose their intent to use at trial the demonstrative evidence detailed below. *See* L.R. 16-3; *see also Sclafani v. Air & Liquid Sys. Corp.*, No. 2:12-CV-SVW-PJW, 2013 WL 2477077, at *10 (C.D. Cal. May 9, 2013) (explaining parties must disclose intent to use "graphs, pictures, or other illustrations" at least eleven days before trial).

Plaintiffs intend to display to the jury the images contained in the expert report of Peter Bossley, President of Accessibility Ally, Inc., attached hereto as Exhibit A.

Respectfully submitted,

Dated: May 12, 2023   **BARBOSA GROUP**

*/s/ P. Barbosa*
Patricia Barbosa

**BROWN GOLDSTEIN & LEVY, LLP**

*/s/ K. Docherty*
Sharon Krevor-Weisbaum
Jessica P. Weber
Kevin D. Docherty
Monica R. Basche

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, a copy of the foregoing Plaintiffs' Disclosure of Graphic and Illustrative Material was delivered by the Court's e-filing system to:

    Richard E. Morton, Esquire
    Yvette Davis, Esquire
    HAIGHT BROWN & BONESTEEL LLP
    2050 Main Street, Suite 600
    Irvine, California 92614
    rmorton@hbblaw.com
    ydavis@hbblaw.com

    and

    David A. Urban, Esquire
    Mark H. Meyerhoff, Esquire
    Richard Daniel Seitz, Esquire
    LIEBERT CASSIDY WHITMORE
    A Professional Law Corporation
    6033 West Century Boulevard, 5th Floor
    Los Angeles, California 90045
    durban@lcwlegal.com
    mmeyerhoff@lcwlegal.com
    dseitz@lcwlegal.com

    *Attorneys for Defendant Los Angeles Community College District*

    _____
    Kevin D. Docherty