# EXHIBIT A





Academics Menu ∨ | Finances Menu ∨ | My Profile Menu ∨ | Actions Menu ∨

❗ Hold: **Financial Aid Probation**
❗ Hold: **Financial Aid Probation**
❗ Hold: **Financial Aid Ineligible**
❗ Hold: **Financial Aid Ineligible**
❗ Hold: **Financial Aid Ineligible**
❗ Hold: **Financial Aid Ineligible**
View More Holds

These menu items are not accessible.

Assessment >

Orientation >

Student Educational Plan >



Academics Menu ∨ | Finances Menu ∨ | My Profile Menu ∨ | Actions Menu ∨

❗ Hold: **Financial Aid Probation**
❗ Hold: **Financial Aid Probation**
❗ Hold: **Financial Aid Ineligible**
❗ Hold: **Financial Aid Ineligible**
❗ Hold: **Financial Aid Ineligible**
❗ Hold: **Financial Aid Ineligible**

View More Holds

These links are inaccessible.

Assessment

Orientation

Student Education Plan

Find a Class



this time.
More to-do list details

**My Account**

You have a past due balance of **$0.00**

| | |
|---|---|
| Due now | $0.00 |
| Due later | $0.00 |
| Total due | $0.00 |

More account details

at this time.
More grades details

 Enrollment Shopping Cart

 My Planner

Reg Date

 Improperly coded table leads to confusing navigation.

Email

Canvas

eTudes

 First Time User, Need Help



**Meeting Start Time** — greater than or equal to

**Meeting End Time** — less than or equal to

**Days of Week** — include only these days

☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☐ Fri ☐ Sat ☐ Sun

Each checkbox is unlabelled.

**Instructor Last Name** — begins with

**Class Nbr** — ⑦

**Course Keyword**

**Course Component**

**Session**

Every input field lacks a label.

CLEAR

**Search** **Plan** **Enroll** **My Academics**

Search For Classes    Browse Course Catalog





| Subject | select subject | |
|---|---|---|
| **Course Number** | is exactly | |
| **Course Career** | Credit | |
| **Campus** | | |
| **Class Search Type** | | |

▽ **Additional Search Criteria**

Additional Search Criteria

| | reater than or equal to | |
|---|---|---|
| **Meeting End Time** | less than or equal to | |
| **Days of Week** | include only these days | |

This control does not report its state (e.g., expanded, collapsed).

Regular | | | | 12/17/2017

### ▼ ACCTG 031 - Mathematics Of Accounting

| Class | Section | Days & Times | Room | Instructor | Meeting Dates | Status | |
|-------|---------|--------------|------|-----------|---------------|--------|---|
| 17941 | C01-LEC Regular | 3Hr 10Min /Wk TBA | City-ON LINE | Ewan Paymah | 08/28/2017 - 12/17/2017 | 🟢 | |

### ▼ ACCTG 032 - Accounting Using Quickbooks Pro

| Class | Section | Days & Times | Room | Instructor | Meeting Dates | Status | |
|-------|---------|--------------|------|-----------|---------------|--------|---|
| 17964 | E02-LEC Regular | Tu 6:50PM - 10:00PM | East-E7 314 | Bertis Brumell | 08/28/2017 - 12/17/2017 | 🟢 | |

| Class | Section | Days & Times | Room | Instructor | Meeting Dates | Status | |
|-------|---------|--------------|------|-----------|---------------|--------|---|
| 31270 | E04-LEC 8 Week B | Sa 8:00AM - 3:25PM | ELAC-SOUTH GATE CAMPUS-SGEC123 | ELAC STAFF | 10/23/2017 - 12/17/2017 | 🟢 | |

| Class | Section | Days & Times | Room | Instructor | Meeting Dates | Status | |
|-------|---------|--------------|------|-----------|---------------|--------|---|
| 29306 | E05-LEC Regular | We 6:50PM - 10:00PM | East-E7 315 | Roy McGarrell | 08/28/2017 - 12/17/2017 | 🟢 | |

### ▼ ACCTG 045 - Governmental Accounting I

| Class | Section | Days & Times | Room | Instructor | Meeting Dates | Status | |
|-------|---------|--------------|------|-----------|---------------|--------|---|
| 17974 | E01-LEC Regular | Th 6:50PM - 10:00PM | East-F7 111 | Chiasheng Hsu | 08/28/2017 - 12/17/2017 | ☐ | |

### ▼ ACCTG 941 - Cooperative Education - Accounting

| Class | Section | Days & Times | Room | Instructor | Meeting Dates | Status | |
|-------|---------|--------------|------|-----------|---------------|--------|---|
| 31053 | V01-LEC Regular | 4Hr 15Min /Wk TBA | Valley-ACA 1201 | Paul Sabolic | 08/28/2017 - 12/17/2017 | ☐ | |

These are all individual tables. It is impossible (or at least, extremely difficult) for screen reader users to make comparisons.



Apply Now!    Register Now!

**District-Level Governance Committees**

**Educational Programs And Institutional Effectiveness**

**Human Resources**

**Office For Diversity, Equity And Inclusion**

**Office Of The Bond Program Monitor Formerly Office Of The Inspector General**

**Personnel Commission**

**Research And Statistics**

**Title IX, Sexual Assault, Sexual Harassment**

**District Citizens' Oversight Committee**

**Annual Report**

**LACCD Immigration Resources**

This link does not have a descriptive label.


**LOS ANGELES COLLEGE PROMISE**

**Explore Academic Employment Opportunities with LACCD**


**Survey on Food & Housing Insecurity**
EXECUTIVE SUMMARY


**Survey on Food & Housing Insecurity**
SURVEY RESULTS



Our Nine Colleges

hh    Go!

S AND COMMUNITY    EMPLOYMENT

This button does not report its state.



# Improving results

Our goal is to help every student succeed. We're working with educators and institutions to improve results for students everywhere.

Learn more

There is insufficient heading and landmark structure.

**Educators & Administrators** >

Results

Features

Training & Support

**Students** >

Get Registered

Support

More...

# Engage students effectively with immersive content, tools, and



See v

# Improving results

Our goal is to help every student succeed. We're working with educators and institutions to improve results for students everywhere.

Learn more

This link lacks a descriptive label for screen reader users (e.g., learn more about what?).

# Sign In

*Username*

*Password*

☐ Show Password

Forgot Username or Password ?

By signing in, you agree to our Terms of Use.

**Sign In**

It is not possible for screen reader users to access this link if one's user credentials are forgotten.

Hi, LACC Student 👤 | Sign Out ⏻ | Help ❓

Enroll in a Course

These controls present several accessibility problems.

Add Category



Select a course name to open it.

Search all my courses

hentschel97828

2017 Fall - Math 125 mml

Temporary access expires in 12 days.
Upgrade access.

Don Hentschel
Aug 27, 2017 - Jan 31, 2018
▶ Details                    MyMathLab®

There is no notification provided to screen reader users when any of these tab items are selected.





2017 Fall - Math 125 mml

Temporary access expires in 12 days. Upgrade access.

Don Hentschel
Aug 27, 2017 - Jan 31, 2018
▶ Details

MyMathLab®

No notification is provided as to the state of this button (e.g., collapsed, expanded).



# MyMathLab®

← My Courses

**Course Home**

Assignments

Study Plan

Gradebook

Chapter Contents      >

eText

Student Success      >

Tools for Success

Multimedia Library

Purchase Options

Discussions

Course Tools      >

Course Home

## 2017 Fall - Math 125 mml

💬  ▶ Announcements

### September / October

When these links are selected, no notification is provided to screen reader users.

SUN  24   MON  25   TUE

**What to Work on Next**

● HW 0: topics from first day handout [Exam 1]

● HW 1: Chapter 1 + preview of 3.6 [Exam 1]

● HW 2: Ch 2 (skip 2.5) + preview of f(g(x)) and adv graphs [Exam 2]

› View All Assignments

**Welcome to MyMathLab**



## 2017 Fall - Math 125 mml

💬 ▸ Announcements

September / October

No notification is provided when these buttons are activated. The tiles are coded as buttons however, they do nothing.

| SUN | | MON | | TUE | | WED | | THU | | FRI | | SAT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | | 25 | | 26 | | 27 | | 28 | ☑ | 29 | | 30 |



Case 2:17-cv-01697-SVW-SK   Document 531-1   Filed 05/12/23   Page 23 of 34   Page ID #:14186

Created by Camtasia Studio 8 - Mozilla Firefox

media.**pearsoncmg**.com/cmg/pcmg/player_tour/html5/ea1/ea1.html

The page title is not orienting or descriptive.

Each video tour link lacks a descriptive label and each video has the same label.

**Homework**: Homework 1.1

Save

**Score**: 0 of 1 pt    ◄ 10 of 16 (0 complete) ▼ ►    **HW Score**: 0%, 0 of 16 pts

7.4.7    ☰ Question Help

Gas budget

■ Gas produced 1%
■ Taxes 13%
□ Salaries 10%
■ Other 20%
■ Gas bought 56%

This circle graph shows how each customer's dollar is spent annually by the Indiana Gas Company.

On which category is the most money spent?

Choose the correct answer below.

○ A. Gas produced
○ B. Taxes
○ C. Salaries
○ D. Gas bought
○ E. Other



# Homework and Tests

All Assignments ∨    All Chapters ∨

This tabular information is difficult to navigate for screen reader users.

**All Assignments**

| Due | Assignment | Time Limit | Attempts | Gradebook Score |
|-----|-----------|-----------|----------|-----------------|
| | ● HW 0: topics from first day handout [Exam 1] | | | |
| | ● HW 1: Chapter 1 + preview of 3.6 [Exam 1] | | | see score |
| | ● HW 2: Ch 2 (skip 2.5) + preview of f(g(x)) and adv graphs [Exam 2] | | | |
| | ● HW 3: Chapter 3 (skip 3.4, 3.5) + word prob from 5.6 and 7.2 [Exam 2] | | | |
| | ● HW 4: Chapter 4 + preview of QF | | | |
| | ● HW 5: Chapter 5 + preview of 7.6 | | | |
| | ● HW 6: Ch 6 + preview of inverse functions | | | |
| | ● HW 7: Chapter 7 + review of linear functions | | | |
| | ● HW 8: Chapter 8 | | | |
| | ● HW 9: 9.2 Circles w/ CTS + revew of graphs (line, parabola, exp, log) | | | |
| | ● HW 10 - chapter 10 and related topics | | | |

# Homework and Tests



| All Assignments ∨ | All Chapters ∨ |
|---|---|

**All Assignments**

| Due | Assignment | Time Limit | Attempts | Gradebook Score |
|---|---|---|---|---|
| | ● HW 0: topics from first day handout [Exam 1] | | | |
| | ● HW 1: Chapter 1 + preview of 3.6 [Exam 1] | | | see score |
| | ● HW 2: Ch 2 (skip 2.5) + preview of f(g(x)) and adv graphs [Exam 2] | | | |
| | ● HW 3: Chapter 3 (skip 3.4, 3.5) + word prob from 5.6 and 7.2 [Exam 2] | | | |
| | ● HW 4: Chapter 4 + preview of QF | | | |
| | ● HW 5: Chapter 5 + preview of 7.6 | | | |
| | ● HW 6: Ch 6 + preview of inverse functions | | | |
| | ● HW 7: Chapter 7 + review of linear functions | | | |
| | ● HW 8: Chapter 8 | | | |
| | ● HW 9: 9.2 Circles w/ CTS + revew of graphs (line, parabola, exp, log) | | | |
| | ● HW 10 - chapter 10 and related topics | | | |

No notification is provided when any homework assignment link is activated.

Case 2:17-cv-01697-SVW-SK   Document 531-1   Filed 05/12/23   Page 27 of 34   Page ID #:14190

# Homework: HW 0: topics from first day handout [Exam 1]

**Save**

**Score:** 0 of 1 pt     ◀   2 of 45 (0 complete) ▼   ▶     **HW Score:** 0%, 0 of 45 pts

## Question 2, 4.4.27

:≡ Question Help   ⚙

Factor out the greatest common factor.

$$-8x^4 + 80x^3 + 24x^2$$

**Mathematical expressions are not coded using MathML.**

$-8x^4 + 80x^3 + 24x^2 = $ ⬚    (Type your answer in factored form.)

Case 2:17-cv-01697-SVW-SK   Document 531-1   Filed 05/12/23   Page 28 of 34   Page ID #:14191

# Homework: HW 0: topics from first day handout [Exam 1]

Save

**Score:** 0 of 1 pt ◀ 2 of 45 (0 complete) ▼ ▶ **HW Score:** 0%, 0 of 45 pts

Question 2, 4.4.27 ≡ Question Help ⚙

Factor out the greatest common factor.

$$-8x^4 + 80x^3 + 24x^2$$

$-8x^4 + 80x^3 + 24x^2 =$ [                    ] (Type your answer in factored form.)

**The text input boxes lack descriptive labels and read as "edit" (edit what?).**

Case 2:17-cv-01697-SVW-SK   Document 531-1   Filed 05/12/23   Page 29 of 34   Page ID #:14192

## Question 28, Quick Check 9.2.7

≡ Question Help  ⚙

Find the center (h,k) and the radius r of the circle. Graph the circle.

$(x - 5)^2 + (y - 5)^2 = 9$

Use the graphing tool to graph the circle.

Click to enlarge graph



The text descriptions for graphs are insufficient.

**Score:** 0 of 1 pt

28 of 45 (0 complete)

**HW Score:** 0%, 0 of 45 pts

## Question 28, Quick Check 9.2.7

Question Help ⚙

Find the center (h,k) and the radius r of the circle. Graph

$$(x - 5)^2 + (y - 5)^2 = 9$$

Use the graphing tool to graph the circle.

Click to enlarge graph

Delete   Clear   ?

Selected: none

Screen reader users cannot use this graphing tool.

Question 4 (0.

Question 8 (0.

Question 12 (

Question 16 (

Question 20 (

Question 24 (

Question 28 (

Question 32 (

Question 36 (

Question 40 (



**LACC HEA 002 PA DEV**

Home
CourseMap
Announcements
Syllabus
Modules
**Assignments, Tests and Surveys**
Discussion and Private Messages
Chat
Gradebook
Activity Meter

 Site Setup
Roster

users present:

**ASSIGNMENTS, TESTS AND SURVEYS**



Assessments | Question Pools | Grading | Test Drive

**Grading**

No Assessments are available for grading

No notification provided to screen reader users when these links are activated. Also, the focus is left at the bottom of the screen.

# 📖 DISCUSSION AND PRIVATE MESSAGES

🏠 Discussion Home | 🔍 Search | 📰 Recent Topics | 📋 Member Listing | 🗂 Manage
🔖 My Bookmark | ✉ Private Messages | 🔄 Mark All As Read

This table does not have header/ID association and row titles.

| | | ✉ **Inbox** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 📖 Drafts | | | | | | |
| | | 📖 Sent Box | | | | | | |
| | | 📁 Folders | | | | | | |

| | ✉ New Private Message | | | 📁 Move To Folder | 🔄 Mark As Read | 🚩 Flag for Follow-up | ❎ Clear Flag | ❌ Delete |
|---|---|---|---|---|---|---|---|---|
| ☐ | | Subject | | | | From | Date ▼ | |
| ☐ | ✉ | test | | | | LACC Trainer | Sep 29, 2017 12:40 PM | |





**DISCUSSION AND PRIVATE MESSAGES**

🏠 Discussion Home | 🔍 Search | 📑 Recent Topics | 📋 Member Listing | 📁 Manage
🔖 My Bookmark | ✉ Private Messages | 🔄 Mark All As Read

These checkboxes do not have labels.

No notification is provided when these links are activated.

✉ Inbox
📥 Drafts
📤 Sent Box
📁 Folders

✉ New Private Message

☐ Move To Folder  🔄 Mark As Read  🚩 Flag for Follow-up  ✖ Clear Flag  ✖ Delete

☐  Subject
☐  test   From   Date

LACC Trainer   Sep 29, 2017 12:40 PM



New Private Me

These fields lack properly associated descriptive labels.

Support, LACC
Trainer, LACC

To user

Subject