UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-01697-SVW-SK | Date | May 15, 2023 |
| Title | *Roy Payan, et al v. Los Angeles Community College District, et al* | | |

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |

| | |
|---|---|
| Paul M. Cruz | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER REGARDING SUA SPONTE SUMMARY JUDGMENT

On May 15, 2023, the Court held a pretrial conference for the present matter. At the conference, the Court raised several concerns it had regarding the evidentiary sufficiency of some of Plainitffs' claims.

Where a pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law, a court may grant summary judgment on the specific issue. *See Portsmouth Square Inc. v. S'holders Protective Comm.*, 770 F.2d 866, 869 (9th Cir. 1985). However, "the party against whom judgment was entered [must have] a full and fair opportunity to develop and present facts and legal arguments in support of its position." *Id.*

Having examined the parties' submission in preparation of the pretrial conference and the record before the Court, the Court finds the following issues may be appropriate for summary adjudication:

*First*, with respect to deliberate indifference, the following instances of alleged discrimination may not have sufficient evidentiary support for a jury to find that Defendants were more than negligent in failing to comply with the ADA:

- in failing to make the website fully accessible.
- in failing to make all databases provided by the LACC library accessible.
- in failing to provide Plaintiffs with accommodation letters in an accessible format.

: 

Initials of Preparer PMC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-01697-SVW-SK | Date | May 15, 2023 |
| Title | *Roy Payan, et al v. Los Angeles Community College District, et al* | | |

- where Professor Blythe Daniel used handouts that were inaccessible.
- where Professor Blyth Daniel did not read aloud what was on the board when she wrote on the board.
- where Professor April Pavlick used PowerPoints that were inaccessible and did not read aloud what was on the board when she wrote on the board.
- where Professor David Sedghi used the online learning management system, MyEtudes, which was inaccessible.

*Second*, with regard to liability, the Court notes Plaintiffs may lack sufficient evidentiary support for a jury to find that reasonable modifications exist to alleviate alleged denials of meaningful access to the library.

Though the Court has entertained several motions for summary judgment, Defendants have never moved for summary judgment on either liability or deliberate indifference. Accordingly, Plaintiffs are ORDERED to submit responsive briefing with respect to whether there are triable issues of fact regarding deliberate indifference in relation to the instances of conduct mentioned above and the existence of reasonable modifications. Plaintiffs' response must cite to evidence on the record as the record exists now. Plaintiffs' response shall be due on May 20, 2023. Defendants' reply to Plaintiffs' response shall by due May 22, 2023 at 10am.

Furthermore, Defendants shall file a summary judgment motion by May 18, 2023 on the issue of damages. Plaintiffs' response shall be due on May 20, 2023 and shall also be limited only to evidence on the record as it exists now.

**IT IS SO ORDERED.**

: 

Initials of Preparer PMC