Bruce Cleeland (Bar No. 100524)
 bcleeland@hbblaw.com
Yvette Davis
 ydavis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
2030 Main Street, Suite 1525
Irvine, California 92614
Telephone: 714.426.4600
Facsimile: 714.754.0826

Attorneys for Defendant
LOS ANGELES COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION; OF THE BLIND, INC.; and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LOS ANGELES COMMUNITY COLLEGE DISTRICT, and DOES 1 through 10, inclusive, <br><br>Defendants. | Case No. 2:17-cv-01697 SVW(SKx) <br>**[Civil Rights]** <br><br>**NOTICE OF WITNESS AVAILABILITY** <br><br>Date: May 23, 2023 <br>Time: 9:00 a.m. <br>Crtrm.: 10A <br><br>Trial Date: May 23, 2023 |

Pursuant to the Court's order during a Pre-Trial Conference on May 15, 2023, defendant Los Angeles Community College District ("Defendant") hereby provides notice that defense witnesses Jorge Mata and Barbara Vasquez will testify in person in this matter.

DATED: May 16, 2023     HAIGHT BROWN & BONESTEEL LLP

By: _____
Bruce Cleeland
Yvette Davis
Attorneys for Defendant
LOS ANGELES COMMUNITY
COLLEGE DISTRICT

# PROOF OF SERVICE

Payan; Mason; The National Federation of the Blind, et al. v. LACCD, et al.

USDC Case No. 2:17-cv-01697-SVW-(SKx)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2030 Main Street, Suite 1525, Irvine, CA 92614.

On May 16, 2023, I served true copies of the following document(s) described as **NOTICE OF WITNESS AVAILABILITY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2023, at Irvine, California.

_____
Cindy Mulder

# SERVICE LIST

*Payan; Mason; The National Federation of the Blind, et al. v. LACCD, et al.*

USDC Case No. 2:17-cv-01697-SVW-(SKx)

| | |
|---|---|
| Patricia Barbosa<br>Ayman Mourad<br>BARBOSA GROUP<br>606 Lake St. No. 9<br>Huntington Beach, CA 92648 | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.*<br><br>Telephone: (714) 465-9486<br>Facsimile: (866) 907-3235<br>Email: pbarbosa@barbosagrp.com<br>Email: amourad@barbosagrp.com |
| Jessica P. Weber<br>Sharon Krevor-Weisbaum<br>Kevin D. Docherty<br>BROWN, GOLDSTEIN & LEVY LLP<br>120 E. Baltimore Street<br>Suite 1700<br>Baltimore, Maryland 21202 | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.*<br><br>Telephone: (410) 962-1030<br>Email: jweber@browngold.com<br>Email: skw@browngold.com<br>Email: kdocherty@browngold.com |
| Mark H. Meyerhoff<br>LIEBERT CASSIDY WHITMORE<br>6033 W. Century Blvd., 5th Floor<br>Los Angeles, CA 90045 | Attorneys for Defendant<br>*LOS ANGELES COMMUNITY COLLEGE DISTRICT*<br><br>Telephone: (310) 981-2000<br>Facsimile: (310) 337-0837<br>Email: mmeyerhoff@lcwlegal.com |

Haight