Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
Richard Daniel Seitz, Bar No. 334028
dseitz@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:   310.981.2000
Facsimile:    310.337.0837

Attorneys for Defendant LOS ANGELES COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>Defendant. | Case No.:  2:17-cv-01697 SVW(SKx)<br><br>**DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT RE DAMAGES**<br><br>Location: Department 10A<br>Date: May 22, 2023<br>Time: 3:00 p.m.<br><br>Action Filed:       March 2, 2017<br>Trial Date:          May 23, 2023 |

| MOVING PARTY'S UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 1.      During Day 3 of trial, Plaintiff's counsel, Joseph Espo did not request | 1. |

1

12042131.1 LO130-075

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| MOVING PARTY'S UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| monetary damages. (Jury Trial Vol. III, 498:17-25) | |
| 2. The Court did not instruct the jury on economic damages or how to determine or measure an award of economic damages. (Jury Trial Vol. III, 486:10-25, attached as Exhibit B to the Appendix of Evidence.) | 2. |
| 3. During the first trial, Plaintiffs' presented no evidence of specifically identified monetary damages. (Declaration of Yvette Davis, ¶ 4, attached as Exhibit 1 to the Appendix of Evidence filed May 17, 2023.) | 3. |
| 4. Plaintiff Payan testified that he suffered monetary damages only in the form of lost earnings as a result of the allegations in his complaint. (Payan Deposition, 252:1-4, attached as Exhibit C to the Appendix of Evidence.) | 4. |
| 5. Plaintiff Payan explained in his deposition only that "because I was not able to complete the courses during my | 5. |

2

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| MOVING PARTY'S UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| tenure at East Los Angeles College, and to continue on, I did not enter the job market a lot sooner and I've – I've been unable to – to work at anything to earn a living." (Payan Depo., 252:1-10, attached as Exhibit C to the Appendix of Evidence.) | |
| 6.      When Plaintiff Payan was asked about his criminal justice and rehabilitation job goals he did not know the entry-level pay scale for rehabilitation services and stated that his goal had changed from seeking work in criminal justice to rehabilitation services.  (Payan Depo., 252:14-253:19 attached as Exhibit C to the Appendix of Evidence.) | 6. |
| 7.      During his deposition Plaintiff Payan did not provide any other "financial damage" he suffered.  (Payan Depo., 253:20-254:2 attached as Exhibit C to the Appendix of Evidence.) | 7. |
| 8.      During trial, Plaintiff Payan | 8. |

3

12042131.1 LO130-075

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| MOVING PARTY'S UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| testified that he paid for a tutor out-of-pocket.  (Jury Trial Vol. I., 111-112, attached as Exhibit A to the Appendix of Evidence.) | |
| 9.      Plaintiff Payan did not testify that his out-of-pocket costs for the tutor was due to any particular alleged violation of Title II and did not specify what the cost was.  (Jury Trial Vol. I., 111-112, attached as Exhibit A to the Appendix of Evidence.) | 9. |
| 10.      Plaintiff Mason testified that she acknowledged her complaint alleged she would not enter the job market "on time" because of the District's supposed violations of Title II, and she explained she "would like to be a drug and rehab counselor" and that those are employed by "[e]ither outpatient or inpatient programs, rehab programs, both facilities."  (Mason Deposition, 201:1-17, 202:25-203:6 attached as Exhibit D to the Appendix of Evidence.) | 10. |

4

Defendant's Separate Statement of Undisputed Facts

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| MOVING PARTY'S UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 11.     Plaintiff Mason testified she was looking at all these types of programs and "will basically decide when it draws closer in time because I really do not know yet right now."  (Mason Depo., 201:4-17 attached as Exhibit D to the Appendix of Evidence.) | 11. |
| 12.     Plaintiff Mason's only out-of-pocket losses "as a result of attending L.A. Community College District campuses," is the cost of one book for Professor Daniel's class and her registration fees.  (Mason Depo., 204:2-205:19 attached as Exhibit D to the Appendix of Evidence.) | 12. |
| 13.     Plaintiff Mason described her out-of-pocket costs as cost to attend L.A. Community College District campuses and not damages from a particular alleged Title II violation. (Mason Depo., 204:2-205:19 attached as Exhibit D to the Appendix of Evidence.) | 13. |
| 14.     In her deposition, Mason did | 14. |

5

Defendant's Separate Statement of Undisputed Facts

12042131.1 LO130-075

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| MOVING PARTY'S UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| specify by number these particular costs for the record. (Mason Depo., 204:2-205:19 attached as Exhibit D to the Appendix of Evidence.) | |

Dated: May 17, 2023

Respectfully submitted,

LIEBERT CASSIDY WHITMORE

By: */s/ David A. Urban*
      Mark H. Meyerhoff
      David A. Urban
      Richard Daniel Seitz
      Attorneys for Defendant LOS ANGELES COMMUNITY COLLEGE DISTRICT

6

12042131.1 LO130-075

Defendant's Separate Statement of Undisputed Facts