Bruce Cleeland (Bar No. 100524)
  *bcleeland@hbblaw.com*
Yvette Davis
  *ydavis@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
2030 Main Street, Suite 1525
Irvine, California 92614
Telephone: 714.426.4600
Facsimile: 714.754.0826

Attorneys for Defendant
LOS ANGELES COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION; OF THE BLIND, INC.; and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LOS ANGELES COMMUNITY COLLEGE DISTRICT, and DOES 1 through 10, inclusive, <br><br>Defendants. | Case No. 2:17-cv-01697 SVW(SKx) <br>**[Civil Rights]** <br><br>**DECLARATION OF APRIL PAVLIK REGARDING UNAVAILABILITY** <br><br>Date:  May 23, 2023 <br>Time:  9:00 a.m. <br>Crtrm.:  10A <br><br>Trial Date:  May 23, 2023 |
|---|---|

I, April Pavlik, declare as follows:

1.    I am over the age of eighteen years. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2.    I am employed by the Los Angeles Community College District. I have been teaching psychology courses at the Los Angeles City College ("LACC") from February 2005 until about one year ago.

3.    I currently live in Arkansas in order to obtain medical treatment of advanced cancer.

1  4. Due to my medical condition, it would be an extreme hardship on me to
2  appear in person at the time of trial or via zoom.
3  4. I declare under penalty of perjury under the Laws of the United States
4  of America that the foregoing is true and correct.
5  Executed this  15   day of May, 2023 at 8603 Stoner Lane, Rogers , Arkansas

By: _____
April Pavlik

# PROOF OF SERVICE

Roy Payan; et al. v. Los Angeles Community College District, et al.

USDC Case No. 2:17-cv-01697-SVW-SK

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2030 Main Street, Suite 1525, Irvine, CA 92614.

On May 19, 2023, I served true copies of the following document(s) described as **DECLARATION OF APRIL PAVLIK REGARDING UNAVAILABILITY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 19, 2023, at Irvine, California.

_____
Cindy Mulder

1

## SERVICE LIST

*Roy Payan; et al. v. Los Angeles Community College District, et al.*

USDC Case No. 2:17-cv-01697-SVW-SK

| | |
|---|---|
| Patricia Barbosa<br>Ayman Mourad<br>BARBOSA GROUP<br>606 Lake St. No. 9<br>Huntington Beach, CA 92648<br><br>Telephone: (714) 465-9486<br>Facsimile: (866) 907-3235<br>Email: pbarbosa@barbosagrp.com<br>Email: amourad@barbosagrp.com | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.* |
| Jessica P. Weber<br>Sharon Krevor-Weisbaum<br>Kevin D. Docherty<br>BROWN, GOLDSTEIN & LEVY LLP<br>120 E. Baltimore Street<br>Suite 1700<br>Baltimore, Maryland 21202<br><br>Telephone: (410) 962-1030<br>Email: jweber@browngold.com<br>Email: skw@browngold.com<br>Email: kdocherty@browngold.com | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.* |
| Mark H. Meyerhoff<br>LIEBERT CASSIDY WHITMORE<br>6033 W. Century Blvd., 5th Floor<br>Los Angeles, CA  90045<br><br>Telephone:  (310) 981-2000<br>Facsimile:  (310) 337-0837<br>Email:  mmeyerhoff@lcwlegal.com | Attorneys for Defendant<br>*LOS ANGELES COMMUNITY COLLEGE DISTRICT* |