Bruce Cleeland (Bar No. 100524)
 bcleeland@hbblaw.com
Yvette Davis
 ydavis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
2030 Main Street, Suite 1525
Irvine, California 92614
Telephone:  714.426.4600
Facsimile:  714.754.0826

Attorneys for Defendant
LOS ANGELES COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION; OF THE BLIND, INC.; and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., | Case No. 2:17-cv-01697 SVW(SKx) **[Civil Rights]** |
|---|---|
| Plaintiffs, | **DECLARATION OF BLYTHE DANIEL REGARDING IN-PERSON UNAVAILABILITY AND REQUEST FOR ZOOM APPEARANCE** |
| v. | |
| LOS ANGELES COMMUNITY COLLEGE DISTRICT, and DOES 1 through 10, inclusive, | Date:   May 23, 2023<br>Time:   9:00 a.m.<br>Crtrm.:  10A |
| Defendants. | Trial Date:  May 23, 2023 |

I, Blythe Daniel, declare as follows:

1.   I am a citizen of the State of California and over the age of eighteen years.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2.   I am currently employed by the Los Angeles Community College District.  I have been teaching psychology courses at the Los Angeles City College ("LACC") since 1988.

3.   I have a serious medical condition that is limiting my ability to drive in a car, walk, or sit for extended periods of time. In order that my condition does not worsen, I must lie in bed for at least one half hour every several hours.

4. I have a consultation with a surgeon scheduled for June 12, 2023 who will then schedule my surgery. In the meantime, I have been advised by my doctor to not engage in any activities that may exacerbate my condition.

5. Due to my medical condition and restrictions, it would be an extreme hardship on me to appear in person at the time of trial. However, I believe I can appear via zoom as an accommodation if I am able to take breaks after a few hours.

6. I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

Executed this <u>18th</u> day of May, 2023 at Los Angeles, California.

By: *Blythe Daniel*
Blythe Daniel

## PROOF OF SERVICE

Roy Payan; et al. v. Los Angeles Community College District, et al.

USDC Case No. 2:17-cv-01697-SVW-SK

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2030 Main Street, Suite 1525, Irvine, CA 92614.

On May 19, 2023, I served true copies of the following document(s) described as **DECLARATION OF BLYTHE DANIEL REGARDING IN-PERSON UNAVAILABILITY AND REQUEST FOR ZOOM APPEARANCE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 19, 2023, at Irvine, California.

_____
Cindy Mulder

1

# SERVICE LIST

*Roy Payan; et al. v. Los Angeles Community College District, et al.*

USDC Case No. 2:17-cv-01697-SVW-SK

| | |
|---|---|
| Patricia Barbosa<br>Ayman Mourad<br>BARBOSA GROUP<br>606 Lake St. No. 9<br>Huntington Beach, CA 92648 | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.*<br><br>Telephone: (714) 465-9486<br>Facsimile: (866) 907-3235<br>Email: pbarbosa@barbosagrp.com<br>Email: amourad@barbosagrp.com |
| Jessica P. Weber<br>Sharon Krevor-Weisbaum<br>Kevin D. Docherty<br>BROWN, GOLDSTEIN & LEVY LLP<br>120 E. Baltimore Street<br>Suite 1700<br>Baltimore, Maryland 21202 | Attorneys for Plaintiffs<br>*ROY PAYAN; PORTIA MASON; THE NATIONAL FEDERATION OF THE BLIND, INC.; THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC.*<br><br>Telephone: (410) 962-1030<br>Email: jweber@browngold.com<br>Email: skw@browngold.com<br>Email: kdocherty@browngold.com |
| Mark H. Meyerhoff<br>LIEBERT CASSIDY WHITMORE<br>6033 W. Century Blvd., 5th Floor<br>Los Angeles, CA 90045 | Attorneys for Defendant<br>*LOS ANGELES COMMUNITY COLLEGE DISTRICT*<br><br>Telephone: (310) 981-2000<br>Facsimile: (310) 337-0837<br>Email: mmeyerhoff@lcwlegal.com |