# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:17-cv-01697-SVW-SK |
| Title: | Roy Payan, et al v. Los Angeles Community College District, et al |
| Date | May 23, 2023 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT COURT**

| Paul M. Cruz | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jessica Weber, Kevin Docherty, Patricia Barbosa, Monica Basche | David Urban, Bruce Cleeland |

___ Day Court Trial   **1st** Day Jury Trial

___ One day trial:   **X** Begun (1st day);   **X** Held & Continued;   ___ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.
✓ Opening statements made by **Plaintiff and Defendants**
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by ___ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by ___ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to **Wednesday, May 24, 2023** for further trial/further jury deliberation.
___ Other:

                                                                              7  :  10

                                                Initials of Deputy Clerk    PMC

cc: