# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-01697-SVW-SK | Date | May 30, 2023 |
| Title | Roy Payan, et al v. Los Angeles Community College District, et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER REGARDING FURTHER PROCEEDINGS

Defendant shall meet and confer with Plaintiffs no later than one week from the issuance of this order. At this meet and confer, the parties will exchange the names and identities of the individuals most knowledgeable regarding what procedures have changed, if any, since 2017 regarding the violations of the ADA identified by the jury. These include:

- The accessibility of the LACC and LACCD website
- The accessibility of the LACC Library
- The provision of accomodation letters
- The procurement of textbooks and software
- The providing of course materials to blind students in an accessible format

The parties should be knowledgeable regarding the aforementioned issues at the status conference.

**IT IS SO ORDERED.**

                                                        Initials of Preparer   PMC