# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:17-cv-01697-SVW-SK |
| Date | May 26, 2023 |
| Title: | Roy Payan, et al v. Los Angeles Community College District, et al |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Jessica Weber, Kevin Docherty Monica Basche

**Attorneys Present for Defendants:**
David Urban, Bruce Cleeland

**4th** Day Court Trial      Day Jury Trial

☐ One day trial:  ☐ Begun (1st day);  ☐ Held & Continued;  **X** Completed by jury verdict/submitted to court.

☐ The Jury is impaneled and sworn.
☐ Opening statements made by
☐ Witnesses called, sworn and testified.  ☐ Exhibits Identified  ☐ Exhibits admitted.
☐ Plaintiff(s) rest.  ☐ Defendant(s) rest.
✓ Closing arguments made by  ✓ plaintiff(s)  ✓ defendant(s).  ✓ Court instructs jury.
✓ Bailiff(s) sworn.  ✓ Jury retires to deliberate.  ☐ Jury resumes deliberations.
✓ Jury Verdict in favor of  ✓ plaintiff(s)  ☐ defendant(s) is read and filed.
☐ Jury polled.  ✓ Polling waived.
✓ Filed Witness & Exhibit Lists  ✓ Filed jury notes.  ✓ Filed jury instructions.
☐ Judgment by Court for  ☐ plaintiff(s)  ☐ defendant(s).
☐ Findings, Conclusions of Law & Judgment to be prepared by  ☐ plaintiff(s)  ☐ defendant(s).
✓ Case submitted.  ✓ Briefs to be filed by  June 2, 2023 - Order to issue
☐ Motion to dismiss by _____ is ☐ granted. ☐ denied. ☐ submitted.
☐ Motion for mistrial by _____ is ☐ granted. ☐ denied. ☐ submitted.
☐ Motion for Judgment/Directed Verdict by _____ is ☐ granted. ☐ denied. ☐ submitted.
☐ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
☐ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to  June 20, 2023 at 1:30 p.m.  for further trial/further jury deliberation.
☐ Other:

| | 6 : 40 |
|---|---|
| Initials of Deputy Clerk | PMC |

cc: