FILED
CLERK, U.S. DISTRICT COURT
MAY 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Payan, Portia Mason, The National Federation of the Blind, Inc., and The National Federation of the Blind of California, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Los Angeles Community College District,<br><br>Defendant. | No. 17-CV-1697-SVW (SK)<br><br>Verdict Form |

Verdict Form

*Disparate Impact*

1) Was the alleged inaccessibility of the LACC and LACCD websites a violation of the ADA under the theory of disparate impact?

    Yes ✓   No ___

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

        Yes ✓   No ___

2) Was the alleged inaccessibility of the LACC Library a violation of the ADA under the theory of disparate impact?

    Yes ✓   No ___

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

        Yes ✓   No ___

*Failure to reasonably accommodate*

3) Was the alleged inaccessibility of Etudes with respect to Payan in his psychology course a violation of the ADA under the theory of failure to reasonably accommodate?

    Yes ✓   No ___

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

1

Yes ✓   No ___

4) Was the alleged inaccessibility MyMathLab with respect to Payan in his math courses a violation of the ADA under the theory of failure to reasonably accommodate?

Yes ✓   No ___

   a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

   Yes ✓   No ___

5) Was the alleged inaccessibility of handouts and PowerPoints with respect to Payan in his math courses a violation of the ADA under the theory of failure to reasonably accommodate?

Yes ✓   No ___

   a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

   Yes ___   No ✓

6) Was the alleged inaccessibility of handouts and PowerPoints with respect to Mason in her psychology courses a violation of the ADA under the theory of failure to reasonably accommodate?

Yes ___   No ✓

2

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

    Yes _____ No \_\_✓_____

7) Was the alleged inaccessibility of a handbook with respect to Mason in her psychology courses a violation of the ADA under the theory of failure to reasonably accommodate?

    Yes _____ No \_\_✓_____

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

    Yes _____ No \_\_✓_____

8) Was the alleged inaccessibility of a textbook with respect to Payan in his math and psychology courses a violation of the ADA under the theory of failure to reasonably accommodate?

    Yes \_\_✓_____ No _____

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

    Yes _____ No \_\_✓_____

9) Was the alleged inaccessibility of a textbook with respect to Mason in her psychology courses a violation of the ADA under the theory of failure to reasonably accommodate?

    Yes _____ No \_\_✓_____

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

    Yes _____ No  ✓

10) Was the alleged failure to read aloud what was written on the board with respect to Mason in her psychology courses a violation of the ADA under the theory of failure to reasonably accommodate?

    Yes \_\_ı_____ No  ✓

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

    Yes _____ No  ✓

11) Was the alleged failure to provide accomodation letters in an accessible form to Payan a violation of the ADA under the theory of failure to reasonably accommodate?



    Yes  ✓     No _____

    a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?



    Yes  ✓     No _____

12) Was the alleged failure to provide accomodation letters in an accessible form to Mason a violation of the ADA under the theory of failure to reasonably accommodate?



    Yes  ✓     No _____

a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?


Yes ✓ No _____

13) Was the alleged failure to provide notetakers with respect to Payan a violation of the ADA under the theory of failure to reasonably accommodate?


Yes ✓ No _____

a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?


Yes _____ No ✓

14) Was the alleged failure to permit recordings of class with respect to Payan in his math courses a violation of the ADA under the theory of failure to reasonably accommodate?


Yes ✓ No _____

a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?


Yes _____ No ✓

15) Was the alleged failure to provide testing accomodations with respect to Payan a violation of the ADA under the theory of failure to reasonably accommodate?


Yes ✓ No _____

a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

Yes __✓__ No _____

16) Was the alleged failure to provide testing accomodations with respect to Mason a violation of the ADA under the theory of failure to reasonably accommodate?

Yes __✓__ No _____

a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

Yes __✓__ No _____

*Disparate Treatment*

17) Was the alleged refusal to permit Payan to attend Math 125 a violation of the ADA under the theory of disparate treatment?

Yes __✓__ No _____

a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

Yes __✓__ No _____

18) Was the alleged removal of Payan from a section of Math 124B a violation of the ADA under the theory of disparate treatment?

Yes _____ No __✓__

a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

6

Yes _____ No __✓__

19) Was the alleged encouragements for Payan to move into a different section of Statistics 227 a violation of the ADA under the theory of disparate treatment?

Yes __✓__ No _____

a) If you find that there was a violation of the ADA, did Defendant engage in intentional discrimination?

Yes _____ No __✓__

If you find that Defendant committed an intentional violation in any of your answer, please proceed to question 20. Otherwise, you have completed this verdict form.

20) We find that Plaintiff were damaged in the following amount:
   a) Mr. Payan: $218,500 + attorney's fees
   b) Ms. Mason: $24,000 + attorney fees

DATED: 5/26/23 at Los Angeles, California

REDACTED
[FOREPERSON OF THE JURY]

7