UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-01697-SVW-SK | Date | June 26, 2023 |
|---|---|---|---|
| Title | Roy Payan, et al v. Los Angeles Community College District, et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | April Lassiter-Benson | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jessica P. Weber | David Urban |
| Kevin D. Docherty | Bruce Cleeland |
| Monica Basche | |
| Patricia Barbosa | |

**Proceedings:**   ZOOM - STATUS CONFERENCE (AMENDED)

Case called. Attorneys state their appearances. Also present, as ordered, is L.A. Community College District General Counsel, Maribel S. Medina.

Conference held. The Court orders declarations filed no later than next Monday, July 6, 2023. Plaintiffs' response to the declarations shall be filed by July 17, 2023. In-person hearing is set for July 24, 2023 at 1:30 p.m.

Post-Hearing:

- Defendant shall submit a declaration by the vice-chancellor of technology by July 6, 2023, detailing any and all changes that LACCD and LACC has done with respect to the ADA violations found by the jury.
- 10 days there after Plaintiff shall submit their response, detailing any points of agreement or disagreement regarding the sufficiency of the changes made by Defendant.
- Hearing on the matter shall be held on July 24, 2023. If needed, the parties may present evidence in the form of live witness testimony.

|  | : | 35 |
|---|---|---|
| Initials of Preparer | | PMC |