# Exhibit 1-A

# LOS ANGELES COMMUNITY COLLEGE DISTRICT WEBSITE ACCESSIBILITY EVALUATION

Prepared by Accessibility Ally, Inc. June / July 2023
Peter Bossley, President

## Executive Summary

At my direction, Accessibility Ally, Inc. performed an accessibility analysis of the Los Angeles Community College District ("LACCD") Website against the Web Content Accessibility Guidelines 2.1 at conformance level AA using Windows 10 version 22H2 , TPG Colour Contrast Analyser (CCA) 3.3.0, NVDA 2023.1 and Chrome version 114.0.5735.134 (Official Build) (64-bit). We evaluated the Website between June 19, 2023 and July 7, 2023.

**Description of Product:** Los Angeles Community College District Website

**URLs Tested:**
LACCD - Home
Current-Students
View Schedules of Classes
LACCD - ADA Page
Financial Aid

The web pages we evaluated contain several moderate-to-critical issues for users of screen readers and other assistive technologies which should be remediated. There are several critical and serious issues that would likely prevent non-sighted users relying on screen readers navigating the site from accessing content. It is important to note that this report does not outline every WCAG violation or accessibility issue encountered during our evaluation of the LACCD website, nor was a comprehensive review of every web page on the website performed. This report only identifies the barriers encountered that would most seriously affect blind users.

The primary issues identified were:

1. Insufficient headings, labels, and semantic structure
2. Illogical focus handling
3. Undefined link purpose
4. Some important interactive elements are missing the appropriate roles and attributes
5. Color contrast violations are present in some of the evaluated pages
6. All of the PDF files that were tested and which are linked from the tested pages were found to be inaccessible
7. When the pages are zoomed in, the content does not reflow in compliance with the Web Content Accessibility Guidelines

Issues discovered during the evaluation are prioritized using the following scale:

- **Critical:** This issue results in blocked content for individuals with disabilities. Until a solution is implemented content will be completely inaccessible.

- **Serious:** This issue results in serious barriers for individuals with disabilities. Until a solution is implemented, some content will be inaccessible, or a significant work-around is required. Users with disabilities may experience significant frustration when attempting to access content.
- **Moderate:** This issue results in some barriers for individuals with disabilities but would not prevent them from accessing fundamental elements or content. Users with disabilities may experience moderate frustration when encountering this issue.
- **Minor:** This is an issue that may inconvenience a user but would not cause significant frustration in accessing content or accomplishing tasks.

## Application-wide Issues

- Headings and containers are insufficient throughout the application. Headings with an appropriate role should be used to describe content within a screen and containers used to enclose major screen sections.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 4.1.2 Name Role Value
    - **Priority:** Serious
- When navigating through the page, focus order does not follow the logical visual presentation.
    - **Standard:** WCAG 2.4.3 Focus Order
    - **Priority:** Serious




- One of the most important navigational elements, which is a drop-down menu that is present on most of the pages and which contains links to the websites for the 9 colleges in the District, is erroneously coded as a link instead of a button with proper ARIA attributes. This means that, while visual users can determine that there are nested options which can be revealed by clicking the downward arrow to expand the menu, blind screen reader users would likely miss the content nested within this element. Additionally, because this element is coded as a link and missing its proper role and necessary ARIA attributes, screen reader users are not advised when the menu is expanded or collapsed, which is another significant barrier to their ability to interact with this control.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 4.1.2 Name Role Value
    - **Priority:** Serious
- There are links whose purpose / destination cannot be determined visually or programmatically
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 2.4.4 Link Purpose (In Context), WCAG 4.1.2 Name Role Value
    - **Priority:** Serious
- Content presented within the evaluated pages cannot be enlarged to 400% without requiring horizontal scrolling, which can present barriers for screen magnification users
    - **Standard:** WCAG 1.4.10 Reflow
    - **Priority:** Moderate

## Page-level Issues

### Home Page

- The page contains a heading structure, but the order and manner in which headings are used is insufficient and/or illogical.

- **Examples**:
    - The heading level one or <h1> is contained within a layout table row with the CSS declaration "display:none" which hides it visually and programmatically, making it invisible to both sighted users and users who rely on screen readers to interact with the content.
    - A decorative image with no visible text but with the programmatic label "LACCD logo" is tagged as a heading level two (<h2>), while the text that follows immediately to the right and which reads visibly "Los Angeles Community College District" is tagged as a heading level 3 (<h3>)
    - A line of text which is styled as a heading (bolded, larger) and which reads "Faculty & Staff," positioned above a link to Faculty and Staff support is not tagged as a heading.
- Standard: WCAG 2.4.6 Headings and Labels, WCAG 1.3.1 Info and Relationships
- **Priority:** Serious

- When navigating through the screen, focus does not follow the logical visual presentation.
    - **Standard:** WCAG 2.4.3 Focus Order
    - **Priority:** Serious




- The LACCD logo is tagged as a link with no visual label but programmatically labeled as "LACCD logo, which makes it very difficult for users to determine its purpose. This is confusing to users and also results in an increased number of tab stops, which can be detrimental to some keyboard reliant users.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 2.4.4 Link Purpose (In Context)
    - **Priority:** Serious
- There is a link with no visual or programmatic label, resulting in a visually hidden link which can only be focused via keyboard tabbing and which provides no visual or programmatic means of identifying its purpose. Because it is coded as an HTML <a> tag with an <href> to the IT support page (http://www.laccd.edu/itsupport), screen reader users her "itsupport", which is very confusing and does not convey the purpose of the link. Visual users have no means of finding the link because the visual focus indicator disappears when the link is focused via keyboard tabbing, if the user is not using a screen reader or a third-party tool for visual focus indication.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 2.4.4 Link Purpose (In Context), WCAG 4.1.2 Name Role Value
    - **Priority:** Serious




- All of the PDF files which are linked to from the Home page are inaccessible. The screenshot below shows some, not all of them.
    - **Standard:** WCAG 1.3.1 Info and Relationships
    - **Priority:** Critical




- Content presented within the Home page cannot be enlarged to 400% without requiring horizontal scrolling
    - **Standard:** WCAG 1.4.10 Reflow
    - **Priority:** Moderate




## Current Students

- The page contains a heading structure, but the order and manner in which headings are used is insufficient and/or illogical.
    - **Examples**:
        - A decorative image with no visible text but with the programmatic label “LACCD logo” is tagged as a heading level two (<h2>), while the text that follows immediately to the right and which reads visibly “Los Angeles Community College District” is tagged as a heading level 3 (<h3>)
        - The heading structure after H1 skips to H3, which does not match the visual presentation of the headings and results in a confusing structure.
    - Standard: WCAG 2.4.6 Headings and Labels, WCAG 1.3.1 Info and Relationships
    - **Priority:** Moderate




- When navigating through the screen, focus does not follow the logical visual presentation.
    - **Standard:** WCAG 2.4.3 Focus Order
    - **Priority:** Serious




- There are two links with no visual or programmatic label, resulting in visually hidden links which can only be focused via keyboard tabbing and which provide no visual or programmatic means of identifying their purpose.
    - The first one is a redundant and unnecessary <a> tag that uses “href="/Students/Pages/SIS-Main-Menu.aspx"” and which is contained within an <h3> tag, resulting in screen reader users hearing “link heading level 3”, which is very confusing. It also results in a broken link 404 error when activated via keyboard, as a result of the missing information in the <href>. This <a> tag and its <href> should be completely removed, since the link to the Student Information System, appears immediately adjacent to it and serves the same intended purpose.
    - The second one is also a duplicate and unnecessary <a> tag that links to the Student Information System log in page but doesn’t have a visible or programmatic label, so the screen reader users hear “sis_log on link”, and the visual user loses visible focus when this link is tabbed to.

  - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 2.4.4 Link Purpose (In Context), WCAG 4.1.2 Name Role Value
  - **Priority:** Serious




- All of the PDF files which are linked to from the Current Students page are inaccessible.
  - **Standard:** WCAG 1.3.1 Info and Relationships
  - **Priority:** Serious




- Content presented within the evaluated page cannot be enlarged to 400% without requiring horizontal scrolling
  - **Standard:** WCAG 1.4.10 Reflow
  - **Priority:** Moderate




- The text in the navigation breadcrumbs has a color contrast ratio of 3.3:1 against the background, which does not meet the minimum color contrast requirement of 4.5:1 for text of this size
  - **Standard:** WCAG 1.4.3 Contrast (Minimum)
  - **Priority:** Moderate




## Search for Classes

- The page contains a heading structure, but the order and manner in which headings are used is insufficient and/or illogical.
  - **Examples**:
    - The heading level 1 “Search for Classes” is given the H1 attribute through use of “ARIA-level=’1’” and does not have the appropriate native HTML tag <h1> which results in screen reader users hearing “Search for Classes heading unavailable level 1” which is very confusing to users.
    - There are other lines of text visually styled as headings, but are not programmatically tagged as such.
  - **Standard**: WCAG 1.3.1 Info and Relationships
  - **Priority:** Moderate
- When the search query does not satisfy the minimum requirements, an error message appears but it’s not announced/notified programmatically to users of screen readers. This results in screen reader users not knowing that the error message is present on the screen, unless they happen to stumble on the error through reviewing the entire page from start to end. This is likely to lead to confusion for users who won’t know why the search wasn’t conducted.

- **Standard:** WCAG 3.3.1 Error Identification
- **Priority:** Serious




- The expand/collapse buttons for "Class Search" and "Additional Search Criteria" are missing the necessary ARIA attributes needed to communicate to screen reader users when they are used to expand or collapse the content that is nested underneath them, resulting in a screen reader user not knowing the state of the control
  - **Standard**: WCAG 1.3.1 Info and Relationships
  - **Priority:** Serious




- Many of the input fields or other interactive elements that are present in the form that selects the criteria used in the class search have visual labels that are not properly programmatically associated. This results in screen reader users navigating through the form fields hearing "blank."
  - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 4.1.2 Name Role Value
  - **Priority:** Serious




- Content presented within the evaluated page cannot be enlarged to 400% without requiring horizontal scrolling
    - **Standard:** WCAG 1.4.10 Reflow
    - **Priority:** Moderate




- The links used to select the class subject in the class search form are not programmatically associated with the relevant details that appear visually in front of the links. Therefore, the user only hears "Select" with no additional context, as they tab through the links. A potential fix would be to display the results formatted as a data table with appropriate headers.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 4.1.2 Name Role Value
    - **Priority:** Serious




*Search Results page*

- The text description for the search results does not reflow properly, which results in users having to scroll horizontally to view and interact with the content.
  - **Standard:** [WCAG 1.4.10 Reflow]
  - **Priority:** Moderate




- The information associated with each of the classes portrayed in the search results is contained inside of individual data tables, which are contained inside of layout tables that utilize other data tables that visually present as semantic headers. The intention behind this appears to be to visually display the results as one larger but sub-divided section. This approach results in a chaotic experience for the screen reader user, who can only interact with the contents of one table at a time, while the visual user has a considerable advantage in being able to visually compare the results. A better approach would be to style the semantic headers using CSS and organize the results in a properly marked up data table structure. Note that this approach makes it impossible for screen reader users to compare one class listed directly with another, leading to significant problems in selecting a course.

- **Standard:** WCAG 1.4.10 Reflow
- **Priority:** Serious




## LACCD ADA Page

- The text in the navigation breadcrumbs has a color contrast ratio of 3.3:1 against the background, which does not meet the minimum color contrast requirement of 4.5:1 for text of this size
  - **Standard:** WCAG 1.4.3 Contrast (Minimum)
  - **Priority:** Moderate




- Content presented within the evaluated page cannot be enlarged to 400% without requiring horizontal scrolling
  - **Standard:** WCAG 1.4.10 Reflow
  - **Priority:** Moderate



## Financial Aid

- All of the PDF files which are linked to from the financial aid page are inaccessible.
  - **Standard:** WCAG 1.3.1 Info and Relationships
  - **Priority:** Serious




- The text in the navigation breadcrumbs has a color contrast ratio of 3.3:1 against the background, which does not meet the minimum color contrast requirement of 4.5:1 for text of this size
  - **Standard:** WCAG 1.4.3 Contrast (Minimum)
  - **Priority:** Moderate




- Content presented within the evaluated page cannot be enlarged to 400% without requiring horizontal scrolling
  - **Standard:** WCAG 1.4.10 Reflow
  - **Priority:** Moderate



Peter Bossley

Peter Bossley