# Exhibit 1-B

# LOS ANGELES COMMUNITY COLLEGE DISTRICT PEOPLESOFT (STUDENT INFORMATION SYSTEM) ACCESSIBILITY EVALUATION

Prepared by Accessibility Ally, Inc. July 2023

Peter Bossley, President

## Executive Summary

At my direction, Accessibility Ally, Inc. performed an accessibility analysis of the Los Angeles Community College District Peoplesoft (Student Information System).
**URL:** https://mycollege.laccd.edu

We performed the accessibility analysis against the Web Content Accessibility Guidelines 2.1 at conformance level AA using Windows 10 version 22H2 , TPG Colour Contrast Analyser (CCA) 3.3.0, NVDA 2023.1 and Chrome version 114.0.5735.134 (Official Build) (64-bit). We evaluated this application between July 5, 2023 and July 11, 2023.

The web pages we evaluated contain several moderate-to-critical issues for users of screen readers and other assistive technologies which should be remediated. There are several critical and serious issues that would likely prevent non-sighted users relying on screen readers navigating the site from accessing content. It is important to note that this report does not outline every WCAG violation or accessibility issue encountered during our evaluation of the PeopleSoft application, nor was a comprehensive review of every web page in the application performed. This report only identifies the barriers encountered that would most seriously affect blind users.

The primary issues identified were:

1. Problematic semantic structure
2. Illogical focus handling
3. Undefined link purpose
4. Problematic table structure
5. Inaccessible PDF files
6. Unresponsive content
7. Interactive elements that are not keyboard operable
8. Use of color to convey important information without a text alternative
9. Insufficient status notifications
10. Unexpected contextual changes occur

Issues discovered during the evaluation are prioritized using the following scale:

- **Critical:** This issue results in blocked content for individuals with disabilities. Until a solution is implemented content will be completely inaccessible.
- **Serious:** This issue results in serious barriers for individuals with disabilities. Until a solution is implemented, some content will be inaccessible, or a significant work-around is required. Users with disabilities may experience significant frustration when attempting to access content.

- **Moderate:** This issue results in some barriers for individuals with disabilities but would not prevent them from accessing fundamental elements or content. Users with disabilities may experience moderate frustration when encountering this issue.
- **Minor:** This is an issue that may inconvenience a user but would not cause significant frustration in accessing content or accomplishing tasks.

## Application-wide Issues

- Some PDF files that contain important information are inaccessible, as they lack a document title, primary language, tags, and logical reading order, making it impossible for users of assistive technology to consume the information.
    - **Standard:** WCAG 2.4.3 Focus Order, WCAG 1.3.2 Meaningful Sequence, WCAG 2.1.1 Keyboard, WCAG 1.3.1 Info and Relationships, WCAG 2.4.1 Bypass Blocks, WCAG 3.1.1 Language of Page, WCAG 2.4.2 Page Titled
    - **Priority:** Critical
- Many of the tables are not properly marked up; rows that should be marked up as table data (<td>) are instead marked as table row headers (<th scope=row>), which makes it confusing and difficult for screen reader users to navigate them.
    - **Standard:** WCAG 1.3.1 Info and Relationships
    - **Priority:** Serious
- Some of the navigation links are non-functional and cannot be operated with a keyboard.
    - **Standard:** WCAG 2.1.1 Keyboard
    - **Priority:** Serious
- The purpose of some of the buttons and links is not sufficiently communicated to the user.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 2.4.4 Link Purpose (In Context)
    - **Priority:** Moderate
- Many of the controls used to filter the information arranged in data tables utilize color to communicate information without a visual alternative.
    - **Standard:** WCAG 1.4.1 Use of Color
    - **Priority:** Serious
- Improper use of landmarks is prevalent and introduces challenges to efficient navigation for users of assistive technology
    - **Standard:** WCAG 1.3.1 Info and Relationships
    - **Priority:** Serious
- Some of the tabs automatically load their content upon receiving keyboard focus. This causes an unexpected change in content that can disorient and confuse users.
    - **Standard:** WCAG 3.2.1 On Focus
    - **Priority:** Serious
- Often when new content is loading, the user is not notified on the success or results of their action, on the waiting state of an application or on the progress of a process which results in a disorienting change of context without warning, and confusion as to the success or failure of user-initiated actions.
    - **Standard:** WCAG 4.1.3 Status Messages
    - **Priority:** Serious

- Some of the information is displayed using preformatted plain text. It is difficult to navigate content without proper semantic structure and the format chosen also prevents the content from proper reflow at common magnification levels.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 1.4.10 Reflow
    - **Priority:** Serious
- Some of the decorative images are not implemented in a manner that allows a screen reader to ignore them, as should happen with purely decorative images. As a result, a screen reader user hears "Static Image" when navigating through these elements.
    - **Standard:** WCAG 1.1.1 Non-text Content
    - **Priority:** Moderate

## Page-level Issues

### Student Homepage

- Some of the decorative images present in this page are not implemented in a manner that allows a screen reader to ignore them, as should happen with purely decorative images. As a result, the user hears "Static Image" when navigating through these elements.
    - **Standard:** WCAG 1.1.1 Non-text Content
    - **Priority:** Moderate

#### *My Preferences*

- There are two major issues involving focus in this page:
        - When the page is loaded, focus initially lands on the "restore defaults" button, which is tab stop #7. This causes the user to have to navigate backwards to discover other important sections of the page, such as the navigation links for "Notification Window" and "Campus Preferences"
        - The focus order is illogical and confusing to keyboard and assistive-technology-reliant users because it jumps erratically from left to right and top to bottom, then back to the top again instead of the expected left to right and top to bottom order of navigation.
    - **Standard:** WCAG 2.4.3 Focus Order, WCAG 1.3.2 Meaningful Sequence
    - **Priority:** Serious



## Profile

- The tables present in the profile section are not properly marked up; rows that should be marked up as table data (<td>) are instead marked as table row headers (<th scope=row>), which makes it confusing and difficult for screen reader users to navigate them
    - **Standard:** WCAG 1.3.1 Info and Relationships
    - **Priority:** Serious

| th scope=col Email | th scope=col Type | th scope=col Preferred |
|---|---|---|
| th scope=row masonpl3919@student.laccd.edu | td LACCD Student Email Address | td ✓ |
| th scope=row knitangelpm@yahoo.com | td Personal | td |

- The purpose of some of the links present within the tables is not conveyed to the user. These links launch a modal that contains a form where the user can edit their information, but since the user is not notified of the purpose of the link, a sudden change of context occurs, which is very disorienting and confusing.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 2.4.4 Link Purpose (In Context)
    - **Priority:** Serious




- In the communications preferences section, the combobox containing the different options for communication method only displays a letter without further explanation of what it means and it isn't until the user selects one and navigates away from the combobox that they can find out what their selection meant
    - **Standard:** WCAG 4.1.2 Name, Role, Value

- **Priority:** Serious




- The "Go to top" and "Back" links are non-functional and cannot be operated with a keyboard
    - **Standard:** WCAG 2.1.1 Keyboard
    - **Priority:** Serious




- The purpose of some of the buttons present within the "Employment Details" form is not programmatically conveyed to the user. These buttons trigger a date picker but the user doesn't know that until they activate the button. The user hears "Calendar end date button" which is ambiguous and confusing.
    - **Standard:** WCAG 1.3.1 Info and Relationships
    - **Priority:** Moderate




## Academic Records

- Some of the tables present in the pages found under "Academic Records", such as the Course History, for example, are not properly marked up. In this example, the rows under the second column have arbitrarily been given the row header attributes (<th scope=row>), instead of the appropriate table data attribute (<td>). This results in significant disadvantages for users of assistive technologies when it comes to navigating, comparing data, and generally interacting with the types of important content presented in these tables.
  - **Standard:** WCAG 1.3.1 Info and Relationships
  - **Priority:** Critical

| th scope=col Class | th scope=col Description | th scope=col Term | th scope=col Grade | th scope=col Units | th scope=col Status |
|---|---|---|---|---|---|
| td CH DEV 007 | th scope=row Intro To Cur Chhd Ed | td 2023 Spring | td C | td 3.00 | td Taken |
| td CH DEV 002 | th scope=row Early Childhood:Prin | td 2022 Fall | td A | td 3.00 | td Taken |
| td CH DEV 007 | th scope=row Intro To Cur Chhd Ed | td 2022 Spring | td | td 3.00 | td Planned |
| td CH DEV 011 | th scope=row Chld,Fam & Communty | td 2022 Spring | td | td 3.00 | td Planned |

- The active/inactive state of the filter button, which is meant to communicate that filters are in use, is conveyed only through use of color. This excludes users with low vision or color blindness. It is necessary to provide the same information conveyed through use of color (filters active, in this case) through another visual means to ensure that users who cannot see color can perceive the information.
  - **Standard:** WCAG 1.4.1 Use of Color
  - **Priority:** Serious



- The purpose of the links in the tables are not conveyed to the user. These links launch a modal that contains all the pertinent details about the class, materials required and other important information. But since the user is not notified of the purpose of the link, a sudden change of context occurs, which is very disorienting and confusing.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 2.4.4 Link Purpose (In Context)
    - **Priority:** Serious



Course History

| Class | Description |
|---|---|
| CH DEV 007 | Intro To Cur Chhd Ed |
| CH DEV 002 | Early Childhood:Prin |
| CH DEV 007 | Intro To Cur Chhd Ed |
| CH DEV 011 | Chld,Fam & Communty |
| CH DEV 002 | Early Childhood:Prin |
| CH DEV 011 | Chld,Fam & Communty |
| CH DEV 001 | Child Growth&Develop |
| CH DEV 001 | Child Growth&Develop |

- There is a form landmark that encompasses the entirety of the page, which makes it confusing for users of screen readers who often navigate a page using the elements list dialog. In this case, every component within the page is listed as a form element, which is confusing and not applicable since we often saw this issue present in pages that did not contain any form elements.
    - **Standard:** WCAG 1.3.1 Info and Relationships
    - **Priority:** Serious




- Decorative images should be hidden from assistive technology. This is normally a minor issue, but considering all the other problems with these tables, this issue makes an already frustrating experience even less friendly to some users because the screen reader reads the accessible name of the graphic along with the visible label which results in users hearing the same thing twice for each cell in this column.
    - **Standard:** WCAG 1.1.1 Non-text Content
    - **Priority:** Moderate




- Under "View Grades", each link in the results list has the labels "description credit" associated with the link. This is redundant and confusing to users of assistive technology.
    - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 2.4.6 Headings and Labels, WCAG 2.5.3 Label in Name
    - **Priority:** Serious




- The tabs in the main section under "View Unofficial Transcript" automatically load their content upon receiving keyboard focus. This causes an unexpected change in context that can easily disorient some users.
  - **Standard:** WCAG 3.2.1 On Focus
  - **Priority:** Serious



View Report | View All Requested Reports

Previous Requests

View Report | Delete

| Select | Request Date | Request Number | Description |
|---|---|---|---|
| ☐ | 07/10/2023 | 3572977 | Unofficial Transcript |
| ☐ | 12/11/2021 | 2658292 | Unofficial Transcript |
| ☐ | 02/13/2021 | 2167019 | Unofficial Transcript |

- Focus management in the main section under "View Unofficial Transcript" is illogical and makes it difficult for users to request a report because the button to submit the request receives focus before the drop-down (<select>) that is used to set the report type; so users don't know what type of report they are requesting unless they tab past the "submit" button, which is not intuitive.
  - **Standard:** WCAG 2.4.3 Focus Order, WCAG 1.3.2 Meaningful Sequence
  - **Priority:** Serious




- The PDF file that is provided through the unofficial transcript request is inaccessible as it lacks a document title, primary language, tags, and logical reading order. It is currently impossible for a user of assistive technology to consume the information contained in the document.
  - **Standard:** WCAG 2.4.3 Focus Order, WCAG 1.3.2 Meaningful Sequence, WCAG 2.1.1 Keyboard, WCAG 1.3.1 Info and Relationships, WCAG 2.4.1 Bypass Blocks, WCAG 3.1.1 Language of Page, WCAG 2.4.2 Page Titled

- **Priority:** Critical




- Focus order in the main section under "Enrollment Verification" is illogical and makes it extremely difficult for the user to operate important controls, such as the "submit" button. This button is focused before the form, requiring users to navigate backwards through the entire form to find the button and submit their request.
  - **Standard:** [WCAG 2.4.3 Focus Order](), [WCAG 1.3.2 Meaningful Sequence]()
  - **Priority:** Serious




- The result of the Enrollment Verification request is a web page with preformatted plain text. It is difficult to navigate the content without proper semantic structure and the format chosen also prevents the content from proper reflow at common magnification levels.
  - **Standard:** [WCAG 1.3.1 Info and Relationships](), [WCAG 1.4.10 Reflow]()
  - **Priority:** Serious

## Manage Classes (Add/Drop)

- When new content is loading, the user is not notified on the success or results of an action, on the waiting state of an application or on the progress of a process which results in a disorienting change of context without warning, and confusion as to the success or failure of user-initiated actions.
  - **Standard:** [WCAG 4.1.3 Status Messages]()
  - **Priority:** Serious




- The "Current Counselor SEP on File" PDF document is inaccessible as it lacks a document title, primary language, tags, and logical reading order. It is currently impossible for a user of assistive technology to consume the information contained in the document.
  - **Standard:** WCAG 2.4.3 Focus Order, WCAG 1.3.2 Meaningful Sequence, WCAG 2.1.1 Keyboard, WCAG 1.3.1 Info and Relationships, WCAG 2.4.1 Bypass Blocks, WCAG 3.1.1 Language of Page, WCAG 2.4.2 Page Titled
  - **Priority:** Critical




- The PDF version of the "Enroll by My Requirements" section is inaccessible as it lacks a document title, primary language, tags, and logical reading order. It is currently impossible for a user of assistive technology to consume the information contained in the document.
  - **Standard:** WCAG 2.4.3 Focus Order, WCAG 1.3.2 Meaningful Sequence, WCAG 2.1.1 Keyboard, WCAG 1.3.1 Info and Relationships, WCAG 2.4.1 Bypass Blocks, WCAG 3.1.1 Language of Page, WCAG 2.4.2 Page Titled
  - **Priority:** Critical



## Student Account

- When the user attempts to submit a payment, under the "Make a Payment" section, focus lands on the "Confirm" button and skips all the information present on the screen, which is very confusing as the user hears "main landmark Confirm button" without any context.
  - **Standard:** WCAG 1.3.2 Meaningful Sequence, WCAG 1.3.1 Info and Relationships, WCAG 3.3.4 Error Prevention
  - **Priority:** Serious




- When the user attempts to download the "College Financing Plan" the result is an HTML document with unformatted plain text. It is difficult to navigate the content without proper semantic structure and the format chosen also prevents the content from proper reflow at common magnification levels.
  - **Standard:** WCAG 1.3.1 Info and Relationships, WCAG 1.4.10 Reflow
  - **Priority:** Critical


```
<total_cost_of_attendance>
<tuition_and_fees>$1,238</tuition_and_fees>
<housing_and_meals_on_campus>$</housing_and_meals_on_campus>
<housing_and_meals_off_campus>$</housing_and_meals_off_campus>
<books_and_supplies>$938</books_and_supplies>
<transportation>$1,764</transportation>
<other_education_costs>$0</other_education_costs>
<estimated_costs_on_campus>$3,940</estimated_costs_on_campus>
<estimated_costs_off_campus>$3,940</estimated_costs_off_campus>
</total_cost_of_attendance>
<expected_family_contribution>
<based_on_fafsa>0</based_on_fafsa>
<based_on_institutional_methodology>$0</based_on_institutional_methodology>
</expected_family_contribution>
<scholarships>
```




**Peter Bossley**