| | |
|---|---|
| 1 | Patricia Barbosa (SBN 125685) |
| | pbarbosa@barbosagrp.com |
| 2 | **BARBOSA GROUP** |
| | 606 Lake Street, #9 |
| 3 | Huntington Beach, California 92648 |
| | Phone: (714) 465-9486 |
| 4 | |
| 5 | Sharon Krevor-Weisbaum |
| | skw@browngold.com |
| | Jessica Weber |
| 6 | jweber@browngold.com |
| | Kevin D. Docherty |
| 7 | kdocherty@browngold.com |
| | Monica R. Basche |
| 8 | mbasche@browngold.com |
| | **BROWN, GOLDSTEIN & LEVY LLP** |
| 9 | 120 East Baltimore Street, Suite 2500 |
| | Baltimore, Maryland 21202 |
| 10 | Phone: (410) 962-1030 |
| 11 | *Attorneys for Plaintiffs* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., | Case No.: 2:17-cv-01697-SVW(SKx) |
| | **Civil Rights** |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY OF PLAINTIFFS' EXPERT WITNESS PETER BOSSLEY ON AUGUST 3, 2023, AT 1:30 P.M. AND REQUEST FOR NEW HEARING DATE OR TIME** |
| v. | |
| LOS ANGELES COMMUNITY COLLEGE DISTRICT, | |
| Defendant. | Hearing Date: August 3, 2023 |
| | Time: 1:30 p.m. |

|   |   |
|---|---|
| 1 | Plaintiffs hereby file this Notice of Unavailability to inform the Court that their |
| 2 | digital accessibility expert, Peter Bossley, is not available to attend the hearing |
| 3 | currently scheduled for August 3, 2023, at 1:30 p.m. because of a pre-existing |
| 4 | obligation. *See* Ex. 1, Decl. of Peter Bossley. He is available to participate in a |
| 5 | hearing by Zoom the morning of August 3, 2023, that concludes no later than 1:00 |
| 6 | p.m. He is also available the morning of August 4, 2023. He can further be available |
| 7 | either in-person or by Zoom on Wednesday, August 2, 2023 or the week of August 7 |
| 8 | through 11, 2023. Plaintiffs' counsel are also available to attend a hearing on these |
| 9 | dates. |
| 10 | Plaintiffs intend to offer Mr. Bossley to testify regarding several topics at issue, |
| 11 | including the current accessibility of LACCD's website and PeopleSoft Campus |
| 12 | Solutions application, and the procedures required to ensure their long-term |
| 13 | accessibility—including new information regarding his testing of PeopleSoft. |
| 14 | Plaintiffs further expect to offer Mr. Bossley to respond to LACCD's witness(es) |
| 15 | testifying about the accessibility of its website and the PeopleSoft application. |
| 16 | Accordingly, Plaintiffs respectfully request that the August 3, 2023 hearing |
| 17 | currently set for 1:30 p.m. be moved to an earlier time or different date when Mr. |
| 18 | Bossley is available to testify. |

Dated: July 27, 2023

Respectfully submitted,

**BARBOSA GROUP**

*/s/ P Barbosa*
Patricia Barbosa

---

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
NOTICE OF UNAVAILABILITY OF PLAINTIFFS' EXPERT WITNESS PETER BOSSLEY ON
AUGUST 3, 2023, AT 1:30 P.M. AND REQUEST FOR NEW HEARING DATE OR TIME

2

| | |
|---|---|
| 1 | **BROWN GOLDSTEIN & LEVY, LLP** |
| 2 | |
| 3 | _____ |
| 4 | Sharon Krevor-Weisbaum |
| 5 | Jessica P. Weber |
|   | Kevin D. Docherty |
| 6 | Monica R. Basche |
| 7 | *Attorneys for Plaintiffs* |
1
2
3  **BROWN GOLDSTEIN & LEVY, LLP**
4  
5  _____
6  Sharon Krevor-Weisbaum
7  Jessica P. Weber
8  Kevin D. Docherty
9  Monica R. Basche

*Attorneys for Plaintiffs*

10
11
...
28

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
NOTICE OF UNAVAILABILITY OF PLAINTIFFS' EXPERT WITNESS PETER BOSSLEY ON
AUGUST 3, 2023, AT 1:30 P.M. AND REQUEST FOR NEW HEARING DATE OR TIME

3

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
NOTICE OF UNAVAILABILITY OF PLAINTIFFS' EXPERT WITNESS PETER BOSSLEY ON
AUGUST 3, 2023, AT 1:30 P.M. AND REQUEST FOR NEW HEARING DATE OR TIME

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, copies of the foregoing, Notice of Unavailability of Plaintiffs' Expert Witness Peter Bossley on August 3, 2023, at 1:30 p.m. and Request for New Hearing Date or Time were delivered by the Court's e-filing system to:

Richard E. Morton, Esquire
Yvette Davis, Esquire
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
rmorton@hbblaw.com
ydavis@hbblaw.com

*and*

David A. Urban, Esquire
Mark H. Meyerhoff, Esquire
Richard Daniel Seitz, Esquire
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
durban@lcwlegal.com
mmeyerhoff@lcwlegal.com
dseitz@lcwlegal.com

*Attorneys for Defendant Los Angeles Community College District*

_____
Jessica P. Weber