# EXHIBIT 1

Patricia Barbosa (SBN 125685)
pbarbosa@barbosagrp.com
**BARBOSA GROUP**
606 Lake Street, #9
Huntington Beach, California 92648
Phone: (714) 465-9486

Sharon Krevor-Weisbaum
skw@browngold.com
Jessica Weber
jweber@browngold.com
Kevin D. Docherty
kdocherty@browngold.com
Monica R. Basche
mbasche@browngold.com
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Phone: (410) 962-1030

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COMMUNITY COLLEGE DISTRICT, <br><br> Defendant. | Case No.: 2:17-cv-01697-SVW(SKx) <br> **Civil Rights** <br><br> **DECLARATION OF PETER BOSSLEY IN SUPPORT OF NOTICE OF UNAVAILABILITY** <br><br> Hearing Date: August 3, 2023 <br> Time: 1:30 p.m. |

---

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697- SVW-SK
DECLARATION OF PETER BOSSLEY IN SUPPORT OF NOTICE OF UNAVAILABILITY
1

I, Peter Bossley, declare:

1. I am more than 18 years old, am competent to be a witness, and testify from my own personal knowledge regarding the facts set forth in this Declaration.

2. I submit this Declaration to inform the Court that I am not available to attend the hearing currently scheduled for August 3, 2023, at 1:30 p.m.

3. I previously agreed to be in a close friend's wedding party and attend the wedding rehearsal the evening of August 3, 2023. Because of the time difference where I reside, I would need to leave my house by 1:00 p.m. Pacific time to be at the wedding rehearsal on time. Accordingly, I am not available to participate in a hearing starting after 1:00 p.m. Pacific time on August 3.

4. I would be available to participate in the hearing, however, if it were rescheduled to the mornings of either August 3 or August 4, 2023.

5. I would also be available to participate in the hearing at any time on August 2, 2023, or the week of August 7 to 11, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2023     By: *Peter Bossley*
                              Peter Bossley

---

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697- SVW-SK
DECLARATION OF PETER BOSSLEY IN SUPPORT OF NOTICE OF UNAVAILABILITY
2