Patricia Barbosa (SBN 125685)
pbarbosa@barbosagrp.com
**BARBOSA GROUP**
606 Lake Street, #9
Huntington Beach, California 92648
Phone: (714) 465-9486

Sharon Krevor-Weisbaum
skw@browngold.com
Jessica Weber
jweber@browngold.com
Kevin D. Docherty
kdocherty@browngold.com
Monica R. Basche
mbasche@browngold.com
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Phone: (410) 962-1030

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COMMUNITY COLLEGE DISTRICT, <br><br> Defendant. | Case No.: 2:17-cv-01697-SVW(SKx) <br> **Civil Rights** <br><br> **SUPPLEMENTAL DECLARATION OF PETER BOSSLEY** <br><br> Hearing Date: August 10, 2023 <br> Time: 1:30 p.m. |

---

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697- SVW-SK
SUPPLEMENTAL DECLARATION OF PETER BOSSLEY

1

I, Peter Bossley, declare:

1. I am more than 18 years old, am competent to be a witness, and testify from my own personal knowledge regarding the facts set forth in this Declaration.

2. I incorporate herein additional information I have testified to in this case regarding my qualifications, whether in the form of previously filed declarations or trial testimony.

3. I submit this Declaration to provide additional information regarding my testing of the PeopleSoft Campus Solutions Application ("PeopleSoft").

4. At the July 24, 2023 hearing I observed Carmen Lidz testify that LACCD's PeopleSoft application has a setting for accessibility mode that supposedly enables a more accessible user experience for blind screen reader users. Following the hearing, I went back to check whether this "accessibility mode" setting (within the PeopleSoft application it is called "Accessibility Layout, screen reader mode") was enabled and found that it was. I can now confirm that even with the "accessibility mode" toggle enabled, the barriers outlined in my July 2023 report, filed as ECF No. 585-3, persist.

5. It therefore remains my opinion, to a reasonable degree of professional certainty, that LACCD's PeopleSoft Campus Solutions application is not accessible to blind individuals relying on screen readers and other assistive technologies—regardless of whether the "accessibility mode" is activated, or not.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2023        By: *Peter Bossley*
                                  Peter Bossley

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697- SVW-SK
SUPPLEMENTAL DECLARATION OF PETER BOSSLEY
2