# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-01697-SVW (SKx) | Date | August 10, 2023 |
|---|---|---|---|
| Title | Roy Payan, et al v. Los Angeles Community College District, et al | | |

| Present: The Honorable | Stephen V. Wilson, United States District Judge |
|---|---|

| Gabriela Garcia | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jessica Weber<br>Kevin Docherty<br>Patricia Barbosa | David Urban<br>Bruce Cleeland<br>Maribel Medina<br>Yvette Davis |

**Proceedings:**   EVIDENTIARY HEARING

The court and counsel confer. Witnesses called. The matter is taken under submission. Order to issue.

|  | 1 | : | 42 |
|---|---|---|---|
| | Initials of Preparer | | gga |