Patricia Barbosa (SBN 125685)
pbarbosa@barbosagrp.com
**BARBOSA GROUP**
606 Lake Street, #9
Huntington Beach, California 92648
Phone: (714) 465-9486

Sharon Krevor-Weisbaum
skw@browngold.com
Jessica Weber
jweber@browngold.com
Kevin D. Docherty
kdocherty@browngold.com
Monica R. Basche
mbasche@browngold.com
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Phone: (410) 962-1030

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PAYAN, PORTIA MASON, THE NATIONAL FEDERATION OF THE BLIND, INC., and THE NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COMMUNITY COLLEGE DISTRICT, <br><br> Defendant. | Case No.: 2:17-cv-01697-SVW(SKx) <br> **Civil Rights** <br><br> **LINE REGARDING DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES RE: INJUNCTIVE RELIEF IN PREPARATION FOR AUGUST 10, 2023 HEARING** |

Plaintiffs Roy Payan, Portia Mason, the National Federation of the Blind, Inc., and the National Federation of the Blind of California, Inc., hereby file this Line to inform the Court that they oppose Defendant's unsolicited and unauthorized, eleventh-hour Memorandum of Points and Authorities Re: Injunctive Relief In Preparation for August 10, 2023 Hearing (ECF No. 601), and to seek the Court's guidance on whether it would like a substantive response from Plaintiffs regarding the issues raised therein. Plaintiffs further state:

1. Defendant filed its Memorandum on August 9, 2023, at 4:39 PM—less than 24 hours before the Court's continuation of the evidentiary hearing on injunctive relief. Because of the late filing, Plaintiffs were unable to respond before the August 10, 2023, hearing, at 1:30 PM.

2. Because Defendant filed the document as a memorandum (as opposed to a motion), it is not subject to Local Rule 7, which requires that counsel meet and confer "to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution," at least seven days prior to filing, Local Rule 7-3, and which sets timelines for the opposing party's response, Local Rule 7-9.

3. Plaintiffs strenuously oppose the arguments made in Defendant's Memorandum, which include: (a) unwarranted and irrelevant attacks on Plaintiffs' counsel; (b) misrepresentations regarding the parties' pre-trial communications, including Defendant's pre-trial settlement offer (which is confidential under Federal Rule of Evidence 408); (c) unsupported and misleading statements about Voluntary Product Accessibility Templates ("VPAT"); (d) legally incorrect assertions about 28 C.F.R. § 35.160(b), which requires LACCD to provide auxiliary aids and services in a timely manner; (e) belated claims of undue burden and fundamental alteration devoid of evidentiary support; and (f) new claims of immunity under the

Communications Decency Act, 47 U.S.C. § 230(c)(1), which are both factually and legally incorrect.

4. To the extent the Court is inclined to consider any of the issues raised in Defendant's Memorandum, Plaintiffs respectfully request the opportunity to respond and ask that the Court set a reasonable deadline for them to do so. Plaintiffs can also prepare a memorandum summarizing their position after the July 24, 2023, and August 10, 2023, hearings, if the Court would find it helpful.

Dated: August 15, 2023                    **BARBOSA GROUP**

*/s/ P Barbosa*
Patricia Barbosa


**BROWN GOLDSTEIN & LEVY, LLP**

*/s/ K. Docherty*

Sharon Krevor-Weisbaum
Jessica P. Weber
Kevin D. Docherty
Monica R. Basche

*Attorneys for Plaintiffs*

---

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
LINE REGARDING DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES RE: INJUNCTIVE RELIEF IN PREPARATION FOR AUGUST 10, 2023 HEARING

3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on August 15, 2023, a copy of the foregoing Plaintiffs' |
| 3 | Line Regarding Memorandum of Points and Authorities Re: Injunctive Relief In |
| 4 | Preparation for August 10, 2023 Hearing was delivered by the Court's e-filing system |
| 5 | to: |

Bruce Cleeland, Esquire
Richard E. Morton, Esquire
Yvette Davis, Esquire
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
bcleeland@hbblaw.com
rmorton@hbblaw.com
ydavis@hbblaw.com

*and*

David A. Urban, Esquire
Mark H. Meyerhoff, Esquire
La Rita Turner, Esquire
Richard Daniel Seitz, Esquire
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
durban@lcwlegal.com
mmeyerhoff@lcwlegal.com
lturner@lcwlegal.com
dseitz@lcwlegal.com

*Attorneys for Defendant Los Angeles Community College District*

Kevin D. Docherty

*PAYAN, et al. v. LACCD*, Case No.: 2:17-cv-01697 SVW(SKx)
LINE REGARDING DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES RE: INJUNCTIVE RELIEF IN PREPARATION FOR AUGUST 10, 2023 HEARING

4