Name: Brown, Goldstein & Levy LLP
Address: 120 East Baltimore Street, Suite 2500
City, State, Zip: Baltimore, Maryland 21202
Phone: (410) 962-1030
Fax: (410) 385-0869
E-Mail: jweber@browngold.com

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Roy Payan, Portia Mason, The National Federation of the Blind, Inc., and The National Federation of the Blind of California, Inc.

PLAINTIFF(S),

v.

Los Angeles Community College District,

DEFENDANT(S).

CASE NUMBER: 2:17-cv-01697-SVW(SKx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Roy Payan, et al._____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
ECF 552, ECF 611, and ECF 613

☒ Judgment (specify):
ECF 612

☐ Other (specify):

Imposed or Filed on  2/29/24-ECF 611-613   . Entered on the docket in this action on  3/1/24 & 5/23/23  .
                    5/23/23-ECF 552

A copy of said judgment or order is attached hereto.

March 13, 2024                                       /s/ [signature]
Date                                                 Signature
                                                     ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).