UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-01697-SVW-SK | Date | May 1, 2026 |
| Title | *Roy Payan, et al v. Los Angeles Community College District, et al* | | |

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Daniel Tamayo | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER REINSTATING THE JURY DAMAGES AWARD ON REMAND

In light of the Ninth Circuit's opinion reversing, vacating, and remanding the Court's order remitting damages in this case, ECF No. 649, the jury damages awards of $218,500 to Plaintiff Roy Payan and $24,000 to Plaintiff Portia Mason are REINSTATED.

**IT IS SO ORDERED.**

:

Initials of Preparer DTA